MILDRED K. O'Linn, Esq. (State Bar No. 159055)
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
mko@mmker.com

Attorneys for Defendant,
TASER INTERNATIONAL, INC.

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIRA TERAN, an individual; STEPHANIE LIZAOLA, As Guardian Ad Litem For: ANGELA ALYSSA TERAN, a minor child, JENNIFER LISETTE TERAN, a minor child; and BRIANA ISABEL TERAN, a minor child, JAIME TERAN CORONEL, DECEDENT, by and through his successor in interest, STEPHANIE LIZAOLA<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S DEPARTMENT; TASER INTERNATIONAL, INC., An Arizona Corporation, AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendants. | Case No.: C 06-06947 JW<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING EXPERT WITNESS, DISCOVERY, MOTION CUT-OFF AND PRELIMINARY PRETRIAL AND TRIAL SETTING CONFERENCE DATES |

TO THE HONORABLE COURT:

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that:

(1)   The discovery cut-off date, currently set for November 19, 2007, be continued to December 31, 2007;

(2)   The expert designation cut-off date, currently set for September 19, 2007

be continued to February 1, 2008;

(3) The rebuttal expert designation date, currently set for October 1, 2007 be continued to March 1, 2008;

(4) The motion filing cut-off date, currently set for December 31, 2007, be continued to August 1, 2008;

(5) The Preliminary Pretrial and Trial Setting Conference, currently set for March 24, 2008, be continued to adate in October, 2008;

(6) The parties also stipulate that expert discovery will be completed by June 27, 2008.

Good cause exists for above continuances based on the following:

1) This case arises out of an incident that occurred on January 24, 2006. Several deputies from the Monterey County Sheriff's Department responded to a telephone call from a neighbor and discovered decedent Jaime Teran Coronel, 27 years old, on a roof top in the 11300 block of Del Monte Ave., Castroville, California. One of the deputies shouted commands for Mr. Coronel to come down from the roof. Several deputies climbed on the roof to confront Mr. Coronel. The deputies confronted Mr. Coronel and deployed their TASER ECD's, jolting him at least twice. Mr. Coronel stopped breathing and went into cardiac arrest. He was taken to Salinas Valley Memorial Hospital comatose and was ultimately taken off life support systems and died on January 31, 2006. The autopsy report states the cause of death as Anoxic Encephalopathy (8 days) due to cardiorespiratory arrest (8 days) and acute methamphetamine and cocaine intoxication (8 days). Other significant conditions were listed as TASER application and struggle with police.

2) This case is procedurally very similar in nature to another matter currently before this Court, <u>Heston v. City of Salinas</u>, Case No.: C 05-03658 JW in which thisCourt has established a schedule quite different from and substantially more extended than the present matter. The issues relative to discovery with regard to the number of depositions to be taken in the factual context and the expert deposition

requirements are comparable in both matters. Thus, counsel for the parties believe that the need for an expanded schedule in this matter is very likely to be clear to the Court given the Court's familiarity with these cases.

3) Both the governmental agency defendants and defendant TASER contemplate filing motions for summary judgment on various causes of action asserted by the plainittifs in this matter. Defendant TASER anticipates filing such motion based on lack of causation between decedent's injuries and use of the TASER Electronic Control Device ("ECD"). This is an "expert driven" case regarding a myriad of scientific specialties, essential technologies, and scientific and technological areas fraught with numerous basics and specifics prone to misunderstandings and misinformation which are supported by wide ranging and voluminous research in the medical, scientific and electrical engineering fields. Defendant TASER offers complicated products to its consumers which provide tremendous benefits to the community. Due to the complexity of the medicine and science in this case, defendant TASER contemplates designating 15 or more experts depending on the theoretical assertions made by plainitiffs' experts. As the Court is clearly aware, potentially dispositive motions on causation issues in such matters cannot be made after the completion of expert discovery.

4) As further support of this request the parties assert that it is crucial to all parties to allow time to obtain the depositions of plaintiffs in this case to get all available evidence regarding decedent's medical history and condition prior to the disclosure of experts and the preparation of their reports. The current schedule does not provide for that opportunity. The parties will require more time to complete the contemplated discovery which will be extensive. As such, the parties have agreed to the above continuances of the expert witness, discovery, and motion cut-off dates.

///

///

///

1 | case. Other than continuing the dates that are subject to the stipulation, the requested
2 | continuances will have no impact on the schedule for the case.

3 | DATED: August ___, 2007     LAW OFFICE OF MICHAEL D. LIBERTY

5 | By:_____
    Michael D. Liberty

   Attorneys for Plaintiffs,
   ELVIRA TERAN, STEPHANIE LIZAOLA,
   ANGELA ALYSSA TERAN, JENNIFER
   LISETTE TERAN and BRIANA ISABEL
   TERAN

10 | DATED: ~~August~~ September 5, 2007     DEPUTY COUNTY COUNSEL
                                             COUNTY OF MONTEREY

13 | By:_____
     Traci A. Kirkbride
     Attorneys for Defendants,
     COUNTY OF MONTEREY and
     MONTEREY COUNTY SHERIFF'S
     DEPARTMENT

17 | DATED: ~~August~~ Sept. 5, 2007     MANNING & MARDER
                                          KASS, ELLROD, RAMIREZ LLP

     By:_____
     Mildred K. O'Linn
     Attorneys for Defendant,
     TASER INTERNATIONAL, INC.

22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 |

1    There have been no prior modifications of the Court's Scheduling Order in this
2 case. Other than continuing the dates that are subject to the stipulation, the requested
3 continuances will have no impact on the schedule for the case.

4    DATED: ~~August~~ Sept 6, 2007      LAW OFFICE OF MICHAEL D. LIBERTY

6                                   By: _____
                                           Michael D. Liberty

Attorneys for Plaintiffs,
ELVIRA TERAN, STEPHANIE LIZAOLA,
ANGELA ALYSSA TERAN, JENNIFER
LISETTE TERAN and BRIANA ISABEL
TERAN

11    DATED: August ___, 2007      DEPUTY COUNTY COUNSEL
                                         COUNTY OF MONTEREY

By: _____
     Traci A. Kirkbride
Attorneys for Defendants,
COUNTY OF MONTEREY and
MONTEREY COUNTY SHERIFF'S
DEPARTMENT

18    DATED: August ___, 2007      MANNING & MARDER
                                         KASS, ELLROD, RAMIREZ LLP

By: _____
     Mildred K. O'Linn
Attorneys for Defendant,
TASER INTERNATIONAL, INC.

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

G:\docsdata\MKO\Teran\Pleadings\Stipulation.001.Continuance Discovery.wpd

4

# **ORDER**

Pursuant to Stipulation, it is ordered as follows:

(1) The discovery cut-off date, currently set for November 19, 2007, is continued to   December 31, 2007 ;

(2) The expert designation cut-off date, currently set for September 19, 2007 is continued to   February 18, 2008   ;

(3) The rebuttal expert designation date, currently set for October 1, 2007 is continued to   March 1, 2008   ;

(4) The motion filing cut-off date, currently set for December 31, 2007, is continued to   August 1, 2008   ;

(5) The Preliminary Pretrial and Trial Setting Conference, currently set for March 24, 2008, is continued to October 6, 2008 at 11:00 AM. The parties shall file a joint pretrial conference ten days before the conference.

(6) The expert discovery is to be completed by the date of   June 27, 2008 .

DATED:   September 12  , 2007

JAMES WARE
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge James Ware

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 660 S. Figueroa Street, 23rd Floor, Los Angeles, California 90017.

On September 10, 2007, I served the document described as **STIPULATION AND [PROPOSED] ORDER CONTINUING EXPERT WITNESS, DISCOVERY, MOTION CUT-OFF AND PRELIMINARY PRETRIAL AND TRIAL SETTING CONFERENCE DATES** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE SERVICE LIST**

☒ **(BY MAIL)** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
  I placed such envelope with postage thereon prepaid in the United States mail at Los Angeles, California.
  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT COURIER):** I placed the above-referenced document(s) in an envelope for collection and delivery on this date in accordance with standard _____ overnight delivery procedures.

☐ **(BY FACSIMILE)** I telecopied such document to the offices of the addressee at the following fax number:

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

Executed on September 10, 2007, at Los Angeles, California.

*Frances Perez*
FRANCES PEREZ

# SERVICE LIST

Michael D. Liberty, Esq.
Law Office of Michael D. Liberty
1290 Howard Avenue, Suite 303
Burlingame, CA 94010
650-685-8085
650-685-8086 Fax
**Attorney for Plaintiffs, ELVIRA TERAN, STEPHANIE LIZAOLA, ANGELA ALYSSA TERAN, JENNIFER LISETTE TERAN and BRIANA ISABEL TERAN**

Traci A. Kirkbride
Deputy County Counsel
Office of the County Counsel
County of Monterey
168 W. Alisal Street, 3rd Floor
Salinas, CA 93901-2680
831-755-5045
831-755-5283 (Fax)
**Attorney for Defendants, COUNTY OF MONTEREY and MONTEREY COUNTY SHERIFF'S DEPARTMENT**

G:\docsdata\MKO\Teran\POS.Fed.wpd