LAW OFFICE OF MICHAEL D. LIBERTY
Michael D. Liberty (Bar No. 136088)
1290 Howard Avenue, Suite 303
Burlingame, California 94010
Telephone: (650) 685-8085
Facsimile: (650) 685-8086

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELVIRA TERAN; STEPHANIE LIZAOLA, AS GUARDIAN AD LITEM FOR: ANGELA ALYSSA TERAN, A MINOR CHILD, JENNIFER LISETTE TERAN, A MINOR CHILD, AND BRIANA ISABEL TERAN, A MINOR CHILD, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF MONTEREY; COUNTY OF MONTEREY SHERIFF'S DEPARTMENT; MICHAEL KANALAKIS; BRANDON SMITH; WARREN SANO; MIKE DARLINGTON; BENJAMIN PAYTON; BRIAN HOSKINS; EMILY HOWLETT; AND DENIS GREATHEAD; and TASER INTERNATIONAL, INC., An Arizona Corporation, <br><br> Defendants. | Case No. C 06-06947 JW <br><br> Hon. JAMES WARE <br><br> STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUT-OFF DATE <br><br> AND RELATED PRETRIAL SCHEDULING DATES |

**IT IS HEREBY STIPULATED** by and between the parties to this agreement that the

1

C 06-06947 JW

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUT-OFF DATE

undersigned parties agree to continue the following dates in this matter:

1) The discovery cut-off date currently set for December 31, 2007 be continued to March 28, 2008;

2) The expert designation cut-off date currently set for February 18, 2008 be continued to May 16, 2008;

3) The rebuttal expert designation date currently set for March 1, 2008 be continued to June 2, 2008;

4) The motion filing cut-off date currently set for August 1, 2008 be continued to October 31, 2008;

5) The Preliminary Pretrial and Trial Setting Conference currently set for October 6, 2008 at 11:00 a.m. be continued to January 19, 2009. The parties shall file a joint pretrial conference ten days before the conference; and

6) The expert discovery currently set for completion by the date of June 27, 2008 be continued to September 26, 2008.

**IT IS SO STIPULATED:**

Dated: December 28, 2007

*/s/ Traci Kirkbride*
Traci Kirkbride
Attorney for Defendants
County of Monterey and
County of Monterey Sheriff

Dated: December 28, 2007

/s/
Mildred K. O'Linn
Attorney for Defendant
TASER International, Inc.

Dated: December __, 2007

*/s/*
Assaad Stephan
Law Office of Michael D. Liberty
Attorney for Plaintiff
Elvira Teran, Stephanie Lizaola as Guardian Ad Litem for
Angela Alyssa Teran, a minor child,
Jennifer Lisette Teran, a minor child and
Briana Isabel Teran, a minor child

**IT IS SO ORDERED:**

Date: January 2, 2008

*/s/ James Ware*
United States District Judge

C 06-06947 JW