LAW OFFICE OF MICHAEL D. LIBERTY
Michael D. Liberty (Bar No. 136088)
1290 Howard Avenue, Suite 303
Burlingame, California 94010
Telephone: (650) 685-8085
Facsimile: (650) 685-8086

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELVIRA TERAN;<br>STEPHANIE LIZAOLA, AS GUARDIAN AD LITEM FOR:<br>ANGELA ALYSSA TERAN, A MINOR CHILD,<br>JENNIFER LISETTE TERAN, A MINOR CHILD,<br>AND BRIANA ISABEL TERAN, A MINOR CHILD, ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY;<br>COUNTY OF MONTEREY SHERIFF'S DEPARTMENT;<br>MICHAEL KANALAKIS;<br>BRANDON SMITH;<br>WARREN SANO;<br>MIKE DARLINGTON;<br>BENJAMIN PAYTON;<br>BRIAN HOSKINS;<br>EMILY HOWLETT;<br>AND DENIS GREATHEAD; and<br>TASER INTERNATIONAL, INC., An Arizona Corporation,<br><br>    Defendants. | Case No. C 06-06947 JW<br><br>Hon. JAMES WARE<br><br>STIPULATION AND XXXXXXXXX ORDER TO EXTEND DISCOVERY CUT-OFF DATE |

**IT IS HEREBY STIPULATED** by and between the parties to this agreement that the

1

C 06-06947 JW

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUT-OFF DATE

undersigned parties agree to extend the non-expert discovery cut off from March 28, 2008 to May 28, 2008.

**IT IS SO STIPULATED:**

Dated: March __, 2008                                    Dated: March 6, 2008

_____                          _____
Traci Kirkbride                                          John Ramirez
Attorney for Defendants                                  Attorney for Defendant
County of Monterey and                                   Taser International, Inc.
County of Monterey Sheriff


Dated: March 6, 2008

_____
Michael D. Liberty
Attorney for Plaintiff
Elvira Teran, Stephanie Lizaola as Guardian Ad Litem for
Angela Alyssa Teran, a minor child,
Jennifer Lisette Teran, a minor child and
Briana Isabel Teran, a minor child


**IT IS SO ORDERED:**


DATED: March 11, 2008

XXXXXXXXXX Patricia V. Trumbull
UNITED STATES XXXXXXXX JUDGE
Magstrate

undersigned parties agree to extend the non-expert discovery cut off from March 28, 2008 to May 28, 2008.

**IT IS SO STIPULATED:**

Dated: March 6, 2008

*(signed) Traci Kirkbride*

Traci Kirkbride
Attorney for Defendants
County of Monterey and
County of Monterey Sheriff

Dated: March __, 2008

_____
John Ramirez
Attorney for Defendant
Taser International, Inc.

Dated: March __, 2008

_____
Michael D. Liberty
Attorney for Plaintiff
Elvira Teran, Stephanie Lizaola as Guardian Ad Litem for
Angela Alyssa Teran, a minor child,
Jennifer Lisette Teran, a minor child and
Briana Isabel Teran, a minor child

**IT IS SO ORDERED:**

DATED: March __, 2008

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE