LAW OFFICE OF MICHAEL D. LIBERTY
Michael D. Liberty (Bar No. 136088)
1290 Howard Avenue, Suite 303
Burlingame, California 94010
Telephone: (650) 685-8085
Facsimile: (650) 685-8086

Attorney for Plaintiffs



3/13/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELVIRA TERAN;<br>STEPHANIE LIZAOLA, AS GUARDIAN AD LITEM FOR:<br>ANGELA ALYSSA TERAN, A MINOR CHILD,<br>JENNIFER LISETTE TERAN, A MINOR CHILD,<br>AND BRIANA ISABEL TERAN, A MINOR CHILD, ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY;<br>COUNTY OF MONTEREY SHERIFF'S DEPARTMENT;<br>MICHAEL KANALAKIS;<br>BRANDON SMITH;<br>WARREN SANO;<br>MIKE DARLINGTON;<br>BENJAMIN PAYTON;<br>BRIAN HOSKINS;<br>EMILY HOWLETT;<br>AND DENIS GREATHEAD; and<br>TASER INTERNATIONAL, INC., An Arizona Corporation,<br><br>    Defendants. | Case No. C 06-06947 JW<br><br>Hon. JAMES WARE<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUT-OFF DATE |

**IT IS HEREBY STIPULATED** by and between the parties to this agreement that the

1

C 06-06947 JW

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUT-OFF DATE

undersigned parties agree to extend the non-expert discovery cut off from March 28, 2008 to May 28, 2008.

IT IS SO STIPULATED:

Dated: March __, 2008                               Dated: March 6, 2008

_____                    _____
Traci Kirkbride                                     John Ramirez
Attorney for Defendants                             Attorney for Defendant
County of Monterey and                              Taser International, Inc.
County of Monterey Sheriff


Dated: March 6, 2008

_____
Michael D. Liberty
Attorney for Plaintiff
Elvira Teran, Stephanie Lizaola as Guardian Ad Litem for
Angela Alyssa Teran, a minor child,
Jennifer Lisette Teran, a minor child and
Briana Isabel Teran, a minor child

IT IS SO ORDERED:

The Court further modifies the parties Scheduling Dates as follows:

1. Close of Non-Expert Discovery set for **May 28, 2008.**
2. Expert Designations cut-off set for **May 16, 2008.**
3. Rebuttal Expert Designation cut-off set for **June 2, 2008**.
4. Expert Discovery cut-off set for **September 26, 2008.**
5. Last Date to Hear Dispositive Motions set for **August 25, 2008 at 9:00 AM.**
6. Preliminary Pretrial and Trial Setting Conference previously January 19, 2009 at 11:00 AM is advanced to **April 28, 2008 at 11:00 AM.** The parties to file a Joint Pretrial Statement by **April 18, 2008.**


Dated: March 13, 2008                               _____
                                                    James Ware
                                                    United States District Judge

Law Office Of Michael D. Liberty
1290 Howard Ave., Suite 303
Burlingame, CA 94010
650-685-8085

undersigned parties agree to extend the non-expert discovery cut off from March 28, 2008 to May 28, 2008.

**IT IS SO STIPULATED:**

Dated: March 6, 2008                                    Dated: March __, 2008

*/s/ Traci Kirkbride*                                   _____
Traci Kirkbride                                         John Ramirez
Attorney for Defendants                                 Attorney for Defendant
County of Monterey and                                  Taser International, Inc.
County of Monterey Sheriff

Dated: March __, 2008

_____
Michael D. Liberty
Attorney for Plaintiff
Elvira Teran, Stephanie Lizaola as Guardian Ad Litem for
Angela Alyssa Teran, a minor child,
Jennifer Lisette Teran, a minor child and
Briana Isabel Teran, a minor child

**IT IS SO ORDERED:**

DATED: March __, 2008
                                                        _____
                                                        JAMES WARE
                                                        UNITED STATES DISTRICT JUDGE