LAW OFFICE OF MICHAEL D. LIBERTY
Michael D. Liberty (Bar No. 136088)
1290 Howard Avenue, Suite 303
Burlingame, California 94010
Telephone: (650) 685-8085
Facsimile: (650) 685-8086

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ELVIRA TERAN; STEPHANIE LIZAOLA, AS GUARDIAN AD LITEM FOR: ANGELA ALYSSA TERAN, A MINOR CHILD, JENNIFER LISETTE TERAN, A MINOR CHILD, AND BRIANA ISABEL TERAN, A MINOR CHILD, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF MONTEREY; COUNTY OF MONTEREY SHERIFF'S DEPARTMENT; MICHAEL KANALAKIS; BRANDON SMITH; WARREN SANO; MIKE DARLINGTON; BENJAMIN PAYTON; BRIAN HOSKINS; EMILY HOWLETT; AND DENIS GREATHEAD; and TASER INTERNATIONAL, INC., An Arizona Corporation, <br><br> Defendants. | Case No. C 06-06947 JW <br><br> Hon. JAMES WARE <br><br> STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY CUT-OFF DATE |

**IT IS HEREBY STIPULATED** by and between the parties to this agreement that the expert

1                                                                            C 06-06947 JW

designation currently set for May 16, 2008 will be continued to May 27, 2008. Plaintiffs' expert is unavailable because he is at a conference all week while Taser's counsel and experts are currently involved in the Heston trial.

**IT IS SO STIPULATED:**

Dated: May 16, 2008

_____/s/_____
Traci Kirkbride
Attorneys for Monterey County Defendants

Dated: May 16, 2008

_____/s/_____
Mildred K. O'Linn
Attorney for Defendant
TASER International, Inc.

Dated: May 16, 2008

_____/s/_____
Michael D. Liberty
Attorney for Plaintiff
Elvira Teran, Stephanie Lizaola as Guardian Ad Litem for
Angela Alyssa Teran, a minor child,
Jennifer Lisette Teran, a minor child and
Briana Isabel Teran, a minor child

**IT IS SO ORDERED:**

DATED: May 21, 2008

_____
JUDGE OF THE NORTHERN DISTRICT