UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELVIRA TERAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF MONTEREY, et al., <br><br> Defendants. | Case No.: C 06-6947 JW (PVT) <br><br> **ORDER RE DEFENDANT TASER'S "*EX PARTE*" MOTION TO EXTEND THE DISCOVERY CUTOFF** |

On September 25, 2008, Defendant Taser International, Inc. ("Taser") filed an "*ex parte*" motion to extend the discovery cutoff for the purpose of allowing the deposition of Plaintiff's expert, Dr. Byron Lee, to be taken after the current cutoff.[1]  The court deems Taser's motion to be a motion to change time pursuant to Civil Local Rule 6-3.  Having reviewed the papers submitted by the parties, the court finds it appropriate to issue this interim order.  Based on the moving papers and the file herein,

IT IS HEREBY ORDERED that, pursuant to Civil Local Rule 6-3(c), any party opposing the motion shall file an opposition no later than Tuesday, September 30, 2008.

IT IS FURTHER ORDERED that the parties shall promptly meet and confer either in person

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1  or by telephone (*see* Civil Local Rule 1-5(n)) regarding a mutually convenient date for the deposition
2  of Dr. Lee in the event this court extends the discovery cutoff for the purpose of allowing his
3  deposition to go forward.  No later than Tuesday, September 30, 2008, the parties shall file either a
4  stipulation setting the date and time for the deposition or else their respective proposals for the date
5  and time for the deposition.

6  Dated: *9/26/08*

7  /s/ Patricia V. Trumbull
    PATRICIA V. TRUMBULL
8   United States Magistrate Judge

ORDER, *page 2*