UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELVIRA TERAN, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>            Defendants. | Case No.: C 06-6947 JW (PVT)<br><br>**ORDER GRANTING DEFENDANT TASER'S MOTION TO EXTEND THE DISCOVERY CUTOFF** |

On September 25, 2008, Defendant Taser International, Inc. ("Taser") filed an "*ex parte*" motion to extend the discovery cutoff for the purpose of allowing the deposition of Plaintiff's expert, Dr. Byron Lee, to be taken after the current cutoff.[1]  The court deemed Taser's motion to be a motion to change time pursuant to Civil Local Rule 6-3, and set a deadline of September 30, 2008 for any party to file an opposition, as well as for the parties to file either a stipulated or respective proposal(s) for the date of the deposition.  No party filed any opposition, and the parties filed a stipulation that the deposition of Dr. Lee commence at 10:00 a.m. on November 3, 2008.  Based on the lack of any opposition and the parties' stipulation,

IT IS HEREBY ORDERED that Taser's motion is GRANTED.  The discovery cutoff is

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

extended to November 3, 2008 solely to allow the deposition of Dr. Lee to go forward as stipulated by the parties.

IT IS FURTHER ORDERED that the deadline for filing any discovery motions regarding the deposition of Dr. Lee is continued to November 13, 2008.

Dated: *10/1/08*

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge