# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

ELVIRA TERAN;
STEPHANIE LIZAOLA,
AS GUARDIAN AD LITEM FOR:
ANGELA ALYSSA TERAN, A MINOR CHILD
JENNIFER LISETTE TERAN, A MINOR CHILD
AND BRIANA ISABEL TERAN, A MINOR
CHILD, ET AL.,

       Plaintiffs,

       vs.

COUNTY OF MONTEREY;
COUNTY OF MONTEREY SHERIFF'S
DEPARTMENT;
MICHAEL KANALAKIS; BRANDON SMITH;
WARREN SANO; MIKE DARLINGTON:
BENJAMIN PAYTON; BRIAN HOSKINS
EMILY HOWLETT;
TASER INTERNATIONAL, INC. An
Arizona Corporation

       Defendants.

Case No. C 06-06947 JW

Hon. James Ware

Expert Report: Mark Kroll, Ph.D.

Pursuant to Fed. R. Civ. P. 26(a)(2), I, Mark Kroll, Ph.D., hereby submit my report that contains a complete statement of all opinions to be expressed and the bases and reasons therefore; the data and other information I considered in forming the opinions; the exhibits or list of references I used as a summary of or support for the opinions; my qualifications, including a list of all publications authored within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which I have testified as an expert at trial or by deposition within the preceding four years.

Mark Kroll, Ph.D. FACC, FHRS

Date
**GENERAL COMMENTS**

**Previous Testimony**

I have testified as an expert at trial or by deposition within the preceding four years in:

- the patent case of *Parker v. Cardiac Science*,

- the wrongful death case of *Lomax estate v. TASER International, Inc.* et. al.

- the wrongful death case of *Heston estate v. TASER International, Inc., et al.*

- the injury case of Lewandowski v. TASER *International, Inc., et al.*

- the injury case of Petersen v. TASER *International, Inc., et al.*

- the autopsy review case of TASER *International, Inc and City of Akron v. Summit County Medical Examiner.*

In the *Wilson v. TASER International, Inc.* case filed in the United States District Court for the Northern District of Georgia (Rome Division) the Court has ruled on a *Daubert* motion by opposing party and has not precluded me from acting as an expert in the case.

24

**DEGREE OF CERTAINTY:**

All opinions are to a reasonable degree, or higher, of professional, scientific, and/or medical certainty.

**FEES:**

My fees for this expert witness report are $200 per hour for the research and preparation and my fees for testimony are $500 per hour.

**TASER DISCLAIMER:**

This report, information, testimony, etc. is being provided within my consulting capacity. TASER International, Inc. (TASER) is not responsible for any statements, opinions, testimony, etc. For purposes of this case I am not a spokesman for TASER. Also, TASER does not set, establish, accept, or endorse law enforcement policies, procedures, etc., especially those relative to use of force, medical attention, etc.

**RIGHT TO AMEND:**

The opinions in this report are living opinions. That is, should additional discovery material be received, and/or additional research be completed, and then reviewed, these opinions may be altered and/or reinforced depending upon what information is obtained, reviewed, and/or studied.

**FURTHER DEVELOPMENT:**

Further, the opinions which are expressed in this report are not necessarily fully developed. Rather, they are listed to comply with current report requests. Each opinion may be further developed through research, investigation, during deposition and/or trial testimony.

**SPECIFIC REFERENCES:**

Some of the opinions in this report may list specific references to some of the case specific documents reviewed or considered. These listings are not intended to be all-inclusive. I specifically reserve the right to supplement the support for each of the opinions in this report.

**NEWLY IDENTIFIED ISSUES:**

If new issues are opined, identified, or developed subsequent to submission of this report, I reserve the right to supplement, or further supplement, this report.

**OPINION METHODOLOGY:**

The following opinions were developed using the disciplines of electrical engineering, biomedical engineering, cardiovascular physiology, scientific methods, mathematics, and physics and are to a reasonable degree of professional, engineering, and/or medical certainty.

Additionally, the opinions provided in this case were developed using one or more qualitative and quantitative research methodologies, in addition to my education, training, experience, and literature review.

## SCIENTIFIC METHOD

I have invested most of my adult life researching and developing electrical devices to diagnose and treat disease. My scientific specialty is electrophysiology or the interaction of electricity and the body. My primary focus is the effect of electrical shocks on the human body. I am proud that this investment has resulted in every ICD (Implantable Cardioverter Defibrillator) made anywhere in the world licensing some of my patented improvements.

Briefly, I research, lecture, and publish on electric shocks and their effects on the human body. I have lectured throughout Europe and Asia (in over 30 countries) as well as at many of the major universities and medical centers of the U.S. (United States) on this topic. Usually, the typical audience member is a cardiologist electrophysiologist. With over 260 issued U. S. patents and numerous pending and international patents, I currently hold the most patents on electrical medical devices of anyone in the world. I also currently hold the most cardiac device patents. Over 1 million people have devices with my patented features in their chest, monitoring every heartbeat.

I am an author on over 175 abstracts, papers, and book chapters. I am the co-editor of the book, "Implantable-Cardioverter Defibrillator Therapy" published in 1996 by Kluwer

of Boston and the upcoming book, "Cardiac Bioelectric Therapy" in press for 2008 by Springer-Kluwer of New York.

I am an author on 4 papers on TASER ECDs (3 published and 1 under review) as well as numerous ECD scientific abstracts. I have given many presentations on ECDs to scientific and medical audiences. These include:

1. 2007 AAFS (American Academy of Forensic Science) conference major presentation in San Antonio, Texas.[1]

2. 2007 BEMS (Bioelectromagnetic Society) meeting Plenary Address in Kanazawa, Japan.[2]

3. Major invited lecture at the 2006 NAME (National Association of Medical Examiners) conference in San Antonio, Texas.[3]

4. Advanced Death Investigation Course of St. Louis University (2007) as faculty lecturer to full audience.[4]

5. Faculty lecturer to full audience at Institute for the Prevention of In-Custody Death Conferences (2006 and 2007), Las Vegas, Nevada.

6. Chaired special session on TASER ECDs at 2006 Cardiostim meeting in Nice France.

7. Guest lecture to U.S. Military on ECDs in 2006.

8. On May 15, 2008 a paper entitled "Presenting Rhythm in Sudden Custodial Deaths After Use of TASER® Electronic Control Device," co-authored by me, will be presented at the prestigious scientific conference of the Heart Rhythm Society.[5]

9. In May 16, 2008 a paper entitled "Can Electrical-Conductive Weapons (TASER®) alter the functional integrity of pacemakers and defibrillators and cause rapid myocardial capture?" co-authored by me, will be presented at the prestigious scientific conference of the Heart Rhythm Society.[4]

In addition to the major addresses above, I have lectured at the United States Department of Justice (2007), AAFS (2006), and BEMS (2006) regarding the TASER ECD.

I have shot TASER ECDs numerous times and have personally experienced a discharge directly to the center of my chest.

**DOCUMENTS REVIEWED OR CONSIDERED**

I have reviewed or considered the following documents or summaries thereof.

I.    **PLEADINGS**

      a.      **First Amended Complaint for Damages for Wrongful Death and Survival Action, Jury Trial Demanded,** filed October 22, 2007;

II.   **DEPOSITIONS**

      a.      **Deposition of Deputy Brandon Smith,** February 26, 2008;

      b.      **Deposition of Deputy Benjamin Payton,** February 21, 2008;

      c.      **Deposition of Deputy Bryan Hoskins,** February 25, 2008;

      d.      **Deposition of Sergeant Denis Greathead,** October 2, 2007;

      e.      **Deposition of Deputy Michael Darlington,** October 1, 2007;

III.  **DEFENDANT RESPONSES**

      a.      **Defendant Brain Hoskins' Responses to Plaintiff Elvira Teran's Interrogatories – Set One,** March 13, 2008;

      b.      **Defendant Brandon Smith's Reponses to Plaintiff Elvira Teran's Interrogatories,** March 13, 2008;

      c.      **Defendant Michael Kanalakis' Responses to Plaintiff Elvira Teran's Interrogatories – Set One,** March 13, 2008;

      d.      **Defendant Warren Sano's Responses to Plaintiff Elvira Teran't Interrogatories – Set One,** March 13, 2008;

      e.      **Defendant Benjamin Payton's Responses to Plaintiff Elvira Teran's Interrogatories – Set One,** March 13, 2008;

      f.      **Defendant Mike Darlington's Responses to Plaintiff Elvira Teran's Interrogatories – Set One,** March 13, 2008

      g.      **Defendant County of Monterey Sheriff's Offices' Responses to Plaintiff Elvira Teran's Request for Production of Documents – Set One,** March 13, 2008;

h.       **Monterey County Defendants; Witness List and Initial Disclosures – Part One,** February 12, 2007;

i.       **Monterey County Defendants; Witness List and Initial Disclosures – Part Two,** February 12, 2007;

j.       **Monterey County Defendants; Witness List and Initial Disclosures – Part Three,** February 12, 2007;

k.       **Monterey County Defendants; Witness List and Initial Disclosures – Part Four,** February 12, 2007;

l.       **Defendant TASER'S Initial Disclosures Pursuant to Federal Rules of Civil Procedure, Rule 26 (a)(1),** filed February 16, 2007;

m.       **Defendant TASER'S Supplemental Disclosures Pursuant to Federal Rules of Civil Procedure, Rule 26 (a)(1),** filed April 2, 2007;

n.       **Defendant TASER'S Second Supplemental Disclosures Pursuant to Federal Rules of Civil Procedure, Rule 26 (a)(1),** filed June 19, 2007;

o.       **Defendant TASER'S Fourth Supplemental Disclosures Pursuant to Federal Rules of Civil Procedure, Rule 26 (a)(1) and Rule 26 (e)(1),** filed March 19, 2008;

## IV.   PLAINTIFF RESPONSES

a.       **Plaintiffs' Statement of Initial Disclosures,** February 13, 2007;

b.       **Plaintiff's Initial Disclosures – Email Correspondence,** Part 18;

c.       **Plaintiff's Initial Disclosures – Email Correspondence,** Part 19;

d.       **Plaintiff's Initial Disclosures – Email Correspondence,** Part 20;

e.       **Plaintiff's Initial Disclosures – Email Correspondence,** Part 21;

f.       **Plaintiff's Initial Disclosures – Newspaper Articles,** Part 23;

g.       **Family Photos;**

## CONCLUSIONS

The ADVANCED TASER® M26 *Electronic Control Device (M26*, ECD, or device) had nothing to do with the sad death of Mr. Jaime Teran Coronel. The most likely cause of his death was due to excited delirium leading to acidosis which led to his lethal cardiac rhythm of asystole (flat-line). With a confidence of 99.9993% I can state that Mr. Coronel was suffering from excited delirium syndrome. Whether his excited delirium was caused by his chronic cocaine abuse or his acute methamphetamine and cocaine intoxication (or both) is an interesting academic question but is not relevant to the sad, final fatal outcome from his own life choices.

The initial lethal cardiac rhythm of Mr. Coronel, asystole, cannot be induced by electrical stimulation and thus (and for many other reasons discussed later) the TASER M26 can be conclusively eliminated as a causative or contributive agent in Mr. Coronel's death.

Mr. Coronel was alive and continued to fight and kick after the TASER ECD applications. After the ECD applications he still had a pulse and was breathing. Recall that electrocution is an essentially instant death. Thus he was not killed by the ECD.

## APPENDICES

Attached hereto, and hereby made an integral part hereof, please find Appendix 1 that presents my opinions on the general safety of TASER ECDs. Appendix 2 presents the science behind the design of TASER ECDs. Appendix 3 presents my Curriculum Vitae.

32

Respectfully submitted,

Mark W. Kroll, PhD, FACC, FHRS

9 May 2008

**DETAILS OF THE OPINION:**

Death from strong electrical currents is electrically induced VF (ventricular fibrillation). This is called "electrocution" and is how an electrical shock can directly cause a death.[1] This is simply impossible in this case for numerous reasons:

1. Mr. Coronel resisted for several minutes after the ECD discharges. VF is instant (5-15 seconds) death. Dead people cannot fight.

2. The M26 delivers too little charge to cause VF. There has never been a case of an animal or human put into VF with an M26.[6]

3. Mr. Coronel was overweight, as he had a BMI (body mass index) of 27.7. This means that even had he been hit perfectly over his heart it was too far back from his skin to allow current to get close enough to his heart to cause VF. This would have been true even if he had been hit with the more powerful X26.[7,8]

4. Mr. Coronel was not put into VF. The first noted rhythm of Mr. Coronel was asystole. A rhythm of asystole cannot be induced with electrical stimulation.

---

[1] Electrocution from massive burning shocks from lightning strikes or overhead power lines cause additional lethal effects but that is not an issue here.

34

5. The rhythm history of Mr. Coronel (presenting with no VF) and then having his rhythm changing with CPR (cardiopulmonary resuscitation) is very common with drug overdoses.[9]

6. Mr. Coronel' initial rhythm of asystole is, however, seen in excited delirium deaths.[5]

7. In well over a century of medical, scientific, and electrical research there is no support for speculations that the minimal amount of current and charge delivered into a human body by a TASER M26 discharge, or discharges, as applied to Mr. Coronel is likely, or even medically or scientifically possible, to directly cause clinically significant adverse effects, serious injury or death.

There is no evidence of improper use of the TASER ECD in this case. The ECD was the fastest and safest way to attempt to capture and control Mr. Coronel and keep him from being injured or killed by rolling off the roof and to get the emergency medical treatment that he needed.

The TASER ECD has been applied to over 1.2 million human beings without ever directly causing a death. These devices are well recognized for having an impressive safety record.[10,11]

These devices allow repeated applications as they may be necessary to safely capture and control a continuously resistant subject. However, the speculation that repeated applications can cause death shows a common urban mythical misunderstanding of electricity. Electrical current does not build up like poison. [12-17] Long term applications of safe currents (including those of the TASER M26) do not cause death.[18]

## THE TASER M26 HAD NO EFFECT ON MR. CORONEL'S HEALTH

All known scientific evidence points away from the possibility of the M26 having any effect on Mr. Coronel's health.

1. Mr. Coronel' arrhythmia, asystole, is not inducible by electrical stimulation. Asystole is, however often seen in deaths from excited delirium induced acidosis.[5]

2. Numerous human studies have now shown that even the stronger X26 has no effect on the human heart.[19-34]

3. Even with pigs (which are far more sensitive to electrical currents than are humans)[35-40] no one has been able to cause a lethal rhythm with an M26.[6]

4. Mr. Coronel's body-mass-index of 33.4 suggests that his heart was too far back from his skin to be affected by even stronger X26 pulses and darts in full penetration.[7] Mr. Coronel was only drive-stunned and then on is back and shoulders — not near his heart.

5. Mr. Coronel still was fighting long after the ECD applications. With VF, the person loses consciousness within seconds.[41]

6. No animal or human studies have ever suggested any deleterious effects from a drive-stun application.

7. No animal or human studies have ever suggested any deleterious effects from back or shoulder applications.

## Excited Delirium

Mr. Coronel had 16 of 17 items in the excited delirium checklist below for which data was available to me. A person in a typical emergency responder situation would have at most 3 of these signs. A chi-square statistical analysis was performed on these ratios and found a chi-square statistic of 20.16. This equates to a probability of $p = 0.000007$ which is equivalent to a 99.9993% confidence that Mr. Coronel had excited delirium syndrome. This inverts to an odds ratio of 140,499:1 in favor of his having excited delirium syndrome.

### Excited delirium checklist for Mr. Coronel.

| Criterion | Presence | Points |
|---|---|---|
| 1. Agitation, screaming, or panic[42-46] | "Freaking out": Ms. Liazaola | 1 |
| 2. Incoherence or disorganized speech. Grunting or animal sounds.[47,48] | Incoherent mumbling: Dep. Smith | 1 |
| 3. Hyperthermia signs: clothing removal, sweating, application of water or high temperature.[43,44,46,47,49-54] | Emergency dept. temp of 100.2° F. | 1 |
| 4. Paranoia, anxiety, or avoidance behavior.[42,46,50,51,55,56] | Paranoid: Ms. Liazaola | 1 |
| 5. Extreme strength.[47,51] | Resisted 4 deputies: Dep. Smith | 1 |
| 6. Extreme stamina.[57,48] | High level of activity from about 11:30 PM until around 12:45 AM: multiple sources | 1 |
| 7. Constant motion or hyperactivity.[42,58-61] | Ran around yard, climbed fence then onto roof: Mr. Coffer; continued thrashing and rolling around roof: Dep. Smith | 1 |

| | | |
|---|---|---|
| 8. High threshold of pain.[48,62] | M26 applications had minimal effect: Deps. Smith, Hoskins, and Payton. | 1 |
| 9. Violence, assault, or aggression towards others.[46,47,63,64] | Kicked at deputies: Dep. Smith | 1 |
| 10. History of chronic stimulant abuse or mental illness.[42,55,60,63,65-70] | Cocaine was his favorite drug: Ms. Liazaola | 1 |
| 11. Disorientation or hallucinations[46,61,68,71,72] | Grabbing ventilation fixtures as if someone was pulling him off the roof. | 1 |
| 12. Breaking of shiny objects such as glass and mirrors.[48] | None noted. | 0 |
| 13. Premonition of death. | Said he was dying: Dep. Smith | 1 |
| 14. Brief quiet period before collapse.[42,45,48,73] | Relaxed considerably after leg irons applied: Dep. Smith | 1 |
| 15. Acidosis (acidic blood).[48,74,75] | Severely acidotic with pH = 6.84. | 1 |
| 16. Rhabdomyolysis or kidney damage (if suspect is resuscitated).[43,49,76] | Creatine phosphokinase > 20,000. (Severe rhabdomyolysis is > 5,000) Diagnosed by Dr. Carillo | 1 |
| 17. Presenting rhythm of PEA (pulseless electrical activity) or asystole.[57,65,77] | Asystole: Jenkins. | 1 |
| 18. Positive Mash test for dopamine transporter assay in brain.[43,50,55,78-82] | | NA |
| 19. Positive hair test for chronic stimulant abuse.[78,83-87] | | NA |

Note: It is important to avoid the distraction of the various terms that have been applied to this syndrome. For example, what is now referred to as excited delirium[42-44,49,51,55,57,59,62,65,69,73-76,79,80,88-95] or agitated delirium[77,82,96-141] has also been called: Bell's mania,[61] acute exhaustive mania,[142] acute delirious mania,[61] delirium grave,[61] typhoma,[61] acute delirium,[61] manic-depressive exhaustion,[53] excited catonia,[115] lethal catatonia,[143] and neuroleptic malignant syndrome.[52,62,63,98,143]

# REFERENCES

**1.** Kroll M, Panescu D, Ho J, Luceri R, IR E, Calkins H, Tchou P. Potential Errors in Autopsy Reports of Custodial Deaths Temporally Associated With Electronic Control Devices: A Cardiovascular Prospective American Academy of Forensic Sciences. San Antonio, TX, 2007:284-285.

**2.** Kroll M. Designing the Waveform of the Electronic Control Device to Replace the Police Club The Bioelectromagnetics Society 29th Annual Meeting. Kanazawa, Japan, 2007.

**3.** Kroll M. In-Custody Death with TASER Electronic Control Device Involvement National Association of Medical Examiners. San Antonio, TX, 2006.

**4.** Lakkireddy D, Biria M, Baryun E, Berenbom L, Pimentel R, Emert M, Kreighbaum K, Kroll M, Verma A. Can Electrical-Conductive Weapons (TASER®) alter the functional integrity of pacemakers and defibrillators and cause rapid myocardial capture? . *Heart Rhythm* 2008.

**5.** Swerdlow C, Kroll M, Williams H, Biria M, Lakkireddy D, Tchou P. Presenting Rhythm in Sudden Custodial Deaths After Use of TASER® Electronic Control Device. *Heart Rhythm* 2008;Abstract Issue.

**6.** Nanthakumar K, Billingsley IM, Masse S, Dorian P, Cameron D, Chauhan VS, Downar E, Sevaptsidis E. Cardiac electrophysiological consequences of neuromuscular incapacitating device discharges. *J Am Coll Cardiol* 2006;48:798-804.

**7.** Bashian G, Wagner G, Wallick D, Tchou P. Relationship of Body Mass Index (BMI) to Minimum Distance from Skin Surface to Myocardium: Implications for Neuromuscular Incapacitating Devices (NMID). *Circulation* 2007;116:II-947.

**8.** Wu J, Sun H, O'Rourke A, Huebner S, Rahko P, Will J, Webster J. Taser blunt dart-to-heart distance causing ventricular fibrillation in pigs. *IEEE Transactions on Biomedical Engineering* 2008:submitted.

**9.** Paredes VL, Rea TD, Eisenberg MS, Cobb LA, Copass MK, Cagle A, Martin TG. Out-of-hospital care of critical drug overdoses involving cardiac arrest. *Acad Emerg Med* 2004;11:71-4.

**10.** Bozeman W, Winslow J, Hauda W, Graham D, Martin B, Heck J. Injury Profile of TASER® Electrical Conducted Energy Weapons (CEWs) *Annals of Emergency Medicine* 2007;50:S65.

**11.** Smith R. TASER® Non-Lethal Weapons: Safety Data and Field Results American Academy of Forensic Sciences. Seattle, WA, 2006:137-139.

**12.** Ferris LP, King BG, Spence PW, Williams HB. Effect of electric shock on the heart. *Electrical Engineering* 1936;55:498-515.

**13.** Roy OZ, Park GC, Scott JR. Intracardiac catheter fibrillation thresholds as a function of the duration of 60 Hz current and electrode area. *IEEE Transactions on Biomedical Engineering* 1977;BME-24:430-435.

**14.** Biegelmeier G, Lee WR. New considerations on the threshold of ventricular fibrillation for a.c.shocks at 50~60 Hz. *IEE Proc.* 1980;127:Pt. A: 103-110.

**15.** Antoni H. Pathophysiological basis of ventricular fibrillation. In: Bridges JF, Ford GL, Sherman IA, Vainberg M, eds. Electrical Shock Safety Criteria. New York: Pergammon Press, 1985:33-43.

**16.** Biegelmeier. Effect of current passing through the human body and the electrical impedance of the human body: A guide to IEC-Report 469. VDE,-Verlag, Berlin: ETZ, 1987.

**17.** Jacobsen J, Buntenkotter S, Reinhard HJ. [Experimental studies in pigs on mortality due to sinusoidal and phase-controlled alternating and rectified currents (author's transl)]. *Biomed Tech (Berl)* 1975;20:99-107.

**18.** IEC 479-2.

**19.** Vilke GM, Sloane C, Levine S, Neuman T, Castillo E, Chan TC. Twelve-lead electrocardiogram monitoring of subjects before and after voluntary exposure to the Taser X26. *Am J Emerg Med* 2008;26:1-4.

**20.** Panescu D. Finite Element Modeling of Fibrillation Risk from TASER Conducted Electrical Weapons. *IEEE Trans Biomed Eng* 2008:under final preparation.

**21.** Ho JD, Dawes DM, Bultman LL, Moscati RM, Janchar J, Miner JR. Prolonged TASER® use on exhausted humans does not worsen markers of acidosis. *Am J Emerg Med* 2008:in press.

**22.** Vilke GM, Sloane CM, Bouton KD, Kolkhorst FW, Levine SD, Neuman TS, Castillo EM, Chan TC. Physiological effects of a conducted electrical weapon on human subjects. *Ann Emerg Med* 2007;50:569-75.

**23.** Vilke G, Sloane C, Levine S, Neuman T, Castillo E, Chan T. Does the Taser Cause Electrical Changes in Twelve Lead ECG Monitoring of Human Subjects. *J Acad Emerg Med* 2007;Abstracts:257.

**24.** Vilke G, Sloane C, Bouton K, Levine S, Neuman T, Castillo E, Kolkhorst F, Chan T. Cardiovascular and Metabolic Effects of the TASER on Human Subjects. *J Acad Emerg Med* 2007;14:104.

**25.** Panescu D. Design and medical safety of neuromuscular incapacitation devices. *IEEE Eng Med Biol Mag* 2007;26:57-67.

**26.** Panescu D. Less-than-lethal weapons: Design and Medical Safety of Neuromuscular Incapacitation Devices. *IEEE Eng Med Biol Mag* 2007;26(4).

**27.** Ideker RE, Dosdall DJ. Can the direct cardiac effects of the electric pulses generated by the TASER X26 cause immediate or delayed sudden cardiac arrest in normal adults? *Am J Forensic Med Pathol* 2007;28:195-201.

**28.** Holden SJ, Sheridan RD, Coffey TJ, Scaramuzza RA, Diamantopoulos P. Electromagnetic modelling of current flow in the heart from TASER devices and the risk of cardiac dysrhythmias. *Phys Med Biol* 2007;52:7193-209.

**29.** Ho JD, Dawes DM, Bultman LL, Thacker JL, Skinner LD, Bahr JM, Johnson MA, Miner JR. Respiratory Effect of Prolonged Electrical Weapon Application on Human Volunteers. *Acad Emerg Med* 2007;14:197-201.

**30.** Ho J, Reardon R, Dawes D, Johnson M, Miner J. Ultrasound Measurement Of Cardiac Activity During Conducted Electrical Weapon Application In Exercising Adults. *Fourth Mediterranean Emergency Medicine Congress* 2007.

**31.** Ho J, Dawes D, Johnson M, Lundin E, Miner J. The Neuroendocrine Effects of the TASER X26 Conducted Electrical Weapon as Compared to Oleoresin Capsicum. *American College of Emergency Physicians Annual Meeting* 2007.

**32.** Ho J. Physiologic Effects of Prolonged Conducted Electrical Weapon Discharge on Acidotic Adults. *SAEM* 2007.

**33.** Ho J. Absence of Electrocardiographic Change Following Prolonged Application of a Conducted Electrical Weapon in Physically Exhausted Adults. *SAEM* 2007.

**34.** Chan T, Sloane C, Neuman T, Levine S, Castillo E, Vilke G, Bouton K, Kohokorst F. The Impact of the Taser Weapon on Respiratory And Ventilatory Function in Human Subjects. *Acad Emerg Med* 2007;14:191-192.

**35.** Walter RJ, Dennis AJ, Valentino DJ, Margeta B, Nagy KK, Bokhari F, Wiley DE, Joseph KT, Roberts RR. TASER X26 discharges in swine produce potentially fatal ventricular arrhythmias. *Acad Emerg Med* 2008;15:66-73.

**36.** Dennis AJ, Valentino DJ, Walter RJ, Nagy KK, Winners J, Bokhari F, Wiley DE, Joseph KT, Roberts RR. Acute effects of TASER X26 discharges in a swine model. *J Trauma* 2007;63:581-90.

**37.** Allison JS, Qin H, Dosdall DJ, Huang J, Newton JC, Allred JD, Smith WM, Ideker RE. The transmural activation sequence in porcine and canine left ventricle is markedly different during long-duration ventricular fibrillation. *J Cardiovasc Electrophysiol* 2007;18:1306-12.

**38.** Pak HN, Kim YH, Lim HE, Chou CC, Miyauchi Y, Fang YH, Sun K, Hwang C, Chen PS. Role of the posterior papillary muscle and purkinje potentials in the mechanism of ventricular fibrillation in open chest dogs and Swine: effects of catheter ablation. *J Cardiovasc Electrophysiol* 2006;17:777-83.

**39.** Voroshilovsky O, Qu Z, Lee MH, Ohara T, Fishbein GA, Huang HL, Swerdlow CD, Lin SF, Garfinkel A, Weiss JN, Karagueuzian HS, Chen PS. Mechanisms of ventricular fibrillation induction by 60-Hz alternating current in isolated swine right ventricle. *Circulation* 2000;102:1569-74.

**40.** Bharati S, Levine M, Huang SK, Handler B, Parr GV, Bauernfeind R, Lev M. The conduction system of the swine heart. *Chest* 1991;100:207-12.

**41.** Maloney J, Masterson M, Khoury D, Trohman R, Wilkoff B, Simmons T, Morant V, Castle L. Clinical performance of the implantable cardioverter defibrillator: electrocardiographic documentation of 101 spontaneous discharges. *Pacing Clin Electrophysiol* 1991;14:280-5.

42. Pollanen MS, Chiasson DA, Cairns JT, Young JG. Unexpected death related to restraint for excited delirium: a retrospective study of deaths in police custody and in the community. *Cmaj* 1998;158:1603-7.

**43.** Ruttenber AJ, Lawler-Heavner J, Yin M, Wetli CV, Hearn WL, Mash DC. Fatal excited delirium following cocaine use: epidemiologic findings provide new evidence for mechanisms of cocaine toxicity. *J Forensic Sci* 1997;42:25-31.

**44.** Blaho K, Winbery S, Park L, Logan B, Karch SB, Barker LA. Cocaine metabolism in hyperthermic patients with excited delirium. *J Clin Forensic Med* 2000;7:71-6.

**45.** Stefan H. Sudden death of psychiatric patients following great excitation and exhaustion which has no actual anatomic basis. *Dtsch Med Wehnschr* 1934;60:1550-1558.

**46.** Shulack N. Sudden "exhaustive" death in excited patients. *Psychiatr Q* 1944;18:3-12.

**47.** Fishbain DA, Wetli CV. Cocaine intoxication, delirium, and death in a body packer. *Ann Emerg Med* 1981;10:531-2.

**48.** Wetli C. Excited delirium. In: Chan R, ed. Sudden Deaths in Custody. Totawa: Humana Press, 2006:99-112.

**49.** Ruttenber AJ, McAnally HB, Wetli CV. Cocaine-associated rhabdomyolysis and excited delirium: different stages of the same syndrome. *Am J Forensic Med Pathol* 1999;20:120-7.

**50.** Mash DC, Ouyang Q, Pablo J, Basile M, Izenwasser S, Lieberman A, Perrin RJ. Cocaine abusers have an overexpression of alpha-synuclein in dopamine neurons. *J Neurosci* 2003;23:2564-71.

**51.** Wetli CV, Fishbain DA. Cocaine-induced psychosis and sudden death in recreational cocaine users. *J Forensic Sci* 1985;30:873-80.

**52.** Nielsen J, Bruhn AM. Atypical neuroleptic malignant syndrome caused by olanzapine. *Acta Psychiatr Scand* 2005;112:238-40; discussion 240.

**53.** Derby I. Manic-depressive "exhaustion" deaths. *Pyschiatric Q* 1933;7:436-449.

**54.** Shulack N. Sudden "exhaustive" death in excited patients. *Psychiatr Q* 1938;12::282-293.

**55.** Mash DC, Pablo J, Ouyang Q, Hearn WL, Izenwasser S. Dopamine transport function is elevated in cocaine users. *J Neurochem* 2002;81:292-300.

**56.** Anglin MD, Burke C, Perrochet B, Stamper E, Dawud-Noursi S. History of the methamphetamine problem. *J Psychoactive Drugs* 2000;32:137-41.

**57.** DiMaio T, VJM D. Excited delirium syndrome cause of death and prevention. Boca Raton: Taylor & Francis, 2006.

**58.** Schroeder U, Schroeder H, Darius J, Grecksch G, Sabel BA. Simulation of psychosis by continuous delivery of phencyclidine from controlled-release polymer implants. *Behav Brain Res* 1998;97:59-68.

**59.** Pedal I, Zimmer G, Mattern R, Mittmeyer HJ, Oehmichen M. [Fatal incidences during arrest of highly agitated persons]. *Arch Kriminol* 1999;203:1-9.

**60.** Fava M. Psychopharmacologic treatment of pathologic aggression. *Psychiatr Clin North Am* 1997;20:427-51.

**61.** Kraines S. Bell's mania (acute delirium). *Am J Psychiatr* 1934;91:29-40.

**62.** Ross DL. Factors associated with excited delirium deaths in police custody. *Mod Pathol* 1998;11:1127-37.

**63.** Kasantikul D, Kanchanatawan B. Neuroleptic malignant syndrome: a review and report of six cases. *J Med Assoc Thai* 2006;89:2155-60.

**64.** Bell L. On a form of disease resembling some advanced stages of mania and fever, but so contradistinguished from any ordinary observed or described combination of symptoms as to render it probable that it may be overlooked and hitherto unrecorded malady. . *American Journal of Insanity* 1849;6:97-127.

**65.** Stratton SJ, Rogers C, Brickett K, Gruzinski G. Factors associated with sudden death of individuals requiring restraint for excited delirium. *Am J Emerg Med* 2001;19:187-91.

**66.** DiMaio VJ. Forensic Pathology 2001:656.

**67.** Gray SD, Fatovich DM, McCoubrie DL, Daly FF. Amphetamine-related presentations to an inner-city tertiary emergency department: a prospective evaluation. *Med J Aust* 2007;186:336-9.

**68.** Stagno D, Gibson C, Breitbart W. The delirium subtypes: a review of prevalence, phenomenology, pathophysiology, and treatment response. *Palliat Support Care* 2004;2:171-9.

**69.** Morrison A, Sadler D. Death of a psychiatric patient during physical restraint. Excited delirium--a case report. *Med Sci Law* 2001;41:46-50.

**70.** Pearlson GD. Psychiatric and medical syndromes associated with phencyclidine (PCP) abuse. *Johns Hopkins Med J* 1981;148:25-33.

**71.** Ross CA, Peyser CE, Shapiro I, Folstein MF. Delirium: phenomenologic and etiologic subtypes. *Int Psychogeriatr* 1991;3:135-47.

**72.** Davidson G. Concerning the cause of death in certain cases. *Am J Psychiatry* 1934;91:41:49.

**73.** Stratton SJ, Rogers C, Green K. Sudden death in individuals in hobble restraints during paramedic transport. *Ann Emerg Med* 1995;25:710-2.

**74.** Allam S, Noble JS. Cocaine-excited delirium and severe acidosis. *Anaesthesia* 2001;56:385-6.

**75.** Brice JH, Pirrallo RG, Racht E, Zachariah BS, Krohmer J. Management of the violent patient. *Prehosp Emerg Care* 2003;7:48-55.

**76.** Karch SB. Karch's Pathology of Drug Abuse 2002:541.

**77.** Park KS, Korn CS, Henderson SO. Agitated delirium and sudden death: two case reports. *Prehosp Emerg Care* 2001;5:214-6.

**78.** Stephens BG, Jentzen JM, Karch S, Mash DC, Wetli CV. Criteria for the interpretation of cocaine levels in human biological samples and their relation to the cause of death. *Am J Forensic Med Pathol* 2004;25:1-10.

**79.** Mash DC, Staley JK. D3 dopamine and kappa opioid receptor alterations in human brain of cocaine-overdose victims. *Ann N Y Acad Sci* 1999;877:507-22.

**80.** Mash DC, Staley JK, Izenwasser S, Basile M, Ruttenber AJ. Serotonin transporters upregulate with chronic cocaine use. *J Chem Neuroanat* 2000;20:271-80.

**81.** Stephens BG, Jentzen JM, Karch S, Wetli CV, Mash DC. National Association of Medical Examiners position paper on the certification of cocaine-related deaths. *Am J Forensic Med Pathol* 2004;25:11-3.

**82.** Chen L, Segal DM, Moraes CT, Mash DC. Dopamine transporter mRNA in autopsy studies of chronic cocaine users. *Brain Res Mol Brain Res* 1999;73:181-5.

**83.** Berankova K, Habrdova V, Balikova M, Strejc P. Methamphetamine in hair and interpretation of forensic findings in a fatal case. *Forensic Sci Int* 2005;153:93-7.

**84.** Kimura H, Mukaida M, Mori A. Detection of stimulants in hair by laser microscopy. *J Anal Toxicol* 1999;23:577-80.

**85.** Takayama N, Tanaka S, Hayakawa K. Determination of stimulants in a single human hair sample by high-performance liquid chromatographic method with chemiluminescence detection. *Biomed Chromatogr* 1997;11:25-8.

**86.** Kintz P, Cirimele V, Tracqui A, Mangin P. Simultaneous determination of amphetamine, methamphetamine, 3,4-methylenedioxyamphetamine and 3,4-methylenedioxymethamphetamine in human hair by gas chromatography-mass spectrometry. *J Chromatogr B Biomed Appl* 1995;670:162-6.

**87.** Nagai T, Kamiyama S, Nagai T. Forensic toxicologic analysis of methamphetamine and amphetamine optical isomers by high performance liquid chromatography. *Z Rechtsmed* 1988;101:151-9.

**88.** Sztajnkrycer MD, Baez AA. Cocaine, excited delirium and sudden unexpected death. *Emerg Med Serv* 2005;34:77-81.

**89.** O'Halloran RL, Lewman LV. Restraint asphyxiation in excited delirium. *Am J Forensic Med Pathol* 1993;14:289-95.

**90.** Strote J, Range Hutson H. Taser use in restraint-related deaths. *Prehosp Emerg Care* 2006;10:447-50.

**91.** Paquette M. Excited delirium: does it exist? *Perspect Psychiatr Care* 2003;39:93-4.

**92.** Gowers WR. A Manual of diseases of the nervous system 1896.

**93.** Nahas GG, Burks TF, Hollister LE. Drug Abuse in the Decade of the Brain 1997:281.

**94.** Levine B. Principles of Forensic Toxicology 2003:385.

**95.** Karch SB. Drug Abuse Handbook. 2006:1267.

**96.** Mets B, Jamdar S, Landry D. The role of catecholamines in cocaine toxicity: a model for cocaine "sudden death". *Life Sci* 1996;59:2021-31.

**97.** Karch SB, Wetli CV. Agitated delirium versus positional asphyxia. *Ann Emerg Med* 1995;26:760-1.

**98.** Wetli CV, Mash D, Karch SB. Cocaine-associated agitated delirium and the neuroleptic malignant syndrome. *Am J Emerg Med* 1996;14:425-8.

**99.** Mirchandani HG, Rorke LB, Sekula-Perlman A, Hood IC. Cocaine-induced agitated delirium, forceful struggle, and minor head injury. A further definition of sudden death during restraint. *Am J Forensic Med Pathol* 1994;15:95-9.

**100.** Irwin P, Murray S, Bilinski A, Chern B, Stafford B. Alcohol withdrawal as an underrated cause of agitated delirium and terminal restlessness in patients with advanced malignancy. *J Pain Symptom Manage* 2005;29:104-8.

**101.** Morita T, Tei Y, Inoue S. Agitated terminal delirium and association with partial opioid substitution and hydration. *J Palliat Med* 2003;6:557-63.

**102.** Morita T, Tei Y, Inoue S. Impaired communication capacity and agitated delirium in the final week of terminally ill cancer patients: prevalence and identification of research focus. *J Pain Symptom Manage* 2003;26:827-34.

**103.** Vatsavayi V, Malhotra S, Franco K. Agitated delirium with posterior cerebral artery infarction. *J Emerg Med* 2003;24:263-6.

**104.** Vilke GM, Chan TC. Agitated delirium and sudden death. *Prehosp Emerg Care* 2002;6:259; author reply 259-60.

**105.** Frye MA, Coudreaut MF, Hakeman SM, Shah BG, Strouse TB, Skotzko CE. Continuous droperidol infusion for management of agitated delirium in an intensive care unit. *Psychosomatics* 1995;36:301-5.

**106.** Levenson JL. High-dose intravenous haloperidol for agitated delirium following lung transplantation. *Psychosomatics* 1995;36:66-8.

**107.** Sanders KM, Murray GB, Cassem NH. High-dose intravenous haloperidol for agitated delirium in a cardiac patient on intra-aortic balloon pump. *J Clin Psychopharmacol* 1991;11:146-7.

**108.** Verslegers W, De Deyn PP, Saerens J, Marien P, Appel B, Pickut BA, Lowenthal A. Slow progressive bilateral posterior artery infarction presenting as agitated delirium, complicated with Anton's syndrome. *Eur Neurol* 1991;31:216-9.

**109.** Mori E, Yamadori A. Acute confusional state and acute agitated delirium. Occurrence after infarction in the right middle cerebral artery territory. *Arch Neurol* 1987;44:1139-43.

**110.** Julien J, Vital C, Vallat JM, Bourgoin B. Epilepsy and agitated delirium caused by an astrocytoma of the amygdala. *Eur Neurol* 1979;18:387-90.

**111.** Medina JL, Chokroverty S, Rubino FA. Syndrome of agitated delirium and visual impairment: a manifestation of medial temporo-occipital infarction. *J Neurol Neurosurg Psychiatry* 1977;40:861-4.

**112.** Medina JL, Rubino FA, Ross E. Agitated delirium caused by infarctions of the hippocampal formation and fusiform and lingual gyri: a case report. *Neurology* 1974;24:1181-3.

**113.** Horenstein S, Chamberlin W, Conomy J. Infarction of the fusiform and calcarine regions: agitated delirium and hemianopia. *Trans Am Neurol Assoc* 1967;92:85-9.

**114.** Spiller JA, Keen JC. Hypoactive delirium: assessing the extent of the problem for inpatient specialist palliative care. *Palliat Med* 2006;20:17-23.

**115.** Pruett JR, Rizvi ST. A16-year-old girl with excited catatonia treated with low-dose oral Lorazepam. *J Child Adolesc Psychopharmacol* 2005;15:1005-10.

**116.** Kusne S, Smilack J. Transmission of rabies virus from an organ donor to four transplant recipients. *Liver Transpl* 2005;11:1295-7.

**117.** Duggal MK, Singh A, Arunabh, Lolis JD, Guzik HJ. Olanzapine-induced vasculitis. *Am J Geriatr Pharmacother* 2005;3:21-4.

**118.** Ogasawara K, Komoribayashi N, Kobayashi M, Fukuda T, Inoue T, Yamadate K, Ogawa A. Neural damage caused by cerebral hyperperfusion after arterial bypass surgery in a patient with moyamoya disease: case report. *Neurosurgery* 2005;56:E1380; discussion E1380.

**119.** Srinivasan A, Burton EC, Kuehnert MJ, Rupprecht C, Sutker WL, Ksiazek TG, Paddock CD, Guarner J, Shieh WJ, Goldsmith C, Hanlon CA, Zoretic J, Fischbach B, Niezgoda M, El-

Feky WH, Orciari L, Sanchez EQ, Likos A, Klintmalm GB, Cardo D, LeDuc J, Chamberland ME, Jernigan DB, Zaki SR. Transmission of rabies virus from an organ donor to four transplant recipients. *N Engl J Med* 2005;352:1103-11.

**120.** Cameron D, Bridge D, Blitz-Lindeque J. Use of sedation to relieve refractory symptoms in dying patients. *S Afr Med J* 2004;94:445-9.

**121.** Muller-Busch HC, Andres I, Jehser T. Sedation in palliative care - a critical analysis of 7 years experience. *BMC Palliat Care* 2003;2:2.

**122.** Cowan JD, Palmer TW. Practical guide to palliative sedation. *Curr Oncol Rep* 2002;4:242-9.

**123.** Cheng C, Roemer-Becuwe C, Pereira J. When midazolam fails. *J Pain Symptom Manage* 2002;23:256-65.

**124.** Morita T, Tsunoda J, Inoue S, Chihara S. Terminal sedation for existential distress. *Am J Hosp Palliat Care* 2000;17:189-95.

**125.** Travis SS, Conway J, Daly M, Larsen P. Terminal restlessness in the nursing facility: assessment, palliation, and symptom management. *Geriatr Nurs* 2001;22:308-12.

**126.** Chiu TY, Hu WY, Lue BH, Cheng SY, Chen CY. Sedation for refractory symptoms of terminal cancer patients in Taiwan. *J Pain Symptom Manage* 2001;21:467-72.

**127.** Ogasawara K, Ogawa A, Okuguchi T, Kobayashi M, Suzuki M, Yoshimoto T. Postoperative hyperperfusion syndrome in elderly patients with chronic subdural hematoma. *Surg Neurol* 2000;54:155-9.

**128.** Dunlop RJ, Campbell CW. Cytokines and advanced cancer. *J Pain Symptom Manage* 2000;20:214-32.

**129.** Wein S. Sedation in the imminently dying patient. *Oncology (Williston Park)* 2000;14:585-92; discussion 592, 597-8, 601.

**130.** Fainsinger RL, Bruera E. When to treat dehydration in a terminally ill patient? *Support Care Cancer* 1997;5:205-11.

**131.** Black KJ, Perlmutter JS. Septuagenarian Sydenham's with secondary hypomania. *Neuropsychiatry Neuropsychol Behav Neurol* 1997;10:147-50.

**132.** Vaphiades MS, Celesia GG, Brigell MG. Positive spontaneous visual phenomena limited to the hemianopic field in lesions of central visual pathways. *Neurology* 1996;47:408-17.

**133.** Moyle J. The use of propofol in palliative medicine. *J Pain Symptom Manage* 1995;10:643-6.

**134.** Di Salvo TG, O'Gara PT. Torsade de pointes caused by high-dose intravenous haloperidol in cardiac patients. *Clin Cardiol* 1995;18:285-90.

**135.** Nicolai A, Lazzarino LG. Acute confusional states secondary to infarctions in the territory of the posterior cerebral artery in elderly patients. *Ital J Neurol Sci* 1994;15:91-6.

**136.** Sanders KM, Stern TA. Management of delirium associated with use of the intra-aortic balloon pump. *Am J Crit Care* 1993;2:371-7.

**137.** Fernandez F, Holmes VF, Adams F, Kavanaugh JJ. Treatment of severe, refractory agitation with a haloperidol drip. *J Clin Psychiatry* 1988;49:239-41.

**138.** Swedlow DB, Schreiner MS. Management of Reye's syndrome. *Crit Care Clin* 1985;1:285-311.

**139.** Price J, Whitlock FA, Hall RT. The psychiatry of vertebro-basilar insufficiency with the report of a case. *Psychiatr Clin (Basel)* 1983;16:26-44.

**140.** Steinhart MJ. Treatment of delirium--a reappraisal. *Int J Psychiatry Med* 1978;9:191-7.

**141.** Brenner WI, Lieberman AN. Acute clonidine withdrawal syndrome following open-heart operation. *Ann Thorac Surg* 1977;24:80-2.

**142.** Wendkos M. Acute Exhaustive Mania Sudden death and psychiatric illness. New York: Medical & Scientific Books division of Spectrum Publications, 1979:Chapter 10.

**143.** Mann SC, Caroff SN, Bleier HR, Welz WK, Kling MA, Hayashida M. Lethal catatonia. *Am J Psychiatry* 1986;143:1374-81.

# Science and Medicine of TASER® Electronic Control Devices

Mark W. Kroll, PhD, FACC, FHRS

Copyright 2008
Mark Kroll & Associates, LLC
Box 23
Crystal Bay, MN 55323

Updated:
26 January, 2008

*0.0 Frequently asked questions* ........................................................................... *4*

*0.1 TABLE OF FIGURES* ....................................................................................... *5*

*0.2 electrical glossary:* ......................................................................................... *7*

*0.4 Heart Rhythm Glossary* ................................................................................. *8*

*1.   How do electronic control devices work?* ................................................... *9*

   1.1. Summary of Relevant Cardiac Physiology and Pathology .............................. 9

   1.2. Relevant Electrical Principles ....................................................................... 11

   1.3. How Does the ECD Indirectly Capture Muscles? ......................................... 13

   1.4. The Importance of Pulse Durations .............................................................. 13

   1.4. TASER® Electronic Control Devices Electrical Characteristics Table ......... 15

   1.5. The TASER ECD Waveforms ....................................................................... 16

   1.7 Selective Nerve Stimulation ......................................................................... 18
   Electrical Stimulation of Motor and Sensory Nerves ............................................................ 19
   Outline of Selective Stimulation Parameters      20
   Cardiac vs. Muscle Stimulation ............................................................................................ 21
   After Effects .......................................................................................................................... 21
   Conclusion ............................................................................................................................ 21

*2. TASER ECDs Cannot Harm the Heart* ............................................................ *23*

   2.1 What is Electrocution? .................................................................................. 23

   2.2 No Single TASER ECD Pulse Could Stop the Heart ..................................... 24
   Summary ............................................................................................................................... 24
   Different Duration Definitions ................................................................................................ 24
   Safety Margin Calculations ................................................................................................... 25

   **The Urban Myth of "Russian Roulette" 25**
   Safety Margin for a Single Pulse in the Vulnerable Cardiac Cycle Zone .............................. 26
   Green Model: 130:1 (X26) and 153:1 (M26) Safety Margins .............................................. 26
   Peleska Model: 100:1 (X26) and 118:1 (M26) Safety Margins ........................................... 27
   International Safety Standards .............................................................................................. 27
   Conclusion ............................................................................................................................ 27

   2.3. Multiple Pulses from the TASER ECD Cannot Stop the Heart ...................... 27
   Knickerbocker Model: 74:1 Safety Margin ........................................................................... 27
   Beigelmeier Model: 74:1 Safety Margin ............................................................................... 28
   Dalziel Model: 84:1 Safety Margin ....................................................................................... 29
   Conclusion ............................................................................................................................ 29

   2.4 Computer Modeling Results .......................................................................... 30

   2.5 Animal Study Results .................................................................................... 30
   Sensitive Swine .................................................................................................................... 30
   Safety Margin for Frontal Hits .............................................................................................. 31
   The "Negative" Pig Studies .................................................................................................. 31
   Is Ventricular Fibrillation Even an Issue? ............................................................................. 33

   2.6. Human Studies Show that the TASER ECDs Do Not Affect the Heart .......... 33
   Are There Any Negative Human Studies? ............................................................................ 34

50

2.7. How Can the ECD Affect the Skeletal Muscles But Not the Heart? ..............35

2.8 The TASER ECD is Safer than Some Headache Remedies ...........................36

2.9 Longer TASER ECD Applications Do Not Affect the Heart...........................37
Summary...........................................................................................................37
Standards for Long Duration Shocks .................................................................37
Experimental Results on Long Duration Shocks ................................................37

2.10. Common Illegal Drugs *Do Not* Make the ECD More Dangerous.................39
Summary...........................................................................................................39
Cocaine.............................................................................................................40
Other Stimulants ..............................................................................................40
Alcohol..............................................................................................................41

2.11 Zero Cardiac Effect From TASER Device Applications to the Back ...........41

2.12 Acidosis and VF ........................................................................................41

2.13 The TASER ECD Cannot Cause Cardiac Electroporation...........................42
Summary...........................................................................................................42
Discussion ........................................................................................................42

2.14 The TASER ECD Cannot Cause Cardiac or Remote Burns .......................43

2.15 Lethal Fainting or Vaso-Vagal Reaction ....................................................44

2.16 Emotional Stress as an Indirect Cause of Cardiac Arrest ............................46

2.17 No Increased Risk From Multiple Devices ...............................................47

2.18 Pacemakers and Implantable Defibrillators................................................49

3. The Taser ECD Does Not Harm Other Organs............................................50

3.1 Breathing ....................................................................................................50

3.2. Acidosis .....................................................................................................51

3.3. Rhabdomyolysis.........................................................................................52

3.4. Nerves .......................................................................................................53
Summary...........................................................................................................53
Laceration Nerve Damage ................................................................................53
Electroporation Nerve Damage .........................................................................53
Cauterization Nerve Damage ............................................................................54

3.5. Effects on the Brain ...................................................................................54

3.6. Eye Injuries ...............................................................................................55

3.7 Secondary Effects from Falls ......................................................................55

3.8 Spinal Compression Fractures....................................................................55

4. Why do some people die while being taken into custody?......................57

4.1. Excited Delirium .........................................................................................58
Why is There No Insurance Billing Code for "Excited Delirium"? ......................59
International Classification of Diseases (ICD Codes)..........................................61
Position of the National Association of Medical Examiners..................................61

4.2. Anti-Police Organization Fund-Raising "Studies" are Junk Science. ..........62
Summary...........................................................................................................62

Causation vs. Correlation...................................................................................................... 63

**4.3. Examining (a few of) the Medical Examiners................................................... 64**

**4.4 Old Fashioned Bias and Cluster Analysis ........................................................ 67**

**4.5 Logical Errors ...................................................................................................... 68**
Science, Scientific Method, Scientific Reliability, Scientific Certainty................................... 68
Inverse Causation................................................................................................................... 68
Stop versus Start Confusion .................................................................................................. 69
Example of "start-versus-stop" confusion ............................................................................. 69
Some Means All...................................................................................................................... 70
Circular Illogical Reasoning on Drugs.................................................................................... 71

**4.6 The "Last Straw," "Over the Edge," or "Boo!" Causation Theories .............. 71**

**4.7 Just a Little Bit Longer........................................................................................ 73**

**4.8 Legal Warnings as a Substitute for Scientific Causation. ............................... 74**

**4.9 Keeping the Rhythm ........................................................................................... 75**

***5.0 Epidemiology.......................................................................................................... 76***

**5.1 Field Usage Statistics ........................................................................................ 76**

**5.2 Training Usage Statistics................................................................................... 77**

**5.3 Mortality Rates .................................................................................................... 78**

**6.0 REFERENCES........................................................................................................ 79**

52

## 0.0 FREQUENTLY ASKED QUESTIONS

In well over a century of medical, scientific, and electrical research there is no support for speculations that the minimal amount of current and energy delivered into a human body by a TASER CEW discharge, or discharges, is likely, or even medically and/or scientifically possible, to directly cause clinically significant adverse effects, serious injury or death.

Q. Does a TASER® ECD (Electronic Control Device) actually *deliver* 50,000 V (volts)?

No. The TASER X26 delivers 400 V in its pulse. See page 15.

Q. Has anyone actually been killed by a TASER ECD?

No. The only deaths scientifically linked to an ECD were those of four resisting subjects that indirectly sustained head injuries secondarily after ECD induced falls. See page 55.

Q. Is there any danger from an ECD to a person with a pacemaker or an implantable defibrillator?

In general, no. There is a theoretical tiny risk for someone with certain older pacemaker models but no such ECD induced injury has ever been recorded. See page 49.

Q. How many human beings have taken a TASER ECD hit so far?

About 1,200,000. See page 76.

Q. Are long duration ECD exposures or simultaneous ECD multiple hits more dangerous?

No. Electricity does not build up in the body like a poison. See page 37.

Q. Is it true that the AMA (American Medical Association) does not recognize "excited delirium" or "excited delirium syndrome" as a diagnosis?

Yes, but only by logic concluding that the AMA does not recognize bullet wounds either. See page 59.

53

## 0.1 TABLE OF FIGURES

Figure 1. The heart has 4 chambers and 4 valves. ............................................... 9

Figure 2 TASER X26 peak currents are much lower than those of a strong static shock. The defibrillator pulse is 1 million times longer in duration than the static shock.................................................................................................................. 12

Figure 3 The threshold in amperes for the capture of the A-$\alpha$ motor neurons as a function of the pulse duration. Note that narrow pulses require much more current. ................................................................................................................ 14

Figure 4 The threshold in mJ (millijoules) for the capture of the A-$\alpha$ motor neurons as a function of the pulse duration......................................................... 14

Figure 5 Output waveform of TASER X26 ECD in tissue. The output circuit attempts to deliver a constant charge per pulse. Thus the output current is largely load independent................................................................................................ 17

Figure 6 ADVANCED TASER M26 output waveform into a typical load. Due to the short duty cycle, the net average effective current is < 1 mA compared to the instantaneous peak current of 15 A or more. ..................................................... 18

Figure 7. Normal EKG (electrocardiogram or ECG). The tall spike is the R-wave. The rounded positive humps before and after are the P-wave and T-wave respectively. ....................................................................................................... 26

Figure 8. Fibrillating currents as a function of body weight. Note that the ~2 mA ECD currents are barely off of the zero line. ...................................................... 28

Figure 9. ECD current tends to follow the grain of the skeletal muscles. Very little penetrates the body below the muscles. (Note: this illustration is not to scale, nor does it illustrate the optimal electrical impulse vulnerable probe positions)........ 35

Figure 10. Short applications (less than 1 second) require increasing current levels to induce VF................................................................................................. 38

Figure 11. Summary of animal studies going back to 1936 show that at a certain time ($t_2$ which is 0.8-5 s) the risk of electrocution does not increase with longer durations. ............................................................................................................. 38

Figure 12. The TASER X26 current is 1 million times removed from the level of current required to cause internal burns. Due to the special waveform design the device is able to partially contract some muscles with its low average current of only 2 mA. ........................................................................................................... 43

Figure 13. Appendectomy CPT for Nevada......................................................... 60

Figure 14. The rate of the TASER ECD (CEW or Conducted Electrical Weapon) being mentioned as contributory is now dropping rapidly....................................67

Figure 15. The "over the edge" speculation requires the suspension of scientific facts and logic. ......................................................................................................72

Figure 16. Low deployment departments have much higher usage rates per ECD as they are called out to many difficult situations while each officer has an ECD in full deployment departments. ..............................................................................76

Figure 17. Distribution of Human Exposure Training Policies. ...........................78

## 0.2 ELECTRICAL GLOSSARY:

Current   Measure of the number of electrons per second flowing along an electrical path. Unit is the "ampere."

Voltage   Electrical pressure pushing an electrical current. Unit is the "volt."

Resistance   Measure of resistance to electrical current. Unit is the "ohm."

milli   A thousandth of a unit. For example a mA ("milliampere") equals 0.001 amperes (or $10^{-3}$ amperes).

micro   A millionth of a unit. For example a μA ("microampere") equals 0.000001 amperes (or $10^{-6}$ amperes).

kilo   One thousand of a unit. For example a kA ("kiloampere") equals 1000 amperes.

Mega   One million of a unit. For example a MA ("megampere") equals 1,000,000 amperes.

volt   Unit of voltage classically defined as the voltage from a certain type of battery cell.

coulomb   Unit of electrical charge equal to 6,240,000,000,000,000,000, or 6.24 quintillion or $6.24^{18}$, electrons

ampere   Unit of current equal to 1 coulomb of charge per second or 6,240,000,000,000,000,000 electrons per second.

joule   Unit of energy approximately equal to 0.2388 cal (calorie) of heat energy. One cal equals 4.2 J (joules).

watt   Unit of power equal to a rate of energy flow of 1 joule per second. Also equals 1/746 horsepower.

ohm   The amount of resistance that requires 1 volt to push 1 ampere of current through a path.

## 0.4 HEART RHYTHM GLOSSARY

Sinus rhythm Actually, the good rhythm. Normal "sinus" rhythm means the heart is beating normally.

Fibrillation    Chaotic electrical activity in which no pumping occurs. If found in the ventricle this is called VF (ventricular fibrillation) and the patient will die unless promptly defibrillated with a strong shock.

Asystole    "Flatline" rhythm with zero or almost zero electrical activity. Not inducible with electrical stimulation. Very common with excited delirium.

PEA  Pulseless electrical activity. The heart has some electrical activity but there is no mechanical response.

# 1. HOW DO ELECTRONIC CONTROL DEVICES WORK?

The TASER® ECD (electronic control device) (or device) functions by delivering carefully tuned (short duration and low energy) pulses to the motor neuron system to capture skeletal muscles and prevent a person from harming themselves or others.[1] These are small battery operated handheld devices.

## 1.1. Summary of Relevant Cardiac Physiology and Pathology

A cardiac arrest is the complete cessation of the heartbeat and results in death in seconds. This is almost always due to VF (). This is not a "heart attack" or "heart failure."

The heart consists of four main chambers called the left and right atria and the left and right ventricles as seen in Figure 1. The heartbeat signal originates in the right atrium and travels down to the ventricles.



Figure 1. The heart has 4 chambers and 4 valves.

During rest, the heart beats about 70 times per minute in the adult male, while pumping about 5 liters of blood in that minute. The cells of the pacemaker region

58

(of the heart) oscillate spontaneously about 70 times each minute. This, in turn, initiates a similar discharge of the nearby muscle fibers of the atrium. A tiny electrical signal sweeps over the atria, causing them to contract.

When this signal reaches the border between the atria and the ventricles, it is picked up by the AV (atrio-ventricular) node. This delays the signal slightly (about $1/10^{th}$ of a second) to allow the ventricles to fill with the blood from the atria. The AV node then connects to a system of branching fibers that carries the electrical current to all parts of the ventricles.

The contraction of the ventricles (lower chambers of the heart) in response to this electrical activity is called systole. A period of recovery follows called diastole. Here the heart muscle relaxes and the atria refill.

The electrical activity of the heart can be detected by electrodes placed at the surface of the body. Analysis of an EKG (electrocardiogram or ECG) aids in determining, for example, the existence of damage following a heart attack. This is because death of a portion of the heart muscle blocks electrical transmission through that area and alters the appearance of the EKG.

In VF, impulses arising in the ventricles are disorganized and random. If this happens, the ventricles begin to twitch spasmodically. In VF, blood flow ceases and — unless the heart rhythm is reset — death follows swiftly — within seconds. In fact, VF is the immediate cause of as many as 25% of all deaths.

Hospital emergency departments, ambulances, and (recently) commercial aircraft and grade schools are routinely equipped with AEDs (automatic external defibrillators) which, by giving the heart a strong jolt of direct electrical current, will typically reset its rhythm and restore the victim's life.

The coronary arteries feed blood back to the heart muscle itself. When an artery is blocked the muscle being fed by this artery will die. This is called a "heart attack" or "myocardial infarction." Sometimes the heart is so weakened by the heart attack that it slowly wears out and the patient dies after a few years. This slow death is referred to as "heart failure."

VF (the most common type of cardiac arrest) is an electrical riot of the heart cells. It results in death in seconds. It is not a heart attack; it is not heart failure.

Automobile analogies may be helpful. The heart attack is a fuel problem in that the fuel (blood) is being restricted from getting to the heart muscle itself. VF is an electrical conduction disturbance, or absence of coordinated electrical impulse, problem in the heart. Finally, heart failure is the engine simply slowly wearing out.

Table 1. Most common lethal cardiac problems.

| Condition | Car Analogy | Caused by | Typical time to death |
|---|---|---|---|
| Myocardial infarction (heart attack) | Fuel problem | Blocked artery | > 1 minute |
| Cardiac arrest | Electrical problem | Typically ventricular fibrillation | 5-10 seconds |
| Heart failure | Engine wearing out | Typically nonfatal heart attack | 5-10 years |

## 1.2. Relevant Electrical Principles

It is helpful to understand some basic electrical terms to explain how the ECD pulses are actually weaker than a strong winter static electricity shock.

Electrical current is merely the number of electrons going down a wire per second. Since the number of electrons per second is very large, the term "ampere" (abbreviated "A") is used to represent a large number of these electrons per second. The ampere is a measure of the rate of flow of the electrons. Thus, 1 A is a flow rate of one C (coulomb) in one second. One C is 6,240,000,000,000,000,000 (or 6.24 quintillion) electrons. While a very large number, 6.24 quintillion electrons, is approximately equivalent to the number of water molecules in two (2) drops of water. One ampere is also 374,400,000,000,000,000,000 electrons per minute (60 seconds).

The "voltage" is merely the electrical pressure pushing the current down its path. One V (volt) is roughly the voltage from a single battery cell and this was its classic definition.

Qualitatively, it makes sense that a high resistance path would allow less electrical current for the same electrical pressure or voltage. (This is just like a thin water hose requiring more pressure to push water through it.) In fact, this is quantitatively exactly how the Ω (ohm) of resistance is defined. It is the ratio of the voltage divided by the current.

Steady shocks of the current flowing through the human chest of 1/3 (0.33) ampere are typically fatal. Yet, a strong static electricity shock can have 100 times that much peak current — 30 A. The reason that the 30 A peak static shock is not fatal is that the pulse of the static electrical discharge is too short in duration to affect the heart.

The area under the current curve (see Figure 5) is called the "electrical charge." That is the total number of electrons delivered. A charge of 1 C is defined to be 6,240,000,000,000,000,000 electrons. The charge from a TASER X26 (X26) is about 100 μC (microcoulombs) or about 624,000,000,000,000 electrons. The charge from the main pulse of the ADVANCED TASER M26 (M26) is about

85 µC. Due to the high frequency of the M26 waveform, the net charge (that which could theoretically affect the heart) is only 32 µC vs. the 88 µC of the X26.



**Figure 2 TASER X26 peak currents are much lower than those of a strong static shock. The defibrillator pulse is 1 million times longer in duration than the static shock.**

In comparison, an AED delivers appropriately 40 mC (millicoulombs) into the person at discharge. Thus, the AED delivers approximately 400 times the charge as a TASER ECD (.04 C vs. .0001 C).

## 1.3. How Does the ECD Indirectly Capture Muscles?

The TASER ECD delivers a rapid series of very short duration (10 to 100 µs) electrical pulses. Each pulse has less peak current than a strong static electricity shock that one could get from a doorknob on a winter day. (See Figure 2) Just as a strong static shock temporarily incapacitates someone, this series of 19 very short duration shocks per second from the TASER X26 will likely temporarily incapacitate a violent criminal resisting arrest so that law enforcement officers will not have to use force tools or techniques with higher risk exposures, greater levels of physical force, multiple officer restraint techniques, chemical agents, impact tools (clubs), or firearms.

The ultra-short electrical pulses applied by TASER ECDs are intended to stimulate A-α motor neurons, which are the nerves that control skeletal muscle contraction, without stimulating cardiac muscle. Many types of factors contribute to the cardiac safety of these devices as seen in:

**Table 2. Factors promoting cardiac safety in spite of skeletal muscle control.**

1. The anatomic location of the heart farther from the barbs than the skeletal muscles

2. Short durations of the electrical pulse

3. Anisotropy of skeletal muscle tending to wrap current around the thorax instead of into the thoracic cavity

4. Electrical shielding effect of the perpendicular muscle grain between the pectoralis major and minor, between pectoralis minor and intercostals, and between the intercostals and the epicardium

5. The electrical shielding effects of the lungs around large portions of the heart

## 1.4. The Importance of Pulse Durations

Nerve and cardiac electrical stimulation is accurately described by the strength-duration curve applied to average current.[2] The threshold for stimulation with pulses of infinite duration is the lowest and is called the "rheobase." The threshold for shorter stimulation pulses then rise up from the rheobase (minimal) levels of current as the pulse is shortened. The duration at which the required field *doubles* is called the "chronaxie," abbreviated $d_c$. Pulses with duration near the chronaxie are most energy efficient for stimulation.



Figure 3 The threshold in amperes for the capture of the A-α motor neurons as a function of the pulse duration. Note that narrow pulses require much more current.

Figure 3 shows a representative strength-duration curve for widespread transcutaneous stimulation of A-α motor neurons which control skeletal muscle contraction. The rheobase for A-α motor neurons is approximately 1 A (ampere) with a chronaxie of 100 μs (microseconds). In contrast, the cardiac chronaxie, for transcutaneous stimulation, is 3–5 ms (milliseconds) — 30–50 times longer in pulse duration.

Figure 4 shows the relative energy requirements to capture the A-α motor neurons with different pulse widths. Note that the most energy efficient pulse width is about 100 μs.



Figure 4 The threshold in mJ (millijoules) for the capture of the A-α motor neurons as a function of the pulse duration.

14

## 1.4. TASER® Electronic Control Devices Electrical Characteristics Table

| Electrical Output Characteristic | TASER® X26 and C2 | ADVANCED TASER® M26 |
|---|---|---|
| TASER ECD Waveforms, Pulse Plots, Pulse Rates | | |
| Waveform | Complex (a single cycle 100 kHz [kilohertz] arcing phase followed by monophasic 100 µs [microsecond] stimulation phase). 48 µs decay time constant | 50 kHz damped oscillation with a 17 µs decay time constant |
| Pulse Rate | 19 PPS (pulses per second) crystal controlled. For C2 this drops to 12 pps for 15 s, goes back to 19 pps for 2 and then 8 pps for the last 8 s. | 20 ± 25% PPS with NiMH® rechargeable cells<br>15 ± 25% PPS with Alkaline cells |
| Pulse Duration | 100 µs | 40 µs full waveform<br>10 µs main phase |
| Total per second discharge time ("on" time) | 0.0019 seconds. Less for C2 on average | 0.0008 seconds (at 20 PPS) |
| A "delivered" parameter represents the amounts that enter a subject's body when a circuit is completed and current is delivered from the TASER ECD. Energy delivery is bipolar. | | |
| Voltage - peak (into 400 Ω [ohm] load) | 1,200 V (volts) | 5,000 V |
| Voltage - avg. over duration of main phase | 442 V | 3,400 V |
| Voltage - avg. over duration of full pulse | 400 V | 320 V |
| Voltage - average over one second | 0.84 V (0.56 average for C2) | 1.44 V |
| Current - average over one second - (average current is the flow of coulombs) - mA (milliamperes) (0.001 A [amperes]) | 2.1 mA or 0.0021 A (average rectified current)<br>1.9 mA current from main phase which is a better estimate of stimulation capacity.<br>These are 1.4 and 1.3 mA respectively for the C2 | 3.6 mA or 0.0036 A (average rectified current)<br>1.7 mA current from main phase which is a better estimate of stimulation capacity |
| Energy per pulse delivered into (400 Ω) load | 0.07 J (joules) | 0.50 J |
| Delivered charge - main phase | 100 µC (microcoulombs), 88 µC net | 85 µC, 32 µC net |
| Power output - delivered into (400 Ω) load | 1.33 W (watts)<br>0.88 average for C2 | 7.39 W at 15 PPS |
| Estimated current density in heart | Less than 2.7 mA/cm$^2$ for the following conditions: TASER ECD mode: drive-stun, probe placement: frontal chest, subject dimensions: at least 40 cm chest diameter, and BMI > 26 | |

| Electrical Output Characteristic | TASER® X26 and C2 | ADVANCED TASER® M26 |
|---|---|---|
| A "STORED" PARAMETER REPRESENTS A VALUE FOUND INSIDE THE ECD CIRCUITRY AND IS NOT "DELIVERED" INTO THE SUBJECT. | | |
| Waveform and stimulation capability with typical 400 Ω load | 1 A average current during 100 μs pulse | 8.5 A average current during 10 μs main phase<br>0.8 A average current during 40 μs full pulse |
| Voltage - peak (open circuit arcing - 5 cm (centimeter) arc) | 50,000 V | 50,000 V |
| Energy per pulse - at main capacitor | 0.36 J | 1.76 J |
| Power output - delivered to main capacitor | 6.84 W (4.52 for C2) | 26 W at 15 PPS |
| TASER ECD Power Source | | |
| Power source | Digital Power Magazine (DPM) or eXtended DPM (XDPM)<br>Two 3 V camera cells (Duracell® Ultra, CR123A) | 8 - AA NiMH® cells (1.2 V per cell) or<br>8 - AA Alkaline cells (1.5 V per cell) |
| Expected number of TASER device discharges from fresh battery of cells | Approximately 195 five-second discharges, depending on temperature, battery charge and load characteristics. | 200–300 typical, depending on temperature, battery charge and load characteristics. |
| Expected number of TASER pulses per battery of cells | 20,000 pulses (estimate) (19 pps x 5 s = 95 pp/5s; 95 pp/5s x 195 discharges = 18,525 pulses per battery of cells [this can be estimated to 20,000 pulses]) | 6,000 pulses (M26 with battery of eight NiMH® AA) 1700 mAh (milliampere hour) penlight cells have been tested to continuously discharge for up to 6.5 minutes – which calculates to approximately 6,000 pulses per fresh battery of 1700 mAh cells |

## 1.5. The TASER ECD Waveforms

The TASER X26 ECD, is a 7.2 ounce, limited power source is a battery of two three-volt "photo" (lithium camera-type) cells (Duracell® CR123) operated, pistol-shaped device that shoots two tethered darts and delivers 19 very short duration pulses per second (19 PPS) with a typical peak voltage of 1200 V (1000-1400 V) for a five-second burst. The average voltage — which is what leads to stimulation — is actually only 400 volts. The device also generates an open-circuit (arcing) voltage of up to 50,000 V to arc through air or across thick clothing but that voltage is never seen in, or "delivered" into, the body. Briefly, the pulse generated is a specially designed short pulse with a pulse duration of about 100 μs to efficiently capture alpha motor neurons while having minimal cardiac effects.[3,4] (These devices should not be confused with a generic "stun gun" which uses

16

various high frequency electrical currents, over a short fixed-electrode vector, to cause pain without motor neuron activation resulting in skeletal muscle capture.)

The typical electrical charge delivered is 100 µC (microcoulombs) giving an average net current of approximately 2 mA (milliamperes) (=19 pulses per second · 100 µC). As seen in Figure 5, the peak current of the normal pulse (labeled 1X) is 3.3 amperes (typical range of 3.0-3.6 A).



**Figure 5 Output waveform of TASER X26 ECD in tissue. The output circuit attempts to deliver a constant charge per pulse. Thus the output current is largely load independent.**

In probe deployment mode, the M26 and X26 devices use compressed nitrogen to fire two small probes at distances up to 7.7 m (meters) which is 25 feet. TASER cartridge models are available to reach out to 11 m (35 feet), as well. These probes, which are designed to pierce or become lodged in most light clothing, are discharged from the cartridge at a velocity of approximately 200 feet per second and can penetrate the body to a depth of no more than 13 mm (millimeters). The X26 is 60% smaller, 60% lighter, and consumes one fifth (1/5th) the power of the M26. Yet, the direct incapacitating effect of the X26 has been estimated to be 5% greater than that of the M26 due to the more optimal pulse duration.

The TASER M26 delivers damped sine wave current pulses with a fundamental frequency of 50 kHz (kilohertz) as seen in Figure 6. The main phase has a peak current of about 15 A and an average current of about 8.5 A. The output voltage will vary with contact impedance and may exceed 50,000 V to arc through air and/or clothing when the probes are not directly contacting the body; dropping to a delivered voltage of about 3,000–5,000 V. The first, main cycle (or primary phase) is about 10 µs long and delivers the charge to cause the A-α motor neuron capture. The charge in this phase is about 85 µC. The other phases do not appear to contribute to the contraction but actually cancel some of the effects of

17

the principle phase as far as cardiac stimulation. Thus the "net" charge (of 32 µC) is the best measure for predicting cardiac stimulation.[5]



Figure 6 ADVANCED TASER M26 output waveform into a typical load. Due to the short duty cycle, the net average effective current is < 1 mA compared to the instantaneous peak current of 15 A or more.

## 1.7 Selective Nerve Stimulation

The low-current, brief pulse-width stimulus train applied by the latest generation of electrical weapons is intended primarily to capture the motor neuron and cause the activatation of skeletal muscle contraction (thus disabling the target individual through incapacitation of their ability to voluntarily move and to stand), while secondarily also eliciting strong sensations of sensation overload and discomfort. An important safety concern of the electrical weapon technology is to significantly minimize or eliminate stimulation of the heart, which could cause life-threatening arrhythmias or cardiac arrest. The low-current and — in particular — brief pulse duration nature of electrical weapon stimuli applied through darts (which have contacted the torso), or directly in drive-stun, are inherently protective against such cardiac events (i.e. because current needs to penetrate deep within the torso to reach the heart itself, and because stimulus pulse durations needed to activate the heart are longer in duration than those needed to stimulate skeletal muscle or nerve). See Table 2.

In general, skeletal muscle activation by electrical stimulation is elicited by excitation of α -motor neurons which innervate such muscle fibers. This fact often comes as a surprise, in that skeletal muscle cells are themselves excitable. Recall that "rheobase" is defined as the minimum stimulus strength necessary (generally occurring at long stimulus durations or pulse widths) and "chronaxie" is the

18

stimulus duration needed at twice the rheobase stimulus strength (as a measure of how steeply the strength-duration relationship rises for brief stimulus durations).

Skeletal muscle, per se, excitability, however, is far less than that of their motor neuron cells in that both rheobase and chronaxie values of skeletal muscle are higher than those of the myelinated nerve axons which innervate them. Thus there is essentially zero direct activation of skeletal muscle cells. Sensations of pain, discomfort, sensation overload, etc. in response to electrical weapon stimuli would be expected to result from a host of sensory nerve fiber types, to some extent dependent upon the specific locations of electrical weapon dart attachment to the body (as well as the specific tissues located between and near the darts in what might be called the "capture" zone of the darts where excitable cells are likely activated).

## Electrical Stimulation of Motor and Sensory Nerves

Electrical stimulation of motor or sensory nerves can be achieved in general if an imposed electric field near such nerves is sufficient in amplitude, timing and spatial extent to depolarize (i.e. shift the cell's membrane potential in a positive direction) the cell to "threshold" (where an action potential is elicited). Rattay's "activating function" modeling approach to nerve excitation implies that relatively long, straight cell processes (such as the axons of $\alpha$-motor neurons which may be up to a meter in length as they pass from their cell bodies out to muscles in the extremities) are stimulated according to the shape of the E field (i.e. electric field) imposed along their lengths where *changes* in the E field (which will also correlate to *changes* in the current density J) bring about stimulation.[6]

In this brief analysis, however, we will focus only upon a corollary to Rattay's theory which also states that where nerve cells start and stop (i.e. at their cell body or at their connections to other cells such as at skeletal muscle innervation sites or at the end receptors of sensory cells, etc.) or where such cells bend with respect to the imposed E field (e.g. near the electrical weapon darts where current spreads out away from the dart penetration sites) then stimulation thresholds tend to correlate well to the *magnitude* itself of the imposed E field (or current density J).

The largest diameter myelinated $\alpha$-motor neuron axons (which innervate skeletal muscle fibers) tend to have relatively low electrical thresholds. This is because, in general, threshold correlates inversely with cell diameter (so larger diameter cells are easiest to stimulate). Large 20 micron diameter $\alpha$-motor neuron axons require an E field minimum of about 6 V/m (volts per meter) (or 60 mV/cm (millivolts per centimeter)) along each cell at threshold which in theory then scales inversely with diameter (threshold doubles for fibers half the size, etc.).[7,8] Thresholds for relatively brief stimulation pulses then rise up from minimal (rheobase) levels of current. The degree of threshold increase with decreased

pulse width is often described in terms of a strength-duration "time constant" ($\tau$ pronounced "tau") which, in turn, is related to the "chronaxie."[1] A quick and relatively simplistic review of the sizes of a range of motor and sensory nerve myelinated axons then predicts the following approximate rheobase E field threshold levels and corresponding strength duration time constants:

## Outline of Selective Stimulation Parameters

*Motor Efferents and Afferents* ($\tau$ about 80-150 µs (microseconds))

Motor neuron axons (lead to skeletal muscle contraction)
A- $\alpha$ myelinated fibers
About 13 microns (8-20 microns)
About 9 V/m threshold (6-15 V/m)

Muscle spindles (participate in stretch reflex of skeletal muscle)
Ia A- $\alpha$ myelinated fibers
About 17 microns (13-20 microns)
About 7 V/m threshold (6-9 V/m)

Golgi tendon organs (sense muscle tension)
Ib A- $\alpha$ myelinated fibers
About 16 microns (12-19 microns)
About 7.5 V/m threshold (6-10 V/m)

*Sensory cutaneous and sharp pain*

Cutaneous tactile receptors, vibration, fine touch ($\tau$ about 30 µs)[9]
II A-ß and A-$\gamma$ myelinated fibers
About 8 microns (2-15 microns)
About 15 V/m threshold (8-60 V/m)

Sharp pain, temperature, crude touch ($\tau$ about 650 µs; Li and Bak, 1974)
III A-$\delta$ myelinated fibers
About 3 microns (1-5 microns)
About 40 V/m threshold (24-120 V/m)

---

[1] Depending upon the strength-duration model used, time constant $\tau$ can be thought of as about equal to the chronaxie, or as about equal to 1.4 times the chronaxie level. Note also that strength duration time constant and chronaxie are known to vary quite a bit depending upon the exact means of stimulation and the spatial extent of the stimulation field with respect to the tissues excited.

Perceptions of pain, discomfort, and sensation overload are carried not only by the myelinated axons as described above (type III A- δ fibers) but also by small, nonmyelinated type IV C axons. These are the cells thought to be responsible for dull, aching diffuse pain (as opposed to the sharper pain carried by type III fibers). From the work of Li and Bak[10] we can estimate that C fibers have stimulation thresholds about twenty times higher than those of sensory A fibers. Specifically:

> Dull, diffuse pain; post-ganglionic autonomic fibers (τ about 500-600 μs; estimated from Li and Bak, 1973)[10]
>> IV unmyelinated C fibers
>> About 0.5-2 microns
>> Thresholds of about 500 V/m or higher.

## Cardiac vs. Muscle Stimulation

By comparison to motor or sensory myelinated nerves, the heart's excitability (as in pacing of the heart) is relatively low for brief stimuli. This is because, despite the fact that the minimum (rheobase) level of stimulus needed for long duration pulses is probably similar between cardiac cells and myelinated nerves[8] cardiac strength-duration time constants are about 2-3 ms or higher (i.e. at least 10-20 times higher than the A- α motor neuron fibers which control skeletal muscle contraction). The heart is also located deep within the torso (as opposed to the skeletal muscle which comprises much of the superficial layers of the torso and into which electrical weapon darts may penetrate if they embed just below the skin). Thus, relatively little, if any, current will pass through the heart in this situation. This effect of relatively low penetration into the heart given surface or near-the-surface stimulation of tissues is well known and well studied both in the electrical safety literature as well as the medical literature of transthoracic pacing and defibrillation.

## After Effects

Muscles immediately relax after the nerve signals are released. This is most clearly demonstrated by the rapid muscle contraction and release from the playing of the piano or from any repetitive movement,

## Conclusion

The TASER X26 delivers a somewhat complex "shaped" stimulation waveform that (to a first approximation) appears as a pseudo monophasic (half sinusoid) pulse of about 50-100 μs duration about every 50 ms (delivering peak currents that can range over several amperes but with only about 88 μC of net charge delivered). This waveform is shown in Figure 5. From both efficacy (in terms of efficiently activating skeletal muscle between and near the darts) and safety (in terms of activating skeletal muscle with a wide safety margin in comparison to

corresponding current levels that would be needed to excite or fibrillate the heart) viewpoints, the TASER X26 stimulus pulse appears to be a very good stimulus. This is because:

The duration of the X26 stimulus pulse is on the order of the strength-duration time constant $\tau$ (and chronaxie) for electrical excitation of the $\alpha$ motor neuron fibers which innervate and control the contraction of skeletal muscle, making it an effective stimulus in terms of pulse duration. It appears likely that reflex activation of additional skeletal muscle response may also occur through excitation of motor afferent myelinated nerves.[2]

The very short duration of the X26 pulse is also likely to result in widespread excitation of cutaneous myelinated nerves responsible in normal function for senses of touch, pressure, vibration, pain, and temperature. Given the modest separation of the timing of the X26 pulse (again, about 50 to 100 μs in duration) in comparison to the time constant values for excitation of the type III A-™ myelinated nerve fibers responsible for "sharp" pain ($\tau$ equal to about 650 μs) as well as for activation of C fibers responsible for dull or aching pain ($\tau$ equal to about 500-600 μs), one can conclude that activation of nerves responsible for perception of pain (at least in normal sensation) would certainly be higher if the X26 pulse were increased in duration.[3] C fibers also have notably higher thresholds (in terms of rheobase E fields necessary to stimulate) than myelinated motor or sensory nerve fibers.

---

[2] Skeletal muscle not contained within the "target" zone of the electrical weapon darts might also be activated if motor afferent or efferent nerves are stimulated which then innervate more distant musculature (as in the instance where nervous structures within or entering/leaving the spinal cord might be excited).

[3] The subject of the nature and qualities of sensory perception through electrical stimulation is also well studied; of note is the qualifier that perception is known to vary when stimulation is compared to normal sensation where the (presumably) same nerve fibers are activated. Sensation with electrical stimulation tends to be "less natural", and more difficult to describe, and is often perceived as "overwhelming" due to the unnatural simultaneous sensory nerve activation.

## 2. TASER ECDS CANNOT HARM THE HEART

### 2.1 What is Electrocution?

"Electrocution" is the term first coined to describe the government's execution of a criminal by use of electricity. It was a contraction of "electrical execution." Today the term "electrocution" is more broadly used to describe the induction of a cardiac arrest by the application of, or exposure to, electrical shock. This is what has inappropriately been theorized as the mechanism by which a TASER ECD could allegedly kill a person. It is an immediate death — on the order of seconds (≤ 5 seconds) — as electricity does not linger or build up in the body like a poison.[11-19]

The electrical induction of VF has recently become one of the best scientifically researched causes of death. Paradoxically, this is due to the surgical implantation of lifesaving ICDs (implantable cardioverter defibrillators) about 500 times per day when an EP (cardiac electrophysiologist) will intentionally electrocute (use electricity to induce a cardiac arrest) a patient.[20,21] The ICD will then recognize the ensuing electrically induced VF and deliver a lifesaving electrical shock thus verifying the ICD's proper function.

From this experience of over 1,000,000 such intentional electrocutions, certain facts have been medically and scientifically established beyond any shadow of a doubt:

1. VF is either induced or not induced within 1-5 seconds.[4]

2. Rhythms of asystole and PEA (pulseless electrical activity) are not induced.

3. The cardiac pulse disappears immediately.

4. The patient loses consciousness within 5-15 seconds.

5. A sufficiently strong defibrillation shock—either internal or external—restores a cardiac sinus rhythm 99.9% of the time.

6. There is no increased risk of a later VF since electrical current does not linger, or build up, in the body as a poison or drug might.

---

[4] This must not be confused with the more complex process of using elaborate pulse sequences to induce a non-fibrillation tachycardia.

23

These scientifically indisputable facts are appreciated by only a few media reporters, as can be ascertained by "TASER-related deaths" headlines and media stories. Fortunately, the majority of medical examiners do understand these scientific facts as can be seen from the increasing sophistication of autopsies in the same media misreported cases. Unfortunately, a few earlier medical examiners (prior to 2007) — especially those who failed to consult with an electrophysiologist — did not share this basic understanding.

As amazing as it may sound, there are medical examiners who are *unaware* of the existence of this important medical specialty.[22]

This human experience is entirely consistent with over 70 years of animal electrical safety studies and international and Underwriters Laboratories standards.

## 2.2 No Single TASER ECD Pulse Could Stop the Heart

### Summary

The TASER ECD cannot stop the heart.[23] While a battery powered hand-held TASER ECD has very brief duration high currents, just like a strong static electricity shock, the very brief electrical pulses are significantly too short in duration to affect the heart.

First, it is important to note that no scientifically reliable data exists to find that a TASER ECD causes electrically induced cardiac death. And, decades of scientifically reliable electrical injury and biomedical electrical device history clearly demonstrates that hand-held battery powered TASER ECDs are within electrically safe output ranges. Also, the safety of the TASER devices has been verified in numerous human and animal studies. It is doubtful that any law enforcement use-of-force technique or tool has been tested so thoroughly for safety or effectiveness.

### Different Duration Definitions

The term "duration" is used in the study of electrophysiology with 2 very different scales.

1. Pulse duration. This is the width of a total length of time in seconds of an individual electrical pulse and is typically 1 ms (millisecond, thousandth of a second) or even far less. For example the pulse duration of an X26 ECD is about 0.1 ms or 100 μs. This duration is on the scale that a cell requires to be stimulated.

2. Shock or application duration. This refers to the total length of time that an electrical current is applied on the order of time that a human could estimate it. This is typically 1 second or more. For example, the programmed X26 application duration is 5 seconds. During that time it will deliver 95 (or

19 PPS (pulses per second) times 5 s (seconds) = 95 PPS/5s) of the short duration pulses.

## Safety Margin Calculations

The best evidence for the cardiac safety of the TASER device lies in the 670,000 voluntary training exposures and 515,000 field uses (total of about 1.2 million human uses) without any credible evidence of a resulting cardiac arrhythmia.

Nevertheless, the safety margin of the TASER device outputs can be quantified by comparing them to published scientific data on the electrical induction of VF (the main cause of cardiac arrest).

There are two primary ways to deliver an electrical shock to induce VF. The first is to deliver a sufficiently strong single shock exactly during a particularly vulnerable point in the heartbeat cycle. (The multiple pulse method is covered in Section 2.3) The vulnerable spot, or period, is called the "T-wave." See Figure 7. More accurately it is the first half of the T-wave.[24]

## The Urban Myth of "Russian Roulette"

The suggestion that the TASER device could induce VF by shocking into the vulnerable period of the heartbeat cycle has been referred to as "Russian Roulette," "Lightning Lottery," or the "Tailspin."

An ACLU (American Civil Liberties Union) report, with some of the cardiologists' quotes, might give one the impression that each time a law enforcement officer uses the TASER ECD, they are playing a lottery game.[25] And, once in a while, they will hit a lucky (or un-lucky) spot in the cardiac cycle and kill the person. They quote Dr. Kathy Glatter's December 2004 statement where she stated, "If I hit the heart or create electricity in the wrong time of the [heart beat] cycle, it could send the whole heart into an electrical tailspin." In January 2005, Dr. Zian Tseng had a more colorful metaphor when he stated to a media reporter, "I think [ECDs] are dangerous...you are shocking someone repeatedly, it becomes a bit like Russian Roulette. At some point, you may hit that vulnerable period."

This T-wave is the "vulnerable" period of the heartbeat as this is when the heart is the most sensitive to an electric shock causing VF (ventricular fibrillation or cardiac arrest). (This is also the point where a blunt trauma mechanical shock could cause VF in a syndrome known as *commotio cordis*.) So, Drs. Glatter and Tseng were simply explaining that a sufficiently strong electrical shock in the T-wave could induce VF. To this extent, their comments are absolutely true. Are these comments relevant to the TASER ECD? Not really. They are somewhat irrelevant for two reasons. First, the most vulnerable section is the first half of the T-wave and this lasts about 54 ms (milliseconds, or .0054 seconds) on average in humans.[24] Secondly, The TASER X26 ECD puts out 19 PPS (pulses per second). That means that the spacing between pulses is about 1/19th of a second or 52.6 ms. In other words, for the average individual, no vulnerable period escapes

25

the TASER ECD pulsing – the TASER ECD pulse hits "every" T-wave. This would be an easy lottery to win. A lottery that paid off for every ticket bought!



Figure 7. Normal EKG (electrocardiogram or ECG). The tall spike is the R-wave. The rounded positive humps before and after are the P-wave and T-wave respectively.

## Safety Margin for a Single Pulse in the Vulnerable Cardiac Cycle Zone

The ADVANCED TASER M26 main phase delivered charge is about 85 µC (microcoulombs) and the TASER X26 delivers about 100 µC. It has been known for over a century that the critical parameter of electrical stimulation by short duration pulses is the electrical charge.[2] This has been more recently confirmed for cardiac stimulation with short duration pulses, such as those from the TASER ECDs.[26]

### Green Model: 130:1 (X26) and 153:1 (M26) Safety Margins

Green investigated the VF induction threshold for canines stimulated along their long axis.[27] He found that the lowest threshold occurred with a 5 ms (millisecond) quarter sine wave and was 2 A (amperes). Integrating, we find a minimum required charge of 6.5 mC (millicoulombs). On the basis of many studies, it is common practice to use a normalization factor of 2 to 1 to go from canine results to human as humans are so much larger than the small dogs typically used in these laboratory experiments.[8] This suggests a human VF threshold of 13 mC. With the TASER X26 charge of 100 µC we can calculate the safety margin as:

$$\text{Safety margin} = 13 \text{ mC} \div 100 \text{ µC}$$
$$= 130{:}1$$

For the TASER M26 the safety margin would then be even higher at:

$$\text{Safety margin} = 13 \text{ mC} \div 85 \text{ µC}$$
$$= 153{:}1$$

26

## Peleska Model: 100:1 (X26) and 118:1 (M26) Safety Margins

Peleska studied capacitor discharges into the cardiac T-wave and found a minimum required charge of 5 mC to induce VF.[28] This suggests a human threshold of 10 mC.

The safety margin is thus:  100:1 = 10 mC ÷ 100 µC for the TASER X26 and:

$$118:1 = 10 \text{ mC} ÷ 85 \text{ µC for the TASER M26}$$

### International Safety Standards

Revisions to the international electrical safety standard IEC-479 (IEC is the International Electrotechnical Commission) are in process which would include scientific measurements directly related to the risk of fibrillation such as the charge in microcoulombs.[29] The proposal refers to 100 µC as "disagreeable" and 10,000 µC as "ventricular fibrillation likely." Note that this second number is 100 times greater than the TASER ECD charge.

### Conclusion

No pulse from the TASER X26 or the M26 could ever induce VF by affecting the heart during the "sensitive" spot. The charge in the device pulses is too low by factors of at least 100:1. The "Lightning Lottery," "Russian Roulette," and "Tailspin" theories are simply medically and scientifically impossible.

## 2.3. Multiple Pulses from the TASER ECD Cannot Stop the Heart

Since it is clear that no single pulse from a TASER ECD can induce VF, it is important to analyze the impact of the stream of 19 PPS (pulses per second). For the continuous current modeling, we need to calculate the "continuous" current level. With a charge of 100 µC delivered 19 times per second we have 1.9 mC per second delivered, which is an average current of 1.9 mA (milliamperes mA) for the TASER X26. The pulse rate for the TASER M26 varies from 15 to 20 PPS depending on the battery charge. With the charge of 85 µC the average current varies from 1.3-1.7 mA. The more conservative 1.7 mA is so close to the typical 1.9 mA from the TASER X26 that we can simplify calculations by using a conservative 1.9 mA for both devices. (Counting both positive and negative phases of the M26 and X26 gives slightly higher numbers of 3.6 mA and 2.1 mA respectively for the conservative TASER International, Inc. (TASER) official specifications. In my opinion, the lower numbers are the most appropriate metric for indicating the ability of the pulses to affect the heart as the polarity changing phases merely offer cancellation effects.)

## Knickerbocker Model: 74:1 Safety Margin

Knickerbocker studied the VF threshold with 20 Hz (hertz or cycles-per-second) AC (alternating current).[30] He found a threshold of 70 mA for canines in the long axis and a 2 second connection. This suggests a human threshold of 140 mA.

This gives a safety margin of 74:1 = 140 mA ÷ 1.9 mA for the X26 and M26.

## Beigelmeier Model: 74:1 Safety Margin

Beigelmeier's model holds that long-term AC (5 seconds or more) requires $1/20^{th}$ of the current to fibrillate as does a single 20 ms (millisecond) pulse (which single pulse would have to be into the T-wave).[14] We can predict the single pulse VF threshold from the Jones and Geddes study which found a ratio of 52:1 for a 10 ms pulse (the widest pulse they investigated). This would give a single 10 ms pulse a VF threshold of 1.4 A = 52 • 27 mA.

Dividing this by Beigelmeier's ratio of 20 gives a predicted AC threshold of 70 mA. Doubling this for humans gives us a human threshold of 140 mA and a safety margin of:

74:1 for the TASER X26 and TASER M26

(which matches the results from the Knickerbocker model)



Figure 8. Fibrillating currents as a function of body weight. Note that the ~2 mA ECD currents are barely off of the zero line.

28

## Dalziel Model: 84:1 Safety Margin

In the 1960s Dalziel performed a meta-analysis of VF thresholds for mammals.[31] This is shown in Figure 8. This includes the animal fibrillation data from Ferris dating back to the 1930s.[32] Conservatively, Dalziel included swine which are very easy to fibrillate due to subtle cardiac conduction system differences.[33] In fact, cardiac ablation — which is performed on humans daily — routinely fibrillates pigs.[34]

The average current required to cause fibrillation is given by the formula:

$$I = 3.68W + 28.5 \text{ mA}$$

Where W is the body weight in kg (kilograms). For lbs (pounds) the formula is:

$$I = 1.67W + 28.5 \text{ mA}$$

For a typical excited delirium custody-related death of 200 lbs (91 kg)[35] the average current required to fibrillate would be:

$$I = 362 \text{ mA}$$

which gives an average safety margin of 191:1. However, Dalziel recognized that sensitivities to electrical currents vary and he thus performed a statistical analysis. He plotted the lower limit of sensitivity as the middle line in the figure. Note that this middle line gives a fibrillating current of over 170 mA for our 200 lb resisting human subject. This gives a safety margin of:

| Safety margin | = 170 mA ÷ 1.9 mA |
|---|---|
| | = 89:1 |

## Conclusion

The above analyses demonstrate the essentially zero risk of the induction of VF from the TASER X26 and M26 ECDs with the 2 scenarios known for cardiac risk.

For the risk of delivering a pulse into the vulnerable period of the cardiac cycle the charge required is about 100–130 times that which the TASER X26 delivers. The TASER M26 safety margin was calculated at an even higher range of 118-153:1.

We also analyzed the risk for the delivery of "continuous" current. We found a safety margin of 74:1-89:1 by 2 different methodologies for the TASER X26 and TASER M26.

It appears that the TASER device output is incapable of inducing VF in adult human beings. These analyses are based on currents through the trunk. Currents

passing from arm to arm have considerably higher safety margins. Other paths such as within a leg have essentially infinite safety margins. With a barb tip practically touching the heart, the margins are lower as will be discussed later.

Additionally, TASER ECDs are hand-held battery operated devices with the TASER M26 being powered by a battery of eight AA penlight cells and the TASER X26 being powered by a battery of two three-volt photo (camera) cells. And, TASER ECDs function at nearly 100% capacity when activated. Meaning, if a TASER ECD were to malfunction (for whatever reason) the amount of electrical discharge would be reduced, and not increased. Also, TASER ECDs are limited charge battery operated devices, and not plugged into a wall outlet or powered by a nuclear generator, the amount of possible electrical discharge is very much limited by the battery of cells and the ECD's maximum energy storage capacitor (about 1,88 J) they rely on.

## 2.4 Computer Modeling Results

Extensive computer modeling has been performed to analyze the flow of the ECD current in the human body by Dorin Panescu, a recognized authority in finite element analysis of biological current flow.[36-38] The models describe strength-duration thresholds for myocyte excitation and ventricular fibrillation induction. Finite element modeling is used to compute current density in the heart for worst-case TASER electrode placement. The model predicts a maximum TASER current density of 0.27 mA/cm$^2$ in the heart. Numerically simulated TASER ECD current density in the heart is about half the threshold for cardiac myocyte excitation and more than 500 times lower than the threshold required for inducing ventricular fibrillation. Showing a substantial cardiac safety margin, TASER devices do not generate currents in the heart that are high enough to excite myocytes or trigger VF. Other modeling studies have been published as well.[39]

The United Kingdom government sponsored a hybrid modeling/animal study that found very high safety margins for the induction of VF.[40]

## 2.5 Animal Study Results

### Sensitive Swine

Swine are more sensitive to electrical induction of arrhythmias than are other mammals[32] possibly due to the transmural penetration of the Purkinje fibers.[33] They are exquisitely sensitive to high frequency electrical current. For example, high frequency cardiac ablation is performed on hundreds of human patients every day without the induction of VF. However, the exact same procedure will typically lead to VF in a pig.[34]

Thus pigs provide an extremely conservative test for cardiac safety of ECDs. If an ECD fails to induce VF in a pig with conditions similar to law enforcement or

30

self-defense field usage, this implies a high degree of safety. If however, one is able to occasionally cause an arrhythmia in a pig (with barbs close to the heart for example) it is incorrect to then leap to the conclusion that a human would have the same risk of an arrhythmia.

## Safety Margin for Frontal Hits

A study at the University of Missouri, Columbia, determined the cardiac VF safety margin of the TASER X26 ECD. This institution has a well founded reputation for leading research in defibrillation going back decades. This study used a porcine model for the testing as pigs — pound for pound —are the easiest mammals to put into VF (ventricular fibrillation or cardiac arrest) by electricity.[32] Also, the anesthetic used, isoflurane, is known to increase the risk of VF[41] and thus this study was extremely conservative.

Even with the smallest pigs (only 60 pounds) the electrical output of the TASER X26 had to be increased by high factors to ever cause VF.

## The "Negative" Pig Studies

A well-respected University of Wisconsin research group (headed by Professor John Webster) failed to induce VF in pigs and was finally forced to surgically open the skin, and move the fat and muscle insulating the heart. Then they poured a conductive gel (which conducted about 8 times better than the removed fat and the muscle against its grain) into the surgically bored hole until it directly contacted the heart. Only then were they able to induce VF by inserting a barb into the conductive gel within 5/8 inch (17 mm) of the heart.[42] This was a very useful result as it showed the great lengths that one had to go to in order to get VF from a TASER device in a porcine model.

Significantly, when Professor Webster repeated the study with *intact* pigs the mean dart-to-heart distance to induce VF dropped dramatically to 5.8 mm. This close contact could not occur in human males due to the thicker intercostal muscles. In human females it is essentially impossible, as it would simultaneously require a very low BMI (body mass index), very slender frame, minimal breast tissue, absence of a shirt, absence of a supportive undergarment, and an unusually angled shot. This corrected paper is under review and thus the unintentional misdirection from the group's first conductive gel paper will not be fully and publicly corrected for some time.[43]

This 5.8 mm spacing corresponds to a 4 mm tip-to-heart spacing required for induction of VF in humans due to their reduced sensitivity to high frequency current. This has been verified by computer modeling by Dorin Panescu.

Using actual intact pigs, Cleveland Clinic (OH) researchers inserted TASER ECD barbs to their full depth over the cardiac apex. However, the Cleveland Clinic *never* induced VF.[44]

The Wisconsin group compared the required tip-to-heart spacing to echocardiographic skin-to-heart spacing data and suggested that there was a very small but non-zero risk of inducing VF with a perfect hit. Echocardiographic distance measurements are suboptimal due to the requirement of pressure and errors from sound velocity in different tissues. The Cleveland Clinic measured the skin-to-heart spacing in 45 patients.[45] In the BMI (body-mass-index) range seen with custodial deaths,[35] the minimum spacing found was 22 mm. Even if an XP (Extended Penetration) 13 mm barb was used and a perfect orientation and penetration was established the tip-to-heart spacing would still be 9 mm which is twice the required 4 mm spacing to induce VF.

In 2006 Nanthakumar et al presented a study of TASER ECDs using 6 pigs averaging 50 kg (kilograms) (110 lb).[46] In the worst-case barb position they achieved some ventricular capture but induced no arrhythmias during 94 full strength applications. They then infused epinephrine and delivered 16 ECD applications — again in the worst-case position. They had 1 case of VF from these 16 applications. The authors concluded that these devices may have cardiac risks.

One concern has to do with the timing of the shocks with the epinephrine infusion. The paper does not mention any delay between the time of infusion and the ECD applications. While perhaps counterintuitive, epinephrine reduces the VF threshold only for the first few minutes.[47] After that the VF threshold is increased significantly *above* the baseline. This timing is helpful for the clinical scenario. Typically, an individual exhibits violent agitation with hyperactivity[48] for several minutes and third parties call for help. The law enforcement officers and EMS (emergency medical services) normally require 5-15 minutes to arrive before they can capture and control the individual and apply any restraint device(s). At this point, the adrenergic tone has been elevated for several minutes. An epinephrine infusion just minutes before an ECD application would appear to give results *opposite* of those seen in real life.

In February 2007, Dr. Nanthakumar published a clarification[49] stating:

> We did not state that NIDs cause ventricular fibrillation in humans, and we agree that we cannot conclude from our study that NID discharges cause arrhythmias in typical use.

Another pig study claimed to find cardiac capture in small pigs.[50] They also claimed to have induced VT (ventricular tachycardia) in a 64 lb pig.

## Is Ventricular Fibrillation Even an Issue?

The first concern (with studies of VF in swine) lies with the implicit assumption that the rhythm with a law enforcement related "in-custody death" is VF. ECDs are involved in 30-32% of in-custody deaths.[35,51,52] However, studies have not reported a single case in which the presenting rhythm was VF when an ECD was used. A study of 162 consecutive in-custody-deaths found that while there was a significant association of impact weapons and handcuffs with sudden death, in this study the ECDs were never (0/50, p = .001) associated with a sudden collapse. This would seem to eliminate electrically induced VF as the cause of death.

Field reports of custodial deaths consistently show that the presenting rhythms are almost always PEA or asystole.[53] When law enforcement officers immediately apply an AED, the AED reports "No Shock Advised" which shows that VF is not found. No autopsy report has yet depicted a case in which a barb was found close enough to the heart to have even theoretically caused VF.

The recent thoughts of Prof. Webster[54] (the first person to suggest that a barb close to the heart might induce VF) are very helpful here:

> John Webster, a professor of biomedical engineering at the University of Wisconsin, takes a different position, dismissing as "not an issue" a connection between stun guns and ventricular fibrillation. Webster conducted a study into how close to the heart a stun gun strike would have to be to produce ventricular fibrillation - less than 17 millimetres. "It's a few-per-million kind of thing," Webster said in the National Review of Medicine of the chances a stun gun probe could produce death. "You've got to have a very thin person with a dart between his ribs right over his heart."

Finally, in all of the porcine studies PEA and asystole were *never* seen. Since this is the rhythm seen with the custodial deaths —scientifically inappropriately linked by the media to an ECD — this is strong evidence that an ECD had nothing to do with these deaths.

## 2.6. Human Studies Show that the TASER ECDs Do Not Affect the Heart

The first published human ECD study was performed under the auspices of the Hennepin County (MN) Medical Center.[55] Adult volunteers (n=66, age 40.3 ± 6.8 years, 65 male, 1 female) had typical cardiovascular histories: 6 hypertension, 6 hypercholesterolemia, 1 each of myocardial infarction and bypass grafting, heart failure, coronary disease, transient ischemic attack, and diabetes with 51 reporting no significant history. Each was shot in the back with standard TASER device barbs and received the full 5-second application from the law enforcement model TASER X26. Each had blood drawn before, immediately after, and at 16 and 24

hours post-exposure. Troponin I, potassium, creatine kinase, lactate, and myoglobin were tested. A 12-lead ECG (electrocardiogram) was recorded in 32 randomly chosen subjects at each venipuncture. A blinded cardiologist read all 128 ECGs in random order.[56]

There were no significant changes in any of the serum markers. Thirty of the 32 ECG subgroup had normal ECGs for all 4 recordings. One subject had all 4 recordings interpreted as left ventricular hypertrophy and another had occasional sinus pauses in all 4 recordings. The TASER ECD did not affect cardiac or skeletal serum markers or cause serial ECG changes. In other words, no sign of any effect on the heart was found in any of the volunteers.

Other human studies, through the University of California at San Diego, found no negative effects on the heart in the volunteers exposed to the TASER devices.[57-59]

The world's expert on fibrillation is Raymond Ideker, MD, PhD who has over 400 scientific articles and book chapters and almost 1000 total papers and abstracts. He analyzed the TASER X26 output and calculated that it should have a 28:1 safety margin for the typical adult human.[60] This safety margin of 30:1 is far higher than that of many over-the-counter medications. For example, acetaminophen (the active ingredient in many headache and pain medications) has a safety margin of only about 10:1 for the recommended dosage.[61,62]

Finally, and most importantly, continuous echocardiographic monitoring of the human heart during ECD applications show no cardiac capture — even in exercised subjects.[63]

### Are There Any Negative Human Studies?

No. Every study done of the human effects of TASER ECD discharges has found no deleterious effects. There have been 2 anecdotes suggesting possible problems and those will be discussed here.

The infamous NEJ (New England Journal) letter was misreported — in a non peer-reviewed letter — with material omissions.[64] A violent 14 year-old subject exhibiting all of the signs of excited delirium was briefly subdued with a short ECD discharge. Paramedics were present and found a normal pulse and respiration. After a delay of 14 minutes the subject collapsed and probably had an ideoventricular rhythm. After an aggressive therapy of three defibrillation shocks along with atropine and epinephrine the subject finally had the VF strip shown in the published anecdote. A total of 23 minutes elapsed between the ECD application and the VF strip which was published.[65]

A prisoner with a pacemaker received an ECD application during violent behavior. There was no harm to the pacemaker or to the prisoner.[66] The pacemaker appeared to have detected some unusual heartbeats but these were most likely mediated by the pacemaker and its leads.[67]

In summary, the weight of the argument of ECD danger is 2 pigs. The weight of the argument for safety is dozens of quality human studies and 1.2 million human applications without cardiac effects.

## 2.7. How Can the ECD Affect the Skeletal Muscles But Not the Heart?

ECD electrical pulses stimulate the A-α motor nerurons which in turn cause the skeletal muscle to contract.[7] The time constant for stimulation of motor neurons from electrodes on the chest of dogs is approximately 0.24 ms, much shorter than the 3.6 ms for cardiac muscle.[4] Other studies give time constants and chronaxies even shorter and nearer to 100 μs.[68]

The second reason why the motor neurons are excited by the TASER pulse — while the heart muscle is not — is that the motor neurons are much closer to the electrodes than is the heart. (see Figure 9) This also explains why the muscles most affected are those nearest to the electrodes of the TASER device. The different electrical resistivities of the various body tissues, and the relative insulating effect of the air-filled lungs, also cause the electric field to be many times smaller in the heart than in the surface tissues near the electrodes. In fact, the amount of current that passes through the heart from electrical pulses delivered to the chest wall is only about 4–10% of the total current delivered through chest electrodes.[69,70]



**Figure 9. ECD current tends to follow the grain of the skeletal muscles. Very little penetrates the body below the muscles. (Note: this illustration is not to scale, nor does it illustrate the optimal electrical impulse vulnerable probe positions).**

Most of the current flows around the chest between the 2 electrodes in the inter-costal muscles. Electrical current prefers to flow with the grain of a muscle versus flowing against the grain by a factor of 10:1.[71] Also, the 4–10% value occurs when electrodes are optimally placed to attempt to affect the heart. When the electrodes are elsewhere on the body, as they are in the large majority of cases when the TASER device is used, the percent of applied current that traverses the heart is even less. Also, transcutaneous application of an ECD (e.g. drive-stun application) delivers even less current.

MRI (Magnetic Resonance Imaging) studies show that current has trouble pass-ing between the intercostal (between the ribs) muscles and the cardiac muscles, as their fibers are perpendicular.[71] Careful computer modeling studies show that very little current goes more than 1 cm (centimeter) below the skin.[36,72,73]

### 2.8 The TASER ECD is Safer than Some Headache Remedies

Acetaminophen (also sold as paracetamol in the UK [United Kingdom] has caused fatalities in adults with dosages of 15 grams or 30 extra-strength tab-lets.[61,62] One in 10 US (United States) poisonings is acetaminophen alone. There are around 250 US deaths annually from acetaminophen. In the UK, it is even more popular and it accounts for every second poisoning.

What is the safety margin for acetaminophen? The bottle labeled safe dose for a single day is 8 tablets. The safety margin for someone taking the daily dose in 1 sitting is thus only 4:1.

To be generous, assume that people always followed the timing instructions, which recommend only 2 tablets every 4 hours. (People with bad headaches and other pains may not follow these limits and that is one reason there are so many acetaminophen poisonings.) After 4 hours the last 2 tablets are largely metabo-lized thus they are counted as — effectively — only 1 in the body. Now add in the 2 new tablets. The body now sees an effective ingestion of 3 tablets, or 1.5 grams. With a lower lethal limit of 15 g, there is now a safety margin of only 10:1.

According to the conservative University of Missouri (MO) porcine study, the TASER ECD safety margin for a full-sized adult is 30 times, thus a TASER de-vice is indeed far safer than acetaminophen.

How about body size effects? The threshold acetaminophen dose requiring treatment is 150 mg/kg (milligram per kilogram) of body weight. Assume a 110 pound young person. Such an individual's body weight is 50 kg, giving a thresh-old acetaminophen dose of 7.5 g, or 15 tablets. The safety margin (for the 3 tab-lets in 4 hours) is 5:1. At this weight, a TASER device has a safety margin of 22:1 by the McDaniel study.

With alcohol, the safety margin of acetaminophen declines precipitously.[74] In fact, there have been deaths in alcoholics using only the recommended dosage.[75]

Regardless of body weight, the TASER device is around 3 to 4 times safer than acetaminophen. Note that this analysis does not include the risk that criminals struck by the TASER device may fall and hit their heads on a hard object or impale themselves on a sharp object, thus risking possible death from the secondary trauma. This analysis deals only with death and not injury such as that from a barb hitting the eye or an increased risk of certain cancers associated with acetaminophen.

## 2.9 Longer TASER ECD Applications Do Not Affect the Heart

### Summary

Electricity does not build up or linger in the body like poison. If an electrical current does not electrocute someone in ≤ 5 seconds, it will not electrocute the person with a longer application. Thus, longer applications have no materially different effect on the heart.

It is well known that VF can be induced by sufficiently strong electrical current flowing through the body. The current that is required to cause VF is dependent on the length of time for which the current is applied, and it is well established that the induction threshold decreases for the first few seconds and does not decrease further. In other words, if a person is not electrocuted by a certain level of electrical current after 5 seconds, the person will not be electrocuted by a 60 second exposure either. If 1 ping-pong ball hit to the head does not kill a person, 1,000 probably cannot either.

### Standards for Long Duration Shocks

Both the IEC and UL (Underwriters Laboratories) regulations recognize that electrocution either happens in the first few seconds or does not happen.[76] Currents that will not induce VF in 5 seconds will not induce VF in 1 minute as shown in Figure 10 taken from Chilbert p 496.[76]

Figure 10 shows that the TASER ECDs are literally off the charts as their currents are too low to fall on the graph. The lines on this graph represent worst case scenarios with extremely low probabilities of VF and are less than 1/10th the current typically required to electrocute an adult human being.

### Experimental Results on Long Duration Shocks

Animal studies going back to the 1930s show that the risk of inducing VF does not build up (increase) after the first few seconds. Figure 11 (taken from Antoni p 216)[12] summarizes these studies. The time "$t_2$" is the time at which further applications of current do not increase the risk of inducing VF. These studies have found time $t_2$ to range from 0.8 to 5 seconds.[11,13-16,32] Based on the animal results above, Beigelmeier and Lee calculated that $t_2$ ranged from 2-5 seconds for humans due to the lower heartrate.[13,14]



Figure 10. Short applications (less than 1 second) require increasing current levels to induce VF.



Figure 11. Summary of animal studies going back to 1936 show that at a certain time ($t_2$ which is 0.8-5 s) the risk of electrocution does not increase with longer durations.

One study in smaller pigs (110 lbs) looked at an extreme scenario by burying the TASER probes under the skin and placing a barb over the most sensitive part of the heart. They found no difference between a 5 s and a 15 s application in causing ventricular capture (24/25 vs. 28/28, p = NS by Yates-corrected $\chi^2$).[46] (Due to the differences in thoracic geometry this bilateral passage of current through the heart would be impossible in humans with the lung insulation.)

One human study found that connecting a 9-volt cell directly to the inside of the heart could induce VF within 3 seconds in the majority of patients.[19] Another human study found that the internal cardiac current duration required to fibrillate (96% success rate) with a small steady DC (direct current) was 3.8 ± 1.4 seconds.[17]

The fact that electrocution takes only fractions of a second to a few seconds is also well recognized in pathology.

Table 3. Studies Show Cardiac Effects from Electrical Current Appear in a Few Seconds.

| Author | Year | Subjects |
| --- | --- | --- |
| Antoni[11] | 1985 | Guinea pigs |
| Biegelmeier[13] | 1987 | Human |
| Biegelmeier[14] | 1980 | Human |
| Jacobsen[15] | 1975 | Pig |
| Roy[16] | 1977 | Dog |
| Ferris[32] | 1936 | Various |
| Nanthakumar[46] | 2006 | Pig |
| Weismuller[19] | 1992 | Human |
| Sharma[17] | 2004 | Human |

## 2.10. Common Illegal Drugs *Do Not* Make the ECD More Dangerous

### Summary

Since common illegal drugs are dangerous in so many ways, some uninformed individuals are tempted to inappropriately assume that the drugs must also be

dangerous for electrocution. In fact, the opposite is true. For example cocaine intoxication actually makes a person *harder*, or more difficult, to electrocute.

## Cocaine

It is well documented that cocaine has strong effects on the heart such as dramatically raising the heart rate and blood pressure.[77] Chronic cocaine usage also significantly increases the risk of a heart attack [78] and cardiac arrest.[79] Thus, the natural, although incorrect, "medically intuitive" assumption is that the presence of cocaine also makes it easier to electrocute someone. I.e., electrically induce VF. What is surprising — even to some cardiologists — is that this *natural* assumption is wrong. Most scientific studies have shown that cocaine makes electrocution more difficult — not easier.[80-82] This is due to the sodium channel blocking effects of cocaine which makes it much harder to stimulate a heart cell.

America's most famous heart hospital, the Cleveland Clinic, has recently soundly confirmed these findings using actual TASER X26 waveforms.[83] They found that the safety margin went up significantly with the presence of cocaine and almost doubled for barbs near the heart.

## Other Stimulants

With the methamphetamine epidemic there is concern that drug abusers using this and other illegal stimulants could be at increased risk for electrocution from the TASER devices. However, a small animal study found no TASER device induced VF even in the presence of various similar stimulating agents.[84] Also, the large study from the UK Home Office found no increased from common drugs.[85]

Cardiac electrophysiologists routinely use intravenous stimulants (such as isoproterenol) to help induce ventricular tachycardias in their electrophysiology labs. Hence, a typical first blush reaction is to assume that stimulants increase the risk from a TASER ECD or external electrical shock in general. However, stimulants — including isoproterenol — tend to actually increase the amount of electrical current required to induce arrhythmias.[86] The same is true with other stimulants such as phenylephrine.[87]

This apparent contradiction stems from the fact that EPs (electrophysiologists) use strong enough pacing pulses (in the electrophysiology lab) directly delivered to a tiny spot on the inside of the heart. So, the decreased sensitivity to electrical stimulation from an adrenergic stimulant is irrelevant in the EP lab — it is trumped by the highly focused and concentrated *internal* current delivery. However, this same decreased sensitivity (from adrenergic stimulants) makes externally applied currents much safer. In general, stimulants actually increase the safety margin for externally applied electrical currents, such as by ECDs.

And, it has long been known that a direct catecholamine (internal stimulants) challenge of epinephrine and norepinephrine appears to only lower the VF threshold for the first 3 to 7 minutes (which in a custodial related death is usually

before the arrival of law enforcement and EMS to a call for strange or bizarre behavior), after which time the VF threshold actually goes up.[47] Thus, the person, ironically, is probably safer from electrocution than the responding law enforcement officers and EMS personnel once they arrive on the scene.

Note that this field ECD application situation is far different from someone quickly ingesting a large drug dosage in front of law enforcement officers and then struggling against the officers' attempts at capture, control, and restraint. That could be dangerous with some stimulants for the first few minutes as was shown in an absolute worst case situation of low body weight, barb inserted under the skin, barb placed over the heart, and a strong pure stimulant (epinephrine — with no protective effects such as cocaine has) given intravenously.[46]

### Alcohol

A study of intoxicated adults showed that there were no cardiac effects and no damage from a prolonged (15 second) TASER ECD application.[88]

### 2.11 Zero Cardiac Effect From TASER Device Applications to the Back

There is zero possibility of a cardiac effect from TASER ECD applications to the back. This is not to say that there is a risk from using the TASER devices frontally. That has never been scientifically and medically demonstrated in over 1.2 million human uses. However, all human and animal studies of TASER devices clearly show that there is a zero risk from using these devices on a person's back.

The Nanthakumar porcine study[46] concluded that there was no health risk of cardiac capture or an arrhythmia from electrodes away from the front of the chest. Also the researchers were unable to achieve any sort of cardiac effect with the TASER M26 device and concluded that the higher frequency of its output made it difficult to affect the heart.

The Webster study also concluded that there was zero risk with an ECD application to the back.[42]

In summarizing the most relevant features of these "negative" animal studies it can be concluded that there is zero risk of a TASER device affecting the heart when the application is on the back or when the device is the TASER M26 instead of the TASER X26.

### 2.12 Acidosis and VF

In a potential custody-related death there may have been a physical struggle before the usage of an electrical weapon, the influence of respiratory acidosis is an important question. One scientifically unfounded speculation heard regularly is

that the presence of respiratory acidosis increases the susceptibility to VF. This issue was carefully studied by Gerst, et al.[89] They induced respiratory acidosis by reducing the rate of the ventilator and brought the pH down to as low as 7.00. The VFT (ventricular fibrillation threshold) was constant to within the resolution of their current generator (± 1 mA). There was no change in the average VFT. They also induced *metabolic* acidosis by injecting lactic or hydrochloric acid. This did reduce the VFT. So, metabolic acidosis can cut the VFT by 20-40% but respiratory acidosis does not affect it.

An Air Force porcine study lowered the pH from 7.4 to 7.0 after 18 5 s applications over 3 minutes by respiratory acidosis with the ventilator turned off. Based on the Gerst results one would not expect any decrease in the VFT. In fact, there were no inductions of VF in that trial. And, none of the animals died from the affects of the ECDs.

In conclusion, the published literature on the effects of respiratory acidosis on the susceptibility of VF to electrical stimulation does *not* suggest that TASER electrical weapons would be more dangerous in subjects with respiratory acidosis.

### 2.13 The TASER ECD Cannot Cause Cardiac Electroporation

**Summary**

Experts are starting to admit the impossibility of the TASER device directly causing VF (cardiac arrest). So, others have begun speculating to different types of electrical injuries such as cardiac electroporation and burns. Ironically, these require even *more* current than does the electrical induction of cardiac arrest (electrocution). (See Figure 12) Thus, those who may now insupportably opine cardiac electroporation are incorrect.

**Discussion**

Sufficiently strong electric shocks can, indeed, cause myocardial (heart tissue) death and myocardial cell death can cause ventricular arrhythmias minutes to hours after it occurs.[90] However, the shocks must be enormous to cause heart cell death. Shocks of 360 J (joules) or even higher used for external defibrillation appear to correlate with some measurable markers of temporary injury but do not tend to cause heart cell death on any level sufficient for arrhythmias. [91-99,100] A typical 360 J external defibrillation shock delivers over 80 mC (millicoulombs) of electric charge, which is approximately 500 times the charge of a TASER X26 pulse. Thus, it is extremely unlikely that the TASER X26 causes myocardial necrosis. The TASER M26 delivers even less charge but more energy. It typically delivers about 0.5 J per pulse compared to the 360 J of an external defibrillator.

Extremely large electrical shocks can cause heart cell death by electroporation.[101] During electroporation, the shock electric field creates such a large change in the cell wall voltage that the cell wall breaks down and pores form in it that allow the free flow of ions.[102] If the electroporation is severe, the cell dies.

Almost always, the cell's self-repair mechanisms can close the pores before the cell dies. During this time of self repair, which can last for several minutes, the electrical activity of the cell is abnormal and arrhythmias can occur. However, the stimulus strength needed to cause even *temporary* electroporation is approximately 50 times that needed to pace the heart.[103,104] The X26 delivers about ¼ the charge required for pacing and the TASER M26 even less so the TASER devices should have safety margins of about 200:1 or more for permanent electroporation of the heart. FEM (finite element models) show that the safety margins protecting the heart from electroporation are enormous.[73,105]



**Figure 12. The TASER X26 current is 1 million times removed from the level of current required to cause internal burns. Due to the special waveform design the device is able to partially contract some muscles with its low average current of only 2 mA.**

The simplest argument against electroporation is to notice that strong (Level 4) static shocks can have a peak current of 30 A (amperes) according to international specification.[106] This is twice the peak current of the M26 and nearly 10 times the peak current of the X26. There is no case in recorded history of someone suffering electroporation damage from a static shock.

## 2.14 The TASER ECD Cannot Cause Cardiac or Remote Burns

A second way in which an electric stimulus could cause heart cell death is by generating enough heat to "cook" some heart tissue. (Depending on the tempera-

43

ture, this may be referred to as cauterization or ablation). The effect of high voltage and high currents on the heart has been studied previously. Exposure to high voltage high current from lightning strikes or power line electrocution has been shown to cause contraction band necrosis involving the atrial and ventricular myocardium, tunica media of the medium and large coronary arteries, and the sinus and AV nodes.[107-110] These focal changes affecting the myocardium were extensive throughout the ventricles and atria. The vascular injury due to endothelial damage, smooth muscle contraction band necrosis, disseminated intravascular coagulation, and hypertensive chemoreflex contributed to the acute and late thrombosis and vessel rupture, manifesting in myocardial infarction and intramural hemorrhages.[111] Hearts were described to be normal in outside appearance, except for a few petechiae.

Ablation requires the tissue to be raised to about 55° C. The TASER X26 pulse has 70 mJ (millijoules) of energy and delivers 19 PPS for 5 seconds. There are 95 pulses, which thus together deliver 6.65 J of energy. One J of energy generates 0.2388 calories of heat. Therefore, 1.59 calories are delivered which will raise the temperature of 1 cc (cubic centimeter) of water by 1° C. Thus, the idea of the TASER device causing any ablation beyond a few mm from the tiny barb is fanciful. (There may be small localized burns close to the arcing point when the drive stun mode is used.)

The TASER X26 heating would warm 1 cc of water if there was no loss of heat to other tissues during the 5-second application. However, due to heat loss, the actual temperature increase would be far less. The body generates about 100 W (watts) or 100 J/s (joules per second) at rest. Thus over a 5-second application the X26 is directly adding 5/500 or 1% to the body's intrinsic heating. With an exercising or struggling individual the percentage increase is far less.

Assuming no cooling at all, a 5 second X26 application injects 1.59 calories of heat into the body. With a 180 pound subject, the average temperature increase would be:

$$0.000019° \text{ C} = 1.59 \text{ cal} \div 180 \text{ lbs} \div 454 \text{ g per lb}$$

Therefore the average body temperature increase from a 5-second TASER X26 application would be 19 *millionths* of a degree Celsius.

It must be noted that pediatric defibrillation delivers far higher energy shocks to "restart" the heart. A common dosage recommendation is 2-9 J/kg of body weight based on careful animal studies.[112]

### 2.15 Lethal Fainting or Vaso-Vagal Reaction

This theory speculates that the ECD pain caused a "vasovagal" reaction leading to asystole. As bizarre as this sounds, it has actually been put forth in a lawsuit.

In lay terms, the ECD hurt and this made the person "faint to death."[113] First, some definitions:

**Asystole:** "flat-line" ECG (electrocardiogram or EKG) with no electrical signal and no pumping.

**Sympathetic tone:** "fight or flight" signal to increase heart rate, and tighten the arteries etc. This can be analogized to the accelerator on a car. A useful mnemonic is to think of "S" for "speed."

**Vagal tone:** "feed or sleep" signal which slows the heart rate etc. This can be analogized to the brakes on a car. A useful mnemonic is to think of "V" for "vacation."

**Vasovagal syncope.** "Fainting" or "Black-out." The brain increases vagal tone which slows the heart rate while decreasing the sympathetic tone in order to relax the arteries. This causes a sudden drop in blood pressure which leads to fainting. This is a benign condition with no increased associated mortality.[114] It appears to be designed into our bodies to allow for a "withdrawal" from unpleasant experiences and is thus common at the sight of blood or needles.[115]

This vasovagal (fainting to death) mechanism theory has several fundamental scientific problems:

Vasovagal syncope is not possible with extreme agitation. To use the automobile analogy, the car is going so fast that the brakes cannot make it stop instantly.

Most illegal drugs are good pain killers (analgesics) or pain blockers (anesthetics). For example, methamphetamine kills pain equally as well as morphine and thus its abusers are feeling no pain.[116] Angel dust (phencyclidine or PCP) is also a powerful anesthetic and analgesic.[117-120]

Vasovagal fatalities are absolutely freak medical incidents and the reporting of them shows just how rare they are considered. Outside of a head injury after falling[121] only 1 possible fatality could be found in recorded medical literature from a vasovagal response.[122] There is also a case of *intentionally caused* vasovagal syncope leading to asystole when a heart patient was deliberately turned up rapidly but this was not fatal.[123] There was another case of a patient with a fainting history and then having asystole after fainting while being told he had colon cancer which was again not fatal.[124]

Asystole is, however, highly associated with excited delirium acidosis deaths.[35]

45

## 2.16 Emotional Stress as an Indirect Cause of Cardiac Arrest

It is sometimes suggested that the emotional stress of a TASER device application could indirectly induce a cardiac arrest. This is based on the lay-person perception that emotional stress could cause a cardiac arrest. Like, most lay misperceptions, there is some truth to this. People under significant stress do have an increased incidence of VF. However, the effects are far more delayed than generally appreciated. Most of the increased risk is seen after 6 months of stress and it has minimal impact within a day of the stress.[125] See also the "Boo" Causation Myth later in this paper on page 71.

This theory is often stated as "a catecholamine increase pushed the person over the edge." I.e., the person was so close to death that any extra stimulation could have killed. This is a legally convenient (albeit unscientific) theory as the law enforcement officer now is forbidden to add any stress to a violent struggling or resisting subject or they will die. This leaves absolutely no options to the law enforcement officers and EMS personnel except to walk away and increase risks to innocent bystanders and the violent person himself.

There are also several scientific issues with the catecholamine causation theory. Fighting, struggling, or resisting subjects have such elevated levels of catecholamines that a further increase is much harder to obtain. There is only so much epinephrine that the body can manufacture.[126]

Researchers exposed 10 subjects to a few second spray of OC (oleoresin capsicum or "pepper spray) to the eyes (the usual target) and 5 subjects to a standard 5-second TASER X26 exposure with the probes shot into the back from about 7 feet.[127] They measured alpha-salivary amylase and cortisol at baseline, at 10 minutes, 20 minutes, and 1 hour. The results showed that salivary alpha-amylase increased 173% at 10 minutes with the oleoresin capsicum compared to -0.8% for the TASER ECD. Salivary cortisol increased 87% with the oleoresin capsicum versus 91% with the TASER ECD at 20 minutes. As a comparison, in a study in which a subject was asked to retain his firearm from an attacker, resulting in a 1- minute physical struggle, the amylase increased 27% at 10 minutes, and cortisol increased 259% at 20 minutes. It is important to note that in this study, the subjects were law enforcement officers who had previously participated in such drills (in fact, a few were instructors), so these results would be expected to be low as compared to real-world situations.

In a study by Halter, et al. of symptom-limited handgrip versus cold pressor task versus symptom-limited supine bicycle exercise, with bicycle exercise testing, plasma norepinephrine and epinephrine concentrations increased three to six times more than during either the symptom-limited handgrip or cold pressor testing.[128] Additionally, increases in heart rate, systolic blood pressure, rate pressure product, stroke volume, ejection fraction and cardiac output were significantly

greater during bicycle exercise than during the other two tests. The authors concluded that the bicycle exercise testing induced a much greater sympathetic response than either of the two tests. In another unpublished study comparing the TASER X26 to the cold pressor task, cortisol increased 40% at 15 minutes with the cold pressor task versus 77% with the TASER X26 exposure. This was not a statistically significant difference.

Mental stress can lead to some subtle changes in the stability of the cardiac T-wave[129] and in the spectral characteristics of the heart rate[130] — at least in patients already with ischemic heart disease. However, contrary to common belief, mental stress does not decrease the threshold for electrical induction of VF.[131]

While perhaps counterintuitive, direct epinephrine injections reduce the VF threshold only for the first few minutes — and then the reduction is only on the order of 20-30%.[47] After that the VF threshold is increased significantly *above* the baseline.

Psychological stress can contribute to VF and can increase the risk of VF within 30 minutes of the stress. However, 100% of such cases studied had coronary artery disease and 98/100 had *severe* coronary artery disease.[132]

Could psychological stress cause VF in someone without significant heart disease? In other words, could someone get so upset that they suffered a cardiac arrest? The answer is, essentially, no. This is one of the rarest occurrences in medicine and is so rare that a special registry has been setup to record these freak occurances.[125] To be specific, *idiopathic* VF induced by psychological stress is so rare that there have been only 20 recorded cases in the USA and 5 in the UK.

Think about it. If extreme acute stress was that dangerous toddlers would die from temper tantrums and we would not survive to puberty.

In conclusion, the idea of someone (without severe existing heart disease) dying from a catecholamine surge, or extreme anger, etc is not scientifically supportable and is an urban myth.

## 2.17 No Increased Risk From Multiple Devices

There is essentially no increased risk from simultaneous ECD discharges. There are several reasons for this.

1. The primary reason for a suspected simultaneous discharge is that the first officer either missed the person with both probes or the person's fall, roll, flailing, or

other movement(s) broke one of the wires or dislodged one of the probes. The reality of law enforcement firearms shootings is far removed from the unrealistic ideas given by television shows. In a stressful situation it is simply very hard to hit an animated human target. In studies of law enforcement officers shooting firearms in a combat situation the accuracy in hitting the person is surprisingly low.[133,134] Typically, less than 20% of the bullets hit the person. A long term study of New York City police shootings found an average hit rate of only 15%.[135] With multiple officers involved the percentage drops to an even lower level. The experience of Los Angeles County is that the hit percentage was only 9% with more than 2 officers involved.[135] With a TASER ECD the challenge is even greater for the following reasons:

With an ECD two (2) probes must simultaneously hit, and remain attached to, the body. This is obviously more difficult than hitting the target with a single bullet (without wires). (Remember that electrical current *always* requires 2 wires. This is true for household wall sockets as well as jumper cables.)

A. Crossed wires can short out and cause a failure to deliver current.

B. Wires often break when the person falls, flails, or rolls away.

C. As opposed to bullets, wires have a limited range (15-30 feet) depending on the cartridge type.

In a multiple officer situation, law enforcement officers often cannot tell if they delivered any probes and/or energy to the person. The fine wires are hard to see and the probes are small. It is sometimes difficult for an individual officer to know which probes and wires — if any — came from their particular ECD.

2. For the pulses to have an additive effect on the heart they would have to occur within 3 ms of each other. This is like lining up one comb against another. Since there is a pulse every 54 ms there is a 6% chance of this happening. Even if the pulses were to overlap, there is a 50% probability of them having the opposite polarity so they would actually largely cancel each other's current flow. Thus probability of an overlap is about 3%.

3. Finally, with the combs perfectly aligned, so that the currents actually summed, AND both ECDs had BOTH of their barbs land ACROSS the heart, the human safety margin of about 50:1 would only be reduced to 25:1 and thus there still is no chance of causing ventricular fibrillation.

## 2.18 Pacemakers and Implantable Defibrillators.

The most persistent and surprising urban myth is that there is some special danger with an ECD being used on a patient with a pacemaker or ICD (implantable defibrillator).

First, pacemakers and ICDs are required by international standard to withstand the 360 joule shock of an external defibrillator.[136] This has over 5000 times the energy of an X26 pulse.

This pacemaker case study is best appreciated in light of the extensive study of the device effects of TASER ECDs performed at the Cleveland Clinic. [137] Lakkireddy et al implanted 7 different ICD and 9 different pacemaker models in a small (28 kg) swine. They then applied TASER X26 currents through the worst case pathway with one barb at the sternal notch and the other at the point of maximum cardiac impulse. While they noted occasional capture, there were no inductions of any sustained arrhythmias. It is also relevant that the age of the typical custodial death case (32.1 ± 6.4) is far removed from that of the typical pacemaker patient (around 80) with the first implant at 75.1 years. These results — taken in toto — suggest that ECDs are safe despite a rare encounter with a pacemaker patient.

There have been 2 published case studies of such rare encounters and neither subject had serious harm.[138,139]

## 3. THE TASER ECD DOES NOT HARM OTHER ORGANS

### 3.1 Breathing

It has been known for decades, that due to the routing of the phrenic nerves it is extremely difficult to electrically induce respiratory paralysis in the human.[140] The phrenic nerve derives from the C3-C5 cervical plexus and the closest passage of phrenic nerves to the skin is just above the clavicle near the sternocleidomastoid muscle. The left and right phrenic nerves travel through the center of the thorax passing just on the margins of the heart on the way to enervate the left and right hemidiaphragm muscles. They are surrounded by the highly insulative lungs throughout this passage, thus making them very insensitive to external electrical currents.

This has proved frustrating to researchers seeking to make a respiratory pace-maker following the success of external cardiac pacemakers in the 1950's. In the 1980's, researchers at Purdue University had some success in achieving electrical ventilation in dogs.[140] Probably due to the significantly different canine thoracic geometry, these results did not carry over to human experiments and the human research attempts have been abandoned.

Even with electrical current forced longitudinally through the whole thorax, the amount of current required to cause temporary respiratory arrest is on the order of the lethal level capable of inducing VF. A classic study found that it could require up to 20-50 mA to cause temporary respiratory arrest in dogs that are much smaller than humans.[141] This level of current is at least a decade removed from the 1.9 mA delivered by the TASER X26.

In addition, hundreds of videotapes of humans receiving TASER ECD applications demonstrate that respiration is maintained during TASER ECD applications. Subjects are able to talk although the conversations were more filled with epithets than philosophy.

The United States Air force has published a study, using a porcine model, concerned with issues of cardiac safety and rhabdomyolysis.[142,143] Despite prolonged ECD exposures (up to 180 seconds total each) the study found no such cardiac or rhabdomyolysis concerns or problems. And, even after such extreme exposures within a short window of time all of the pigs survived.

In addition, the supine position (on the back) is nonphysiological for swine and the anesthetic used TZ (tiletamine-zolazepam) is known for compromising respiration.[144] However, the researchers intentionally chose TZ as it had minimal effects on creatine phosphokinase which is a marker for muscles damage – to look for rhabdomyolysis. Thus, they intentionally were exaggerating breathing effects in order to focus on potential muscle damage – which was not found. Addition-

ally, the anesthetized animals were not ventilated and there were no control animals used in the study that did not receive an ECD exposure. Thus it was not possible to separate the effects of the anesthetic, lack of ventilation, and the posture from the ECD exposure.

Since 2005, human studies have been performed by staff from several Emergency Departments. ECD exposure volunteers were instrumented with a breathing monitoring device which showed that the TASER X26 did not interfere with breathing.[145]

The first such study assessed the breathing capability of human subjects during extended exposures to a TASER ECD. It comprised 52 resting human subjects who underwent breath-by-breath gas exchange monitoring during a 15-second discharge from a TASER X26. The subjects were randomized and placed on a pulmonary function measurement device and received either 3 discharges of 5-seconds each with a one-second break between cycles or had a continuous discharge of 15 seconds applied. Common respiratory parameters were collected before, during and after the exposure. Health histories and demographic information were also collected on the volunteers.

The researchers were unable to detect any respiratory impairment during either prolonged continuous or prolonged intermittent ECD exposure in this study population. It does not appear that prolonged ECD exposure causes a decreased tidal volume, hypercapnia, hypoxia, or apnea.

The same group of researchers has also studied volunteers with continuous ECD exposures up to 45-seconds and also found no breathing compromise.

The University of California at San Diego has also performed breathing studies using the X26 ECD.[58] They found no impairment of breathing in any of the volunteers.

## 3.2. Acidosis

Two published studies by Ho, et al. have examined blood markers of acidosis. In "Cardiovascular and Physiologic Effects of Conducted Electrical Weapon Discharge in Resting Adults", subjects were exposed to 5 second discharges of the TASER X26.[55] Serum bicarbonate was followed serially. In a "pure" uncompensated respiratory acidosis, the serum bicarbonate should increase. The mean baseline bicarbonate was 22.6. Immediately after the exposure, the mean bicarbonate was 22.0. This does not suggest an uncompensated respiratory acidosis. Of course, interpretation of these results requires some caution since serum lactate did increase with the muscle contraction, and metabolic acidosis, if present, would tend to lower the bicarbonate.

100

In the related second published Ho, et al human study, subjects were asked to exercise to physical exhaustion, and were then immediately exposed to a 15-second discharge of the TASER X26.[146] Venous pH was drawn prior to exertion, immediately after exertion, and immediately after the TASER ECD exposure. In this study, the mean venous pH at baseline was 7.37. After exercise to physical exhaustion, the mean pH dropped to 7.258. After the 15-second continuous TASER X26 discharge, the mean pH remained flat (7.225, not a statistically significant change). The recovery pH returned to baseline (mean pH 7.358). A small control group with the same exertion regimen and a repeat exertion regimen of 15-seconds had similar pH changes. This would tend to imply that the 15-second TASER X26 discharge did not exacerbate the acidosis caused by the physical exertion. The control group had similar pH levels after their repeat brief exertion which suggests that the discharge did not delay recovery any more than would a 15-second manual restraint.

These two studies suggest that the exposure to ECDs does not affect the compensatory mechanisms of the respiratory system.

Another published study found no clinically significant changes in pH in 32 police officers after an ECD discharge.[147]

### 3.3. Rhabdomyolysis

Rhabdomyolysis is the breakdown of muscle fibers resulting in the release of muscle fiber contents into the circulation. Some of these are toxic to the kidney and frequently result in kidney damage. This is detected acutely by myoglobin and creatine kinase levels in the blood. Only creatine kinase is useful for chronic diagnosis.

Myoglobin is an oxygen-binding protein pigment found in the skeletal muscle. When the skeletal muscle is damaged, the myoglobin is released into the bloodstream. It is filtered out of the bloodstream by the kidneys. Myoglobin may block the structures of the kidney, causing damage such as acute tubular necrosis or kidney failure.

Myoglobin breaks down into potentially toxic compounds, which can also cause kidney failure. Necrotic (dead tissue) skeletal muscle may cause massive fluid shifts from the bloodstream into the muscle, reducing the relative fluid volume of the body and leading to shock and reduced blood flow to the kidneys. Rhabdomyolysis may be caused by any condition that results in sufficiently severe damage to skeletal muscle, especially trauma.

Rhabdomyolysis is very common with excited delirium deaths.[148-150] Thus it may be tempting to speculatively attempt to link the rhabdomyolysis to the ECD us-

age.[151] After all, the ECD indirectly causes skeletal muscle contractions so maybe it damages the muscles. However, carefully done animal and human studies find no evidence of rhabdomyolysis (myoglobin or creatinine kinase) even with repeated applications.[55,142,143]

The simple reason why ECD exposures do not cause rhabdomyolysis is because the ECD induced or caused motor neuron activated muscle contractions are simply not sufficiently severe or strong to cause the degree of muscle damage that results in rhabdomyolysis.

### 3.4. Nerves

#### Summary

Major organ nerve damage can be caused by 3 possible mechanisms: laceration, cauterization, and electroporation. None are even remotely possible with TASER devices.

#### Laceration Nerve Damage

Even if the TASER probe's barbs can penetrate the skin, they go only a maximum of 13 mm deep and are thus nowhere near the important nerves controlling the organs.

#### Electroporation Nerve Damage

The TASER M26 phases are too short for efficient electroporation. The TASER X26 has too low of a peak current for electroporation. (See related discussion in the cardiac section 2.12)

Electroporation is the injury to the cell wall due to a very high electrical field.[152] The "field" is the change in voltage per cm (centimeter) of distance. If a person grabs the electrodes on a 12 V (volt) car battery (one in each hand) the person will feel nothing. However, if the person puts a 9 V cell against his/her tongue (s)he will feel an electrical stimulation. Why does a lower voltage stimulate when the higher one does not? The difference is in the electrical field. The distance between a person's hands is about 200 cm so the field is only 12 V/200 cm = 0.06 V/cm. However the 9 V battery terminals are only 1 cm apart so the average field was 9 V/cm. So the little cell gave 150 times the electrical field. (Another issue is the salty saliva in the mouth which is a good electrical conductor. But even if one grabbed the car battery with hands wringing wet with saltwater there would still be no sensation.)

The electrical field required for temporary electroporation is about 35–50 V/cm. But, almost all electroporation is temporary as cells have amazing abilities for self healing after electric shock. For permanent electroporation injury, the fields must be much stronger by a factor of at least 10:1. The field required for permanent electroporation injury appear to be about 700 V/cm[153] to 800 V/cm.[154]

102

The time constant for electroporation membrane charging is typically about 60 μs (microseconds).[155] Thus, the short 10 μs main phases of the M26 are unlikely to accomplish much electroporation. In fact, the effect of this 60-μs time constant is to reduce the 5,000 V peaks to effectively 500 V. (This is essentially low-pass filtering.) The 60 μs time constant tends to smooth out the TASER M26 phases. This is why medical research electroporation is typically done with 100 μs long pulses. Using the peak *effective* electroporation voltage of 500 V delivered from a TASER M26 into a subject, the resulting electrical fields were modeled. A 10-mm barb was modeled as 10 superimposed 1-mm spheres. The abdominal barb was assumed to be in the fat, which is worse case, and has a 2000 Ω cm conductivity. The leg barb was assumed to be half in fat and the deepest half to be in muscle.

Regions of possible temporary electroporation were limited to about 1 mm from the barbs. Any regions of permanent electroporation were so small (a few layers of cells) that they would have been, at most, a thin coating on the barbs. With the lower peak currents, the X26 ECD is also unable to cause any electroporation.

### Cauterization Nerve Damage

Even if the barbs do penetrate the skin cauterization is impossible as the TASER M26 device only delivers 37 J (joules) of energy over the full 5 second application. (This is given by 7.39 watts • 5 seconds) That is not enough to even raise the temperature of a teaspoon of water by more than a few degrees—much less burn tissue.

There is a very thin therapeutic cauterization that occurs within a very thin layer of cells around the barb. This is possibly one reason why there has never been a verified documented infection caused by a barb insertion.

### 3.5. Effects on the Brain

Any alleged claims of brain damage are completely unscientific. The easiest way to understand this is to compare the TASER device output to the output of an ECT (electroconvulsive therapy) device. An ECT device is used to deliver an electrical shock to the brain to reset it as a therapy for severe refractory depression.[156] The popular Somatics® ME 2316 delivers 20.3 watts with 1 ms pulses for a 30–60 second application. [157,158] This gives a total of up to 1218 J (joules) of energy—directly to the head! This is 183 times more energy than delivered by the TASER X26 over a full 5 second application. The brain is nothing but nerves yet nerve damage is not found. In fact, therapeutic benefit is found even for epilepsy.[159] A typical ECT unit delivers between 500 and 900 mA of current to the head.[158] This is 100s of times the current from a TASER M26 or X26.

There was a freak deployment in which an ECD barb apparently penetrated the brain.[160] Even then there was no brain damage.

54