### 3.6. Eye Injuries

Strong evidence of the safety of the TASER X26 involves a case report of a subject taking a barb in his eye.[161] Even though there was obviously an acute mechanical injury, the electrical pulses did not damage the eye or the connecting nerves. The individual recovered his vision except for a pinhole from the barb location.

In another case of the penetration of the right eye, there was no nerve damage.[162] (The mechanical damage was easily repaired.) A cataract was seen in the left eye but even that association is somewhat suspect since the barb impact was to the right eye. Regardless, there was no detectable nerve damage in either eye.

### 3.7 Secondary Effects from Falls

I have investigated over 440 in-custody-deaths occurring within a week of the approximately 1.2 million human uses of an ECD. I have been able to find only 4 cases in which there may be a medically or scientifically possible link between the ECD usage and the death. In these cases, a violently resisting subject fell, apparently as the secondary result of the ECD application, and suffered a traumatic brain injury.

This is not surprising as injurious falls are commonplace with arrest resistance. Also, the International Association of Chiefs of Police warned about the risks of falls from ECDs as early as 1988 and 1996. The TASER International training material, videos, and warnings cover this extensively.

Outside of these expected falls, there has never been a death that could be scientifically linked to an ECD application.

The comprehensive Bozeman study of 962 field uses also only found a clear linkage — of ECD usage to serious injury — in the context of 2 falls.[151] This is consistent with the data from the Seattle Police Department as reported by Smith.[163] There is one report of a person breaking an arm from the sudden fall.[164]

### 3.8 Spinal Compression Fractures

There are 2 anecdotes of an officer suffering an anterior compression fracture from a training exposure.[165,166] However, when TASER probes are placed on a person's back such that the electrical current stimulates back muscles, as they were in the reported cases (right shoulder and left hip), the muscle contractions caused by the TASER ECD electrical pulse cause the back muscles to contract and the person's back is arched backward (in extension) as a result. When the electrical current is turned off, the back muscles relax and the person typically

55

starts to reflexively fall forward (flexion). If the person is standing during the voluntary exposure, then spotters help the person to the floor (as was the case with the case studies), usually resting on their knees with their body bent forward in the process.

Orthopedic specialists suggest that a backward arching of the back due to contractions of the back muscles, which occurs during the period of time that the TASER device was turned on, would not cause an anterior stress fracture of the spine -- any arching of the spine during ECD discharge is simply in the wrong direction (posterior, and not anterior). The literature indicates that a common cause of compression fractures in the elderly are sneezes -- the violent forward motion compresses the anterior portion of the vertebrae, An anterior stress fracture would occur only while the person was arching, collapsing, or falling forward, and this would happen only after the current was turned off (in the instance of an exposure to the back). This would appear to be inconsistent with the conclusions that the patient's thoracic fractures were related to the paraspinous muscular contractions. One subject was suspected of having osteopenia.

## 4. WHY DO SOME PEOPLE DIE WHILE BEING TAKEN INTO CUSTODY?

Sadly, about 800 people die per year in the USA during the arrest process. The United States Bureau of Justice Statistics (BJS) found 2002 such deaths during the period 2003-2005.[167] Of these 2002 deaths for the period 2003-2005, 39 were associated with ECDs (01.9%) according to this BJS survey. Similar population groups die in other countries with illegal drug problems. They are largely part of the 31,000 that die annually due to illegal drugs.



Also, in the US in 2004 (the last year for which mortality totals are available), of the 2,397,615 total deaths, in addition to the 30,711 drug-induced deaths there were 21,081 alcohol-induced deaths, 32,439 intentional self-harm (suicide) deaths, 29,569 deaths by firearm, 18,807 deaths from falls, 17,357 deaths from assault (homicide), and 2,883 deaths from complications of medical and surgical care.

To put these 800 annual CRDs (custody-related deaths) into perspective, it is important to note that for 2004 there were an estimated 2,000 ME/C (medical examiner/coroners') offices in the US, with 7,320 full-time equivalent employees, with total annual budgets of $718.5 million, while there were an estimated 2,398,000 human deaths, of which 956,000 were referred to the ME/C offices, and 487,000 were accepted by the ME/C offices for investigation. Thus, the 800 CRDs were 0.164% of the deaths investigated by ME/Cs in 2004.

## 4.1. Excited Delirium

Excited delirium, also known as agitated delirium, with associated metabolic acidosis[35,48,149,150,168-190] is often a fatal condition with the following typical features:

1. Extreme agitation, screaming, or panic[48,150,175,184,191,192]
2. Incoherence, disorganized speech, grunting or animal sounds.[193,194]
3. Hyperthermia signs: clothing removal, sweating, application of water or high temperature.[149,150,175,181,184,192,193,195-197]
4. Paranoia, anxiety, or avoidance behavior.[48,175,176,181,187,192,198]
5. Extreme strength.[181,193] [181,187]
6. Extreme stamina[173,194]
7. Constant motion or hyperactivity.[48,199-202]
8. Imperviousness to pain as demonstrated by self-inflicted injuries or failure of compliance pain holds, sprays, or baton strikes.[194]
9. Violence, assault, or aggression towards others.[48,177,192,193,200,201,203-206]
10. History of chronic stimulant abuse or mental illness.[35,48,170,176,201,203,207-210]
11. Disorientation or hallucinations[192,202,209,211,212]
12. Breaking of shiny objects such as glass and mirrors[194]
13. Brief quiet period before collapse[48,180,191,194]
14. Acidosis (acidic blood)[169,183,194]
15. Rhabdomyolysis or kidney damage (if person is resuscitated)[149,150,213]
16. Presenting rhythm of PEA (pulseless electrical activity) or asystole[35,173,189,214]
17. Positive (Deborah) Mash brain test for dopamine transporters, heat shock proteins, and amygdala activation.[150,175-178,215-217]
18. Positive hair test for chronic stimulant abuse.[215,218-222]

Most simply explained, the person is mentally out of control and exceeds the normal physical limits of the human body compensatory mechanisms until it "burns out." In greater detail, the person's metabolism goes way up, the respiratory system is unable to adequately compensate, the blood becomes acidic, breathing is decreased, the pH starts to drop even more rapidly, and the heart shuts down with a rhythm of PEA or asystole, and the subject is dead.

Excited delirium is found in textbooks dating back to the 1800s.[223-225] The first description of an excited delirium death was a British case from 1650.[226]

Note: It is important to avoid the distraction of the various terms that have been applied to this syndrome. For example, what is now referred to as excited delirium[35,48,149,150,168-174,176-181,183,184,200,213,224,227-229] or agitated delirium[186-190,205,217,230-270] has also been called: Bell's mania,[202] acute exhaustive mania,[271] acute delirious mania,[202] delirium grave,[202] typhoma,[202] acute delirium,[202] manic-depressive

58

exhaustion,[196] excited catonia,[244] lethal catatonia,[272] malignant hyperthermia, hyper-exertion,[273] and neuroleptic malignant syndrome.[171,190,195,203,272]

## Why is There No Insurance Billing Code for "Excited Delirium"?

Surprisingly, some non-medical critics have questioned the scientific basis, or existence of, excited delirium since it has no numerical code for insurance billing purposes with the exact words, "excited delirium." Obviously, this is not a condition for which an insured productive member of society makes psychiatric appointments. This is an emergency typically associated with law enforcement and EMS involvement.[274-278]

Some have suggested that "excited delirium" does not exist because the AMA (American Medical Association) does not "approve" the diagnosis. This is a "red herring" for several reasons.

The AMA does not approve or disprove of *any* diagnoses – just billable procedures!

The AMA database is the Current **Procedural** Terminology (CPT) listing of insurance billable procedures." For example, one can go to the AMA website at: https://catalog.ama-assn.org/Catalog/cpt/cpt_search.jsp and see that an appendectomy pays $580.03 in Nevada. This is shown in detail in Figure 13.

The group that deals with dead people is called the National Association of Medical Examiners (NAME). They *do* recognize excited delirium and have for years.[215,216,279]

It is insincere and finally self-defeating to use the AMA CPT insurance billing codes to make diagnostic decisions. If one were to argue that a custodial death could never be blamed on excited delirium (since there is no AMA billing code for it) then one could also never blame a TASER ECD or an ECD in general since there are no CPT codes for those either.

The strongest evidence for the irrelevance of the lack of CPT coding — for excited delirium — is the fact that there is no CPT code for "delirium" in general. Yet, no one would question the existence of delirium conditions in medicine. A simple Medline search shows over 15,000 papers mentioning delirium.

Individuals suffering from excited delirium are often in the process of a rapid death. They are not calling a psychiatrist to set up an appointment to be seen for excited delirium. In fact, chronic and acute illegal drug abusers, generally are not employed and generally do not even have medical insurance. Thus there is no great constituency for including the exact words "excited delirium" in the codes.

59

(The AMA also does not have a billing code for cocaine. And Medicare will not pay for amphetamine or methamphetamine, according to the AMA billing code.) Just in case the police were to make an emergency call to a psychiatrist who arrived before the person died, there are, in fact, codes for acute psychosis, agitated delirium, etc that could be used for the insurance billing. To suggest that a condition does not exist because there is no insurance billing code — for the exact phrase— is rather silly.



Figure 13. Appendectomy CPT for Nevada.

There is no AMA CPT code for treating bullet wounds either. There is no AMA CPT code with the word "bullet" in it.[280]

Similarly, part of the 2007 Walter Reed Medical Center scandal surrounds the fact that until recently, there was no numerical code for Traumatic Brain Injury[281-283] so soldiers with this were getting coded as "Organic Psychiatric Disorder". This is just another example of how real conditions exist regardless of whether the insurance billing coding system is keeping up with known medical diagnoses.[284]

As Drs. Farnham and Kennedy so bluntly — and accurately — put it, "... but as psychiatrists we are more interested in the living than the dead and how to prevent the living becoming the dead."[185]

## International Classification of Diseases (ICD Codes)

There are numerous ICD codes which could cover an excited delirium state as shown in Table 4.

**Table 4. ICD-9 Codes for Delirium**

| | |
|---|---|
| 799.2X | Abnormal Excitement |
| 296.00S | Manic Excitement |
| 799.2AM | Psychomotor Excitement |
| 307.9AD | Agitation |
| 799.2V | Psychomotor Agitation |
| 780.09E | Delirium |
| 293.1J | Delirium of Mixed Origin |
| 292.81Q | Delirium, Drug-Induced |
| 292.81R | Delirium, Induced by Drug |

## Position of the National Association of Medical Examiners

We have already discussed the irrelevance of the lack of an AMA insurance billing code. What many are unaware of is that excited delirium is well accepted by the medical examiner community and they actually have a position statement to this very effect. The National Association of Medical Examiners (NAME) has recognized excited delirium for more than a decade.[215,216,279] At the risk of stating the obvious, medical examiners *are not paid by insurance companies* and thus insurance billing codes are irrelevant to them.

Thus, the physicians who deal with violent death have recognized excited delirium as a cause of death for some time. [215,216,279] Here are 3 paragraphs copied — in full — from this position statement (emphasis added):[216] (note that the statement also uses the synonym "agitated delirium.") (emphasis added)

> The time of the terminal cocaine use cannot be reliably determined by drug analysis alone. Estimation of the time and quantity of cocaine ingested may not reliably relate to toxicity, lethality, or the development of *excited delirium*. Attempts at calculating dose based upon the formula using volume of distribution, weight, and a blood level cannot be accurately performed on postmortem samples. Drug levels do not necessarily relate to drug toxicity or poisoning.

A diagnosis of cocaine-induced *agitated delirium* can be made when investigative information supports a history of chronic cocaine use. Whenever the victim presents with a clinical or investigative history of acute psychosis (paranoid behavior, undressing, violent behavior, and often with hyperthermia) and a complete investigation and forensic autopsy does not reveal a pathologic process as the proximate or underlying cause of death, then a central nervous system active drug should be suspected. Cocaine may be present in low levels or only the metabolite may be detected in urine or spinal fluid. Chronic drug use is necessary to induce the changes in the neurochemistry that lead to *agitated delirium*. The presence of hyperthermia (core temperature > 103° F) is strongly supportive of a cocaine-induced event.

A catecholamine-mediated *excited delirium*, similar to cocaine, is becoming increasingly recognized and has been detected in patients with mental disorders taking antidepressant medications, and in psychotic patients who have stopped taking their medications. This may relate to the same neurochemistry and channelopathies that are associated with the effects of cocaine. Some medical evidence suggests a genetic predilection for a mutated potassium channel locus in some susceptible individuals.

## 4.2. Anti-Police Organization Fund-Raising "Studies" are Junk Science.

### Summary

Some anti-law enforcement groups have used ECDs for very successful fund-raising campaigns by suggesting that custodial deaths in which an ECD was used were somehow caused by the ECD.[285,286]

Why do some people succumb to sudden unexpected and unforeseeable death while encountering law enforcement officers, or in emergency rooms, hospitals, psychiatric centers, in the backs of ambulances, while being tended to by EMS personnel? We all want answers and we all want to blame something. Often, some people seek to blame a single cause temporal, or in proximity, to the person's death, while most often the causation of death is actually multi-factorial and is usually chronic rather than acute. Resisting arrest and consuming illegal drugs, especially over a long period of time, is dangerous and often leads to "excited delirium"-type deaths, which is the most likely explanation for this sad type of death.

The fact that a TASER ECD was used in some attempts to capture, control, and restrain someone who is violently struggling and resisting against law enforcement or EMS attempts to save their life is not why they died.

This cannot be put any better than it was in the Farnham editorial in the British Medical Journal.[182]

Legal reasoning favours single proximate causes rather than medical conditions, but the intervention most proximate to the time of death is not necessarily the cause of death. Similarly, popular journalism favours controversy and blame rather than balance and exploration.

## Causation vs. Correlation

Why does the sun come up after the rooster crows? If one thinks that the rooster's crow caused the sun to come up then one has committed the *post hoc ergo propter hoc* logical fallacy. The statement *"post hoc ergo propter hoc"* is Latin for "after this therefore because of this." You put your coat on before you go out on a winter day. Do you think your coat caused the air to turn cold? That is why some media reporters lacking scientific training and an understanding of statistics, as well as a well grounded foundation in logical thinking and fallacial analyses may wrongly, and naively, see causations where there are none.[287-289]

About 30,000 (30,711 in 2004) Americans die annually of drug-related causes according to the Center for Disease Control. The death of a stimulant abuser is not a peaceful sleepy death like one from heroin – especially if the individual is a chronic abuser. It is violent, disturbing, and with bizarre behavior.[190] It may also be ugly, sad and tragic. The methamphetamine epidemic is also causing a rapidly increasing number of stimulant deaths which may top those of cocaine. The end-stage of chronic cocaine or methamphetamine usage, in some individuals, is a fairly consistent sequence of events often referred to "excited delirium" and is discussed in an earlier section.

In the 1990s, these in-custody-deaths were blamed on oleoresin capsicum (pepper spray). *"Pepper Spray: A Magic Bullet under Scrutiny."*[290] In that report, the ACLU (American Civil Liberties Union) of Southern California "documented" 7 fatalities after the use of pepper spray in a 9-month period. Amnesty International still attempts to link 100 deaths to pepper spray by referring to these deaths "after" the use of pepper spray.[286] These deaths have also been blamed on chokeholds[291], LVNR® (lateral vascular neck restraints), hog-tying, compression restraints, and positional asphyxia.[186,292-299] Amnesty International still attempts to link over 100 deaths to the use of pepper spray.[286] Now the uninformed death causation du jour is the TASER ECD and it is being seen — by some — as a simple, "obvious" scapegoat for these tragic deaths.

If a person with normal mental function has excessive exertion, that individual's brain will recognize the signals that the blood is getting acidic and will force the body to slow down. This is the normal compensatory function. If someone's mental functioning is such that this feedback signal is ignored, the person may struggle, resist, and fight until they die.[300] Thus, excited delirium can kill by making the blood so acidic that nothing can function.[169,181,215,300,301] The typical features of excited delirium are shown in the earlier checklist. The main causes are chronic, illicit stimulant abuse, or the presence of certain mental health conditions.[183,184,302]

63

112

When someone is dying this horrible, although primarily long-term self-created and self-induced, death described as excited delirium, they usually exhibit bizarre, unusual, and violent struggling behavior which often attracts attention. Law enforcement and EMS personnel are then called and they have to deal with this syndrome for which no good or accepted protocols or treatment have been agreed upon.[183]

Studies of excited delirium deaths show that the majority of the cases have no TASER device involvement.[35][52,303]

## 4.3. Examining (a few of) the Medical Examiners

Why have a few MEs (medical examiners) indicated that TASER devices were a cause of death, a contributing factor in a death, or could not be ruled out as a cause of death? Remember, of the (2004) 2,398,000 human deaths, of which 956,000 were referred to ME/C offices, and 487,000 were accepted by the ME/C offices for investigation, only about 800 were CRDs, and only 1/3 of these were ECD temporarlly associated.

Even if every death in which the TASER device is even mentioned —was assumed to actually be the fault of the TASER device — then it would appear to be an amazingly safe weapon. Around 27 such cases out of about 1.2 million estimated uses (12/31/2007) indicates that the theoretical death rate is about 1 in 44,000. This is lower than the lifetime risk of a lighting death of 1 in 30,000. But, even those few cases exaggerate the role of the TASER devices in any deaths.

MEs cannot detect electricity in the body after a shock like they can detect drugs or bullets. So, they sometimes (less today than pre 2007) take a politically safe approach and make the meaningless statement that, "The role of the TASER [ECD] was undetermined," or "... could not be ruled out,," which translates into the media headline of "Another TASER Death!" This can be an honest admission, although scientifically, medically, and logically invalid, by an ME (medical examiner) of knowing nothing about electricity. However, this seemingly innocuous statement is often misperceived and generally salaciously misreported resulting in unjustified scrutiny and litigations.

Also, in many such death cases the ME does not perform the investigation or the tests that could actually assist in proving causality of death. The examiners often do not test for the striatal dopamine transporter levels in the brain,[177,178,304] nor do they perform hair analysis for indications of chronic drug abuse.[218-222] Nor do many of the examiners perform psychological autopsies to gain additional information that could lead them to other possible contributors or causations of death. Nor, do they routinely collect and analyze medical, drug use, and criminal histories. These lapses may be for budgetary reasons or time constraints. Also, there is no great societal pressure to expend large amounts of time and resources precisely investigating the death of a drug addict or street criminal.

64

113

A death from excited delirium, in the chronic drug abuser, will often occur at a point when the drug itself has been metabolized (processed) and thus is not detectable, or at least not quantifiable, in the blood.[305] Or, it is detectable at a fairly low level, or only as a metabolite, not within the known fatal range for an acute usage. The tests to determine the neural effects of chronic drug usage are tricky, expensive, and time consuming. At a minimum they require an expeditious harvesting and freezing of the brain so that it can be analyzed for the modifications from long-term drug use. In the vast majority of excited delirium type deaths this is generally not done.

Very rarely do the MEs affirmatively list the TASER device as a contributing factor in a death. In those rare cases, TASER has presented the autopsy and law enforcement records to cardiac electrophysiologists, toxicologists, cardiologists, experts in excited delirium, neuropharmacologists, and other specialists. In every case analyzed to date, the medical and scientific experts have concluded that the ME speculation that the ECD contributed to death was scientifically and medically impossible. The most common mistakes made by the examiners were: (1) failure to appreciate the timing of electrocution (within 5 seconds of ECD initial exposure), (2) failure to adequately test for excited delirium, (3) failure to understand the lack of physiological effects of ECD exposure, and (4) failure to logically analyze and deduce causation free of logical fallacy contamination. Since electrocution is instantaneous (seconds), cases in which death occurred minutes or hours after the TASER application are easy to eliminate by someone understanding fibrillation.

A press search was performed for the years 2002-2005 for cases of an SICD (sudden in custody death) with a temporal TASER ECD association and obtained the autopsy reports. Working with other experts, the number of errors found in the MEs' reports were calculated.[306]

As discussed above, sudden death from electrical discharge (electrocution) is caused by the induction of VF and generally follows this sequence: (1) pulse disappears immediately, (2) there is loss of physical strength for continued resistance, (3) collapse occurs within 5-15 seconds, (4) VF rhythm occurs, and (5) immediate defibrillation is usually successful. Any material failure to appreciate the above facts was scored as an error.

Other errors were counted if the ME report reflected hypotheses not supported by known scientific literature. These included: blaming the ECD for cardiac physical changes, inclusion of a publicity sensitive safe comment (e.g. "we were unable to eliminate the role" of the ECD), falsely assuming that prolonged ECD applications are more dangerous than other restraint techniques, claiming that ECDs impair breathing, presumption of a lethal synergy between stimulant drugs and the ECD, use of the ECD in the "drive stun" mode only since this involves current passing between 2 very close transcutaneous electrodes and does not create any major body mass involvement. Finally, the use of the metaphorical

"last straw," without any scientifically reliable basis for determining a contribution to death, was scored as an error.

**Table 5. Errors in Autopsy reports from 2002 to 2005.**

| Probable Error in Citing the ECD | N |
|---|---|
| Time to collapse ≥ 1 minute | 21 |
| Continued resistance after ECD application | 14 |
| Rhythm other than VF | 11 |
| Publicity sensitive comments | 9 |
| Failure of immediate defibrillation | 7 |
| Drive stun mode | 6 |
| Assumed drug-ECD electrocution synergy | 6 |
| Discharge duration or parity | 5 |
| "Last straw" metaphor as a mechanism | 4 |
| Cardiac damage ascribed to ECD | 3 |
| Assumed ventilation impairment | 2 |

Twenty-seven cases were found where the autopsy report inappropriately listed the ECD as a contributory or as an "unknown" factor. As expected, the rate of such reports appeared to be growing at 2.6 per year ($r^2=.74$, p = .06) due to increased adoption and deployment of the TASER ECDs by law enforcement agencies. Autopsy reports were reviewed for these cases and ME errors were statistically tabulated. The decedents were all male with mean age 35.6 ± 10.7 years (median = 32) which is consistent with recently reported custodial death data.[52,303] A mean of 3.1 ± 1.2 scored errors per report with a range of 1-6 was found. This rate was very stable across the study period. A sobering finding was the rate at which the "last straw" logical causal oversimplication fallacy was mentioned as a linkage in lieu of a scientifically reliable and literature supported mechanism. Scored errors are listed in Table 5:

In an update including the ECD incident involved with subsequent death autopsies from calendar year 2006, a dramatic shift was found. The rate of ME mentions was rapidly trending towards zero as seen in Figure 14. This shows the impact of the many published scientific papers demonstrating the safety of the TASER ECDs.



Figure 14. The rate of the TASER ECD (CEW or Conducted Electrical Weapon) be-
ing mentioned as contributory is now dropping rapidly.

## 4.4 Old Fashioned Bias and Cluster Analysis

The special case of Summit County, Ohio, merits special attention. Three of the
ECD-blamed deaths come from this 1 of over 3000 counties in the USA.

The Summit County Medical Examiner has ruled the TASER ECD as a primary
cause of death in 3 of 4 TASER Temporal Death (TTD) cases. These are Hol-
comb, Hyde, and McCullaugh. Dandridge was the one that was blamed on ex-
cited delirium and cocaine back in August 2004 before the ECD media hysteria of
2005-2006.

Nationwide there are about 9 more cases in which the ECD (of all brands and
models) was blamed as THE or ONE of THE primary causes (sometimes tied
with 2 or 3 other causes). This requires a very liberal reading of the autopsies
and went back to 1982. This is out of the 304 TTD cases with autopsy reports
from outside of Summit County.

In Summit County there is a 3/4 chance of a TTD being ruled against a TASER
ECD. For the rest of the US and Canada it is 9/295. The chi-square statistic is
used to compare fractions and this gives a probability of p = 1.39 e-13 of this be-

ing due to chance. In other words, by the odds of 7197948388176 to 1 Summit County has a bias against either TASER ECDs or the local law enforcement community. The City of Akron, Ohio, and TASER are seeking judicial correction of these autopsies.[307]

Cook County, Illinois also presents an interesting case study. During the tenure of one Chief Medical Examiner, it was forbidden to ever find the cause of death as excited delirium. After he left, excited delirium was again discovered as a cause of death. A possible factor was that the chief medical examiner was involved in a bitter and protracted lawsuit against the Chicago Police Department stemming from a bar fight that his sons got into with an F.B.I. (Federal Bureau of Investigation) agent and the later responding Chicago Police Officers.[308,309]

### 4.5 Logical Errors

### Science, Scientific Method, Scientific Reliability, Scientific Certainty

The basis for any logical determination of a causal connection, an association, or a correlation must be from scientifically reliable research grounded in the scientific method, and determined to an acceptable degree of scientific certainty (normally to a reasonable degree of scientific or medical probability), and with some determinable degree of contribution.

### Inverse Causation

One logical error is so common that there are riddles based on it. This is the error of the inverse causation. In fact, the best way to introduce this error is with a riddle.

"Why do I always find something in the last place that I look?" After a brief reflection the answer is obvious: once someone finds something they stop looking for it. Therefore they will always find that which is being sought in the last place they look. With the inverse causation thinking one would be tempted to ascribe the discovery to the fact that the article was hidden in the very last possible hiding place in the universe.

Let us go back to the rooster example. Why does the sun rise after the roster stops crowing? Does the sun, in fact, listen for a local rooster crowing to stop before it shows its shining face? Obviously not. The causation is the exact inverse. The roster begins crowing with the first hint of sunlight refracted through the atmosphere and then stops.

Inverse causation fallacious thinking is often common with the media and others with law enforcement involved in-custody deaths. With excited delirium a person will often have superhuman strength and stamina until they stop breathing. This is when they often have their very short "quiet (post-exercise peril) period" and

117

they then quickly develop a cardiac rhythm of asystole or PEA. During the quiet period the law enforcement officers and EMS are able to cease with the more aggressive restraint techniques and handcuff or further restrain the person. (This ending is the reason why handcuffs are associated with 100% of in-custody deaths.[52,303]) However, the person was already programmed to progress to a lethal cardiac arrhythmia of asystole or PEA and they now have a lethal cardiac arrhythmia.

With the logical analysis mistake of inverse causation it is often tempting for the uninformed to (wrongly) temporally blame the death on the last restraint technique or specifically the last few seconds of the restraint technique, or on the device or tool that they least understand, or most fear (e.g. "electricophobia" -- the unreasonable fear of electricity).

## Stop versus Start Confusion

This is the error of associating the cessation of an input with an injury rather than the associating of the initiation. Imagine that someone swallowed a lethal dose of a poison. Depending on the metabolic pathway the poison may take hours to days to kill. For example, acetaminophen may take weeks to kill.[310] Because the suicidal individual feels a minimal effect at a half hour, they might take another lethal dosage. This might continue for hours until they are vomiting so much that they cannot swallow anything. A few weeks later they finally die. Someone having the "stop vs. start" confusion would blame the last "stop" dosage for the death when the first "start" dosage was already fatal. Just as with excited delirium, the initial factor leading to the person's death is usually the chronic, or longterm, stimulant abuse, and not the acute, or recent, abuse.

Drowning provides another example. Imagine that a body was found at the bottom of a pool. The body is retrieved and brought to the surface where there is plenty of air. Security tapes show that the person was in the pool for 4 hours. No rational person would suggest that it was the last 5 minutes in the pool that killed the person.

In summary, the last or "stop" seconds of electrical current are irrelevant for electrocution.

## Example of "start-versus-stop" confusion

A violent criminal subject is controlled for 120 seconds with an ECD. There are many reasons why such a long application may be necessary such as when the person is barricaded in an automobile and removal is difficult. (See typical example on page 73) The person finally collapses and the ECD is turned off. The naïve calculus would allow for the consideration of an electrically induced VF since the collapse was within seconds of the final ECD application. This would lead to a false conclusion. The correct timing start is to the initial application. Had the

current been sufficient to induce VF then the person would have collapsed within 5-15 seconds and there would have been no long application required.

**Some Means All**

This interesting logical fallacy is best explained by example as it can be subtly and very misleadingly hidden in a narrative. Here is a direct quote from a physician expert report in a civil litigation.[113]

> All people with methamphetamine intoxication do not die of the methamphetamine or of "excited delirium". In the present case the only significant adverse physical stimulus was from the TASER® applications. Are we really expected to believe that the TASER® has no physiologic effects when delivered in the manner of this case?

Since *some* people do not die from a toxic level of methamphetamine, some have illogically opined that *all* people could survive a toxic level of methamphetamine. This is clearly erroneous. Based on this clear logical fallacy and logical sleight-of-hand one then concludes that something else was needed. The physician also incorrectly assumes, without scientifically reliable human data, that a TASER device discharge has significant negative physiological effects that can cause death. This is simply incorrect.

This case also provides an example of a clever, although possibly unintentional, "term switch." Note that the ECD is referred to as providing an "adverse physical stimulus" in the middle sentence while it is referred to as having "physiologic effects" in the last sentence. The ECD clearly has physiological effects or it would be worthless on human beings. However, by slipping in the adjective "adverse" an uncritical thinker might be tricked into wrongly agreeing that the ECD had a harmful effect on the person.

Another trick in this example is the "excluded middle." The reader is implicitly given only 2 extreme choices. They are:

The ECD had an adverse effect

The ECD had no effect at all

The correct choice is a middle choice — that the ECD is well known to have — which is the effect of capturing a person *without* having any adverse effect.

This type of reasoning would argue that a person with clinically significant bullet wounds could not have died from that damage since many people survive bullet wounds.

## Circular Illogical Reasoning on Drugs

The typical in-custody death case involves someone with a history of drug abuse as well as possibly an acute toxic level of the same drug of choice, or a polydrug synergism. With the overwhelmingly positive field experience with TASER ECDs, no longer can anyone suggest any danger with a healthy person — without looking silly. However, the same critics point to the few deaths of drug users, or a few with negative individual susceptibilities — in which an ECD was used in the restraint process — and speculate that ECDs are therefore more dangerous with drugs.[285,286] This is completely unscientific for several reasons:

ECDs are involved in less than 100 of the 30,000+ illegal drug deaths annually in the USA.

Scientific studies show that drugs do not make the ECDs more dangerous.[83,86,87,311]

Crossover data from large and small jurisdictions show that implementing ECDs makes subject and officer field injury rates go significantly down and not up.[312 163]

## 4.6 The "Last Straw," "Over the Edge," or "Boo!" Causation Theories

When someone is desperate to blame the ECD and has no scientific or colorable linkage then a common "mechanism" is the logical fallacy commonly referred to as the "last straw" or "pushed over the edge."[306] It is typically verbalized as, "Well, Mr. Doe was in bad shape from the years of hard drugs, and the heavy drug dosage that day (binging), and the fighting, struggling, and resisting with the officers, and the emergency medical responders, but the TASER ECD was the *last straw* [that broke the camel's back]." In the infamous[5] (IL) Ronald Hasse autopsy, this was referred to as "pushing over the edge."

> An autopsy found Hasse's system contained .55 micrograms of methamphetamine per milliliter of blood — .05 micrograms above what is considered a lethal level. But the illegal drug probably would not have killed Hasse without his getting "pushed over the edge" by the TASER's jolts, Denton said.[313]

This fallacy also wrongly presupposes (or assumes) that if a TASER ECD were not used, then no alternative force tool or technique would be used, or that the incident, the struggle, etc. would immediately cease on its own. The police offi-

---

[5] This was the first autopsy to blame an ECD for a death and was riddled with 6 significant errors.

cers and EMS personnel were highly unlikely to have simply walked away and left Mr. Hasse to his own care.

A variation on this interesting fallacious theory is that the pain and stimulation from an ECD increased the catecholamine levels (epinephrine and norepinephrine) to some magic point so that the subject died. This theory has several fundamental flaws. One example (from an actual physician expert report in a lawsuit) suggested that an agitated PCP abuser (that had been hyperactive for some time) had his adrenaline levels raised by the ECD stimulation.

PCP is an anesthetic (nerve blocker) and that is what it was developed for.[117,119,314,315] Thus the signals would not get from the site of electrical contact to the brain. PCP is a powerful analgesic (pain killer) and thus the violent subject was not feeling any pain.[117-119] PCP already raises the norepinephrine levels extremely high and thus it is doubtful that anything can add to that.[316] Exercise also dramatically raises the epinephrine and norepinephrine levels by a factor of 7 to 1 and thus it is doubtful that anything could have added to that with the extreme level of exertion that the subject was under.[317] These scientific facts are best summarized with the cartoon in Figure 15. In summary, the PCP blocked the ability of the TASER device to increase the catecholamine production which was already at a maximum due to the struggle and PCP usage.



**Figure 15. The "over the edge" speculation requires the suspension of scientific facts and logic.**

## 4.7 Just a Little Bit Longer

Sometimes a long ECD application is required to capture, control, and accomplish restraint of an especially violent person in a potentially harmful situation. For example, consider this case as related by a senior law enforcement official.

> GLENDALE, AZ. JAN 20, 2005. My officers had a domestic violence call where the husband had assaulted his wife pretty badly and took off with their 5 year old son in a car. The officers were able to get the car stopped in an apartment complex parking lot and confronted the man. As they approached the vehicle the man produced a knife and threatened the officers with it from the vehicle. A short standoff occurred with the officers not retreating because the 5 yr old was in the passengers' seat and within reach of the man. As officers were addressing him the man lunged for his 5 year old with the knife and a TASER was deployed. The man was immediately incapacitated and was pulled from the driver's side while the 5 yr old was pulled from the passenger's side. The man received a 30-second continuous ride while being removed and the world was a safe place again. ALL of the officers in this situation came to me and thanked me for the weapon and their training relating to the TASER. They all agreed that this would have been a definite shooting had the weapon not been with them. [318]

The officers had to give a continuous 30 second TASER ECD application to keep the violent subject from killing his own son. This is the equivalent of 6 normal applications. Under the Northern California ACLU recommendations,[25] this would not have been allowed and this 5 year old boy could be dead from a stab wound and the father probably dead from multiple bullet wounds as the officers tried to stop the knife attack.

It is difficult to justify doing long duration studies on humans as one needs to balance the abuse consideration of volunteers against a very small possibility of injury to a violent criminal subject. However, when one of these criminal subjects dies after a long ECD application was required then a personal injury lawyer may argue that there are insufficient studies for the certain duration used. They will then further speculate, that if the company had done studies *just* a little longer then they would have seen the mysterious cause of death that is being sued over.

Current ongoing human research, presently unpublished, has increased the continuous ECD duration to 45 seconds, and has also included multiple simultaneous ECD applications. To date the unpublished research continues the earlier published research findings of no clinically significant negative physiological effects.

122

Unpublished studies performed at the University of Pennsylvania for the US Department of Defense have found that ventilated swine were able to tolerate 3 minute (180 second) continuous ECD applications and all survived. They are now preparing to extend the study out to 6 minutes.

## 4.8 Legal Warnings as a Substitute for Scientific Causation.

An occasional critic has attempted to rely on the extremely conservative TASER ECD warnings, as a substitute for a scientific mechanism of harm. (These warnings were, in part, based upon published speculations, plausibilities, and conceivabilities, and not on research based conclusions from sound scientific research.) As one example from a deposition follows:

> ...how can you put at the bottom of a report that the TASER had nothing to do with the death when TASER's own literature gives you warnings that in the right circumstances, bad things can happen.[319]

TASER does provide many warnings — driven in part by earlier speculation — which can be considered extremely conservative. Given the litigious environment that any manufacturer faces in this country, this may have been prudent. Consider these examples:

> Home appliance-maker Rowenta reminds customers to not iron their clothes while wearing them. Just to be sure that youngsters can't cop the old super-power plea, Houston-based retailer Frankel's Costume warns users that just because they are wearing a Superman costume doesn't mean they can fly. And when Apple introduced its iPod "shuffle" digital music player in 2005, the company added a "Do Not Eat" warning on its Web site.[320]

However, the logical fallacy in relying on them — as a substitute for providing a scientific or medical causation mechanism, degree of certainty of causation, and degree of contribution to conclusion — is best exposed by an analogy. Imagine that a methamphetamine addict is found dead in his yard with a high dosage of the drug in his blood. Also, testimony suggests that he may have climbed a stepladder and used his lawn mower that morning. Let us further imagine that both the stepladder and lawn mower had warnings that state that their use could be dangerous for anyone under the influence of alcohol or drugs. Would anyone suggest that this was evidence that the ladder and/or lawn mower made any contribution to the death?

In well over a century of medical, scientific, and electrical research there is no support for speculations that the minimal amount of current and energy delivered into a human body by a TASER CEW discharge, or discharges, is likely, or even medically and/or scientifically possible, to directly cause clinically significant adverse effects, serious injury or death.[29,76] Thus, there would appear to be no

74

need for TASER to "disprove the negative" and study every conceivable combination of drugs and medical conditions in order to defend its products.

## 4.9 Keeping the Rhythm

It is very important to understand the difference between the lethal rhythms of custodial deaths and those that can be induced by electrical stimulation as listed in the Glossary on page 8. The lethal arrhythmia of VF can be induced by sufficiently strong electrical currents. However, this rhythm is almost never seen in custodial deaths. The fact that a rare few pigs were inducible into VF by ECD stimulation has confused some into assuming that this was relevant to the media-linked deaths in which an ECD was used. However, no pig was ever induced into asystole or PEA which are the primary rhythms of custodial deaths.

124

## 5.0 EPIDEMIOLOGY

### 5.1 Field Usage Statistics

Reports of law enforcement ECD usage rates were gathered from web searches of media stories. These covered 81 reports from 61 unique cities for the years: 2001-2007 with a mean reporting period midpoint of 2005.9 ± 1.3 years. The reporting period duration was 3 months to 3 years with a mean of 1.1 ± 0.48 years. The reports covered departments with 20 - 40,000 officers with between 5 and 3847 TASER ECDs deployed in the particular department.

The usage rate per ECD varied significantly but most of that variation was due to different deployment levels with a correlation of $r^2$=.64 with a spline fit as seen in Figure 16. (The deployment level is the number of ECDs divided by the number of sworn officers.) For example, in a city that only has ECDs issued to the SWAT unit, each of those devices will be called on often and they will be used, on average, about 1.5 times per year. Full deployment is defined as a deployment level > 0.75. (This typically means that every patrol officer has an ECD as many sworn officers do not patrol.) With full deployment, the usage rate drops to about 0.3 per year per ECD.



Figure 16. Low deployment departments have much higher usage rates per ECD as they are called out to many difficult situations while each officer has an ECD in full deployment departments.

This model of usage rate versus deployment rate was then used on the TASER sales database which has department size, net ECDs owned, and deployment

76

125

rate. This produced an average annual usage rate per ECD of 0.568. I.e. each ECD in law enforcement hands is used 0.568 times per year.

The TASER sales history was integrated over time from Q1 2000 and yielded 826,720 "ECD years" to 30 Sept 2007. That gave 469,577 field uses to 30 Sept 2007. Extrapolating to 31 Dec 2007 gives an estimated field usage total of 513,970. This is increasing at the rate of 488 field uses per day. This count does not include non-discharge compliance uses from displaying, laser sighting, or arcing the device. Also, these numbers do not include the 103,000 ECDs in civilian hands (since 1993).

## 5.2 Training Usage Statistics

In summer 2007 a survey was sent to all TASER ECD certified instructors. A total of 2082 surveys were completed which covered 106,637 TASER ECDs. This is about 30% of the devices fielded with law enforcement and thus the survey has unusually high statistical confidence. Instructors were asked about their training policies and the number of human training exposures per ECD.

The following were the responses on the training policy issue as seen in Figure 17:

Forbidden:    112 instructor responses;  5.4%
Allowed:      247 instructor responses;  11.9%
Encouraged: 1151 instructor responses;       55.3%
Mandatory:   578 instructor responses;  27.8%

As can be seen, the most common law enforcement department policy decision is to encourage the law enforcement officer to receive an encouraged TASER ECD exposure. The second most common policy is to make the exposure mandatory. The *least* common policy is to forbid an exposure (5.4%). Note that the above percentages were calculated by the instructor responses and not by the particular departments. Since larger departments have multiple instructors, this method gives a better impression of the number of officers subject to a given policy.

Responses from 2082 certified instructors and modeling from deployment rates yielded a weighted mean of 1.98 human training exposures per ECD. The reason this number is >1 is that low deployment departments share an ECD across multiple officers. A statistical "bootstrap" technique with 1500 samples of 1581 data each was used to estimate the confidence limits on this training exposure rate. The 95% confidence limits were 1.85-2.12 which is ± 6.8%.

126



Figure 17. Distribution of Human Exposure Training Policies.

The mean response date to the survey was 18 Sept 2007. The mean calculated training hits given for officer turnover was 4.62% per year. This is 1.17% per quarter. This was added to the calculated number above for each 91 days after 18 Sep 2007.

An estimated 336,022 ECDs were fielded by 1 Jan 2008. Times 1.98 gives 665,323 ECD training exposures. Adding in 1.17% for turnover exposures gives 673,108 training exposures with confidence limits of 627,337–718,880.

### 5.3 Mortality Rates

Since 1982, there have been 12 autopsies in which an ECD has been listed as a cause of death or as the cause of death. Added to the 4 cases in which the ECD actually contributed to a death from a secondary fall gives a total of 16 cases. There have been 0 deaths from the 670,000 training exposures. This gives a very conservative upper-limit mortality rate of 13.6 per million exposures.

In none of the 12 autopsies, has the alleged ECD contribution withstood legal or scientific scrutiny. Counting only the 4 deaths (from secondary head injuries with falls) after an ECD exposure, the actual total mortality rate for a human exposure is 3.4 per million. And, consider, in 2004 there were 18,807 deaths from falls out of 2,397,615 total deaths, out of the general population of 293,656,842, which yields a mortality rate from falls in the general population of 6.4 per million.

## 6.0 REFERENCES

**1.** Kroll M. Crafting the Perfect Shock. *IEEE Spectrum* 2007;44:27-30.

**2.** Weiss G. Sur la possibilite' de rendre comparable entre eux les appareils survant a l'excitation electrique. *Arch Ital de Biol* 1901;35:413-446.

**3.** Alon G, Inbar G. Optimization of pulse duration and pulse charge during transcutaneous electrical nerve stimulation. . *Austral J Physiotherapy* 29(6):195-201.

**4.** Voorhees CR, Voorhees WD, 3rd, Geddes LA, Bourland JD, Hinds M. The chronaxie for myocardium and motor nerve in the dog with chest-surface electrodes. *IEEE Trans Biomed Eng* 1992;39:624-8.

**5.** Reilly JP. Cardiac sensitivity to electrical stimulation Electrical Stimulation and Electropathology. NY, NY: Cambrige Univ. Press, 1992:180-230.

**6.** Rattay F. The basic mechanism for the electrical stimulation of the nervous system. *Neuroscience* 1999;89:335-46.

**7.** Sweeney J. Skeletal muscle response to electrical stimulation. . In: Reilly J, ed. Electrical Stimulation and Electropathology New York City: Cambridge University Press, 1992:285-327.

**8.** Reilly JP. Applied Bioelectricity: From Electrical Stimulation to Electrical Pathology. New York: Springer, 1998:1-563.

**9.** Li C, Bak A. Excitability characteristics of the A- and C-fibers in a peripheral nerve. *Exp Neurol.* 1976;50:67-79.

**10.** Koslow M, Bak A, Li C. C-fiber excitability in the cat. *Exp Neurol.* 1973;41:745-753.

**11.** Antoni H. Pathophysiological basis of ventricular fibrillation. In: Bridges JF, Ford GL, Sherman IA, Vainberg M, eds. Electrical Shock Safety Criteria. New York: Pergammon Press, 1985:33-43.

**12.** Antoni H. Cardiac Sensitivity to Electrical Stimulation. In: Reilly J, ed. Applied Bioelectricity: From Electrical Stimulation to Electrical Pathology. Springer, 1998:194-239.

**13.** Biegelmeier. Effect of current passing through the human body and the electrical impedance of the human body: A guide to IEC-Report 469. VDE,-Verlag, Berlin: ETZ, 1987.

**14.** Biegelmeier G, Lee WR. New considerations on the threshold of ventricular fibrillation for a.c.shocks at 50~60 Hz. *IEE Proc.* 1980;127:Pt. A: 103-110.

**15.** Jacobsen J, Buntenkotter S, Reinhard HJ. [Experimental studies in pigs on mortality due to sinusoidal and phase-controlled alternating and rectified currents (author's transl)]. *Biomed Tech (Berl)* 1975;20:99-107.

**16.** Roy OZ, Park GC, Scott JR. Intracardiac catheter fibrillation thresholds as a function of the duration of 60 Hz current and electrode area. *IEEE Transactions on Biomedical Engineering* 1977;BME-24:430-435.

**17.** Sharma AD, Fain E, O'Neill PG, Skadsen A, Damle R, Baker J, Chauhan V, Mazuz M, Ross T, Zhang Z. Shock on T versus direct current voltage for induction of ventricular fibrillation: a randomized prospective comparison. *Pacing Clin Electrophysiol* 2004;27:89-94.

**18.** Swerdlow CD, Olson WH, O'Connor ME, Gallik DM, Malkin RA, Laks M. Cardiovascular collapse caused by electrocardiographically silent 60-Hz intracardiac leakage current. Implications for electrical safety. *Circulation* 1999;99:2559-64.

**19.** Weismuller P, Richter P, Binner L, Grossmann G, Hemmer W, Hoher M, Kochs M, Hombach V. Direct current application: easy induction of ventricular fibrillation for the determination of the defibrillation threshold in patients with implantable cardioverter defibrillators. *Pacing Clin Electrophysiol* 1992;15:1137-43.

**20.** Kroll M, Tchou P. Testing of Implantable Defibrillator Functions at Implantation. In: Ellenbogen K, Kay G, Lau C, Wilkoff B, eds. Clinical Cardiac Pacing, Defibrillation and Resynchronization Therapy. Philadelphia: W.B. Saunders Company, 2006:531-557.

**21.** Singer I, Lang D. The Defibrillation Threshold. In: Kroll M, Lehmann M, eds. Implantable Cardioverter-Defibrillator Therapy: The Engineering-Clinical Interface. . Boston: Kluwer, 1996.

**22.** Lomax Estate vs. Las Vegas Police Department et al. Knoblack Deposition: UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA, 2007.

**23.** Ideker R, Dosdall D. Can the Direct Cardiac Effects of the Electric Pulses Generated by the TASER X26 Cause Immediate or Delayed Sudden Cardiac Arrest? *Am J Forens Med* 2007;28.

**24.** Hou CJ, Chang-Sing P, Flynn E, Martinez L, Peterson J, Ottoboni LK, Liem LB, Sung RJ. Determination of ventricular vulnerable period and ventricular fibrillation threshold by use of T-wave shocks in patients undergoing implantation of cardioverter/defibrillators. *Circulation* 1995;92:2558-64.

**25.** Schlosberg M. Stun Gun Fallacy: How the Lack of Taser Regulation Endangers Lives, 2005.

**26.** Roy OZ, Mortimer AJ, Trollope BJ, Villeneuve EJ. Effects of short-duration transients on cardiac rhythm. *Med Biol Eng Comput* 1984;22:225-8.

**27.** Green R, Rafferty E, Gregory J. Danger levels of short (1 msec. to 15 msec.) electrical shocks from 50 Hz poer supply. In: Bridges J, Ford G, Sherman I, Vainberg M, eds. Electrical Shock SafetyCriteria. New York: Pergamon, 1985:259-272.

**28.** Peleska B. Cardiac arrhythmias following condenser discharges and their dependence upon strength of current and phase of cardiac cycle. *Circulation Research* 1963;13:21-32.

**29.** IEC. Effects of Current on Human Beings and Livestock, CEI/IEC 479-2: Effects of currents passing through the human body, 2nd Edition.: IEC, Geneva, Switzerland, 1987.

**30.** Knickerbocker G. Fibrillating parameters of direct and alternating (20-Hz) currents separately an in combiantion - an experimental study. *IEEE Trans Comm* 1973;21:1015-1027.

**31.** Dalziel CF, Lee WR. Reevaluation of lethal electric currents. *IEEE Transactions on Industry and General Applications* 1968;IGA-4:467-476.

**32.** Ferris LP, King BG, Spence PW, Williams HB. Effect of electric shock on the heart. *Electrical Engineering* 1936;55:498-515.

**33.** Howe BB, Fehn PA, Pensinger RR. Comparative anatomical studies of the coronary arteries of canine and porcine hearts. I. Free ventricular walls. *Acta Anat (Basel)* 1968;71:13-21.

**34.** Pak HN, Kim YH, Lim HE, Chou CC, Miyauchi Y, Fang YH, Sun K, Hwang C, Chen PS. Role of the posterior papillary muscle and purkinje potentials in the mechanism of ventricular fibrillation in open chest dogs and Swine: effects of catheter ablation. *J Cardiovasc Electrophysiol* 2006;17:777-83.

**35.** Stratton SJ, Rogers C, Brickett K, Gruzinski G. Factors associated with sudden death of individuals requiring restraint for excited delirium. *Am J Emerg Med* 2001;19:187-91.

**36.** Panescu D. Less-than-lethal weapons: Design and Medical Safety of Neuromuscular Incapacitation Devices. *IEEE Eng Med Biol Mag* 2007;26(4).

**37.** Panescu D. Design and medical safety of neuromuscular incapacitation devices. *IEEE Eng Med Biol Mag* 2007;26:57-67.

**38.** Panescu D, Kroll MW, Efimov IR, Sweeney JD. Finite Element Modeling of Electric Field Effects of TASER Devices on Nerve and Muscle. *Conf Proc IEEE Eng Med Biol Soc* 2006;1:1277-9.

**39.** Sun H. MODELS OF VENTRICULAR FIBRILLATION PROBABILITY AND NEUROMUSCULAR STIMULATION AFTER TASER® USE IN HUMANS Electrical Engineering. Madison: Wisconsin, 2007:231.

**40.** Holden SJ, Sheridan RD, Coffey TJ, Scaramuzza RA, Diamantopoulos P. Electromagnetic modelling of current flow in the heart from TASER devices and the risk of cardiac dysrhythmias. *Phys Med Biol* 2007;52:7193-209.

**41.** Greenlees KJ, Clutton RE, Larsen CT, Eyre P. Effect of halothane, isoflurane, and pentobarbital anesthesia on myocardial irritability in chickens. *Am J Vet Res* 1990;51:757-8.

**42.** Wu J, Sun H, O'Rourke A, Huebner S, Rahko P, Will J, Webster J. Taser Dart-to-Heart Distance That Causes Ventricular Fibrillation in Pigs. *IEEE TRANSACTIONS ON BIOMEDICAL ENGINEERING,* 2007;54:503-508.

**43.** Wu J, Sun H, O'Rourke A, Huebner S, Rahko P, Will J, Webster J. Taser Blunt Dart-to-Heart Distance Causing Ventricular Fibrillation in Pigs. *IEEE TRANSACTIONS ON BIOMEDICAL ENGINEERING,* 2008:under review.

**44.** Lakkireddy D, Kowalewski W, Wallick A, Verma A, Martin K, Ryschon J, Butany J, Natale A, Tchou P. Cardiovascular safety profile of electrical stun guns (TASER®): Impact of point of delivery on ventricular fibrillation thresholds. *Heart Rhythm* 2006;3:S249.

**45.** Bashian G, Wagner G, Wallick D, Tchou P. Relationship of Body Mass Index (BMI) to Minimum Distance from Skin Surface to Myocardium: Implications for Neuromuscular Incapacitating Devices (NMID). *Circulation* 2007;116:II-947.

**46.** Nanthakumar K, Billingsley IM, Masse S, Dorian P, Cameron D, Chauhan VS, Downar E, Sevaptsidis E. Cardiac electrophysiological consequences of neuromuscular incapacitating device discharges. *J Am Coll Cardiol* 2006;48:798-804.

**47.** Han J, Garciadejalon P, Moe GK. Adrenergic Effects on Ventricular Vulnerability. *Circ Res* 1964;14:516-24.

**48.** Pollanen MS, Chiasson DA, Cairns JT, Young JG. Unexpected death related to restraint for excited delirium: a retrospective study of deaths in police custody and in the community. *Cmaj* 1998;158:1603-7.

**49.** Nanthakumar K, Dorian P. Reply: Cardiac electrophysiological consequences of neuromuscular incapacitating device discharges. *J Am Coll Cardiol* 2007;49:732-733.

**50.** Dennis AJ, Valentino DJ, Walter RJ, Nagy KK, Winners J, Bokhari F, Wiley DE, Joseph KT, Roberts RR. Acute effects of TASER X26 discharges in a swine model. *J Trauma* 2007;63:581-90.

**51.** Ho J, Reardon R, Heegaard W. Deaths in police custody: a 12 month surveillance study 2005.

**52.** Ho J, Reardon R, Heegaard W. Deaths in police custody: an 8 month surveillance study. *Annals Emerg Med,* 2005;46 (suppl) abstract:S94.

**53.** Swerdlow C, Kroll M, Williams H, Biria M, Lakkireddy D, Tchou. P. Presenting rhythm in sudden custodial deaths after use of TASER® electronic control device. *Europace* 2008;8 submitted.

**54.** Harrison D. Science undecided on safety of stun guns. *CanWest News Service* 2007.

**55.** Ho JD, Miner JR, Lakireddy DR, Bultman LL, Heegaard WG. Cardiovascular and physiologic effects of conducted electrical weapon discharge in resting adults. *Acad Emerg Med* 2006;13:589-95.

**56.** Ho J. Absence of Electrocardiographic Change Following Prolonged Application of a Conducted Electrical Weapon in Physically Exhausted Adults. *SAEM* 2007.

**57.** Levine SD, Sloane CM, Chan TC, Dunford JV, Vilke GM. Cardiac monitoring of human subjects exposed to the taser(r). *J Emerg Med* 2007;33:113-7.

**58.** Vilke GM, Sloane CM, Bouton KD, Kolkhorst FW, Levine SD, Neuman TS, Castillo EM, Chan TC. Physiological Effects of a Conducted Electrical Weapon on Human Subjects. *Ann Emerg Med* 2007.

**59.** Vilke G, Sloane C, Bouton K, Levine S, Neuman T, Castillo E, Kolkhorst F, Chan T. Cardiovascular and Metabolic Effects of the TASER on Human Subjects. *J Acad Emerg Med* 2007;14:104.

**60.** Ideker RE, Dosdall DJ. Can the direct cardiac effects of the electric pulses generated by the TASER X26 cause immediate or delayed sudden cardiac arrest in normal adults? *Am J Forensic Med Pathol* 2007;28:195-201.

**61.** Jones A. Recent advances in the management of late paracetamol poisoning. . *Emerg Med (Aust* 2000.

**62.** Wallace C. Paracetamol poisoning: an evidence based flowchart to guide management. . *Emerg Med J* 2002.

**63.** Ho J, Reardon R, Dawes D, Johnson M, Miner J. ULTRASOUND MEASUREMENT OF CARDIAC ACTIVITY DURING CONDUCTED ELECTRICAL WEAPON APPLICATION IN EXERCISING ADULTS. *Fourth Mediterranean Emergency Medicine Congress* 2007.

**64.** Kim PJ, Franklin WH. Ventricular fibrillation after stun-gun discharge. *N Engl J Med* 2005;353:958-9.

**65.** Kroll MW, Calkins H, Luceri RM. Electronic control devices and the clinical milieu. *J Am Coll Cardiol* 2007;49:732; author reply 732-3.

**66.** Cao M, Shinbane JS, Gillberg JM, Saxon LA. Taser-induced rapid ventricular myocardial capture demonstrated by pacemaker intracardiac electrograms. *J Cardiovasc Electrophysiol* 2007;18:876-9.

**67.** Kroll M, Luceri RM, Calkins H. A very interesting case study involving a TASER Conducted Electrical Weapon (CEW) used on a patient with a pacemaker. *J Cardiovasc Electrophysiol* 2007;18:E29-30; author reply E31.

**68.** Sweeney J, Kroll M, Panescu D. Analysis of Electrical Activation of Nerve and Muscle by TASERs American Academy of Forensic Sciences. Seattle, WA, 2006:142-143.

**69.** Camacho MA, Lehr JL, Eisenberg SR. A three-dimensional finite element model of human transthoracic defibrillation: paddle placement and size. *IEEE Trans Biomed Eng* 1995;42:572-8.

**70.** Lerman BB, Deale OC. Relation between transcardiac and transthoracic current during defibrillation in humans. *Circ Res* 1990;67:1420-6.

**71.** Yoon RS, DeMonte TP, Hasanov KF, Jorgenson DB, Joy ML. Measurement of thoracic current flow in pigs for the study of defibrillation and cardioversion. *IEEE Trans Biomed Eng* 2003;50:1167-73.

**72.** Panescu D, Kroll M, Efimov I, Sweeney J. Finite Element Modeling of Electric Field Effects of TASER Devices on Nerve and Muscle IEEE Engineering in Medicine and Biology. New York City, NY, 2006.

**73.** Stratbucker R, Kroll M, McDaniel W, Panescu D. Cardiac Current Density Distribution by Electrical Pulses from TASER devices IEEE Engineering in Medicine and Biology Society. New York City, NY, 2006.

**74.** McClain CJ, Kromhout JP, Peterson FJ, Holtzman JL. Potentiation of acetaminophen hepatotoxicity by alcohol. *Jama* 1980;244:251-3.

**75.** Lesser PB, Vietti MM, Clark WD. Lethal enhancement of therapeutic doses of acetaminophen by alcohol. *Dig Dis Sci* 1986;31:103-5.

**76.** Chilbert M. Standards and Rationale. In: Reilly J, ed. Applied Bioelectricity: From Electrical Stimulation to Electrical Pathology. New York: Springer, 1998:454-501.

**77.** Pozner CN, Levine M, Zane R. The cardiovascular effects of cocaine. *J Emerg Med* 2005;29:173-8.

**78.** Qureshi AI, Suri MF, Guterman LR, Hopkins LN. Cocaine use and the likelihood of nonfatal myocardial infarction and stroke: data from the Third National Health and Nutrition Examination Survey. *Circulation* 2001;103:502-6.

**79.** Karch SB. Cardiac arrest in cocaine users. *Am J Emerg Med* 1996;14:79-81.

**80.** Schwartz AB, Boyle W, Janzen D, Jones RT. Acute effects of cocaine on catecholamines and cardiac electrophysiology in the conscious dog. *Can J Cardiol* 1988;4:188-92.

**81.** Schwartz AB, Janzen D, Jones RT. Electrophysiologic effects of cocaine on the canine ventricle. *J Cardiovasc Pharmacol* 1989;13:253-7.

**82.** Tisdale JE, Shimoyama H, Sabbah HN, Webb CR. The effect of cocaine on Ventricular fibrillation threshold in the normal canine heart. *Pharmacotherapy* 1996;16:429-37.

**83.** Lakkireddy D, Wallick D, Ryschon K, Chung MK, Butany J, Martin D, Saliba W, Kowalewski W, Natale A, Tchou PJ. Effects of cocaine intoxication on the threshold for stun gun induction of ventricular fibrillation. *J Am Coll Cardiol* 2006;48:805-11.

**84.** McDaniel W, Stratbucker R, Smith R. Surface application of TASER stun guns does not cause ventricular fibrillation in canines. Proc Annu Int Conf IEEE Eng Med Biol Soc. , 2000.

**85.** Wilkinson D. PDSB Further evaluation of TASER devices. . *Publication No. 19/2005.* 2005;http://www.homeoffice.gov.uk/docs3/psdb09-02.pdf. .

**86.** Inoue H, Saihara S, Toda I, Sugimoto T. Summation and inhibition by ultra-rapid train pulses in dogs: effects of frequency and duration of trains, lidocaine, and beta blockade. *Pacing Clin Electrophysiol* 1989;12:1777-86.

**87.** Mitrani RD, Miles WM, Klein LS, Zipes DP. Phenylephrine increases T wave shock energy required to induce ventricular fibrillation. *J Cardiovasc Electrophysiol* 1998;9:34-40.

**88.** Moscati R, Ho J, Dawes D, Miner J, Reardon R, Heegaard W, Janchar T, Johnson M, Bultman L. Physiologic Effects of Prolonged Conducted Electrical Weapon Discharge on Intoxicated Adults. *Society of Academic Emergency Medicine abstract issue* 2007.

**89.** Gerst P, Fleming W, JR M. A quantitative evaluation of the effects of acidosis and alkalosis upon the ventricular fibrillation threshold. *Surgery* 1996;59:1050-1060.

**90.** Wit AL, Janse MJ. Experimental models of ventricular tachycardia and fibrillation caused by ischemia and infarction. *Circulation* 1992;85:I32-42.

**91.** Allan JJ, Feld RD, Russell AA, Ladenson JH, Rogers MA, Kerber RE, Jaffe AS. Cardiac troponin I levels are normal or minimally elevated after transthoracic cardioversion. *J Am Coll Cardiol* 1997;30:1052-6.

**92.** Caterine MR, Spencer KT, Pagan-Carlo LA, Smith RS, Buettner GR, Kerber RE. Direct current shocks to the heart generate free radicals: an electron paramagnetic resonance study. *J Am Coll Cardiol* 1996;28:1598-609.

**93.** Clark CB, Zhang Y, Martin SM, Davies LR, Xu L, Kregel KC, Miller FJ, Buettner GR, Kerber RE. The nitric oxide synthase inhibitor N(G)-nitro-L-arginine decreases defibrillation-induced free radical generation. *Resuscitation* 2004;60:351-7.

**94.** Grubb NR, Cuthbert D, Cawood P, Flapan AD, Fox KA. Effect of DC shock on serum levels of total creatine kinase, MB-creatine kinase mass and troponin T. *Resuscitation* 1998;36:193-9.

**95.** Niemann JT, Burian D, Garner D, Lewis RJ. Transthoracic monophasic and biphasic defibrillation in a swine model: a comparison of efficacy, ST segment changes, and postshock hemodynamics. *Resuscitation* 2000;47:51-8.

**96.** Niemann JT, Walker RG, Rosborough JP. Intracardiac voltage gradients during transthoracic defibrillation: implications for postshock myocardial injury. *Acad Emerg Med* 2005;12:99-105.

**97.** Skulec R, Belohlavek J, Kovarnik T, Kolar J, Gandalovicova J, Dytrych V, Linhart A, Aschermann M. Serum cardiac markers response to biphasic and monophasic electrical cardioversion for supraventricular tachyarrhythmia--a randomised study. *Resuscitation* 2006;70:423-31.

**98.** Tung L, Tovar O, Neunlist M, Jain SK, O'Neill RJ. Effects of strong electrical shock on cardiac muscle tissue. *Ann N Y Acad Sci* 1994;720:160-75.

**99.** Yamaguchi H, Weil M, Tang W, Kamohara T, Jin X, Bisera J. Myocardial dysfunction after electrical defibrillation. *Resuscitation* 2002;54:289-96.

**100.** Walcott GP, Killingsworth CR, Ideker RE. Do clinically relevant transthoracic defibrillation energies cause myocardial damage and dysfunction? *Resuscitation* 2003;59:59-70.

**101.** Nikolski VP, Efimov IR. Electroporation of the heart. *Europace* 2005;7 Suppl 2:146-54.

**102.** Lee RC, Gaylor DC, Bhatt D, Israel DA. Role of cell membrane rupture in the pathogenesis of electrical trauma. *J Surg Res* 1988;44:709-19.

**103.** Yabe S, Smith WM, Daubert JP, Wolf PD, Rollins DL, Ideker RE. Conduction disturbances caused by high current density electric fields. *Circ Res* 1990;66:1190-203.

**104.** Tovar O, Tung L. Electroporation of cardiac cell membranes with monophasic or biphasic rectangular pulses. *Pacing Clin Electrophysiol* 1991;14:1887-92.

**105.** Kroll M, Panescu D. Theoretical Considerations Regarding The Safety of Law Enforcement Electronic Control Devices Bioelectromagnetic Society Annual Conference. Cancun, Mexico, 2006.

**106.** IEC. Electromagnetic compatibility (EMC) - Part 4-2: Testing and measurement techniques - Electrostatic discharge immunity test: IEC.

**107.** Ekoe JM, Cunningham M, Jaques O, Balague F, Baumann RP, Humair L, de Torrente A. Disseminated intravascular coagulation and acute myocardial necrosis caused by lightning. *Intensive Care Med* 1985;11:160-2.

**108.** Fineschi V, Karch SB, D'Errico S, Pomara C, Riezzo I, Turillazzi E. Cardiac pathology in death from electrocution. *Int J Legal Med* 2006;120:79-82.

85

**109.** Fineschi V, Silver MD, Karch SB, Parolini M, Turillazzi E, Pomara C, Baroldi G. Myocardial disarray: an architectural disorganization linked with adrenergic stress? *Int J Cardiol* 2005;99:277-82.

**110.** James TN, Riddick L, Embry JH. Cardiac abnormalities demonstrated postmortem in four cases of accidental electrocution and their potential significance relative to nonfatal electrical injuries of the heart. *Am Heart J* 1990;120:143-57.

**111.** James TN, Isobe JH, Urthaler F. Analysis of components in a cardiogenic hypertensive chemoreflex. *Circulation* 1975;52:179-92.

**112.** Killingsworth CR, Melnick SB, Chapman FW, Walker RG, Smith WM, Ideker RE, Walcott GP. Defibrillation threshold and cardiac responses using an external biphasic defibrillator with pediatric and adult adhesive patches in pediatric-sized piglets. *Resuscitation* 2002;55:177-85.

**113.** BETTY LOU HESTON, individually, and ROBERT H. HESTON, individually and as the personal representatives of ROBERT C. HESTON, deceased, vs. CITY OF SALINAS and SALINAS POLICE DEPARTMENT, SALINAS POLICE CHIEF DANIEL ORTEGA, SALINAS POLICE OFFICERS MICHAEL DOMINICI, CRAIG FAIRBANKS, JAMES GOODWIN, LEK LIVINGSTON, VALENTIN PAREDEZ, JUAN RUIZ and TIM SIMPSON, TASER INTERNATIONAL, INC., and DOES 1 to 10 Supplement to Plaintiff's expert report of Mark E. Myers, MD, Rule 26 Report: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, 2007.

**114.** Soteriades ES, Evans JC, Larson MG, Chen MH, Chen L, Benjamin EJ, Levy D. Incidence and prognosis of syncope. *N Engl J Med* 2002;347:878-85.

**115.** Mimura T, Funatsu H, Yamagami S, Usui T, Ono K, Araie M, Amano S. Vasovagal syncope evoked by needle phobia when inserting a contact lens. *Ophthalmic Physiol Opt* 2005;25:171-3.

**116.** Sprague GL, Takermori AE. Enhancement of morphine analgesia and brain levels by methamphetamine in mice. *J Pharmacol Exp Ther* 1978;207:485-93.

**117.** France CP, Snyder AM, Woods JH. Analgesic effects of phencyclidine-like drugs in rhesus monkeys. *J Pharmacol Exp Ther* 1989;250:197-201.

**118.** Mallick NP. Phencyclidine analgesia in multiple rib fractures. *Lancet* 1963;1:392-3.

**119.** Melby EC, Jr., Baker HJ. Phencyclidine for analgesia and anesthesia in simian primates. *J Am Vet Med Assoc* 1965;147:1068-72.

**120.** Allaoua H, Chicheportiche R. Anaesthetic properties of phencyclidine (PCP) and analogues may be related to their interaction with Na+ channels. *Eur J Pharmacol* 1989;163:327-35.

**121.** Woo EJ, Ball R, Braun MM. Fatal syncope-related fall after immunization. *Arch Pediatr Adolesc Med* 2005;159:1083.

**122.** Burke AP, Afzal MN, Barnett DS, Virmani R. Sudden death after a cold drink: case report. *Am J Forensic Med Pathol* 1999;20:37-9.

**123.** Pedrote A, Errazquin F, Quero J, Sobrino JM, Hernandez MC. [Prolonged asystole requiring resuscitation techniques during head-tilt table test]. *Rev Esp Cardiol* 1993;46:313-5.

**124.** Sprung J, Abdelmalak B, Schoenwald PK. Vasovagal cardiac arrest during the insertion of an epidural catheter and before the administration of epidural medication. *Anesth Analg* 1998;86:1263-5.

**125.** Lane RD, Laukes C, Marcus FI, Chesney MA, Sechrest L, Gear K, Fort CL, Priori SG, Schwartz PJ, Steptoe A. Psychological stress preceding idiopathic ventricular fibrillation. *Psychosom Med* 2005;67:359-65.

**126.** Lampert R. Destabilizing effects of mental stress on ventricular arrhythmias in patients with implantable cardioverter-defibrillators. *Circulation* 2000;101:158-164.

**127.** Ho J, Dawes J, Johnson M, Lundin E, Miner J. The Neuroendocrine Effects of the TASER X26 Conducted Electrical Weapon as Compared to Oleoresin Capsicum. *American College of Emergency Physicians Annual Meeting* 2007.

**128.** Halter JB, Stratton JR, Pfeifer MA. Plasma catecholamines and hemodynamic responses to stress states in man. *Acta Physiol Scand Suppl* 1984;527:31-8.

**129.** Lampert R, Shusterman V, Burg MM, Lee FA, Earley C, Goldberg A, McPherson CA, Batsford WP, Soufer R. Effects of psychologic stress on repolarization and relationship to autonomic and hemodynamic factors. *J Cardiovasc Electrophysiol* 2005;16:372-7.

**130.** Jain D, Joska T, Lee FA, Burg M, Lampert R, Zaret BL. Day-to-day reproducibility of mental stress-induced abnormal left ventricular function response in patients with coronary artery disease and its relationship to autonomic activation. *J Nucl Cardiol* 2001;8:347-55.

**131.** Lampert R, Jain D, Burg MM, Batsford WP, McPherson CA. Destabilizing effects of mental stress on ventricular arrhythmias in patients with implantable cardioverter-defibrillators. *Circulation* 2000;101:158-64.

**132.** Myers A, Dewar HA. Circumstances attending 100 sudden deaths from coronary artery disease with coroner's necropsies. *Br Heart J* 1975;37:1133-43.

**133.** Patrick U. Handgun Wounding Factors and Effectiveness FBI Academy Firearms Training Unit, 1989:16.

**134.** White M. Hitting the Target (or Not): Comparing Characteristics of Fatal, Injurious, and Noninjurious Police Shootings. *Police Quarterly* 2006;9:303-330.

**135.** Avenis T. Officer-Involved Shootings: What We Didn't Know Has Hurt Us. *Law & Order* 2003.

**136.** International Electrotechnical Commission. Medical Electrical Equipment, Part 1: General Requirement for Safety. Geneva, Switzerland: International Electrotechnical Commission, 1988.

**137.** Lakkireddy D, Khasnis A, Antenacci J, Ryshcon K, Chung MK, Wallick D, Kowalewski W, Patel D, Mlocochova H, Kondur A, Vacek J, Martin D, Natale A, Tchou P. Do electrical stun guns (TASER-X26) affect the functional integrity of implantable pacemakers and defibrillators? *Europace* 2007;9:551-6.

**138.** Haegeli LM, Sterns LD, Adam DC, Leather RA. Effect of a Taser shot to the chest of a patient with an implantable defibrillator. *Heart Rhythm* 2006;3:339-41.

**139.** Cao M, Shinbane JS, Gillberg JM, Saxon LA. Taser-Induced Rapid Ventricular Myocardial Capture Demonstrated by Pacemaker Intracardiac Electrograms. *J Cardiovasc Electrophysiol* 2007.

**140.** Geddes LA, Voorhees WD, Lagler R, Riscili C, Foster K, Bourland JD. Electrically produced artificial ventilation. *Med Instrum* 1988;22:263-71.

**141.** Greenberg A. Expiremental radiological observations on the action of electrical current upon the respiratory and circulatory organs. . *J Ind Hyg Toxicol* 1940;22:104-110.

**142.** Jauchem JR. Re: Acidosis, lactate, electrolytes, muscle enzymes, and other factors in the blood of Sus scrofa following repeated TASER((R)) exposures. *Forensic Sci Int* 2007.

**143.** Jauchem JR, Sherry CJ, Fines DA, Cook MC. Acidosis, lactate, electrolytes, muscle enzymes, and other factors in the blood of Sus scrofa following repeated TASER exposures. *Forensic Sci Int* 2006;161:20-30.

**144.** Lagutchik MS, Januszkiewicz AJ, Dodd KT, Martin DG. Cardiopulmonary effects of a tiletamine-zolazepam combination in sheep. *Am J Vet Res* 1991;52:1441-7.

**145.** Ho JD, Dawes DM, Bultman LL, Thacker JL, Skinner LD, Bahr JM, Johnson MA, Miner JR. Respiratory Effect of Prolonged Electrical Weapon Application on Human Volunteers. *Acad Emerg Med* 2007;14:197-201.

**146.** Ho J. Physiologic Effects of Prolonged Conducted Electrical Weapon Discharge on Acidotic Adults. *SAEM* 2007.

**147.** Vilke GM, Sloane CM, Bouton KD, Kolkhorst FW, Levine SD, Neuman TS, Castillo EM, Chan TC. Physiological effects of a conducted electrical weapon on human subjects. *Ann Emerg Med* 2007;50:569-75.

**148.** Mohr WK, Petti TA, Mohr BD. Adverse effects associated with physical restraint. *Can J Psychiatry* 2003;48:330-7.

**149.** Ruttenber AJ, McAnally HB, Wetli CV. Cocaine-associated rhabdomyolysis and excited delirium: different stages of the same syndrome. *Am J Forensic Med Pathol* 1999;20:120-7.

**150.** Ruttenber AJ, Lawler-Heavner J, Yin M, Wetli CV, Hearn WL, Mash DC. Fatal excited delirium following cocaine use: epidemiologic findings provide new evidence for mechanisms of cocaine toxicity. *J Forensic Sci* 1997;42:25-31.

**151.** Bozeman W, Winslow J, Hauda W, Graham D, Martin B, Heck J. Injury Profile of TASER®Electrical Conducted Energy Weapons (CEWs) *Annals of Emergency Medicine* 2007;50:S65.

**152.** Lee RC, Zhang D, Hannig J. Biophysical injury mechanisms in electrical shock trauma. *Annu Rev Biomed Eng* 2000;2:477-509.

**153.** Davalos RV, Mir IL, Rubinsky B. Tissue ablation with irreversible electroporation. *Ann Biomed Eng* 2005;33:223-31.

**154.** Gehl J, Sorensen TH, Nielsen K, Raskmark P, Nielsen SL, Skovsgaard T, Mir LM. In vivo electroporation of skeletal muscle: threshold, efficacy and relation to electric field distribution. *Biochim Biophys Acta* 1999;1428:233-40.

**155.** Tovar O, Tung L. Electroporation and recovery of cardiac cell membrane with rectangular voltage pulses. *Am J Physiol* 1992;263:H1128-36.

**156.** Greenhalgh J, Knight C, Hind D, Beverley C, Walters S. Clinical and cost-effectiveness of electroconvulsive therapy for depressive illness, schizophrenia, catatonia and mania: systematic reviews and economic modelling studies. *Health Technol Assess* 2005;9:1-156, iii-iv.

**157.** Krystal AD, Weiner RD. ECT seizure duration: reliability of manual and computer-automated determinations. *Convuls Ther* 1995;11:158-69.

**158.** Nilsen SM, Willis KW, Pettinati HM. Initial Impression of Two New Brief-Pulse Electroconvulsive Therapy Machines. *Convuls Ther* 1986;2:43-54.

**159.** Weinstein S. The anticonvulsant effect of electrical fields. *Curr Neurol Neurosci Rep* 2001;1:155-61.

**160.** Rehman TU, Yonas H, Marinaro J. Intracranial penetration of a TASER dart. *Am J Emerg Med* 2007;25:733 e3-4.

**161.** Chen SL, Richard CK, Murthy RC, Lauer AK. Perforating ocular injury by Taser. *Clin Experiment Ophthalmol* 2006;34:378-80.

**162.** Seth RK, Abedi G, Daccache AJ, Tsai JC. Cataract secondary to electrical shock from a Taser gun. *J Cataract Refract Surg* 2007;33:1664-5.

**163.** Smith R. TASER® Non-Lethal Weapons: Safety Data and Field Results American Academy of Forensic Sciences. Seattle, WA, 2006:137-139.

**164.** Police use stun gun on cleaver-wielding man. *Melbourne Herald-Sun* 2007.

**165.** Winslow JE, Bozeman WP, Fortner MC, Alson RL. Thoracic compression fractures as a result of shock from a conducted energy weapon: a case report. *Ann Emerg Med* 2007;50:584-6.

**166.** Sloane CM, Chan TC, Vilke GM. Thoracic Spine Compression Fracture after TASER Activation. *J Emerg Med* 2008.

**167.** Mumola C. Arrest-Related Deaths in the United States, 2003-2005. *Bureau of Justice Statistics Special Report* 2007.

**168.** Sztajnkrycer MD, Baez AA. Cocaine, excited delirium and sudden unexpected death. *Emerg Med Serv* 2005;34:77-81.

**169.** Allam S, Noble JS. Cocaine-excited delirium and severe acidosis. *Anaesthesia* 2001;56:385-6.

**170.** Morrison A, Sadler D. Death of a psychiatric patient during physical restraint. Excited delirium--a case report. *Med Sci Law* 2001;41:46-50.

**171.** Ross DL. Factors associated with excited delirium deaths in police custody. *Mod Pathol* 1998;11:1127-37.

**172.** O'Halloran RL, Lewman LV. Restraint asphyxiation in excited delirium. *Am J Forensic Med Pathol* 1993;14:289-95.

**173.** DiMaio T, VJM D. Excited delirium syndrome cause of death and prevention. Boca Raton: Taylor & Francis, 2006.

**174.** Strote J, Range Hutson H. Taser use in restraint-related deaths. *Prehosp Emerg Care* 2006;10:447-50.

**175.** Mash DC, Ouyang Q, Pablo J, Basile M, Izenwasser S, Lieberman A, Perrin RJ. Cocaine abusers have an overexpression of alpha-synuclein in dopamine neurons. *J Neurosci* 2003;23:2564-71.

**176.** Mash DC, Pablo J, Ouyang Q, Hearn WL, Izenwasser S. Dopamine transport function is elevated in cocaine users. *J Neurochem* 2002;81:292-300.

**177.** Mash DC, Staley JK. D3 dopamine and kappa opioid receptor alterations in human brain of cocaine-overdose victims. *Ann N Y Acad Sci* 1999;877:507-22.

**178.** Mash DC, Staley JK, Izenwasser S, Basile M, Ruttenber AJ. Serotonin transporters upregulate with chronic cocaine use. *J Chem Neuroanat* 2000;20:271-80.

**179.** Paquette M. Excited delirium: does it exist? *Perspect Psychiatr Care* 2003;39:93-4.

**180.** Stratton SJ, Rogers C, Green K. Sudden death in individuals in hobble restraints during paramedic transport. *Ann Emerg Med* 1995;25:710-2.

**181.** Wetli CV, Fishbain DA. Cocaine-induced psychosis and sudden death in recreational cocaine users. *J Forensic Sci* 1985;30:873-80.

**182.** Farnham FR, Kennedy HG. Acute excited states and sudden death. *Bmj* 1997;315:1107-8.

**183.** Brice JH, Pirrallo RG, Racht E, Zachariah BS, Krohmer J. Management of the violent patient. *Prehosp Emerg Care* 2003;7:48-55.

**184.** Blaho K, Winbery S, Park L, Logan B, Karch SB, Barker LA. Cocaine metabolism in hyperthermic patients with excited delirium. *J Clin Forensic Med* 2000;7:71-6.

**185.** Kennedy HG, Farnham FR. Acute excited states and sudden death. *Bmj* 1998;317:1154.

**186.** Karch SB, Wetli CV. Agitated delirium versus positional asphyxia. *Ann Emerg Med* 1995;26:760-1.

**187.** Mets B, Jamdar S, Landry D. The role of catecholamines in cocaine toxicity: a model for cocaine "sudden death". *Life Sci* 1996;59:2021-31.

**188.** Mirchandani HG, Rorke LB, Sekula-Perlman A, Hood IC. Cocaine-induced agitated delirium, forceful struggle, and minor head injury. A further definition of sudden death during restraint. *Am J Forensic Med Pathol* 1994;15:95-9.

**189.** Park KS, Korn CS, Henderson SO. Agitated delirium and sudden death: two case reports. *Prehosp Emerg Care* 2001;5:214-6.

**190.** Wetli CV, Mash D, Karch SB. Cocaine-associated agitated delirium and the neuroleptic malignant syndrome. *Am J Emerg Med* 1996;14:425-8.

**191.** Stefan H. Sudden death of psychiatric patients following great excitation and exhaustion whcih has no actual anatomic basis. *Dtsch Med Wehnschr* 1934;60:1550-1558.

**192.** Shulack N. Sudden "exhaustive" death in excited patients. *Psychiatr Q* 1944;18:3-12.

**193.** Fishbain DA, Wetli CV. Cocaine intoxication, delirium, and death in a body packer. *Ann Emerg Med* 1981;10:531-2.

**194.** Wetli C. Excited delirium. In: Chan R, ed. Sudden Deaths in Custody. Totawa: Humana Press, 2006:99-112.

**195.** Nielsen J, Bruhn AM. Atypical neuroleptic malignant syndrome caused by olanzapine. *Acta Psychiatr Scand* 2005;112:238-40; discussion 240.

**196.** Derby I. Manic-depressive "exhaustion" deaths. *Pyschiatric Q* 1933;7:436-449.

**197.** Shulack N. Sudden "exhaustive" death in excited patients. *Psychiatr Q* 1938;12::282-293.

**198.** Anglin MD, Burke C, Perrochet B, Stamper E, Dawud-Noursi S. History of the methamphetamine problem. *J Psychoactive Drugs* 2000;32:137-41.

**199.** Schroeder U, Schroeder H, Darius J, Grecksch G, Sabel BA. Simulation of psychosis by continuous delivery of phencyclidine from controlled-release polymer implants. *Behav Brain Res* 1998;97:59-68.

**200.** Pedal I, Zimmer G, Mattern R, Mittmeyer HJ, Oehmichen M. [Fatal incidences during arrest of highly agitated persons]. *Arch Kriminol* 1999;203:1-9.

**201.** Fava M. Psychopharmacologic treatment of pathologic aggression. *Psychiatr Clin North Am* 1997;20:427-51.

**202.** Kraines S. Bell's mania (acute delirium). *Am J Psychiatr* 1934;91:29-40.

**203.** Kasantikul D, Kanchanatawan B. Neuroleptic malignant syndrome: a review and report of six cases. *J Med Assoc Thai* 2006;89:2155-60.

**204.** Bell L. On a form of disease resembling some advanced stages of mania and fever, but so contradistinguished from any ordinary observed or described combination of symptoms as to render it probable that it may be overlooked and hitherto unrecorded malady. . *American Journal of Insanity* 1849;6:97-127.

**205.** Mori E, Yamadori A. Acute confusional state and acute agitated delirium. Occurrence after infarction in the right middle cerebral artery territory. *Arch Neurol* 1987;44:1139-43.

**206.** Dubois MJ, Bergeron N, Dumont M, Dial S, Skrobik Y. Delirium in an intensive care unit: a study of risk factors. *Intensive Care Med* 2001;27:1297-304.

**207.** DiMaio VJ. Forensic Pathology 2001:656.

**208.** Gray SD, Fatovich DM, McCoubrie DL, Daly FF. Amphetamine-related presentations to an inner-city tertiary emergency department: a prospective evaluation. *Med J Aust* 2007;186:336-9.

**209.** Stagno D, Gibson C, Breitbart W. The delirium subtypes: a review of prevalence, phenomenology, pathophysiology, and treatment response. *Palliat Support Care* 2004;2:171-9.

**210.** Pearlson GD. Psychiatric and medical syndromes associated with phencyclidine (PCP) abuse. *Johns Hopkins Med J* 1981;148:25-33.

**211.** Ross CA, Peyser CE, Shapiro I, Folstein MF. Delirium: phenomenologic and etiologic subtypes. *Int Psychogeriatr* 1991;3:135-47.

**212.** Davidson G. Concerning the cause of death in certain cases. *Am J Psychiatry* 1934;91:41:49.

**213.** Karch SB. Karch's Pathology of Drug Abuse 2002:541.

**214.** Herlitz J, Ekstrom L, Wennerblom B, Axelsson A, Bang A, Holmberg S. Predictors of early and late survival after out-of-hospital cardiac arrest in which asystole was the first recorded arrhythmia on scene. *Resuscitation* 1994;28:27-36.

**215.** Stephens BG, Jentzen JM, Karch S, Mash DC, Wetli CV. Criteria for the interpretation of cocaine levels in human biological samples and their relation to the cause of death. *Am J Forensic Med Pathol* 2004;25:1-10.

**216.** Stephens BG, Jentzen JM, Karch S, Wetli CV, Mash DC. National Association of Medical Examiners position paper on the certification of cocaine-related deaths. *Am J Forensic Med Pathol* 2004;25:11-3.

**217.** Chen L, Segal DM, Moraes CT, Mash DC. Dopamine transporter mRNA in autopsy studies of chronic cocaine users. *Brain Res Mol Brain Res* 1999;73:181-5.

**218.** Berankova K, Habrdova V, Balikova M, Strejc P. Methamphetamine in hair and interpretation of forensic findings in a fatal case. *Forensic Sci Int* 2005;153:93-7.

**219.** Kimura H, Mukaida M, Mori A. Detection of stimulants in hair by laser microscopy. *J Anal Toxicol* 1999;23:577-80.

**220.** Takayama N, Tanaka S, Hayakawa K. Determination of stimulants in a single human hair sample by high-performance liquid chromatographic method with chemiluminescence detection. *Biomed Chromatogr* 1997;11:25-8.

**221.** Kintz P, Cirimele V, Tracqui A, Mangin P. Simultaneous determination of amphetamine, methamphetamine, 3,4-methylenedioxyamphetamine and 3,4-methylenedioxymethamphetamine in human hair by gas chromatography-mass spectrometry. *J Chromatogr B Biomed Appl* 1995;670:162-6.

**222.** Nagai T, Kamiyama S, Nagai T. Forensic toxicologic analysis of methamphetamine and amphetamine optical isomers by high performance liquid chromatography. *Z Rechtsmed* 1988;101:151-9.

**223.** Ziemssen H. Cyclopædia of the practice of medicine 1881.

**224.** Gowers WR. A Manual of diseases of the nervous system 1896.

**225.** Twentieth century practice 1897.

**226.** Dewhurst K. Willis's Oxford Casebook 1650-1652. Oxford: Sandford, 1981:199.

**227.** Nahas GG, Burks TF, Hollister LE. Drug Abuse in the Decade of the Brain 1997:281.

**228.** Levine B. Principles of Forensic Toxicology 2003:385.

**229.** Karch SB. Drug Abuse Handbook. 2006:1267.

**230.** Irwin P, Murray S, Bilinski A, Chern B, Stafford B. Alcohol withdrawal as an underrated cause of agitated delirium and terminal restlessness in patients with advanced malignancy. *J Pain Symptom Manage* 2005;29:104-8.

**231.** Morita T, Tei Y, Inoue S. Agitated terminal delirium and association with partial opioid substitution and hydration. *J Palliat Med* 2003;6:557-63.

**232.** Morita T, Tei Y, Inoue S. Impaired communication capacity and agitated delirium in the final week of terminally ill cancer patients: prevalence and identification of research focus. *J Pain Symptom Manage* 2003;26:827-34.

**233.** Vatsavayi V, Malhotra S, Franco K. Agitated delirium with posterior cerebral artery infarction. *J Emerg Med* 2003;24:263-6.

**234.** Vilke GM, Chan TC. Agitated delirium and sudden death. *Prehosp Emerg Care* 2002;6:259; author reply 259-60.

**235.** Frye MA, Coudreaut MF, Hakeman SM, Shah BG, Strouse TB, Skotzko CE. Continuous droperidol infusion for management of agitated delirium in an intensive care unit. *Psychosomatics* 1995;36:301-5.

**236.** Levenson JL. High-dose intravenous haloperidol for agitated delirium following lung transplantation. *Psychosomatics* 1995;36:66-8.

**237.** Sanders KM, Murray GB, Cassem NH. High-dose intravenous haloperidol for agitated delirium in a cardiac patient on intra-aortic balloon pump. *J Clin Psychopharmacol* 1991;11:146-7.

**238.** Verslegers W, De Deyn PP, Saerens J, Marien P, Appel B, Pickut BA, Lowenthal A. Slow progressive bilateral posterior artery infarction presenting as agitated delirium, complicated with Anton's syndrome. *Eur Neurol* 1991;31:216-9.

**239.** Julien J, Vital C, Vallat JM, Bourgoin B. Epilepsy and agitated delirium caused by an astrocytoma of the amygdala. *Eur Neurol* 1979;18:387-90.

**240.** Medina JL, Chokroverty S, Rubino FA. Syndrome of agitated delirium and visual impairment: a manifestation of medial temporo-occipital infarction. *J Neurol Neurosurg Psychiatry* 1977;40:861-4.

**241.** Medina JL, Rubino FA, Ross E. Agitated delirium caused by infarctions of the hippocampal formation and fusiform and lingual gyri: a case report. *Neurology* 1974;24:1181-3.

**242.** Horenstein S, Chamberlin W, Conomy J. Infarction of the fusiform and calcarine regions: agitated delirium and hemianopia. *Trans Am Neurol Assoc* 1967;92:85-9.

**243.** Spiller JA, Keen JC. Hypoactive delirium: assessing the extent of the problem for inpatient specialist palliative care. *Palliat Med* 2006;20:17-23.

**244.** Pruett JR, Rizvi ST. A 16-year-old girl with excited catatonia treated with low-dose oral Lorazepam. *J Child Adolesc Psychopharmacol* 2005;15:1005-10.

**245.** Kusne S, Smilack J. Transmission of rabies virus from an organ donor to four transplant recipients. *Liver Transpl* 2005;11:1295-7.

**246.** Duggal MK, Singh A, Arunabh, Lolis JD, Guzik HJ. Olanzapine-induced vasculitis. *Am J Geriatr Pharmacother* 2005;3:21-4.

**247.** Ogasawara K, Komoribayashi N, Kobayashi M, Fukuda T, Inoue T, Yamadate K, Ogawa A. Neural damage caused by cerebral hyperperfusion after arterial bypass surgery in a patient with moyamoya disease: case report. *Neurosurgery* 2005;56:E1380; discussion E1380.

**248.** Srinivasan A, Burton EC, Kuehnert MJ, Rupprecht C, Sutker WL, Ksiazek TG, Paddock CD, Guarner J, Shieh WJ, Goldsmith C, Hanlon CA, Zoretic J, Fischbach B, Niezgoda M, El-Feky WH, Orciari L, Sanchez EQ, Likos A, Klintmalm GB, Cardo D, LeDuc J, Chamberland ME, Jernigan DB, Zaki SR. Transmission of rabies virus from an organ donor to four transplant recipients. *N Engl J Med* 2005;352:1103-11.

**249.** Cameron D, Bridge D, Blitz-Lindeque J. Use of sedation to relieve refractory symptoms in dying patients. *S Afr Med J* 2004;94:445-9.

**250.** Muller-Busch HC, Andres I, Jehser T. Sedation in palliative care - a critical analysis of 7 years experience. *BMC Palliat Care* 2003;2:2.

**251.** Cowan JD, Palmer TW. Practical guide to palliative sedation. *Curr Oncol Rep* 2002;4:242-9.

**252.** Cheng C, Roemer-Becuwe C, Pereira J. When midazolam fails. *J Pain Symptom Manage* 2002;23:256-65.

**253.** Morita T, Tsunoda J, Inoue S, Chihara S. Terminal sedation for existential distress. *Am J Hosp Palliat Care* 2000;17:189-95.

**254.** Travis SS, Conway J, Daly M, Larsen P. Terminal restlessness in the nursing facility: assessment, palliation, and symptom management. *Geriatr Nurs* 2001;22:308-12.

**255.** Chiu TY, Hu WY, Lue BH, Cheng SY, Chen CY. Sedation for refractory symptoms of terminal cancer patients in Taiwan. *J Pain Symptom Manage* 2001;21:467-72.

**256.** Ogasawara K, Ogawa A, Okuguchi T, Kobayashi M, Suzuki M, Yoshimoto T. Postoperative hyperperfusion syndrome in elderly patients with chronic subdural hematoma. *Surg Neurol* 2000;54:155-9.

**257.** Dunlop RJ, Campbell CW. Cytokines and advanced cancer. *J Pain Symptom Manage* 2000;20:214-32.

**258.** Wein S. Sedation in the imminently dying patient. *Oncology (Williston Park)* 2000;14:585-92; discussion 592, 597-8, 601.

**259.** Fainsinger RL, Bruera E. When to treat dehydration in a terminally ill patient? *Support Care Cancer* 1997;5:205-11.

**260.** Black KJ, Perlmutter JS. Septuagenarian Sydenham's with secondary hypomania. *Neuropsychiatry Neuropsychol Behav Neurol* 1997;10:147-50.

**261.** Vaphiades MS, Celesia GG, Brigell MG. Positive spontaneous visual phenomena limited to the hemianopic field in lesions of central visual pathways. *Neurology* 1996;47:408-17.

**262.** Moyle J. The use of propofol in palliative medicine. *J Pain Symptom Manage* 1995;10:643-6.

**263.** Di Salvo TG, O'Gara PT. Torsade de pointes caused by high-dose intravenous haloperidol in cardiac patients. *Clin Cardiol* 1995;18:285-90.

**264.** Nicolai A, Lazzarino LG. Acute confusional states secondary to infarctions in the territory of the posterior cerebral artery in elderly patients. *Ital J Neurol Sci* 1994;15:91-6.

143

**265.** Sanders KM, Stern TA. Management of delirium associated with use of the intra-aortic balloon pump. *Am J Crit Care* 1993;2:371-7.

**266.** Fernandez F, Holmes VF, Adams F, Kavanaugh JJ. Treatment of severe, refractory agitation with a haloperidol drip. *J Clin Psychiatry* 1988;49:239-41.

**267.** Swedlow DB, Schreiner MS. Management of Reye's syndrome. *Crit Care Clin* 1985;1:285-311.

**268.** Price J, Whitlock FA, Hall RT. The psychiatry of vertebro-basilar insufficiency with the report of a case. *Psychiatr Clin (Basel)* 1983;16:26-44.

**269.** Steinhart MJ. Treatment of delirium--a reappraisal. *Int J Psychiatry Med* 1978;9:191-7.

**270.** Brenner WI, Lieberman AN. Acute clonidine withdrawal syndrome following open-heart operation. *Ann Thorac Surg* 1977;24:80-2.

**271.** Wendkos M. Acute Exhaustive Mania Sudden death and psychiatric illness. New York: Medical & Scientific Books, 1979:Chapter 10.

**272.** Mann SC, Caroff SN, Bleier HR, Welz WK, Kling MA, Hayashida M. Lethal catatonia. *Am J Psychiatry* 1986;143:1374-81.

**273.** Garrison J, Haynes S. FINAL REPORT OF AUTOPSY of Mary E. Jeffries. *Marshall County, Mississippi Autopsy Records* 2005;AME# IO-AIO-OS.

**274.** Roberts J. The Acutely Agitated Patient: Focusing the Problem. *Emergency Medicine News* 2007;29:13-16.

**275.** Roberts J. Rapid Tranquilization of the Violently Agitated Patient: Ketamine and an Update on Haloperidol. *Emergency Medicine News* 2007;29:14-16.

**276.** Roberts J. The Acutely Agitated Patient: Fatalities and Physiology. *Emergency Medicine News* 2007;29:27-30.

**277.** Roberts J. Acute Agitated Delirium from Cocaine: A Medical Emergency. *Emergency Medicine News* 2007;29:18-20.

**278.** Roberts J. Rapid Tranquilization of Violently Agitated Patients. *Emergency Medicine News* 2007;29:15-18.

**279.** Wetli C, Natarajan G. Death in Custody, United States of America. In: Payne-James B, Corey and Henderson, ed. In Encyclopedia of Forensic and Legal Medicine. Glasgow: Elsevier, 2005:65-73.

**280.** AMA. Current Procedures Terminology 2008.

**281.** Ritchie EC, Benedek D, Malone R, Carr-Malone R. Psychiatry and the military: an update. *Psychiatr Clin North Am* 2006;29:695-707.

**282.** Warden D. Military TBI during the Iraq and Afghanistan wars. *J Head Trauma Rehabil* 2006;21:398-402.

**283.** Warden DL, French L. Traumatic brain injury in the war zone. *N Engl J Med* 2005;353:633-4.

**284.** Wounded Warrior Assistance Act of 2007, 2007:HR 1538.

**285.** Amnesty I. USA: Renewed call for suspension as taser-related deaths pass 150 mark. 2006.

286. Amnesty I. United States of America: Excessive and lethal force? Amnesty International's concerns about deaths and ill-treatment involving police use of TASERs. 2004:https://web.amnsety.org/library/index/ENGAMR511392004.

287. Anglen R. TASER safety claim questioned Arizona Republic. Phoenix, 2004.

288. Anglen R. 120 cases of death following stun gun use. Arizona Republic. Phoenix, 2004.

289. Berenson A. Demands rise for tighter oversight on use of stun guns. New York Times. New York City, 2005:24.

290. ACLU. Pepper Spray: A Magic Bullet Under Scrutiny. ACLU of Southern California, 1993.

291. Koiwai E. Deaths allegedly caused by the use of "choke holds" (shime-waza). J Forensic Sci. 1987;32(2):419-432.

292. Bell MD, Rao VJ, Wetli CV, Rodriguez RN. Positional asphyxiation in adults. A series of 30 cases from the Dade and Broward County Florida Medical Examiner Offices from 1982 to 1990. Am J Forensic Med Pathol 1992;13:101-7.

293. Chan TC, Vilke GM, Neuman T. Reexamination of custody restraint position and positional asphyxia. Am J Forensic Med Pathol 1998;19:201-5.

294. Chan TC, Vilke GM, Neuman T. Restraint position and positional asphyxia. Am J Forensic Med Pathol 2000;21:93.

295. Chan TC, Vilke GM, Neuman T, Clausen JL. Restraint position and positional asphyxia. Ann Emerg Med 1997;30:578-86.

296. Howard JD, Reay DT. Positional asphyxia. Ann Emerg Med 1998;32:116-8.

297. Reay DT. Positional asphyxia during law enforcement transport. Am J Forensic Med Pathol 1993;14:170-1.

298. Reay DT, Fligner CL, Stilwell AD, Arnold J. Positional asphyxia during law enforcement transport. Am J Forensic Med Pathol 1992;13:90-7.

299. Reay DT, Howard JD. Restraint position and positional asphyxia. Am J Forensic Med Pathol 1999;20:300-1.

300. Hick JL, Smith SW, Lynch MT. Metabolic acidosis in restraint-associated cardiac arrest: a case series. Acad Emerg Med 1999;6:239-43.

301. Makino J, Uchino S, Morimatsu H, Bellomo R. A quantitative analysis of the acidosis of cardiac arrest: a prospective observational study. Crit Care 2005;9:R357-62.

302. Karch SB, Stephens BG. Drug abusers who die during arrest or in custody. J R Soc Med 1999;92:110-3.

303. Ho J, Reardon R, Heegaard W. Deaths in police custody: a 12 month surveillance study 2006.

304. McCann UD, Wong DF, Yokoi F, Villemagne V, Dannals RF, Ricaurte GA. Reduced striatal dopamine transporter density in abstinent methamphetamine and methcathinone users: evidence from positron emission tomography studies with [11C]WIN-35,428. J Neurosci 1998;18:8417-22.

305. Karch SB. Introduction to the forensic pathology of cocaine. Am J Forensic Med Pathol 1991;12:126-31.

96

**306.** Kroll M, Panescu D, Ho J, Luceri R, IR E, Calkins H, Tchou P. Potential Errors in Autopsy Reports of Custodial Deaths Temporally Associated With Electronic Control Devices: A Cardiovascular Prospective American Academy of Forensic Sciences. San Antonio, TX, 2007:284-285.

**307.** TASER International v CHIEF MEDICAL EXAMINER OF SUMMIT COUNTY, OHIO : COURT OF COMMON PLEAS, STATE OF OHIO, COUNTY OF SUMMIT , 2006.

**308.** Esposito S. No jail time for sons of medical examiner Chicago Sun-Times. Chicago, 2005:42.

**309.** Korecki N. Federal charges against medical examiner's sons dropped Chicago Sun-Times. Chicago, 2004:9.

**310.** Larson AM, Polson J, Fontana RJ, Davern TJ, Lalani E, Hynan LS, Reisch JS, Schiodt FV, Ostapowicz G, Shakil AO, Lee WM. Acetaminophen-induced acute liver failure: results of a United States multicenter, prospective study. *Hepatology* 2005;42:1364-72.

**311.** Moscati R. Physiologic Effects of Prolonged Conducted Electrical Weapon Discharge on Intoxicated Adults. *SAEM* 2007.

**312.** Cincinnati Experiences Injury Reductions with TASER Devices Cincinnati Enquirer. Cincinnati, 2004.

**313.** Main F. Taser killed man, pathologist finds Chicago Sun-Times. Chicago, 2005.

**314.** Rainey JM, Jr., Crowder MK. Prolonged psychosis attributed to phencyclidine: report of three cases. *Am J Psychiatry* 1975;132:1076-8.

**315.** Wilson AE, Domino EF. Plasma phencyclidine pharmacokinetics in dog and monkey using a gas chromatography selected ion monitoring assay. *Biomed Mass Spectrom* 1978;5:112-16.

**316.** Contreras P, Monohan J, Lanthorn T, Pullan L, DiMaggio D, Handlemann G, Gray N, ODonohue T. Phencyclidine. Physiological actions, interactions with excitatory amino acids and endogenous ligands. *Mol Neurobiol.* 1987;1(3):191-211.

**317.** Brooks S, Burrin J, Cheetham M, Hall G, Yeo T, Williams C. The responses of the catecholamines and beta-endorphin to brief maximal exercise in man. *Eur J Appl Physiol Occup Physiol.* 1988;57(2):230-234.

**318.** Hadley S. Report of Prolonged ECD Application In: International T, ed. Glendale, AZ, 2005:Report of ECD Incident.

**319.** Gowitt G. Deposition in Ruby Mann v TASER International, et al: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF GEORGIA, ROME DIVISION , 2007.

**320.** Farrell M. Warning: Lawsuits Hazardous To Financial Health Forbes, 2007.

# Scientific Basis for the TASER Weapon Cardiac Safety

Mark Kroll, PhD, FACC, FHRS

Adjunct Professor Biomedical Engineering
Lecturer on Cardiovascular Physiology
California Polytechnic University

Adjunct Full Professor Biomedical Engineering
University of Minnesota

Faculty for Creativity and Innovation Program
UCLA

mark@krolls.org

---

# Outline

- Primers:
  - Cardiology
  - Electricity
- Myths
  - TASER CEW puts 50,000 volts into body
  - CEWs can affect the heart
  - CEWs are more dangerous with drugs
  - CEWs can harm pacemakers
  - TASER CEWs lack sufficient testing
  - They lack independent testing
  - Negative studies suggest CEW's are dangerous
  - Medical examiners are ruling against TASER CEWs

## Primer on Cardiology

- *Heart condition*
- Heart attack
- *Massive heart attack*
- *Massive coronary*
- Heart failure
- Fibrillation (VF)

## Coronary Arteries

- Provide blood to the heart just like a lawn sprinkler system
- Big coronaries are good



Left common carotid artery
Brachiocephalic artery
Left subclavian artery
Superior vena cava
Arch of aorta
Left pulmonary artery
Coronary sulcus
Left atrium
Great cardiac vein
Right coronary artery
Left coronary artery
Right atrium
Anterior cardiac veins
Left ventricle
Right ventricle
Apex

## Heart Attack:

- Fuel problem
- Myocardial infarction
- Infarct
- Heart muscle deprived of blood dies
  - Like unwatered grass
  - But takes hours instead of days



## Normal Rhythm



- Normally: the crowd of heart cells is led by your internal pacemaker.
  - All cells follow in sync
  - They each shorten just like your biceps
  - Together they squeeze out the blood

# VF

- Ventricular fibrillation (VF)
- Heart cells riot
- Electrical problem
  - Treated with defibrillator
- Main cause of cardiac arrest



# What Happens to Heart Attack Survivors?

- Most do fine
- If the heart is weakened enough:
  - Gradually wears out
  - Slow death from the heart attack
    - Heart failure
    - Aka *Congestive heart failure* (CHF)
  - Typical survival was 2 years
    - Now 5 years

## Some Fun Terms:

- Heart condition
  - Hot tub label
- Massive heart attack
  - Google: 329,900 hits
  - National Library of Medicine (PubMed.gov): 5 hits
- Massive coronary
  - Google: 49,600 hits
  - National Library of Medicine: 0 hits
- Press loves these terms

---

## Review of Cardiology

- Fuel problem
  - – Heart attack
- Electrical riot
  - – VF, Fibrillation
- Slow heart death
  - – CHF, heart failure
- Hot tub warning:
  - – Heart condition
- Press term for a cardiac arrest:
  - – Massive heart attack
  - – Massive coronary

 amnesty.org.uk

"Many experts believe Taser shocks may exacerbate a risk of heart failure in people…"

## Cardiac Arrest Rhythms

- VF (ventricular fibrillation)
  - -- Easiest to induce
  - -- Can do with electrical stimulation
- PEA/EMD and asystole
  - -- Generally caused by oxygen deprivation
  - -- Or acidic blood
  - -- Almost impossible to cause by electrical stimulation
  - -- Most common rhythm after excited delirium

## Current Must Pass Through the Heart for Fibrillation

# Primer on Electricity

| Water | Electricity |
|---|---|
| Current | Current |
| Pressure | Voltage |
| Resistance | Resistance |

# How do we Measure Current?



- River: mph
- Pipe: gallons per hour
- Wire: electrons per second (or minute)
  - But electrons are pretty wimpy so the numbers would get too big

## So, we use the "ampere"

- 360,000,000,000,000,000,000 electrons per minute
- Same particle flow as 2 drops of water per minute.
  - Electrical flow is composed of particles you can't see
  - Water is composed of tiny particles you can't see
  - 2 drops have: 360,000,000,000,000,000,000 water molecules
- Sometimes called "amp" in informal settings

## Current

- 500 amperes
- 3,000,000,000,000,000,000,000 electrons per second



- 500 gpm
- 150,000,000,000,000,000,000,000,000 water molecules per second



# Voltage

- Electrical pressure
- Pushes the electrons through their path
- Path could be:
  - Wires
  - Light bulb
  - Muscles

# Its Not the Voltage...

- But, it's the current that kills you.
- Birds on a high voltage wire don't get hurt!
- They do when they touch two wires. Or a wire and a ground.
- Big killer of large birds





# Dangerous Level of Current

- 120 volts
- With dirty water could get 0.3 ampere current
- λ Aka 300 milliamperes or 300 mA
- This level of *steady* current can be lethal



# Strong Static Shock



- Level 4 static shock
- 30 amperes peak
- 100 times bathtub current!
- Lethal?

*International Standard IEC-61000-4-2 specifies exactly what a strong static shock is.*

156

# Why Doesn't Static Kill?

- Pulse is too short to affect the heart
- Sure stimulates the nerves!!



# TASER Pulse

- 1200 volts peak
- 3 amperes peak
  - About a TENTH the peak current of a strong static shock
- But, the pulse is also too short to affect the heart
  - Only 90 microseconds long!
  - Long enough to stimulate nerves (just like a static shock)
  - *A 9 mm round only goes 1.3 inches in this short time!*

Typical values for X26 which may vary with tolerances.
The TASER weapon delivers more charge than a static shock but it is still too small to affect the heart.

## But What About the 50,000 Volts?

- Does not go through the body
- Only the clothes
- Like the bird on the wire:
  - Voltage that does not go through you
  - Cannot hurt you!

## What Would 50,000 Volts Through the Body Do?



## What Would 50,000 Volts Through the Body Do?
### (This Requires a High Current Source and More than Short Pulses.)



## Why Does the TASER Device Produce 50,000 Volts?



- High pressure jumps through the air
- Just like a high pressure squirt gun
- Arcs through the clothing to make contact
- High pressure - low current!



**But What If the Bad Guy is Naked?**

○ So we already have a good contact
○ Then the TASER weapon circuitry does not generate the 50,000 volts
○ So 50,000 volts NEVER goes through the body
  – Technically, we say a voltage is "across" the body while a current goes "through" it



**The X26 has the Wrong "Wavelength" to Capture the Heart**

*External Pacemaker waveform is 20,000 to 40,000 microseconds long*

**200 Times Longer !**

*90 micro-seconds long*

"Wavelength" is used here as the common metaphor
for fundamental frequency

160

## So, How Can It Capture Skeletal Muscles but *Not* Affect the Heart?



- Wrong "wavelength"
- Anatomy
  - Skeletal muscles are on the outside of the body.
  - Electrical current tends to favor the grain of the muscle by 10:1 vs. going against the grain.
    - So current tends to stay on the outside.
  - NEWS FLASH:
  - MEDICAL DISCOVERY:
  - Heart is on the inside of the body!



## Four TASER Safety Points

1. 50,000 volts NEVER goes through the body.

2. The pulse has less peak current than a strong static shock.

3. The skeletal muscles tend to shield the heart from the current.

4. The pulse is 50-200 times too short to efficiently stimulate the heart.

# TASER CEWs Off the Chart
## (Well Below Safe VF Limits)



6/26 %

8/26 %

---

# Medical Electrocution Occurs 500 Times Per Day

Implantable Cardioverter Defibrillator Therapy

*Over Last 20 Years of Clinical Experience*

1. VF is either induced or not induced within 1-4 seconds.
2. Asystole or PEA are never induced.
3. The cardiac pulse disappears immediately.
4. The patient loses consciousness within 5-15 seconds.
5. A defibrillation shock—either internal or external—restores a sinus rhythm 99.9% of the time.
6. There is no increased risk of a later VF since electrical current does not linger in the body as a poison or drug might.

Adapted by Mark W. Kroll, Ph.D. Michael Perkins, M.D.

*This is the experience of 1 million patient implants.*

## Also True for Elephants



ELECTROCUTING AN ELEPHANT

Thomas A. Edison

1903 – H?6890

## Collapse After Long Duration

- Imagine a 3 minute CEW application
  - Followed by a collapse
- If the current was high enough:
  - suspect would be dead in 5 seconds
  - stop resisting
- To blame the CEW means you must conclude:
  - Sadistic officer applied current to a dead person
  - Desecrating a body
- Obviously what happened was:
  - Suspect stopped fighting when he was near death
  - Restraint force no longer needed

# Drug Interactions?



# Cleveland Clinic Study

- America's top heart hospital 12 years in a row by U.S. News & World Report.
- Cocaine increased safety margin by 50-100%

Lakkireddy DR, Wallick D, Ryschon
K, Chung MK, Butany J, Martin D,
Saliba W, Kowalewski W, Natale A,
Tchou PJ. Effects of Cocaine
Intoxication on the Threshold for Stun
Gun Induction of Ventricular
Fibrillation. J Am Coll Cardiol
2006;48:805-11.



## Can the TASER CEW Hurt Pacemakers or Implantable Defibrillators?

- NO!
- Not even close!
- Pacemakers and ICDs (Implantable Defibrillators) are required to take:
  - Much stronger shocks from external defibrillators
  - "Active Implantable Medical Device" requirements 90/385/EEC.
- The 360 joule external defibrillator has almost 5000 times more energy per pulse than the 0.07 joules of the X26!



## Capt. Michael McGuigan
### Implantable Defibrillator and TASER Training Hit Charles Cty, MD Sheriff's Dept.



# Weapons Can Damage ICDs



# Do TASER Devices Lack Sufficient Testing?

- Animal Testing
  - New pacemaker model
    - 5-10 pigs and all with internal researchers
  - TASER X26
    - Over 50 pigs with majority tested by outsiders
- Human Testing Before First Shipments
  - Pacemaker
    - 30-60
  - TASER X26
    - Over 300

# Independent Studies

- Most CEW studies are completely independent of TASER Intl.
- Drug studies to get FDA approval.
  - All paid for by the manufacturer
- No TASER sponsored studies have ever been repudiated.

# Taser Safety Factor



McDaniel WC, Stratbucker RA, Nerheim M, Brewer JE. Cardiac safety of neuromuscular incapacitating defensive devices. Pacing Clin Electrophysiol. 2005 Jan;28 Suppl 1:S284-7.

## Safety Factors in Your Home

- Acetaminophen or paracetamol
- 2 g dosage
    - = 4 extra-strength tablets
- Deaths reported at 15 g
    - = 30 extra-strength tablets
- Safety factor:
    - = 30 ÷ 4
    - = 7.5 to 1

## How About the Negative Studies?

- Toronto
    - Nanthakumar
- Wisconsin
    - Webster

Journal of the American College of Cardiology
© 2006 by the American College of Cardiology Foundation
Published by Elsevier Inc.

Vol. 48, No. 4, 2006
ISSN 0735-1097/06/$32.00
doi:10.1016/j.jacc.2006.02.076

**Cardiovascular Consequences of Stun Gun**

# Cardiac Electrophysiological Consequences of Neuromuscular Incapacitating Device Discharges

Kumaraswamy Nanthakumar, MD, Ian M. Billingsley, MD, Stephane Masse, MASc, Paul Dorian, MD, Douglas Cameron, MD, Vijay S. Chauhan, MD, Eugene Downar, MD, Elias Sevaptsidis, DEC

*Toronto, Ontario, Canada*

| | |
|---|---|
| **OBJECTIVES** | The purpose of this study was to evaluate the cardiac consequences of neuromuscular incapacitating device (NID)/stun gun discharge in an experimental model. |
| **BACKGROUND** | The large-voltage electrical discharges from NIDs have been suggested to pose a risk for triggering cardiac arrhythmias. |
| **METHODS** | Intracardiac catheters and blood pressure transducers were inserted before the application of NID discharges in six anesthetized pigs. Two different commercially available models (NID-1 and NID-2), two different vectors of discharges (thoracic: parallel to the long axis of the heart on the chest wall, and nonthoracic: away from the chest, across the abdomen), and two different durations of discharge (5 and 15 s) were tested. The effect of simulated adrenergic stress using epinephrine was also evaluated. |
| **RESULTS** | We studied a total of 150 discharges to 6 pigs; 74 of these discharges resulted in stimulation of the myocardium, as documented by electrical capture (mean ventricular rate during stimulation and capture, $324 \pm 66$ beats/min). Of the 94 thoracic discharges, 74 stimulated the myocardium, compared with none from 56 nonthoracic discharges ($p < 0.0001$). During 16 discharges with epinephrine, there were 13 episodes of stimulation of the myocardium, of which 1 induced ventricular fibrillation and 1 caused ventricular tachycardia. Thoracic discharges from NID-1 were more likely to stimulate the myocardium than those from NID-2 (98% vs. 54%, $p = 0.0007$). |
| **CONCLUSIONS** | In an experimental model, NID discharges across the chest can produce cardiac stimulation at high rates. This study suggests that NIDs may have cardiac risks that require further investigation in humans. (J Am Coll Cardiol 2006;48:798–804) © 2006 by the American College of Cardiology Foundation |

# Errors

- Assuming ICD rhythm is VF
- Using pigs when all other mammals require 50% more current for VF
- Barbs laid sideways completely under the skin on both sides of the heart
- Injection of epinephrine right before TASER CEW application

# Follow-up

AGG '00, 49, No. 6, 2007
February 13, 2007:729-33

6. Lange RA, Hillis LD. Cardiovascular complications of cocaine use. N Engl J Med 2001;345:351–8.
7. Pound P, Ebrahim S, Sandercock P, Bracken MB, Roberts I. Where is the evidence that animal research benefits humans? BMJ 2004;328:514–7.

## Electronic Control Devices and the Clinical Milieu

In a 2006 issue of the *Journal*, Nanthakumar et al. (1) presented a study of Taser ECDs (electronic control devices) using 6 pigs averaging 50 kg (110 lb). Research on these devices is important as they are rapidly changing the practices of law enforcement in North America and the United Kingdom with over 620 uses per day. The ECD delivers its short, motor-neuron capturing pulses through a pair of small darts (or barbs) attached by very fine wires. Darts were positioned subcutaneously to maximize current through the heart, in a vector not possible in humans due to the differences in thoracic geometry. Some ventricular capture was seen but no arrhythmias induced during 94 full-strength applica-

hyperactivity (8) for several minutes, and third parties call for help. The police require 5 to 15 min to arrive before they can apply any restraint device. At this point, the adrenergic tone has been elevated for several minutes. An epinephrine infusion minutes before an ECD shock would appear to give results *opposite* of those seen with the clinical scenario.

Finally, we would draw attention to the results of the Cleveland Clinic study published in the same issue of the *Journal* (9). This study used significantly higher exposures (total shock charge of approximately 2,000 five-second weapon discharges per pig versus about 50 for the Nanthakumar et al. [1]) and also evaluated the risk of the induction of ventricular arrhythmias. The investigators found no induction of arrhythmias except at a high multiple of the device output and that cocaine increased this safety margin even further. That would appear to be more consistent with the clinical results in which no objectively documented VF has occurred in 610,000 police uses of these devices.

*Mark W. Kroll, PhD, FACC
Hugh Calkins, MD, FACC
Richard M. Luceri, MD, FACC

# Conclusions Clarified

sions in humans is premature. We did not state that NIDs cause ventricular fibrillation in humans, and we agree that we cannot conclude from our study that NID discharges cause arrhythmias in typical use.

We hope that readers agree that our study does suggest the possibility that NIDs may, in some circumstances, cause cardiac capture, and that this possibility should at least be considered in future research in humans. We hope that our work stimulates such research, using similar methods, in this area in humans.

Paul Dorian, MD
*Kumaraswamy Nanthakumar, MD

# The Big Negative Study?

NEW YORK TIMES

**The Safety of Tasers Is Questioned Again**

May 25, 2006

By ALEX BERENSON

The safety of Tasers, the electric pistols that are widely used by police, is under new scrutiny after a study by a Wisconsin scientist showed that shocks from the guns cause the hearts of healthy pigs to stop beating.

The finding contradicts previous studies that showed that Taser shocks did not cause heart disturbances in pigs, whose hearts are similar to those in humans.

---

# The Big "Negative" Study

- Chest opened
- Conductive fluid injected to provide a direct electrical path to the heart!
- Estimated risk of inducing VF of 0.000172
- Actual risk < 0.000003

 

Webster : Univ of Wisconsin

## Errors

- Direct electrical path to the heart
  - Low resistance
  - Ignored "grain" effects
- Cleveland Clinic pushed barbs *closer* to the heart — without injecting conductive gel — and had no VF
- Distance calculations exaggerated
  - Assumed all barbs go in straight to full depth
  - Used ultrasound for measurements instead of more accurate CT scan
  - Ignored clothing which pigs tend to lack
- VF risk exaggerated
  - Isoflurane for anesthetic
  - Other mammals require 50% more current for VF

---

## The Actual Paper

IEEE TRANSACTIONS ON BIOMEDICAL ENGINEERING, VOL. 54, NO. 3, MARCH 2007

### Taser Dart-to-Heart Distance That Causes Ventricular Fibrillation in Pigs

Jiun-Yan Wu, *Student Member, IEEE*, Hongyu Sun, *Member, IEEE*, Ann P. O'Rourke, Shane Huebner, Peter S. Rahko, James A. Will, and John G. Webster*, *Life Fellow, IEEE*

Conclusion

Necessary, but not sufficient, conditions for direct electrocution of the heart are 1) dart landing in a small frontal region over the heart suggested by our results, and 2) cardiac arrest of the subject shortly after Taser firing suggested by the literature. Coroners should seek to confirm these conditions before ascribing Tasers as a contributing cause of death. These results suggest that all Taser training should be done on the back, thus avoiding the front of the torso.

## Brotherly Love



## How About the Autopsies

- TASER devices are used over 690 times per day
- 250 000 uses on police
- 425 000 uses on criminals
- 675 000 total uses
- Total of 5 deaths blamed on TASER CEW
  – Only in 2005

## The Big Five

- Hasse, Chicago

- Holcomb, Ohio

- Cunningham, SC

- Williams, Fort Worth

- Mathis, Colorado

- Methamphetamine overdose thrown out of court.
- Meth excited delirium dismissed from court.
- Cardiac pathology by Ideker, MD, PhD, showed autopsy wrong.
- Fought afterwards, cuffed, and sitting up.
- "Heart failure with the TASER shocks…" Not adjudicated as no lawsuit. Died 3 weeks after TASER hit.

## TASER-related Errors Dropping Fast!



Error Rate by Year of Death

## Conclusion

- TASER CEW will not harm pacemakers (or implantable defibrillators)
- TASER CEW will not cause VF (cardiac arrest)
- TASER CEW cannot harm the heart.
- No TASER CEW has killed anyone.

mark@krolls.org

## Riddle Time

- Why do I always find something in the last place I look?
- Excited delirium case is restrained with a TASER Electronic Control Device
  - Until he stops fighting
  - Because he finally got acidic enough to go quiet
  - So he gets cuffed
  - TASER device therapy stopped
  - Acidity causes cardiac arrest
- Clues:
  - Time from the first shock -- not the last
  - Was it really VF?
- Rooster crows
  - Sun comes up

175

# Typical ME Past Errors

- Failure to appreciate:
    1. pulse disappears immediately,
    2. there is loss of physical strength for continued resistance
    3. collapse occurs within 5-20 seconds
    4. VF rhythm is shown on a cardiac monitor
    5. immediate defibrillation is usually successful

# Other Formerly Common Errors

6. Blaming the CEW for cardiac physical changes
7. Inclusion of a publicity sensitive safe comment (e.g. "we were unable to eliminate the role" of the CEW)
8. Assuming prolonged CEW applications are more dangerous than other restraint techniques
9. Claiming that CEWs impair breathing
10. Presumption of a lethal synergy between stimulant drugs and the CEW
11. Use of the CEW in the "drive stun" mode only since this involves current passing between 2 very close electrodes
12. Non-medical emotional explanations such as "last straw" or "pushed over the edge."

## The Hasse Case

- Ronald Hasse age 54
- Naked, on 26th floor
- Talking to aliens on his cell phone
- CPD and EMS show up
- TASER device is used to take him into custody
- Dies
- High level of methamphetamine found in his body

## Hasse Headlines

### Chicago Sun-Times, Jul 29, 2005

- Taser Killed Man, Pathologist Finds.
- In the first ruling of its kind in the nation, the Cook County medical examiner's office has determined the Feb. 10 death of Ronald Hasse was caused by a Taser stun gun a Chicago Police sergeant used to subdue the doped-up 54-year-old man.
- Hasse received a five-second electrical burst from the Taser, followed by a 57-second charge, according to Dr. Scott Denton, a deputy medical examiner.

## Sun Times story ctd.

- "That's extraordinary," Denton said Thursday. "He became unresponsive and died after this."
- The primary cause of Hasse's death was electrocution from the use of the Taser, Denton said.
- A contributing cause was methamphetamine intoxication, he said.
- An autopsy found Hasse's system contained .55 micrograms of methamphetamine per milliliter of blood -- .05 micrograms above what is considered a lethal level.
- But the illegal drug probably would not have killed Hasse without his getting "pushed over the edge" by the Taser's jolts, Denton said.
- After Hasse's death, Chicago police halted plans for a Taser expansion.

## What Really Happened?

- Hasse tried to kick and bite officers and threatened to infect paramedics with HIV.
- A 5 second TASER hit dropped Hasse.
- Immediately after he got right back up.
  - Not feeling any pain.
- This time they need a 57 second therapy until they are able to get handcuffs on.
- Hasse then climbed into the stair-chair.
- Paramedics verify normal pulse and respiration.
- Hasse wheeled to elevator.

- Taken down 26 floors.
- Collapses on ground floor.
- Defibrillation unsuccessful.
- Death clearly not caused by TASER:
  - Continued to struggle after first application.
  - Normal pulse after both applications.
  - Normal respiration after both applications.
  - Collapse minutes not seconds after TASER usage.
  - Failure of defibrillation.

## Why Did Dr. Denton Blame the TASER?

- Denton … said his conclusion was also based on the findings of an "electrical engineer" who in February made a presentation to the American Academy of Forensic Sciences in which he said Taser shocks could cause cardiac arrest.
- "Electrical Engineer" facts:
  - High school dropout
  - No engineering degree of any kind
  - "Found" that the TASER M26 had a 50% fatality rate.

## Why Did Dr. Denton Blame the TASER?

- Why would Dr. Denton go with junk science instead of:
  - The paramedic report
  - Level of methamphetamine
  - Obvious excited delirium behavior
- Medical examiners never hear "thanks" from their patients.
- Illinois law does not allow legal review of autopsy findings.
- Irony: Chicago PD did everything perfectly.

## Impact of Epinephrine

EXP. 1 16-63 (A)

- Even direct injections of epinephrine *raise* the VF threshold after a few minutes — not lower it!

Han J, Garciadejalon P, Moe GK. Adrenergic effects on ventricular vulnerability. *Circ Res.* 1964 Jun;14:516–24.



FIGURE 2

*Effects of left stellate stimulation and infusion of l-epinephrine and l-norepinephrine on the ventricular "fibrillation" threshold. Duration of experimental conditions is indicated by solid bar.*



# Russian Roulette

- I heard there was a sensitive time when the heart could be stopped by electricity.
- "could put the heart into a tailspin"
- "like playing Russian roulette"
- How do we avoid this dangerous spot?



# The Heart Does, Indeed, Have a Sensitive Spot

- It is called the "T-wave."
- That is when the heart is most susceptible to an electric pulse causing VF.




# The TASER Pulses Hit Most T-waves

- So there is no 'lightning lottery!"

*EKG*



*X26 pulses*



## The Lightning Lottery

- Most T-waves are hit by an X26 pulse.
- Most tires will not slip between spikes on a stop-strip.
- The "Russian Roulette" idea is just another urban myth.



## How Ice Cream Causes Shark Attacks in South Carolina



# How Amnesty Can Prove the Danger of Airbags

○ "The increasing death toll since airbags were mandated."



# Honest Statistics Tell A Different Story

○ The cumulative "death toll" obscures the fact that the annual car accident death rate is *not* going up.

