EXHIBIT G

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

ELVIRA TERAN;                                                    )
STEPHANIE LIZAOLA,                                              )
AS GUARDIAN AD LITEM FOR:                                       )
ANGELA ALYSSA TERAN, A MINOR CHILD                             )      Case No. C 06-06947 JW
JENNIFER LISETTE TERAN, A MINOR CHILD)
AND BRIANA ISABEL TERAN, A MINOR                               )      Hon. James Ware
CHILD, ET AL.,                                                 )
                                                               )
          Plaintiffs,                                          )
                                                               )
     vs.                                                       )
                                                               )
COUNTY OF MONTEREY;                                            )
COUNTY OF MONTEREY SHERIFF'S                                   )
DEPARTMENT;                                                    )
MICHAEL KANALAKIS; BRANDON SMITH;                              )
WARREN SANO; MIKE DARLINGTON;                                  )
BENJAMIN PAYTON; BRIAN HOSKINS                                 )
EMILY HOWLETT;                                                 )
TASER INTERNATIONAL, INC. An                                   )
Arizona Corporation                                            )
                                                               )
          Defendants.                                          )

Expert Report: Deborah Mash, Ph.D.

Pursuant to Fed. R. Civ. P. 26(a)(2), I, Deborah Mash, hereby submit my report that contains a complete statement of all opinions to be expressed and the bases and reasons therefore; the data and other information I considered in forming the opinions; the exhibits or list of references I used as a summary of or support for the opinions; my qualifications, including a list of all publications authored within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which I have testified as an expert at trial or by deposition within the preceding four years.

_Deborah Mash, Ph.D._

Deborah Mash, Ph.D.

5 - 13 - 08

Date

# I.    INTRODUCTION

I, Deborah Mash, have been retained as an expert consultant on behalf of Defendant, TASER International, Inc. (TASER) in the above-referenced case.

The opinions and facts contained in this statement are based on information made available to me in this case on or before the date of this report, as well as from the perspective of over 25 years of professional experience in the study of neurochemistry and pathology of drug abuse and sudden death. I reserve the right to supplement or modify this statement if and when I acquire additional relevant information prior to the time of trial.

# II.    BACKGROUND AND QUALIFICATIONS

I earned a Batchelor of Arts Degree with special honors in Experimental Psychology from Florida State University and a Ph.D. in Pharmacology (Neuropharmacology) from the University of Miami School of Medicine. I completed postdoctoral training in the Department of Neurology, Harvard Medical School, Beth Israel Hospital. I am a tenured Professor of Neurology and Molecular and Cellular Pharmacology at the University of Miami. I hold an endowed chair in Neurology (Jeanne C. Levey Professor of Neurology). I have served as a consultant to university, state and federal agencies. I serve as the Director of the University of Miami Brain Endowment Bank, which houses the largest collection of autopsies specimens from cases of excited delirium and sudden death. I frequently assist the courts with matters pertaining to criminal forensic investigations dealing with illicit drugs and alcohol. My research program at the University is funded by federal grants from the US Public Health Service

1

National Institute on Drug Abuse to investigate the effects of drugs and alcohol on the human brain and behavior. I hold four patents for medication development for the treatment of drug and alcohol addictions. I have served as a member of NIH review committees and lectured at national and international meetings. I have served as a member of the National Institutes of Health, NINDS-NSPA Program Project Review Committee A, the National Institute on Drug Abuse, Office of Extramural Program Review, Member, National Institutes of Health, Brain Disorders & Clinical Neuroscience ZRG1 (BDCN-6), the National Institutes of Health, Center of Biologic Research and Excellence (COBRE), the NIH Neural Basis of Psychopathology, Addictions, and Sleep Disorders (NPAS), the NIH Brain Disorders & Clinical Neuroscience ZRG1 BDCN-A, and the NIEHS Special Emphasis Panel ZES1 LWJ-G(CN). A list of peer reviewed publications and monographs are included in my curriculum vita. I have served as an expert in pharmacology and toxicology in courts in Florida, Oklahoma, Louisiana, Illinois and Pennsylvania.

## III.   MATERIALS CONSIDERED IN FORMING MY OPINIONS

My opinions set forth in this report are based on my consideration of the following materials:

Autopsy, Toxicology Reports and Medical Records, Witness Statements, EMS Report, Incident Reports and Interviews, and other supporting documents as described in Appendix E Case Materials Reviewed or Considered. (Also, see Appendices A through D.)

2

266

# IV. BACKGROUND

The following is a summary of the facts of the case that are relevant. Mr. Jaime Teran Coronel was a psychostimulant drug abuser. Mr. Coronel was known to have abused cocaine and methamphetamine. Mr. Coronel exhibited paranoid, delusional and combative behavior that necessitated the deployment of the TASER® M26 electronic control device (ECD or device), in drive-stun mode. Toxicology testing at admission to the hospital demonstrated the presence of methamphetamine and cocaine metabolite, further demonstrating that Mr. Coronel was under the influence of psychostimulants.

On January 24, 2006 at around midnight, Monterey County Sheriff's Deputies investigated reports that a prowler was on the premise of homeowner Justin Cofer. Upon arrival, Sheriff's Deputies observed a Hispanic male who had gained access to a rooftop of a nearby residence. According to investigative reports, the suspect was on the roof 11373 Del Monte Ave. Deputy Smith using a flashlight located a Hispanic male, later identified as Mr. Coronel lying on the crest of the roof. He appeared to be experiencing labored breathing and was mumbling to himself that he could not breathe. Deputy Smith requested immediate assistance from North County Fire Department.

A second deputy, Deputy Sano, arrived on the scene and noted that he saw Mr. Coronel on the peak of the roof and that he was not moving. Deputies Smith and Sano attempted to climb the rood, while a third Deputy, Deputy Howlett, arrived and observed the situation. Shortly thereafter, additional deputies arrived, including Deputies Darlington, Hoskins, Payton and Sergeant Greathead.

3

When the Deputies gained access to the rooftop, they observed that Mr. Coronel was lying face down and incoherently mumbling to himself. Deputy Sano approaching Mr. Coronel asked him if he was "okay". When Deputy Sano touched Mr. Coronel on his back to check his responsiveness, Mr. Coronel immediately became agitated and started yelling obscenities at the Deputies. Because there was added danger of falling from the roof, the Deputies maintained a distance, while attempting to get Mr. Coronel to speak with them and to give them his name. Mr. Coronel did not respond to the Deputies, but began to pound his fists into the rooftop, continuing to scream at the Deputies to "shoot me", "I'm dying", and "I need help". Mr. Coronel did not comply with the Deputy's request to move to the ladder so that they could get him help below on the ground. Despite their attempts to get him to come down off of the roof and to respond to verbal commands, they were not successful. Mr. Coronel continued to exhibit extremely bizarre and agitated behavior, thrashing around on the roof. During this period, he sustained minor abrasions and injuries to his hand, back, elbows and legs due to his agitated behavior as described above.

Deputies Darlington, Payton and Hoskins joined the two Deputies on the roof. Deputy Darlington made the decision to take Mr. Coronel into custody before he or one of the other Deputies fell off of the roof. The Deputies decided to wait until Mr. Coronel rolled over onto his stomach so that they could restrain him and apply handcuffs. Failing this course of action, Deputy Hoskins would deploy his TASER ECD. When Mr. Coronel rolled onto his stomach the Deputies attempted to secure his hands, but Mr. Coronel

4

continued to struggle and held his hands under his body ("turtled") so that his hands could not be reached. Despite the efforts of Deputies Darlington, Sano and Payton, they were not able to gain control of Mr. Coronel to apply restraints. Throughout this time, Mr. Coronel resisted all attempts and the struggle continued. Because of the precarious nature of being on top of a roof and the significant risk for injury from a fall, Deputy Hoskins drive stunned Mr. Coronel in the right upper shoulder. This had no effect and Mr. Coronel continued to struggle. A second drive stun was applied to his right quadrant of his back. According to Deputy Hoskins, the TASER ECD had no apparent effect on Mr. Coronel. At this time, the Deputies were able to remove his arms and to apply handcuffs as described in the report of Deputy Sano.

Once the scene was secured, the fire personnel who had been waiting below brought a bucket to the roof to transport Mr. Coronel to the ground. His behavior was calmer albeit he was breathing heavy and he was still struggling. Once Mr. Coronel was in the basket, Deputy Sano noted that he was not breathing heavy. Personnel confirmed that he had a weak carotid pulse at this time. Mr. Coronel was lowered to the awaiting medical personnel, who began to perform cardiopulmonary resuscitation (CPR). Personnel transported Mr. Coronel to Salinas Valley Memorial Hospital. During transport, he regained sinus rhythm pulses and blood pressure. The Emergency Room physician who evaluated Mr. Coronel was Dr. Eric Fajardo. Upon arrival, Mr. Coronel was comatose and in acute renal failure. Initial toxicology results at admission to the Emergency Room were positive for methamphetamine and cocaine. On 01/30/2006, Mr.

5

Coronel was removed from life support per the family wishes. He was pronounced dead in the intensive care unit at Salinas Valley Memorial Hospital.

The forensic evaluation and autopsy was performed at the Monterey County Coroner's Office. Dr. Hain conducted the autopsy. At autopsy, Mr. Coronel was observed as a Hispanic male appearing the recorded age of 27 years. There was no evidence of internal trauma. Autopsy findings revealed no gross abnormalities. Microscopic findings were consistent with anoxic injury and terminal course. Neuropathological analysis of the brain demonstrated diffuse anoxic changes and prominent neuronal necrosis. Toxicological examination of premortem blood demonstrated methamphetamine blood levels of 1.02 milligrams per liter (mg/L) and d-amphetamine of 0.28 mg/L. Benzoylecgonine was present in blood. The cause of death was considered to be due to anoxic encepathopathy due to cardiorespiratory arrest, resulting from acute methamphetamine and cocaine intoxication.

**OPINIONS**

The following statements are my opinions to a reasonable degree of medical and scientific certainty or probability based on the documents reviewed or considered, my review of the autopsy findings, hospital records, toxicology, scene investigation and consulting pathology reports.

**V. MATTERS OF FACT**

Mr. Coronel was observed by his wife to be in an abnormal state hours before the incident. She confirmed that his "drug of choice" was cocaine and that he was known to

6

abuse drugs. The detection of high concentrations of methamphetamine and cocaine metabolite in blood taken at hospital admission demonstrates that Mr. Coronel had been using methamphetamine and cocaine sometime prior to the onset of his abnormal behavior. Mr. Coronel was found in agitated state on a rooftop. He demonstrated bizarre and aggressive behaviors toward the deputies and emergency medical services (EMS) and fire personnel. He was paranoid and delusional, unable to respond to verbal commands. He became violent toward self and others, requiring many different attempts for application of restraints.

The behavioral signs and symptoms and his increased strength are consistent with an acute onset of psychostimulant-induced excited delirium. Mr. Coronel evidenced the classic features of this complication of psychostimulant intoxication, including bizarre and/or aggressive behavior, shouting, paranoia, panic, violence toward others, and unexpected physical strength. The ultimate cause of death was due to the complications of psychostimulant use. There was no evidence of significant trauma or fractures found at autopsy.

## VI. DID THE DECEDENT'S USE OF METHAMPHETAMINE AND COCAINE INCREASE HIS LIKELIHOOD OF EXCITED DELIRIUM AND SUDDEN DEATH?

Subjects of psychostimulant-induced excited delirium display sudden onset of paranoia and alternate between calm behavior and extreme agitation. When confronted by law enforcement, who are invariably called to the scene, the subject intensifies the violence and paranoia. An intense struggle ensues, when the subject exhibits incredible strength and is impervious to the usual law enforcement techniques of pain control,

including pepper spray, electric stun guns, and peroneal baton strikes. The intense struggle requires the efforts of many law enforcement officers, who are finally able to restrain the subject and apply restraints. Usually, within minutes of being restrained, the subject loses all vital signs (Wetli et al., 1996; Ruttenber et al., 1997; Ruttenber et al., 1999). Resuscitation of these cases often results in a failed course of hospital treatment (for review - Di Maio and Di Maio, 2006).

The precise mechanism of lethality in cases of psychostimulant-related excited delirium is multifactorial. While many factors are associated with sudden death in these cases (Stratton et al., 2001), these individuals develop a disturbance in thought, behavior and mood, and become agitated and violent consistent with a central nervous system (CNS) mechanism or brain disorder as a contributing cause of lethality. Paranoia in the context of either cocaine or methamphetamine abuse is common with continued exposure to the drug. Neurochemical abnormalities are a likely cause of the emergence of the abnormal behavioral states due to a dysregulation of the neurotransmitter dopamine (Staley et al., 1996; Wetli et al., 1998; Mash et al., 2002). Chronic psychostimulant abuse leads to a hyperdopaminergic state in subjects of excited delirium and this in turn, leads to the psychotic symptoms and violent behavior.

Mr. Coronel abused methamphetamine and cocaine and toxicology results demonstrate that he had methamphetamine and cocaine metabolites measured in hospital blood specimens. He was reported to have a history of cocaine abuse by his wife. She reported that cocaine was "his drug of choice". He also had prior convictions in 2001 for

272

possession of controlled substance paraphernalia and being under the influence of a controlled substance. He violated his parole in 2005 because of use/under the influence of a controlled substance. These instances demonstrate and confirm the reports of his wife that Mr. Coronel had a known history of drug abuse.

Cocaine and methamphetamine cause marked elevations in synaptic concentration of dopamine, leading to an overstimulation of dopamine receptors. A "hyperdopaminergic" state leads to psychosis and violent behavior in these vulnerable subjects. With chronic abuse, compensatory mechanisms keep dopaminergic tone in a homeostasis. However, in cases of excited delirium, these homeostatic mechanisms fail. It is my opinion to a reasonable degree of medical and scientific certainty or probability that Mr. Coronel suffered from psychostimulant-related excited delirium.

While many factors are associated with sudden death in individuals requiring restraint for excited delirium (Stratton et al., 2001), these individuals develop a disturbance in thought, behavior and mood, and become agitated and violent consistent with a CNS mechanism or brain disorder as a contributing cause of lethality. Ruttenber et al., (1996) suggested that cocaine-associated rhabdomyolysis and excited delirium share many similar features, suggesting that they may be different stages of the same syndrome. Patients with rhabdomyolysis are similar to victims of fatal excited delirium with regard to age; gender; race; route of administration; the experiencing of excitement, delirium, and hyperthermia. Because cocaine-associated rhabdomyolysis and excited delirium have similar clinical features and risk factors, occur in similar populations of

9

drug users, and can be explained by the same pathophysiologic processes, they are likely to be different stages of the same syndrome. It appears that this syndrome is caused by changes in dopamine processing induced by chronic and intense use of cocaine rather than by the acute toxic effects of the drug. Mr. Coronel was at risk for excited delirium due to his abuse of cocaine and methamphetamine.

The cause of death was attributed to the complications of psychostimulant intoxication. Cocaine is a highly addictive central nervous system stimulant that can be injected, snorted, smoked, or ingested orally. Cocaine users feel a short yet intense "rush" when the drug is initially administered. Cocaine acts on the sympathetic nervous system to cause a profound stimulation of the heart, elevating blood pressure and rate.

Methamphetamine, like cocaine, is a powerful stimulant. The drug is smoked entering systemic circulation where it causes physiological changes similar to the fight-or-flight response. These include increased heart rate, respiration, blood pressure and body temperature. An intense "rush" develops from smoked methamphetamine, but the "high" that can last more than 12 hours because the drug has a long half-life in blood. Cocaine in contrast has a short life in blood and is more rapidly cleared.

Since dopamine is elevated in brain areas that are the higher command relays for control of respiration and cardiac rate and rhythm, the syndrome of excited delirium would have put Mr. Coronel at increased risk for a fatal cardiorespiratory arrest. Mr. Coronel sustained anoxic encephalopathic injury that was due to the toxic effects of

cocaine and methamphetamine. The blood level of methamphetamine (1.02 mg/L) was in a toxic range at admission to the Emergency Room.

It is my expert opinion to a reasonable degree of medical and/or scientific certainty or probability that Mr. Coronel exhibited paranoia and agitated behavior that resulted from his psychostimulant abuse. Mr. Coronel presented with bizarre behavior and aggression toward others, which necessitated the use of TASER ECD deployments by the Deputy. Excited delirium is a complication of psychostimulant abuse.

## VII.  EXHIBITS TO BE USED

Exhibits to be used in my testimony include the material referenced above of this report, charts and tests shown in the exhibits to this report, as well as compilations or summaries, claim charts, or other supporting materials pertaining to the brain, dopaminergic system, ECDs, psychostimulants, excited delirium, and others.

## VIII.  CONCLUSION

Based on my review of the materials provided to me, as well as my professional education, experience and background, it is my opinion, to a reasonable degree of scientific and medical probability, that Mr. Coronel's death was caused by the complications of psychostimulant abuse and the toxic effects of the drugs in an individual who was at increased risk for excited delirium and sudden cardiac death.

275

## IX. References

Di Maio TG, and Di Maio VJM (2006) Excited Delirium Syndrome: Cause of Death and Prevention Taylor and Francis, New York.

Kosten T, and Kleber H (1988) Rapid death during cocaine abuse: a variant of the neuroleptic malignant syndrome? *American Journal of Drug and Alcohol Abuse* 14:335-346.

Lather, C.M, Spino, M.M., Agarwal, I., and Tyau, L.S.Y., Cocaine-induced seizures, arrhythmias and sudden death. In -- Epilepsy and Sudden Death, ed. Lathers and Schraeder, Marcel Dekker, Inc., 1990.

Mash DC, Pablo J, Ouyang Q, Hearn WL, and Izenwasser S (2002). Dopamine transport function is elevated in cocaine users. *J. Neurochem.*, 81:292-300.

O'Halloran RL, and Lewman RV (1993) Restrain asphyxiation in excited delirium. *Am. J. Forensic Med. Pathol.*. 14(4):289-285.

Reay DT, Howard JD, Fligner CL, and Ward RJ (1988) Effects of positional restraint on oxygen saturation and heart rate following exercise. *Am. J. Forensic Med. Pathol.*. 9(1):16-18.

276

Ruttenber AJ, Lawler-Heavner J, Yin M, Wetli CV, Hearn WL, and Mash DC (1997) Fatal excited delirium following cocaine use: epidemiologic findings provide new evidence for mechanisms of cocaine toxicity. *J. Forensic Sci.* 42(1):25-31.

Ruttenber AJ, McAnally H, and Wetli CV (1999) Cocaine-associated rhabdomyolysis and excited delirium: different stages of the same syndrome. *Am. J. Forensic Med. Pathol..* 20(2):120-127.

Staley JK, Hearn WL, Ruttenber, AJ, Wetli CV, and Mash DC (1994). High affinity cocaine recognition sites on the dopamine transporter are elevated in fatal cocaine overdose victims. *J. Pharm. Exp. Ther.* 271:1678–1685.

Staley JK, Wetli CV, Ruttenber AJ, Hearn WL, Kung HF, and Mash DC (1995). Dopamine transporter and receptor autoradiography in cocaine psychosis and sudden death. *Biol. Psych.* 37:656.

Stratton SJ, Rogers C, Brickett K, and Gruzinski G (2001) Factors associated with sudden death of individuals requiring restraint for excited delirium. *Am. J. Emerg. Med.* 19:187-191.

Wetli CV (2005) Excited Delirium. In Payne-James J, Byard RW, Corey TS and Henderson C (eds) Encyclopedia of Forensic and Legal Medicine. Elsevier Academic Press, p. 276-281.

Wetli CV, and Fishbain DA. (1985). Cocaine-induced psychosis and sudden death in recreational cocaine users. *J. Forensic Sci.* 30(3):873-880.

Wetli CV, Mash DC, and Karch SB. (1996) Cocaine-associated agitated delirium and the neuroleptic malignant syndrome. *Am. J. Emerg. Med.* 14(4):425-428.

## X. Attachments:

Curriculum Vitae

List of Past Expert Testimony in previous four years

Appendices A, B, C, D, and E

## XI. Compensation for Professional Services

**Compensation for case reviews is at the rate of $250.00 per hour. Depositions are charged at the rate of $300.00 per hour. Travel for testimony is billed at a flat rate of $2,000.00 per day.**

# APPENDIX A

Teran, et al. v. TASER International, Inc.

## ABSTRACT

On Tuesday, January 23, 2006 27-year-old Jaime Teran Coronel (Mr. Coronel) appeared paranoid, freaked out, and higher than usual when his common-law wife, Ms. Stephanie Lizaola (Ms. Lizaola) saw him near their home in Castroville, California shortly before midnight. About 30 minutes later, now January 24, 2006, Mr. Coronel, who had a history of illicit drug use and abuse and a long criminal history, was observed in the backyard of a nearby residence. The owner of the residence called the police, reporting a "prowler". Monterey County Sheriff's deputies responded to the caller's residence, and by the time they arrived Mr. Coronel had left the backyard and climbed onto the roof of a residence located across the street. Deputies climbed on the roof where they saw Mr. Coronel rolling around and saying that he was having difficulty breathing. After developing a plan to capture him because they feared that he would roll off the roof, deputies attempted to grab Mr. Coronel's arms and legs when he rolled onto his stomach. Violently resisting the deputies' efforts to capture, control, and restrain him, Mr. Coronel was very strong, preventing the deputies from getting his arms so they could apply handcuffs. One deputy deployed his ADVANCED TASER® M26 electronic control device (ECD) in drive stun mode against Mr. Coronel's back area, with the first of two reported contacts having no apparent effect. Mr. Coronel's arms were obtained by the deputies after the second ECD contact; he was handcuffed and had leg irons applied. Firefighters and paramedic personnel were staged nearby the residence, and immediately responded after Mr. Coronel was restrained. Mr. Coronel was placed into a basket and lowered to the ground. Once on the ground Mr. Coronel was unresponsive, had a presenting cardiac rhythm or asystole, was provided with emergency medical care, and was taken to the hospital. Hospital toxicology results showed D-methamphetamine and d-amphetamine were detected in the blood at levels of 1.02 mg/L and 0.28 mg/L respectively. There was also a low concentration of cocaine metabolite (benzoylecognine) and ecognine methyl ester, but no free cocaine. Mr. Coronel died in the hospital on Monday, January 30, 2006.

# APPENDIX B

Teran, et al. v. TASER International, Inc.

## PARTICIPANT IDENTIFICATION LIST

| NAME | ACTIVITY |
| --- | --- |
| Jamie Coronel | Decedent; High on illegal narcotic; fought Monterey County deputies |
| Stephanie Lizaola | Common law wife of Mr. Coronel; mother of their three children; observed Mr. Coronel two times prior to his confrontation with deputies |
| Justin Coffer | Person who called the police after his yard was entered by Mr. Coronel |
| Monterey County (CA) Sheriff's Deputy Brandon Smith | First deputy to arrive on the scene and see Mr. Coronel on the rooftop |
| Monterey County Sheriff's Deputy Warren Sano | Second deputy to arrive on the scene |
| Monterey County Sheriff's Deputy Howlett | Deputy who arrived on the scene |
| Monterey County Sheriff's Deputy Michael Darlington | Deputy who arrived on the scene; formulated plan to capture Mr. Coronel when he was on the rooftop |
| Monterey County Sheriff's Deputy Benjamin Payton | Deputy who arrived on the scene and struggled with Mr. Coronel |
| Monterey County Sheriff's Deputy Bryan Hoskins | Deployed two TASER® M26 Electronic Control Device drive stuns to Mr. Coronel's back |
| Monterey County Sheriff's Sergeant Denis Greathead | Sergeant who arrived on scene; directed Deputy Howlett to obtain leg irons to be placed on Mr. Coronel |
| North County Fire Department Firefighters | Arrived on the scene, staged, and then responded to the scene when requested |
| West Med Ambulance | Arrived and staged on scene. Treated Mr. Coronel and transported Mr. Coronel to hospital |
| Salinas Valley Memorial Hospital | Hospital where Mr. Coronel was transported, admitted, and where he died |
| Raymond R. Carillo, M.D. | Performed medical assessment on Mr. Coronel |
| John Massaro, M.D. | Pronounced Mr. Coronel dead on January 30, 2006 |
| John R. Hain, M.D. | Forensic pathologist who performed autopsy on Mr. Coronel on February 1, 2006 |

# APPENDIX C

Teran, et al. v. TASER International, Inc.

## TIMELINE and ACTIVITY

| TIME | DATE | ACTIVITY |
|------|------|----------|
| 10:00 p.m. | 1/23/06 | Ms. Stephanie Lizaola (Ms. Lizaola), Mr. Coronel's common-law wife, saw him and noted he seemed fine. At the time Ms. Lizola had a restraining order against Mr. Coronel. |
| 11:30 p.m. | 1/23/06 | Ms. Lizaola saw Mr. Coronel near her house and reported him as being paranoid, freaked out, and higher than usual (on drugs). |
| 12:07 a.m. | 1/24/06 | Mr. Justin Coffer heard his dogs barking, sees Mr. Coronel in his backyard, and calls the police. |
| 12:07 a.m. | 1/24/06 | Monterey County Sheriff's Deputies Brandon Smith and Warren Sano were dispatched to Justin Coffer's residence. |
| 12:18 a.m. | 1/24/06 | Deputy Smith arrived at Justin Coffer's residence and spoke to him. Shined flashlight on neighboring rooftop and saw Mr. Coronel on the roof. Requested fire department be sent to scene. |
| 12:24 a.m. | 1/24/06 | Fire department and ambulance dispatched to the scene. |
| 12:33 a.m. | 1/24/06 | Fire department and ambulance arrived on scene. |
| ECD data download | 1/24/06 | ADVANCED TASER® M26 electronic control device (ECD) shows four data download points (305 to 308) all between :30 and :43 (or 13 seconds). Total possible maximum ECD discharge, not delivery, of 17 seconds. |
| 5:42 p.m. | 1/30/06 | Mr. Coronel died in the hospital. |

281

# APPENDIX D

Teran, et al. v. TASER International, Inc.

## SUMMARY of FACTS

### Evidence-based Personal History of Mr. Jaime Teran Coronel

Historical evidence and information are critical ingredients to understanding the information surrounding the bizarre behavior, seizure, struggle, and death of Mr. Jaime Teran Coronel (Mr. Coronel) during the early morning hours on Tuesday January 24, 2006 and his death at 5:42 p.m. on Monday January 30, 2006 (Jenkins, **Monterey County Sheriff's Coroner: Jaime Teran Coronel**, March 2, 2006, p. 1).

### Mr. Coronel Physical Characteristics: February 1, 2006

On Wednesday, February 1, 2006, Mr. Coronel weighed 171 pounds, and was 5 foot 6 inches in height (Jenkins, **Monterey County Sheriff's Coroner: Jaime Teran Coronel,** March 2, 2006, p. 1). Born on Sunday, August 13, 1978, Mr. Coronel was a white male who was 27 years of age ( p. 1).

### Mr. Coronel's Prior Illegal Substance Abuse History

Mr. Coronel had a history of illegal substance use and abuse. According to Ms. Stephanie Lizaola (Ms. Lizaola) who was the common law wife of Mr. Coronel and the mother of their three daughters ages 8, 6, and 4 (Opseth, **Supplemental Report**, 1/24/06, p. 1).

### Mr. Coronel's Prior Criminal Record

### Table 1 Mr. Coronel's Arrest and/or Citation History

| DATE | OFFENSE |
|------|---------|
| 8/4/2000 | Vehicle tampering; Under the influence of a controlled substance and H & S; Possession of Narcotic Paraphernalia |
| 10/8/2000 | Resisting and obstructing a peace officer |
| 12/6/2000 | Resisting and obstructing a peace officer |
| 12/12/2001 | Second degree burglary: felony |
| 5/3/2002 | Second degree burglary: misdemeanor |
| 10/14/2002 | Battery on a peace officer |
| 2002 | Violated his probation by committing another burglary |
| 5/14/ 2003 | Second degree burglary: felony |
| 2004 | Violated his parole in Santa Cruz County (CA) for committing the following crimes: Possession/mfg/sell dangerous weapons, etc.; Obstruct/etc. public officer; Possession of burglary tools |
| 2005 | Violated his parole, Use/under the influence of a controlled substance |

Source: Jorgensen, **Supplemental Report**, 1/24/06, p. 3; Hazel, **Letter to Sheriff Michael Kanalakis**, August 23, 2006, p. 8).

### 10:00 p.m., 1/23/06: Ms. Lizaola Observed Mr. Coronel's Behavior

Ms. Lizaola told Monterey County Sheriff's Detective Opseth that she saw Mr. Coronel at approximately 10:00 p.m. when she dropped off their daughters at her mother's residence (Opseth, **Supplemental Report**, 1/24/06, p. 1), and did not observe anything unusual about Mr. Coronel's behavior (p.1).

### 11:30 p.m., 1/23/06: Ms. Lizaola Observed Mr. Coronel "Freaking Out"

At approximately 11:30 p.m. on Monday, January 23, 2006 Ms. Lizaola observed Mr. Coronel near their home on Main Street in Castroville, California (Hazel, August 23, 2006, p. 3). The time was approximately 37 minutes prior to Deputies from the Monterey Sheriff's Department being dispatched to the scene (p. 3). Ms. Lizaola described Mr. Coronel's behavior as "paranoid" (p. 3), and when she asked him what was wrong, Mr. Coronel did not respond and quickly left the area (p. 3). According to Ms. Lizaola, Mr. Coronel appeared to be "freaking out" and under the influence of his preferred drug—cocaine (p. 4). Ms. Lizaola told investigators that she knew Mr. Coronel was "higher than usual" when she observed him at 11:30 p.m. (p. 4). After Mr. Coronel walked away from her, Ms. Lizaola returned to her home (p. 4).

### 12:07 a.m., 1/24/06: Justin Coffer Heard His Dogs Barking

Mr. Justin Coffer (Mr. Coffer) heard his two dogs barking in the back yard shortly after midnight (Smith, 1/24/06, p. 21). When Mr. Coffer looked into his back yard, he saw Mr. Coronel in the yard and asked him what he doing in the back yard (p. 21). Mr. Coronel did not respond, and began to run around the back yard (p. 21). Mr. Coffer described Mr. Coronel's behavior as "very erratic", and after his dogs almost cornered Mr. Coronel in the back yard, Mr. Coronel climbed over the fence and ran across the street (p. 21). Mr. Coffer called the police to report the person in his backyard at approximately 12:07 a.m. (CAD, **Incident History Detail**, 1/24/06, p. 1).

### 12:07 a.m., 1/24/06: Monterey County Sheriff's Deputies Sano and Smith were Dispatched

At approximately 12:07 a.m. on Tuesday, January 24, 2006, Monterey County Sheriff's Deputies Brandon Smith and Warren Sano were dispatched to 11367 Del Monte Avenue #A about a reported prowler (Smith, 1/24/06, p. 19). Dispatch advised the responding deputies, who were responding in separate police vehicles, that the suspect was in the back yard of the residence (p. 19). Prior to arrival at the Del Monte Avenue address, dispatch advised the responding deputies that the suspect had left the back yard, climbed on top of the roof of a beige colored house across the street (p. 19).

### 12:13 a.m.: Mr. Coronel Climbed Onto a Roof

After Mr. Coffer saw Mr. Coronel run across the street, he saw Mr. Coronel climb a fence, then get onto the carport, and then onto the roof of a neighboring residence (Smith, 1/24/06, p. 21).

---

### 12:18 a.m., 1/24/06: Deputy Smith Arrived on Scene

Arriving at the Del Monte Avenue address at approximately 12:18 a.m. on January 24, 2006, Deputy Smith located Mr. Coffer who was standing on his front porch (Smith, 1/24/06, p. 19). Mr. Coffer told Deputy Smith that the person who was previously in his back yard was now "laying on the roof" of a neighboring residence (p. 21).

### Deputy Smith Illuminated Mr. Coronel with a Flashlight

Shining his flashlight onto the roof of the neighboring residence, Deputy Smith saw a young Hispanic male who was wearing a white tee-shirt lying across the crest of the roof (Smith, 1/24/06, p. 19). The young male was later identified as Mr. Coronel (p. 19). Deputy Smith saw Mr. Coronel breathing heavily, and also heard Mr. Coronel mumble to himself that he could not breathe (p. 19).

### Deputy Smith Requested North County Fire Department

After seeing and hearing Mr. Coronel, Deputy Smith contacted dispatch and provided his location, a description of the young Hispanic male, and also requested North County Fire Department (NCFD) respond to the scene (Smith, 1/24/06, p. 19).

### 12:24 a.m., 1/24/06: NCFD and West Med Ambulance Dispatched

NCFD and West Med Ambulance were dispatched to the scene on January 24, 2006 at approximately 12:24 a.m. (Jenkins, 3/1/06, p. 2).

### 12:33 a.m., 1/24/06: NCRD and West Med Ambulance Arrived on Scene and Staged

NCFD and West Med Ambulance personnel arrived at the scene at approximately 12:33 a.m. (p. 2), and staged until they were called to the scene at approximately 12:45 a.m. (p. 2).

### Monterey County Deputy Sano Arrived on the Scene

After Deputy Sano arrived on the scene, Deputy Smith pointed out where Mr. Coronel was located, and told Deputy Sano that they needed to check the back of the residence to see if they could gain access to the roof (Smith, 1/24/06, p. 19). Deputy Smith found a large extension ladder hanging on the back fence of the residence, and then told Deputy Sano fhow it could be used to gain access to the roof (p. 19).

### Monterey County Deputy Howlett Arrived on the Scene

After telling Deputy Sano about locating the ladder and how it could be used to gain access to the roof, Monterey County Deputy Howlett arrived on the scene (Smith, 1/24/06, p. 19). Deputies Smith and Sano obtained the ladder while Deputy Howlett watched Mr. Coronel who was still on the roof (p. 19). Deputy Smith placed the ladder on the south side of the residence (p. 19).

---

### Additional Monterey County Sheriff's Deputies Arrived on the Scene

Monterey County Sheriff's Deputies Michael Darlington, Bryan Hoskins, Benjamin Payton, and Sergeant Denis Greathead arrived on the scene (Smith, 1/24/06, p. 19).

### Deputies Smith and Sano Climbed the Ladder

Deputy Smith and Deputy Sano climbed the ladder to the roof of the residence where Mr. Coronel was located (Smith, 1/24/06, p. 19). The deputies saw Mr. Coronel lying face down on the roof, with his arms spread out to his sides (p. 19). Deputy Smith reported hearing Mr. Coronel mumble incoherently to himself (p. 19).

### Deputy Sano Made Physical Contact with Mr. Coronel

After climbing the ladder and getting onto the roof, Deputy Sano approached and touched Mr. Coronel's waist to check for responsiveness (Smith, 1/24/06, p. 19). After touching Mr. Coronel's waist area, Mr. Coronel suddenly began to swing his arms yelling, "Fuck you" (p. 19). Deputies Smith and Sano maintained a distance of about 6-10 feet away from Mr. Coronel (p. 19). Deputy Sano removed his TASER® M26 (M26) electronic control device (ECD), while Deputy Smith removed his PR-24 side-handle baton in case Mr. Coronel should suddenly attack them (p. 19).

### Deputy Sano Tried to Calm Mr. Coronel

Deputy Sano reportedly spoke to Mr. Coronel in a calm voice, telling him that the deputies were there to help him (Smith, 1/24/06, p. 19). Mr. Coronel continued swinging his arms at the Deputy Smith and Deputy Sano, and would also kick at them while lying on the roof (p. 19). Mr. Coronel was incoherently yelling and screaming that the deputies had shot him, that he was dying, and the he needed help (p. 19). Deputy Sano continued to speak in a calm voice to Mr. Coronel in an attempt to get him to calm down from his excited state (p. 19).

### Mr. Coronel Thrashed Around on the Roof

As Deputy Sano attempted to calm him through speaking, Mr. Coronel continued to thrash and roll around on the roof (Smith, 1/24/06, p. 19). Deputy Smith saw that Mr. Coronel's hands, knuckles, and forearms were scraped and bleeding (p. 19). According to Deputy Smith, Mr. Coronel would grab onto the roof's ventilation fixtures as if someone were trying to pull him off the roof (p. 19), even though no one had grabbed Mr. Coronel (p. 19).

### Deputy Darlington Formulated a Plan to Take Mr. Coronel into Custody

Deputy Smith reported that after approximately 20 minutes of talking to Mr. Coronel on the rooftop, Deputies Darling, Payton, and Hoskins joined him and Deputy Sano on the roof (Smith, 1/24/06, p. 19). The deputies' observed Mr. Coronel and concluded that he appeared to be under

the influence of a narcotic, and was a risk of falling off the roof, landing on the ground below (p. 19). Deputy Darlington developed a plan for the safe seizure of Mr. Coronel (p. 19).

Deputy Darlington's plan consisted of waiting for Mr. Coronel to roll onto his stomach, and then Deputies Darlington, Payton, Sano, and Smith would grab Mr. Coronel and handcuff him (Smith, 1/24/06, pp. 19-20; Darlington, 1/24/06, p. 30). If the proposed plan failed, Deputy Hoskins would have his TASER ECD deployed and ready to be used (Smith, 1/24/06, p. 20).

## Mr. Coronel Rolled onto his Stomach

A short time after Deputy Darlington formulated and discussed his plan with the other deputies on the rooftop, Mr. Coronel rolled onto his stomach (Smith, 1/24/06, p. 20). Deputy Smith climbed on top of Mr. Coronel and used his body weight to restrict Mr. Coronel's leg movements (p. 20). Deputies Sano, Payton, and Darlington attempted to grab Mr. Coronel's arms (p. 20). Mr. Coronel "balled his hands into fists and held them tightly underneath his body" (p. 20). Although the deputies repeatedly told Mr. Coronel to give them his hands, he refused (p. 20).

## TASER M26 ECD Deployment #1: Drive Stun to Upper Right Shoulder Area

After Mr. Coronel failed to comply with the deputies' commands to give them his arms, Deputy Hoskins deployed his TASER M26 ECD in "drive stun" mode to Mr. Coronel's upper right shoulder area (Smith, 1/24/06, p. 20; Hazel, August 23, 2006, p. 7). The TASER ECD drive stun had no apparent effect on Mr. Coronel, as he continued to resist the deputies' efforts to control and handcuff him (Smith, 1/24/06, p. 20).

## TASER M26 ECD Deployment Data Download

The time on a TASER M26 ECD data download is subject to clock drift when compared to the correct time of the world atomic clock. However, the time sequence or intervals between closely entered time stamps are accurate.

```
Line 305) 01/24/06 07:41:30, Saturday
Line 306) 01/24/06 07:41:30, Tuesday
Line 307) 01/24/06 07:41:35, Tuesday
Line 308) 01/24/06 07:41:40, Tuesday
Line 308) 01/24/06 07:41:43, Tuesday
```

The TASER M26 ECD data download shows four data point entries relevant to the incident with Mr. Coronel (data download lines 305-308). The data download relevant to the incident with Mr. Coronel shows the following:

- ECD shows four data download points (305 to 308) all between :30 and :43 (or 13 seconds).

- The four data points (305 to 308) show a maximum possible duration of ECD discharge, not delivery, as 17 seconds. The first three data points (305-307) could not have exceeded 12 seconds of discharge, and may have been less. The fourth data point (308) could not

exceed five seconds. Thus, 12 seconds plus five seconds yields a maximum TASER ECD discharge, not delivered energy, time of 17 seconds.

- The first three data download points (305-307) show two possible types of interpretations:

  o Trigger held back - the officer pulled the trigger on the ECD and held it back for a minimum of ten seconds, and a maximum of 12 seconds. The M26 ECD creates a data point when the trigger is pulled. Then, if the trigger is held back an additional data point is created at each five second (lines 306 and 307) interval. Thus, one interpretation is that the officer pulled the trigger and held the trigger back for at least ten seconds, but, not more than twelve seconds, thus producing the three data entries; or

  o The officer pulled the trigger more than once and engaged the safety, and then re-pulled the trigger at exactly five second intervals. Meaning, an M26 ECD trigger pull creates a data entry. However, the M26 does not show how long the M26 discharged (within a five second cycle). Thus, each discharge could be as long as five seconds or as short as one second. Thus, an alternate explanation is that the officer pulled the trigger (causing a data entry), engaged the safety ,thus, stopping the ECD discharge, and then again pulled the trigger causing another data point entry.

- The third to fourth data entry is only three seconds, thus, this is an example of the officer pulling the ECD trigger, creating a data entry, then, since the two data entries are only three seconds apart, the officer engaged the safety (stopping the discharge) ,and then again (the fourth data entry) pulled the trigger.

- The last trigger pull (data entry "308) resulted in a discharge from one to a maximum of five seconds (or one cycle). Because had the officer continued to hold the trigger back there would have been an additional data point entry at the next five second interval (or, at 41:48).

Prior to the incident involving Mr. Coronel, the TASER M26 ECD had last been discharged three days prior.

```
Line 303) 01/21/06 06:06:26, Saturday
Line 304) 01/21/06 22:11:00, Saturday
```

TASER M26 ECD data download lines 303 and 304 show that the ECD had been discharged twice approximately three days prior to the incident with Mr. Coronel.

Lines 309 to 314 reading "Data Record not initialized" means that there were no additional trigger pulls, or device discharges, after the trigger pull (discharge) entered on line "308".

```
Line 308) 01/24/06 07:41:43, Tuesday
Line 309) Data Record not initialized
```

**TASER M26 ECD Deployment #2: Drive Stun to Upper Right Quadrant of Back**

While Mr. Coronel continued to resist the deputies, Deputy Hoskins deployed a second TASER M26 ECD drive stun mode to Mr. Coronel (Smith, 1/24/06, p. 20; Hoskins, 1/24/06, p. 27). The TASER ECD drive stun was to Mr. Coronel's upper right quadrant of the back and appeared to have some effect, as Mr. Coronel produced his arms (p. 20), although Deputy Hoskins and Deputy Payton both reported that the TASER ECD drive stun application appeared to have no effect on Mr. Coronel (Hoskins, 1/24/06, p. 27; Payton, 1/24/06, p. 29). Deputy Smith was then able to handcuff Mr. Coronel (Smith, 1/24/06, p. 20).

**Mr. Coronel Kicked his Legs**

After being handcuffed, Mr. Coronel began kicking his legs toward Deputy Smith (Smith, 1/24/06, p. 20). Sergeant Greathead, who had joined the deputies on the rooftop, assisted in the restraint of Mr. Coronel's legs (p. 20). Sergeant Greathead directed Deputy Howlett to get a pair of leg irons from his patrol vehicle (p. 20). Sergeant Greathead was concerned that Mr. Coronel would injure a deputy or himself by his kicking (p. 20).

**Leg Irons Applied to Mr. Coronel**

Deputy Howlett returned with the leg irons and they were applied to Mr. Coronel's ankles (Smith, 1/24/06, p. 20). During the application of the leg irons, Deputy Sano and Deputy Hoskins told Mr. Coronel to relax, as Mr. Coronel would often tense up and fight against the restraints (p. 20; Hoskins, 1/24/06, p. 27). After securing Mr. Coronel, a Stokes Basket was brought to the rooftop by two NCFD Firefighters for the safe removal of Mr. Coronel form the rooftop (Smith, 1/24/06, p. 20).

**Mr. Coronel was Removed from the Rooftop**

After the leg irons were applied to Mr. Coronel, deputies noticed that he had "relaxed considerably" (Smith, 1/24/06, p. 20). Deputy Smith checked Mr. Coronel's radial pulses and found them to be weak (p. 20). A firefighter checked Mr. Coronel's carotid pulse and confirmed that Mr. Coronel had a weak pulse (p. 20). Deputy Hoskins reported that he saw Mr. Coronel's chest rise and fall (Hoskins, 1/24/06, p. 27). After safely securing Mr. Coronel into the Stokes Basket, he was lowered to the ground and awaiting West Med Ambulance personnel (Smith, 1/24/06, p. 20).

**CPR was Performed on Mr. Coronel**

After Mr. Coronel was on the ground, it was determined by West Med Ambulance personnel that he was unresponsive and not breathing (Hoskins, 1/24/06, p. 27). As soon as Mr. Coronel was removed from the Stokes Basket, West Med and NCFD Firefighters began cardiopulmonary resuscitation (CPR) on him (Smith, 1/24/06, p. 20). Deputies Darlington and Howlett rolled Mr. Coronel onto his back so medical personnel could attend to him (Darlington, 1/24/06, p. 30).

Mr. Coronel's breathing was apneic, pupils were dilated, and capillary refill was absent (Jenkins, 3/1/06, p. 2). Mr. Coronel "was asystole, with no motor or verbal responses" (pp. 2-3), and while being transported to Salinas Valley Memorial Hospital (SVMH), he "regained sinus rhythm pulses and blood pressure" (p. 3).

## Mr. Coronel Arrived at the SVMH

When Mr. Coronel arrived at the SVMH emergency room, he was "comatose, with anoxic brain injury and acute renal failure" (Jenkins, 3/1/06, p. 1). Toxicology results showed "D-methamphetamine and d-amphetamine [were] detected in the hospital admission blood at levels of 1.02 mg/L and 0.28 mg/L respectively. Also present [was] a low concentration of cocaine metabolite (benzoylecognine) and ecognine methyl ester, but no free cocaine" (Hain, 2/15/06, p. 5).

"Laboratory assessment on admission shows a creatinine of 2.3, which has risen rapidly today to a value of 5.6. CPK is unmeasurable but greater than 20,000" (Carrillo, 1/25/06, p. 5). Mr. Coronel was comatose upon hospital admission (p. 5), and on Wednesday, January 25, 2006 had a temperature of 100.2° F (Fahrenheit) (p. 6). The assessment by Raymond R. Carillo, M.D. of Mr. Coronel was: "This is a 27-year-old gentleman who likely has acute renal failure on the basis of rhabdomyolysis. It is difficult to impossible to determine whether this rhabdomyolysis could be secondary to drug usage versus taser [sic] gun usage versus some combination. No other known exacerbating factors are indicated. Certainly, given his state of mind at the time that he was encountered, volume depletion could be playing some role" (p. 7).

## 5:42 p.m., 1/30/06: Mr. Coronel Died

On January 30, 2006, eight days after being admitted to the hospital, Mr. Coronel died at 5:42 p.m. after being taken off life support (Jenkins, 3/1/06, p. 1). John Massaro, M.D. of SVMH listed the principal diagnosis of Mr. Coronel as "Anoxic Brain Damage", and secondary diagnoses as: "Rhabdomyolysis; Acute Renal Failure, unspecified; Convulsions; Pneumonitis due to Inhalation of Food or Vomitus; Acidosis; Amphetamine/Sympathomimetic Abuse unspecified use; and, Cocaine abuse unspecified use" (SVMH, **Coding Summary**, 1/31/06, p. 1).

## 9:30 a.m., 2/1/06: Autopsy Performed on Mr. Coronel

On Wednesday, February 1, 2006 at 9:30 a.m. Forensic Pathologist John R. Hain, M.D. performed an autopsy on Mr. Coronel (Hain, 2/15/06, p.1). Dr. Hain listed the following as the "cause of death":
- Anoxic encephalopathy (8 days) due to
- Cardiorespiratory arrest (8 days) due to
- Acute methamphetamine and cocaine intoxication (8 days) (p. 5).

Dr. Hain listed "[TASER ECD] application and struggle with police" as contributing conditions, and the manner of death to be "accident" (Hain, 2/15/06, p. 5).

# APPENDIX E

Teran, et. al. v. TASER International, Inc.

## CASE MATERIALS REVIEWED OR CONSIDERED

I. **PLEADINGS**

    a.    **First Amended Complaint for Damages for Wrongful Death and Survival Action, Jury Trial Demanded,** filed October 22, 2007;

II. **DEPOSITIONS**

    a.    **Deposition of Deputy Brandon Smith,** February 26, 2008;

    b.    **Deposition of Deputy Benjamin Payton,** February 21, 2008;

    c.    **Deposition of Deputy Bryan Hoskins,** February 25, 2008;

    d.    **Deposition of Sergeant Denis Greathead,** October 2, 2007;

    e.    **Deposition of Deputy Michael Darlington,** October 1, 2007;

III. **DEFENDANT RESPONSES**

    a.    **Defendant Brain Hoskins' Responses to Plaintiff Elvira Teran's Interrogatories – Set One,** March 13, 2008;

    b.    **Defendant Brandon Smith's Reponses to Plaintiff Elvira Teran's Interrogatories,** March 13, 2008;

    c.    **Defendant Michael Kanalakis' Responses to Plaintiff Elvira Teran's Interrogatories – Set One,** March 13, 2008;

    d.    **Defendant Warren Sano's Responses to Plaintiff Elvira Teran't Interrogatories – Set One,** March 13, 2008;

    e.    **Defendant Benjamin Payton's Responses to Plaintiff Elvira Teran's Interrogatories – Set One,** March 13, 2008;

    f.    **Defendant Mike Darlington's Responses to Plaintiff Elvira Teran's Interrogatories – Set One,** March 13, 2008

g.    **Defendant County of Monterey Sheriff's Offices' Responses to Plaintiff Elvira Teran's Request for Production of Documents -- Set One,** March 13, 2008;

h.    **Monterey County Defendants; Witness List and Initial Disclosures – Part One,** February 12, 2007;

i.    **Monterey County Defendants; Witness List and Initial Disclosures – Part Two,** February 12, 2007;

j.    **Monterey County Defendants; Witness List and Initial Disclosures – Part Three,** February 12, 2007;

k.    **Monterey County Defendants; Witness List and Initial Disclosures – Part Four,** February 12, 2007;

l.    **Defendant TASER'S Initial Disclosures Pursuant to Federal Rules of Civil Procedure, Rule 26 (a)(1),** filed February 16, 2007;

m.    **Defendant TASER'S Supplemental Disclosures Pursuant to Federal Rules of Civil Procedure, Rule 26 (a)(1),** filed April 2, 2007;

n.    **Defendant TASER'S Second Supplemental Disclosures Pursuant to Federal Rules of Civil Procedure, Rule 26 (a)(1),** filed June 19, 2007;

o.    **Defendant TASER'S Fourth Supplemental Disclosures Pursuant to Federal Rules of Civil Procedure, Rule 26 (a)(1) and Rule 26 (e)(1),** filed March 19, 2008;

## IV.   PLAINTIFF RESPONSES

a.    **Plaintiffs' Statement of Initial Disclosures,** February 13, 2007;

b.    **Plaintiff's Initial Disclosures – Email Correspondence,** Part 18;

c.    **Plaintiff's Initial Disclosures – Email Correspondence,** Part 19;

d.    **Plaintiff's Initial Disclosures – Email Correspondence,** Part 20;

e.    **Plaintiff's Initial Disclosures – Email Correspondence,** Part 21;

f.    **Plaintiff's Initial Disclosures – Newspaper Articles,** Part 23;

g.    **Family Photos;**

---

## V.    INVESTIGATIVE REPORTS

a.    **Teran v. County of Monterey, et al. - Investigative Documents Binder,** Volume One:
1. Coroner's Report
2. Internal Affairs Investigation -  Case IA #06-08

b.    **Teran v. County of Monterey, et al. – Investigative Documents Binder,** Volume Two:
1. Salinas Valley Memorial Hospital Medical Records of Jaime Coronel

c.    **Teran v. County of Monterey, et al. – Investigative Documents Binder,** Volume Three:
1. Salinas Valley Memorial Hospital – Statement of Account
2. Westmed Ambulance Inc. – Statement of Account
3. Mehl's Colonial Chapel – Statement of Account
4. Pajaro Valley Public Cemetery – Statement of Account
5. Death Certificate
6. Email Correspondence
7. Police Records
8. News Articles, and

d.    **Teran v. County of Monterrey, et al. – Investigative Documents Binder,** Volume Four:
1. Salinas Valley Memorial Hospital Medical Records of Jaime Coronel.

*CURRICULUM VITAE*

<u>**Personal**</u>
**2.** Deborah C. Mash, Ph.D.
**3.** (305) 865-5170 (home)
**4.** (305) 243-5888 (office)          (305) 243-3649 (Fax)
**5. Address:**                        7552 W. Treasure Drive, Miami, Florida 33141
**6. Current Rank:**                   Professor
**7. Primary Department:**             Neurology
**8. Secondary Department:**           Molecular and Cellular Pharmacology
**9. Citizenship:**                    USA
**10. Visa Type**                      N/A

## 11. Higher Education

| | |
|---|---|
| 1970-1975 | B.A. (Cum Laude) Experimental Psychology |
| | Florida State University, Tallahassee, FL |
| | (Special honor conferred in Major, Honor's thesis: "The McCollough Effect with Sizes") |
| 1973 | Methodological Language Center, Moscow, USSR |
| 1978-1980 | M.S. Pharmacology and Toxicology (Neuropharmacology) |
| | Florida A&M University, Tallahassee, FL |
| | Thesis: "Endorphinergic Regulation of Serotonergic Pathways" |
| 1980-1984 | Ph.D. Pharmacology (Neuropharmacology) |
| | University of Miami School of Medicine, Miami, FL |
| | Dissertation: "Autoradiographic localization of $M_2$ muscarine receptors in the rat brain suggests a presynaptic location on cholinergic tracts: Implications for Alzheimer's disease." |
| 1984-1986 | Postdoctoral Fellow in Neurology (Neuroanatomy) |
| | Harvard Medical School, Beth Israel Hospital, Boston, MA |

## 12. Professional Experience / Academic

| | |
|---|---|
| 1971 - 1976 | Research Assistant, Florida State University, Tallahassee, FL |
| 1976 - 1978 | Research Technologist, Florida State University, Tallahassee, FL |
| | (small animal surgery, neurohistological and microscopic analysis, HRP and degeneration studies under the direction of Karen J. Berkley, Ph.D.) |
| 1978 - 1980 | Graduate student in Pharmacology, Florida A&M Univ. (Neurochemical studies of beta endorphin and serotonin interactions) |
| 1980 - 1984 | Graduate student in Pharmacology, University of Miami School of Medicine. (Biochemical and autoradiographic studies of muscarinic receptor subtypes in rat and human brain.) |
| 1984 - 1986 | Postdoctoral Fellow in Neurology (Neuroanatomy) |
| | Harvard Medical School, Boston, MA. (Human and primate architectonic studies of cholinergic receptor subtypes under the direction of M-Marsel Mesulam, M.D.) |
| 1986 - 1991 | Assistant Professor of Neurology and Pharmacology, UM School of Medicine |
| 1986 - Present | Director, University of Miami Brain Endowment Bank |
| 1987 - Present | Faculty Member, Interdepartmental Program in Neuroscience |
| 1990 - Present | Associate Director for Basic Research, Comprehensive Drug Research Center |
| 1991- 1997 | Associate Professor of Neurology and Molecular and Cellular Pharmacology (tenured 1992) |
| 1991 - 1996 | Member, National Institutes of Health, NINDS-NSPA Program Project Review Committee A |
| 1993 | National Institute on Drug Abuse, Office of Extramural Program Review, N01DA-3-8201 |
| 1995 - Present | Member, Scientific Advisory Panel, Heffter Research Institute, Lafayette, IN |

1

293

| 1997 - Present | Professor of Neurology and Molecular and Cellular Pharmacology (Effective 6/1/97) |
| 1996 - Present | Jeanne C. Levey Professor of Parkinson's Disease Research |
| 2000 - 2003 | Member, National Institutes of Health, Brain Disorders & Clinical Neuroscience ZRG1 (BDCN-6) |
| 2000 - 2006 | Member - Scientific Advisory Board for Life Extension, Fort Lauderdale, FL |
| 2001 | Member, National Institutes of Health, Center of Biologic Research and Excellence (COBRE) |
| 2002 | Visiting Scholar, Depts. Psychology and Biology, Victoria University, Wellington, New Zealand. |
| 2003 - 2005 | Member, Neural Basis of Psychopathology, Addictions, and Sleep Disorders (NPAS) |
| 2006 | Ad Hoc Member, |

**13. Non-Institutional: None**

**14. Board Certification & Licenses: None**

**15. Non-Academic: None**

**16. Military: None**

**PUBLICATIONS:**

**17. Books and Monographs**

1.)   Hefti, F.H. and <u>Mash, D.C.</u> Localization of nerve growth factor receptors in the human brain. In: "Molecular Biology of the Human Brain", In: UCLA Symposium on Molecular and Cellular Biology, New Series, Vol. 72, (E.G. Jones ed.), Alan R. Liss, Inc. NY, pp. 119-132, 1988.

2.)   Hefti, F.H., Montero, C. N., and <u>Mash, D.C.</u> Nerve growth factor rescues septal cholinergic neurons and promotes reinnervation of the hippocampus in rats with partial fimbrial transections. In: "Current Issues in Neural Regeneration", (P. Reier, N. Bunge, F.J. Seil eds.), Alan R. Liss, New York, N.Y., pp. 105-115, 1988.

3.)   <u>Mash, D.C.</u> Architecture of Cholinergic Pre- and Postsynaptic Markers in the Primate Striatum, In: "Progress in Parkinson's Disease", (F. Hefti and W. J. Weiner, eds.), Plenum Publishing Corp., pp., 31-37, 1989.

4.)   Hefti, F., Hartikka, J., Knusel, B. and <u>Mash, D.C.</u> Nerve growth factor and cholinergic neurons of the mammalian brain. In: "Brain Cholinergic Systems" (M. Shriach and Biesold, eds.) Oxford University Press, pp., 173-202, 1990.

5.)   <u>Mash, D.C.</u>, and Flynn, D.D. Potential application of radiolabeled ligand studies of dementing diseases by Positron Emission Tomography. In: "Positron Emission Tomography in Dementia". (R. Duara, ed.,) Wiley-Liss, New York, pp. 149-160, 1990.

6.)   <u>Mash, D.C.</u>, Sanchez-Ramos, J. and Weiner, W.J. Transferrin receptor regulation in Parkinson's Disease and MPTP-treated mice. In: "Parkinson's Disease: From Basic Research to Treatment" (H. Narabayashi, T. Nagatsu, N. Yanagisawa and Y., Mizuno, eds.). Raven Press, New York, NY, 1992.

7.)   <u>Mash, D.C.</u> and Weiner, W.J. Transferrin receptors numbers are altered in Parkinson's Disease and experimental dopaminergic denervation. In: "Progress in Parkinson's Disease Research" (Hefti, F. and Weiner, W., eds.) Futura Publishing Co., Inc., New York, NY, 1992.

8.)   <u>Mash, D.C.</u>, Singer, J., Pablo, J., Basile, M., Bruce, J. and Weiner, W.J. Iron Storage and Transport Markers in Parkinson's Disease and MPTP-Treated Mice. (Riederer, P. and Youdim, M.B.H., eds.) In: "Iron in CNS Disorders", Springer Verlag, Wien, pp. 103 - 114, 1993.

2

9.)     McCoy, C., Shapshak, P., Shah, S., McCoy, H., Rivers, J., Page, J., Chitwood, D., Weatherby, N., Inciardi, J., McBride, D., <u>Mash, D.C.,</u> Watters, J. HIV-1 Prevention: Interdisciplinary studies and reviews on efficacy of bleach and compliance to bleach prevention protocols. National Academy of Science Monographs, 1995.

10.)    <u>Mash, D.C.</u> Amyloid precursor protein and Alzheimer's disease: Identifying abnormal processing events that lead to the deposition of beta amyloid protein. In: "The Yearbook of Neurology and Neurosurgery", (Bradley, W. G. and Cromwell, R.M, eds.) pp. xlvii - li, Mosby Yearbook, Inc., NY, 1994.

11.)    Hearn, W. L., <u>Mash, D.C.,</u> Pablo, J., Hime, G., Sambol, N.C., and Doepel, F.M. Pharmacokinetics of Ibogaine: Analytical method, animal-human comparisons, and the identification of a primary metabolite. Proceedings of the TIAFT-SOFT Joint Congress, Oct. 21 - Nov. 4, 1994 (Spiehler, V. ed.) Omnipress, Ann Arbor, MI, pp. 325 - 334, 1995.

12.)    <u>Mash, D.C.</u> Neuroshamanism: Ancient knowledge meets modern science, In: Deepak Chopra's Infinite Possibilities, Vol. 1, Issue 3, pp. 1, 4, 8, 1996.

13.)    Sanchez-Ramos, J. and <u>Mash, D. C.</u> Pharmacotherapy of drug dependence with Ibogaine, IN: Constructive Potential of Psychedelics: Cross-Cultural Perspectives, (Winkelman, M., and Andritzky, W., eds.) Yearbook of Cross-Cultural Medicine and Psychotherapy, Berlin, pp. 353- 367, 1996.

14.)    <u>Mash, D.C.</u> and Staley, J.K. Cocaine recognition sites on the human dopamine transporter in drug overdose victims. In: Neurotransmitter transporter: Structure and Function, (M.E.A. Reith), Humana Press, pp. 315 - 341, 1996.

15.)    <u>Mash, D.C.</u> Psychopathological manifestations of cocaine abuse. Drug Abuse in the Decade of the Brain, (Gabriel Nahas and Thomas Burks, eds.) IOS Press, pp. 259 - 266, 1997.

16.)    <u>Mash, D.C.</u> Neuropsychiatric Consequences of chronic cocaine abuse. Drug Abuse Handbook, (Steven Karch, ed.), pp. 412 - 419, 1997.

17.)    <u>Mash, D.C.,</u> Kovera, C. A., Buck, B.E., Norenberg, M.E., Shapshak, P., Hearn, W.L. and Sanchez-Ramos, J. Medication development of Ibogaine as a pharmacotherapy for drug dependence, (ed. Sayed Ali), Ann. New York Academy of Sciences, 844:274-292, 1998.

18.)    Mufson, E.J., Kahl, U., Bowser, R., <u>Mash, D.C.,</u> Kordower, J.H., and Deecher, D. Galanin expression within the basal forebrain in Alzheimer's disease. In: Galanin: Basic Research Discoveries and Therapeutic Implications. Ann. New York Academy of Sciences, 863:291-304, 1998.

19.)    <u>Mash, D.C.,</u> Staley, J.K. D3 Dopamine and kappa opioid receptor alterations in human brain of cocaine overdose victims. In: Advancing from the Ventral Striatum to the Extended Amygdala: Implications for Neuropsychiatry and Drug Abuse - Ann. New York Academy of Sciences, 29(877):507-522, 1999.

20.)    <u>Mash, D.C.,</u> Kramer, L.C., Segal, D., Izenwasser, S. Dopamine transporter mRNA in human brain: distribution and regulatory effects in autopsy studies of cocaine abusers. In: Cerebral Signal Transduction: From First to Fourth Messengers, (MEA Reith, ed.), Humana Press Inc., Totowa, NJ pp 401-417, 1999.

21.)    Haracz, J.L., <u>Mash, D.C.,</u> Sircar, R. A multi-component learning model of drug abuse: Drug-taking and craving may involve separate brain circuits underlying instrumental and classical conditioning respectively. In: Advancing from the Ventral Striatum to the Extended Amygdala: Implications for Neuropsychiatry and Drug Abuse. Ann. New York Academy of Sciences, pp 401-417, 1999.

22)     <u>Mash, D.C.,</u> Kovera, C.A., Pablo, J., Tyndale, F.R., Ervin, F.D., Williams, I.C., Singelton, E.G., Mayor, Manny. Ibogaine: complex pharmacokinetics, concerns for safety, and preliminary efficacy measures. Ann New York Acad Science, 914:394-401, 2000.

3

23) Mash, D.C., Kovera, C.A., Pablo, J., Tyndale, R., Ervin, F.R., Kamlet, J.D., Hearn, W. L. Ibogaine in the treatment of heroin withdrawal. In: Ibogaine: Proceeding of the first International Conference., Alkaloid Series, Volume 56. Editors: Dr. Kenneth Alper and Dr. Stan Glick. Academic Press, San Diego, California pp 156-170, 2001.

24) Baumann, M.H., Pablo, J., Ali, S.F., Rothman, R.B., Mash, D.C. Comparative neuropathology of ibogaine and its o-desmethyl metabolite, noribogaine. In: Ibogaine: Proceeding of the First International Conference., Alkaloid Series, Volume 56. Editors: Dr. Kenneth Alper and Dr. Stan Glick. Academic Press, San Diego, California pp 80-109, 2001.

25) Mash, D.C. Dopamine receptor diversity. In: Parkinson's Disease Diagnosis and Clinical Management. (Dr. William Weiner and S.A.Factor, Editors). Demos Medical Publishing, Inc., New York, 233-241, 2002.

26.) Mash, D.C. and Staley, J.K. In vitro and in vivo imaging of the human dopamine transporter in cocaine abusers. In – Contemporary Neuroscience, Neurotransmitter Transporters: Structure, Function and Regulation. Edited by M.E.A. Reith, Human Press, Inc. Totowa, NJ. 467-501, 2002.

27.) Mash, D.C. Dopamine Receptor Diversity: Anatomy, Function and Relevance to Parkinson's Disease. In – Handbook of Parkinson's Disease (Third Edition), Edited by Rajesh Pawla, Kelly Lyons, and William C. Koller, Marcel Derker, Inc. New York, 2003.

28.) Mash, D.C. Neuropsychiatric Consequences of Chronic Cocaine Abuse (in) Chapter 6: Neurochemistry of drug abuse; Drug Abuse Handbook, (Steven Karch, ed.), pp. 527-535, 2006.

29.) Mash D.C. Dopamine Receptor Diversity: Chapter 2 In: Parkinson's Disease Diagnosis and Clinical Management. (Dr. William Weiner and S.A.Factor, Editors). Demos Medical Publishing, Inc., New York - In Press 2007.

30.) Mash, D.C. Neuropsychiatric Consequences of Chronic Cocaine Abuse (in) Neurochemistry of Abused drugs (Steven Karch, ed.) Taylor and Francis, Boca Raton, FL. In press, Pub date Sept 26, 2007.

31.) Mash, D. C. Dopamine Transporter, Disease States and Pathology In: Dopamine transporters: Chemistry, Biology, and Pharmacology. M.L. Trudell and S. Izenwasser, eds. Wiley and Sons, NY. In Press 2007.

32.) Mash, D.C. Identifying Biochemical Brain Markers in Excited Delirium Deaths in: Conducted Electrical Weapons: Physiology and Pathology. Eds: Mark Kroll& Jeff Ho, Springer Kluwer. In Press 2008

## 18. Scientific Articles in Peer Reviewed Journals

1.) Berkley, K.J and Mash, D.C. Somatic sensory projections to the pretectum in the cat. Brain Res. 158:445-448, 1978.

2.) Potter, L.T., Flynn, D.D., Hanchett, H., Kalinoski, D.L., Luber-Narod, J., and Mash, D.C. Independent M1 and M2 receptors: Ligands, autoradiography and functions. Trends in the Pharmacol. Sci. 22-31, 1984.

3.) Mash, D.C., Flynn, D.D., Kalinoski, D.L., and Potter, L.T. Circadian variations in muscarine receptors in rat brain dependant upon endogenous agonist occupation. Brain Res. 331: 35-38, 1985.

4.) Mash, D.C., Flynn, D.D. and Potter, L.T. Loss of M2 muscarine receptors in the cerebral cortex in Alzheimer's disease and experimental cholinergic denervation. Science 228:115-117, 1985.

4

296

5.)   Mash, D.C. and Potter, L.T. Autoradiographic localization of M1 and M2 muscarine receptors in the rat brain. Neuroscience 19:551-564, 1986.

6.)   Mufson, E.J., Martin, T.L., Mash, D.C., Wainer, B.H., and Mesulam, M-M. Cholinergic projections from the parabigeminal nucleus (Ch8) to the superior colliculus in the mouse: a combined analysis of horse radish peroxidase transport and choline acetyltransferase immunocytochemistry. Brain Res. 370: 144-148, 1986.

7.)   Flynn, D.D. and Mash, D.C. Characterization of L-[$^3$H]-nicotine binding in human cerebral cortex: Comparison between Alzheimer's disease and the normal. J. Neurochem. 47:1948-1954, 1986.

8.)   Hefti, F., Hartikka, J., Salvatierra, A., Weiner, W., and Mash, D.C. Localization of nerve growth factor receptors in the nucleus basalis of the human brain. Neurosci. Letters, 69: 37-41, 1986.

9.)   Soliman, K. F.A., Mash, D.C., and Walker, C.A., The effect of altered 5-hydroxytryptamine levels on beta endorphin content in rat brain. Proc. Soc. Exp. Biol. and Med. 182: 187 - 193, 1986.

10.)  Mash, D.C., White, W.F. and Mesulam, M-M. Distribution of muscarinic receptor subtypes within architectonic subregions of the primate cerebral cortex. J. Comp. Neurol. 278: 265-274, 1988.

11.)  Mufson, E.J., Mash, D.C., and Hersh, L.B., Neurofibrillary tangles in cholinergic pedunculopontine neurons in Alzheimer's disease.  Ann. Neurology 24: 623-629, 1988.

12.)  Efange, S. M., Mash, D.C., Hefti, F., Kung, H.F., and Billings, J., Selective visualization of rodent locus coeruleus by a radiolabelled N-methyl-4-phenyl-1,2,3,6-tetrahydropyridine analog. J. Neurochem. 53: 459-464, 1989.

13.)  Hefti, F. and Mash, D.C., Localization of nerve growth factor receptors in the normal human brain and in Alzheimer's disease. Neurobiol. Aging 10: 75-87, 1989.

14.)  Flynn, D.D. and Mash, D.C., Multiple *in vitro* interactions with and differential *in vivo* regulation of muscarinic receptor subtypes by tetrahydroaminoacridine. J. Pharm. Exper. Ther. 250: 573 - 582, 1989.

15.)  Efange, S. M., Kung, H.F., Mash, D.C., Jabir, M., Billings, J., Pablo, J., Dutta, A. and Freshler, A. Pargyline sensitive selective accumulation of a radiolabelled MPTP analog in the primate cerebral cortex and basal ganglia. Synapse 5: 207-212, 1990.

16.)  Mash, D.C., Pablo, J., Flynn, D.D., Efange, S.M. and Weiner, W.J., Characterization and distribution of transferrin receptors in rat brain. J. Neurochem. 55:1971-1979, 1990.

17.)  Hearn, W.L., Flynn, D.D., Himes, G.W., Rose, S., Mantero-Atienza, E. Cofino, J.C., Wetli, C.V., and Mash, D.C., Cocaethylene: A unique cocaine metabolite displays high affinity for the dopamine transporter. J. Neurochem. 56: 698-701, 1991.

18.)  Flynn, D.D., Weinstein, D., and Mash, D.C., Loss of high affinity agonist binding to M1 muscarinic receptors in Alzheimer's disease: Implications for the failure of cholinergic replacement therapy.  Ann. Neurology 29:256-262, 1991.

19.)  Mesulam, M-M., Geula, C., Cosgrove, R., Mash, D.C., and Brimijoin, S. Immunocytochemical demonstration of axonal and perikaryal acetylcholinesterase in human cerebral cortex. Brain Res. 539: 233-238, 1991.

20.)  Itzhak, Y., Mash, D.C., Zhang, S.H., and Stein, I. Characterization of N-methyl-4-phenyl-1,2,3,6-terahydropyridine (MPTP) binding sites in C57BL/6 mouse brain: Mutual effects of monamine oxidase inhibitors and sigma-ligands on MPTP and sigma binding sites. Mol. Pharm. 39:385-393, 1991.

5

21.) Hearn, W.L., Rose, S.L., Wagner, J., Ciarleglio, A.C., and <u>Mash, D.C.</u>, Cocaethylene is more potent than cocaine in mediating lethality. Pharmacol., Biochem. and Behavior <u>39</u>: 531-533, 1991.

22.) <u>Mash, D.C.,</u> Pablo, J., Buck, B.E., Sanchez-Ramos, J. and Weiner, W.J. Distribution and number of transferrin receptors in Parkinson's disease and in MPTP-treated mice. Exp. Neurology <u>114</u>: 73-81, 1991.

23.) Sanchez-Ramos, J.R., Song, S., <u>Mash, D.C.</u>, and Weiner, W.J., 21-Aminosteroids interact with the dopamine transporter to protect against $MPP^+$ toxicity. J. Neurochemistry <u>58</u>: 328-334, 1992.

24.) <u>Mash, D.C.</u> and Flynn, D.D., Loss of high affinity agonist binding in Alzheimer's disease - Reply, Ann. Neurol. <u>31</u>: 231-232, 1992.

25.) Flynn, D.D., Vaishnav, A.A., and <u>Mash, D.C.</u> Interactions of cocaine with primary and secondary recognition sites on muscarinic receptors. Mol. Pharm., <u>41</u>: 736-742, 1992.

26.) Mesulam, M-M., Hersh, L.B., <u>Mash, D.C.</u>, and Geula, C. Differential cholinergic innervation within functional subdivisions of the human cerebral cortex. J. Comp. Neurol. <u>320</u>: 282-299, 1992.

27.) <u>Mash, D.C.</u> and Zabetian, C., Sigma receptors are associated with cortical limbic areas in the primate brain. Synapse <u>12</u>: 195- 205, 1992.

28.) Wang, S.Z., Zhu, S., <u>Mash, D.C.</u> and El-Fakahany, E.E. Comparisons of the concentration of messenger RNA levels encoding four muscarinic receptor subtypes in control and Alzheimer brains. Brain Res. <u>16</u>:64-70, 1992.

29.) Mesulam, M-M., <u>Mash, D.C.,</u> Hersh, L.B., Bothwell, M., and Geula, C., Cholinergic innervation of the human striatum, globus pallidus, subthalamic nucleus, substantia nigra, and red nucleus. J. Comp. Neurol. <u>323</u>:252- 268, 1993.

30.) Perez-Pinzon, M.A., Rosenthal, M., Sick, T.J., Lutz, P., Pablo, J., and <u>Mash, D.C.,</u> Down-regulation of sodium channels during anoxia: A putative survival strategy of turtle brain. Amer. J. Physiology <u>262</u>: 712 -714, 1993.

31.) Flynn, D.D. and <u>Mash, D.C.</u> Distinct kinetic binding properties of N-[$^3$H]-methylscopolamine afford differential labeling and localization of M1, M2 and M3 muscarinic receptors in the primate brain. Synapse <u>14</u>: 283 - 296, 1993.

32.) Shapshak, P., McCoy, C., Rivers, J., <u>Mash, D.C.</u>, Chitwood, D., Weatherby, N., and Shah, S., Inactivation of human immunodeficiency virus-1 at short time intervals using undiluted bleach. J. AIDS <u>6</u>: 218-219, 1993.

33.) Flynn, D.D., Sanchez, J. and <u>Mash, D.C.</u>, Perinatal cocaine exposure alters sigma binding sites density in the placenta. Res. Comm. Substances of Abuse <u>14</u>: 17 - 36, 1993.

34.) Emre, M., Heckers, S., <u>Mash, D.C,</u> Geula, C., and M-M. Mesulam, Cholinergic innervation of the amygdaloid complex in the human brain and its alterations in Alzheimer's disease. J. Comp. Neurol. <u>336</u>: 117 - 134, 1993.

35.) <u>Mash, D.C.</u>, Sanchez-Ramos, J., and Weiner, W. J., Transferrin receptor regulation in Parkinson's disease and MPTP-treated mice. Advances in Neurology <u>60</u>: 133 -139, 1993.

36.) Staley, J.K., Basile, M., Flynn, D.D., <u>Mash D.C.</u> Visualizing dopamine and serotonin transporters in the human brain with the potent cocaine analog [$^{125}$I]RTI-55: *In vitro* binding and autoradiographic characterization. J. Neurochem. <u>62</u>: 549 - 556, 1994.

6

37). Chakko, S., Sepulveda, S., Kessler, K., Mash, D.C., Prineas, R., and Myerberg, R. J. Frequency and Type of electrocardiographic abnormalities in cocaine abusers (Electrocardiogram in cocain abuse). Am. J. Cardiology 74: 710 - 713, 1994.

38.) Uhl, G., Walther, D., Mash, D.C., Faucheux, B., and Javoy-Agid, F. Dopamine transporter mRNA in Parkinson's disease and control substantia nigra. Ann. Neurol. 35: 494-498, 1994 .

39.) Shapshak, P., McCoy, C.B., Shah, S.M., Page, J.B., Rivers, J., Weatherby, N., Chitwood, D.D., and Mash, D.C. Preliminary laboratory studies on inactivation of HIV-1 in needles and syringes containing infected blood using undiluted household bleach, J. AIDS 7: 754 - 759, 1994.

40.) Newman, H.A., Allen, A.C., Witkin, J.M., Izenwasser, S., Mash, D.C. and Katz, J.L. The thermal decomposition product of "crack", AEME, and analogs do not appear to contribute acutely to the pharmacological or toxicological actions of cocaine. Med. Chem. Res. 4: 93 - 110, 1994.

41.) Baghdoyan, H.A., Mallios, V.J., Duckrow, R.B. and Mash, D.C. Localization of muscarinic receptor subtypes in brain stem areas regulating sleep. NeuroReport 5: 1631 - 1634, 1994.

42.) Ferrari-Dileo, G., Waelbroeck, M., Mash, D.C., and Flynn, D.D., A novel strategy for the selective labeling and localization of the M4 (m4) muscarinic receptor subtype. Mol. Pharm. 46:1028 - 1035, 1994.

43.) Zabetian, C., Staley, J. K., Flynn, D.D., and Mash, D.C. Kinetic and equilibrium analysis of [$^3$H]-(+)-pentazocine binding to sigma recognition sites in human cerebellum. Pharmacol. Letters 55: 389 - 395, 1994.

44.) Staley, J.K., Hearn, W.L., Ruttenber, A.J., Wetli, C.V., and Mash, D.C. High affinity cocaine recognition sites on the dopamine transporter are elevated in fatal cocaine overdose victims. J. Pharm. Exp. Ther. 271:1678 - 1685, 1994.

45.) Flynn, D.D., Ferrari-Dileo, G., Mash, D.C., and Levey, A.I., Differential regulation of molecular subtypes of muscarinic receptors in Alzheimer's disease. J. Neurochem. 64: 1888 - 1891, 1995.

46.) Ferrari-DiLeo, G., Mash, D.C., and Flynn, D.D., Attenuation of muscarinic receptor -G protein interaction in Alzheimer's disease. Mol. and Chem. Neuropath. 24: 69-91, 1995.

47.) Staley, J.K., Boja, J.W., Carroll, F.I., Seltzman, H., Wyrick, C.D., Lewin, A.H., Abraham, P., and Mash, D.C., Mapping the dopamine transporter in human brain with the novel selective cocaine analog [$^{125}$I]RTI-121, Synapse 21: 364 - 372, 1995.

48.) Mash, D.C., Staley, J.K., Baumann, M., Rothman, R.P., and Hearn, W.L., Identification of a primary metabolite of ibogaine that targets serotonin transporters and elevates serotonin. Pharmacol. Letters 57: 45-50, 1995.

49.) Mash, D.C., Pablo, J., Staley, J. K., Holohean, A.M., Hackman, J.C., and Davidoff, R.A., Properties of Ibogaine and a principal metabolite (12-Hydroxyibogamine at the MK-801 binding site on the NMDA- receptor complex. Neurosci. Letters 192: 53-56, 1995.

50.) Flynn, D.D., Ferrari-Dileo, G., Levey, A.I., and Mash, D.C., Differential alterations in muscarinic receptor subtypes in Alzheimer's disease: Implications for cholinergic based therapy. Life Sci. 56: 869-876, 1995.

51.) Hearn, W.L., Pablo, J., Hime, G. and Mash, D.C. Identification and quantitation of ibogaine and an o-demethylated metabolite in brain and biological fluids using gas chromatography/mass spectrometry. J. Anal. Tox. 19: 427 - 434, 1995.

7

52.). Baumann, M. H., Mash, D.C. and Staley, J.K., The serotonin agonist m-chlorphenylpiperazine (mCPP) binds to serotonin transporter sites in human brain. Neuroreport 6: 2150 - 2152, 1995.

53.) Mash, D.C., Staley, J.K., Doepel, F.M., Young, S., Ervin, F.R., and Palmour, R.P., Altered dopamine transporter densities in alcohol-preferring vervet monkeys. Neuroreport 7: 457 - 462, 1996.

54.) Wetli, C.V., Mash, D.C. and Karch, S. Cocaine-associated agitated delirium and the neuroleptic malignant syndrome. Amer. J. Emer. Med. 14: 425 - 428, 1996.

55.) Shah, S.M., Shapshak, P., River, J.E., Stewart, R.V., Weatherby, N.L., Xin, K.-Q., Page, J.B., Chitwood, D., Mash, D.C., Vlahov, D., and McCoy, C.B., Detection of HIV-1 DNA in needle/syringes, paraphernalia, and washed from shooting galleries in Miami: A preliminary laboratory report. J. AIDS. 11(3): 301-306, 1996.

56.) Staley, J.K. and Mash, D.C. Adaptive increase in $D_3$ dopamine receptors in the brain reward circuits in cocaine fatalities. J. Neurosci. 16:6100-6106, 1996.

57.) Callaway, J.C., Raymom, L.R., Hearn, W.L., McKenna, D.M., Grob, C., Brito, G. and Mash, D.C., Quantitation of N, N-dimethyltryptamine and harmala alkaloids in human plasma after oral dosing with Ayahuasca. J. Anat. Tox. 20:492-497, 1996.

58.) Staley, J.K., Ouyang, Q, Pablo, J., Hearn , W.L., Flynn, D.D., Rothman, R.B., Rice, K.C. Mash, D.C., Pharmacological screen for activities of 12-hydroxyibogamine: A primary metabolite of the indole alkaloid ibogaine. Psychopharmacology 127:10-18, 1996.

59.) Ruttenber, A. J., Lawler-Haevener, J., Wetli, C.V., Hearn, W. L., and Mash, D.C., Fatal excited delirium following cocaine use: Epidemiologic findings provide evidence for new mechanisms of cocaine toxicity. J. Forensic Tox. 42: 25 -31, 1997.

60.) Mash, D.C. Are neuroadaptations in $D_3$ dopamine receptors linked to the development of cocaine dependence? Mol. Psychiatry (News and Views) 2: 7-8, 1997.

61.) Segal, D.M., Moraes, C.T., and Mash, D.C. Upregulation of $D_3$ dopamine receptor mRNA in the nucleus accumbens from human cocaine overdose fatalities. Mol. Brain Res., 45(2) 335 - 339, 1997.

62.) Staley, J.K., Talbot, J.Z., Ciliax, B.J., Miller, G.W., Levey, A.I., Kung, M.P., Kung, H., and Mash, D.C. Radioligand and immunoautoradiographic evidence for a lack of toxicity to dopaminergic neurons in human cocaine overdose victims. Brain. Res. 747: 219 - 229, 1997.

63.) Miller, G.W., Staley, J.K., Heilman, C.J., Perez, J.T., Mash, D.C., Rye, D.B., and Levey, A.I., Immunochemical analysis of dopamine transporter protein in Parkinson's Disease. Ann Neurol. 41: 530 - 539, 1997.

64.) Efange, S.M.N., Garland, E., Staley, J.K., Khare, A. B., and Mash, D.C., Vesicular acetylcholine transporter (VAChT) density and Alzheimer's disease. Neurobiology of Aging. 18(4):407-13, 1997.

65.) Staley, J.K., Mash, D.C., Parsons, S.M., Khare, A.B., and Efange, S.M., Pharmacological characterization of the vesamicol analogue (+)-[125I]MIBT in primate brain. Eur. J. Pharmacol. 338: 159-169, 1997.

66.) Staley, J.K. Rothman, R.B. Rice, K.C., Partilla, J. Mash, D.C. Kappa2 opioid receptors in limbic areas of the human brain are upregulated by cocaine in fatal overdose victims. J. Neuroscience. 17(21):8225-33, 1997.

300

67.) Guillozet, A.L. Smiley, J.F. Mash, D.C., Mesulam, M.-M. Butyrylcholinesterase in the life cycle of amyloid plaques. Ann. Neurology. 42(6):909-18, 1997.

68.) Efange, S.M.N., Mash, D.C., Khare, A.B., Ouyang, Q. Modified ibogaine fragments: synthesis and preliminary pharmacological characterization of 3-ethyl-5-phenyl-1,2,3,4,5,6 hexahydroazepino [4,5-b] benzothiophenes. J. Med. Chem. 41(23):4486-91, 1998.

69.) Pablo, J. and Mash, D.C. Noribogaine stimulates naloxone-sensitive [$^{35}$S]GTPγS binding. NeuroReport 9:109-114, 1998.

70.) Obach, R. S., Pablo, J. and Mash, D.C. Cytochrome P4502D6 catalyzes the O-demethylation of the psychoactive alkaloid ibogaine to 12-hydroxyibogamine. Drug Metabolism and Disposition 25(12):1359-69, 1998.

71.) Deecher, D.C. Mash, D.C., Staley, J.K. and Mufson, E.J., Characterization and localization of galanin receptors in human entorrhinal cortex. Regal. Peptide. 73(3):149-59, 1998.

72.) Einstein, G., Patel, V., Bautista, P., Kenna, M., Melone, L., Fader, R., Karson, K., Mann, S., Saunders, A., Hulette, C., Mash, D.C., Roses, A., and Schmechel, D. Intraneuronal ApoE in human visual cortical areas reflects the staging of Alzheimer's disease pathology. J. Neuropath. and Exp. Neurol. 57(12):1190-1201, 1998

73.) Hulette, C.M., Welsh-Bohmer, K.A., Murray, M.G., Saunders, A.M., Mash, D.C., and McIntyre, L.M., Neuropathological and neuropsychological changes in "normal" aging: Evidence for preclinical Alzheimer's disease in cognitively normal individuals. J. Neuropath. Exp. Neurol. 57:1168-1174, 1998.

74.) Ciliax, B.J., Drash, G.W., Staley, J.K., Haber, S., Mobley, C.J., Miller, G.W., Mufson, E.J., Mash, D.C. and Levey, A.I., Immunocytochemical localization of the dopamine transporter in human brain. J. Comp. Neurol., 409:38-56, 1999.

75.) Ma, S.Y., Ciliax, B.J, Stebbins, G., Jaffar, S., Joyce, J.N., Cochran, E.J., Kordower, J.H., Mash, D.C., Levey, A.I., and Mufson, E.J., Dopamine transporter-immunoreactive neurons decrease with age in the human substantia nigra: A stereologic analysis. J. Comp. Neurol., 409:25-37, 1999.

76.) Chen, L., Segal, D., and Mash, D.C., Semi-quantitative reverse-transcriptase polymerase chain reaction: An approach for the measurement of target gene expression in human brain. Brain Res.Protocols, 4:132-139, 1999.

77.) Zubaran, C., Shoaib, M., Stolerman, I.P., Pablo, J., Mash, D.C., Noribogaine generalization to the ibogaine stimulus: Correlation with noribogaine concentration in rat brain. Neuropsychopharm. 21: 119-126, 1999.

78.) Izenwasser, S., Staley, J.K., Cohn, S., and Mash D.C., Characterization of kappa1-opioid receptor binding in human insular cortex. Life Sciences, 65:857-862, 1999.

79.) Chen, L., Segal, D.M., Moraes, C.T. and Mash, D.C., Dopamine transporter mRNA in autopsy studies of chronic cocaine users. Mol. Brain Res., 73:181-185, 1999.

80.) Miller, G.W., Erickson, J.D., Perez, J.T., Penland, S.N., Mash, D.C., Rye, D.B., Levey, A.I. Immunochemical analysis of vesicular monoamine transporter (VMAT2) protein in Parkinson's disease. Exp. Neurol. 156:138-148, 1999.

81.) Callaway, J.C., McKenna, D.J., Grob, C.S., Brito, G.S., Raymon, L.P., Poland, R.E., Andrade, E.N., Andrade, E.O., Mash, D.C. Pharmacokinetics of Hoasca alkaloids in healthy humans. J Ethnopharmacol, 65(3):243-56, 1999.

82.) Mufson, E.J., Deecher, D.C., Basile M., Izenwasser, S., and Mash, D.C. Galanin receptor plasticity within the nucleus basalis in early and late Alzheimer's Disease: an *in vitro* autoradiographic analysis. Neuropharm, 39:1404-1412, 2000.

83.) Hurley, M.J., Mash, D.C., Jenner, P. Adenosine A2A receptor mRNA expression in Parkinson's disease. Neurosci. Letters, 291(1):54-8, 2000.

84.) Wang, Y., TesFaye, E., Yasuda, R.P., Mash, D.C., Armstrong, D.M., Wolfe, B.B. Effects of postmortem delay on subunits of ionotropic glutamate receptors in human brain. Brain Res. Mol. Brain Res. 80(2):123-131, 2000.

85.) Mash, D.C., Staley, J.K., Izenwasser, S., Basile, M., Ruttenber, A.J. Serotonin transporters upregulate with chronic cocaine use. J. Chem. Neuroanatomy, 20:271-280, 2000.

86.) Eshleman, A.J., Wolfrum, K, Mash, D.C., Christensen, K., and Janowsky, A. Drug interactions with the dopamine transporter in cryopreserved human caudate. J. Pharmacol. Exp. Ther., 296(2):442-449, 2001.

87.) Hurley, M.J., Mash, D.C., Jenner, P. Dopamine $D_1$ receptor expression in Parkinson's disease. Mol Brain Res. Mar 5;87(2):271-9, 2001.

88.) Baumann, M.H., Rothman, R.B., Pablo, J.P., Mash, D.C. *In vivo* neurobiological effects of ibogaine and its *o*-Des-methyl metabolite, 12-hydroxyibogamine (Noribogaine), in rats. J. Pharm. Exp. Ther. 297(2):531-539, 2001.

89.) Counts, S.E., Perez, S.E., Kahl, U., Bartfai, T., Bowser, R.P., Deecher, D.C., Mash, D.C., Crawley, J.N., Mufson, EJ. Galanin: Neurobiologic mechanisms and therapeutic potential for Alzheimer's disease. CNS Drug Reviews, 7(4):445-470, 2001.

90.) Henderson, R.F., Barr, E.B., Blackwell, W.B., Clark, C.R., Conn, C.A, Kalra, R., March, T.H., Sopori, M.L, Tesfaigzi, Y., Menache, M.G., Mash, D.C., Dokladny, K., Kozak, W., Kozak, A., Wachulec, M., Rudolph, K., Kluger, M.J., Singh, S.P., Razani-Boroujerdi, S., Langley, R.J. Response of F344 rats to inhalation of subclinical levels of sarin: exploring potential causes of Gulf War illness. Toxicology and Industrial Health, 17:294-297, 2001.

91.) Miksys, S., Rao, Y., Hoffmann, E., Sellers, E.M., Mash, D.C., Tyndale, R.F. Regional and cellular expression of cytochrome P450 2D6 in human brain: Higher levels in alcoholics. J. Neurochem. 82:1376-1387, 2002.

92.) Mash, D.C., Pablo, J., Ouyang, Q., Hearn, W.L., Izenwasser, S. Dopamine transport function is elevated in cocaine users. J. Neurochem. 81:292-300. 2002.

93.) Bannon, M.J., Pruetz, B., Manning-Bog, A.B., Whitty, C.J., Michelhaugh, S.K., Sacchetti, P., Grannerman, J.G., Mash, D.C., Schmidt, C.J. Decreased expression of the transcription factor NURR1 in dopamine neurons of cocaine abusers. Proc. Nat. Acad. Sci., 99(9):6382-6385, 2002.

94.) Perez, S., Basile, M., Mash, D.C., Mufson, E.J. Galanin receptor over-expression within the amygdala in early Alzheimer's disease: An in-vitro autoradiographic analysis. J Chem. Neuro. 24:109-116, 2002.

95.) Henderson, R.F., Barr, E.B., Blackwell, W.B., Clark, C.R., Conn, C.A., Kalra, R., March, T.H., Sopori, M.L., Tesfaigzi, Y., Menache, M.G., Dokladny, K., Kozak, W., Kozak, A., Wachulec, M., Rudolph, K., Kluger, M.J., Singh, S.P., Razani-Boroujerdi, S., Mash, D.C., Langley, R.J. Response of rats to low levels of sarin. Toxicol Appl Pharmacol. 184(2):67-76 2002.

96.) Hurley, MJ, Mash, DC., Jenner, P. Expression of cannabinoid CB1 receptor mRNA in basal ganglia of normal and parkinsonian human brain. J. Neurol. Transm. 110: 1279-1288, 2003.

10

97.)     Guillozet, A.L., Weintraub, S., Mash, D.C., Mesulam, M-Marsel. Neurofibrillary tangles, amyloid plaques and memory impairment in aging and MCI. Arch. Neurol., 60(5):729-36, 2003.

98.)     Mash, D.C., Ouyang, Q., Pablo, J., Basile, M., Izenwasser, S., Lieberman, A., Perrin, R. Cocaine abusers have an overexpression of alpha-synuclein in dopamine neurons. J. Neurosci., 23(7):2564-2571, 2003.

99.)     Howard, L.A., Miksys, S., Hoffmann, E., Mash, D., Tyndale, R.F. Brain CYP2E1 is induced by nicotine and ethanol in rat and is higher in smokers and alcoholics. Br J Pharmacol;138(7):1376-86, 2003.

100.)    Miksys, S., Lerman, C., Shiled, P.G., Mash, D.C., Tyndale, R.F. Miksys S, Lerman C, Shields PG, Mash DC, Tyndale RF. Smoking, alcoholism and genetic polymorphisms alter CYP2B6 levels in human brain. Neuropharmacology. 45(1):122-32, 2003.

101.)    Pasarella, D., Favia, R., Giardini, A., Lessma, G., Martinelli, M., Silvani, A., Danieli, B., Efange, S.M.N., and Mash, D.C. Ibogaine analogues. Synthesis and preliminary pharmacological evaluation of 7-heteroaryl-2-azabicyclo[2.2.2]oct-7-enes. Biorg Med Chem 11(6):1007-14, 2003.

102.)    Tang, W.X., Fasulo, W.H., Mash, D.C., Hemby, S.E. Molecular profiling of midbrain dopamine regions in cocaine overdose victims. J. Neurochem, 85: 911-924, 2003.

103.)    Hurley, M.J., Mash, D.C., Jenner, P. Markers for dopaminergic neurotransmission in the cerebellum in normal individuals and patients with Parkinson's disease examined by RT-PCR. J. Neurochem. 18:2668-2672, 2003.

104.)    Lockhart, P.J., Lincoln, S., Hulihan, M., Kachergus, J., Wilkes, K., Bisceglio, G., Mash, D.C., Zbigniew Wszolek, and Farrer, MJ. DJ-1 mutations are a rare cause of recessively inherited early-onset Parkinsonism mediated by loss of protein function. J. Med. Genet, 41:1-6, 2004.

105.)    Stephens, B.G., Baselt, R., Jentzen, J.M., Karch, S., Mash, D.C., Wetli, C. V. Criteria for the interpretation of cocaine levels in human biological samples and their relation to cause of death. J Forensic Med. Path. 25(1):1-10, 2004.

106.)    Stephens, B.G., Jentzen, J.M., Karch, S., Wetli, C.V., and Mash, D.C. National Association of Medical Examiners position paper on the certification of cocaine-related deaths. J. Forensic Med. Path. 25(1):11-13, 2004.

107.)    Mesulam, M., Shaw, P., Mash, D.C., Weintraub, S. Cholinergic nucleus basalis tauopathy emerges early in the aging-MCI-AD continuum. Ann. Neurology, 55:815-825, 2004.

108.)    Zhu, G., Lipsky, R.H., Xu, K., Ali, S., Hyde, T., Kleinman, J., Akhtar, L.A., Mash, D.C., Goldman, D. Differential expression of human COMT alleles in brain and lymphoblasts detected byRT-coupled 5' nuclease assay. Psychopharm. 177:178-184, 2004.

109.)    Mash, D.C., Ouyang, Q., Qin, Y, and Pablo, J. Norepinephrine transporter immunoblotting and radioligand binding in cocaine abusers. J Neurosci Methods. 143(1):79-85, 2005.

110.)    Rossi, M.A., Mash, D.C., and deToledo-Morrell. Spatial memory in aged rats is related to PKCγ G-protein coupling of the M1 receptor. Neurobiol Aging. 26(1):53-68, 2005.

111.)    Papapetropoulos, S., Gonzalez, J., Lieberman, A., Mash, D.C. Dementia in Parkinson disease: a post-mortem study in a population of brain donors. Int J Geriatr Psychiatry. 20(5):418-22, 2005.

112.)    Papapetropoulos, S., Mash, D.C. The neurochemical mechanism of rebound psychosis in Parkinson's disease. Mov Disord. 20(4):515, 2005.

303

113.) Papapetropoulos, S., Singer, C., Villar, J.M., Gonzalez, J., Mash, D.C. Does cigarette smoking provide clinically significant neuroprotection among patients diagnosed with Parkinson's disease? Mov Disord. 20(5):641-642, 2005.

114.) Papapetropoulos, S., Mash, D.C. Psychotic symptoms in Parkinson's disease. From description to etiology. J Neurol. 252(7):753-64, 2005.

115.) Papapetropoulos, S. Mash, D.C. Alpha-synuclein aggregation and its relation to neurodegenerative diseases. Ann Neurol. 57(4):605, 2005.

116.) Papapetropoulos, S., Lieberman, A., Gonzalez, J., Mash, D.C. Can Alzheimer's type pathology influence the clinical phenotype of Parkinson's disease?" Acta Neurol Scand. 111(6):353-9, 2005.

117.) Papapetropoulos, S., Gonzalez, J., Mash, D.C. Natural History of Progressive Supranuclear Palsy: A Clinicopathologic Study from a Population of Brain Donors. Eur Neurol. 54(1):1-9, 2005.

118.) Mash, D.C. Ibogaine Therapy. Euro Neuropsychopharm. 15(3):S322, 2005.

119.) Hemby, S.E., Tang, W., Mully, E.C., Kuhar, M.J., Howell, L., and Mash, D.C. Cocaine-induced alterations in nucleus accumbens ionotropic glutamate receptor subunits in human and non-human primates. J Neurochem. 95(6):1785-93, 2005.

120.) Qin, Y., Ouyang, Q., Pablo, J., and Mash, D.C. Cocaine abuse elevates alpha-synuclein and dopamine transporter levels in the human striatum. Neuroreport. 16(13):1489-93, 2005

121.) Papapetropoulos, S., Singer, C., McCorquodale, D., Gonzalez, J., Mash, D.C. Cause, seasonality of death and co-morbidities in progressive supranuclear palsy (PSP). Parkinsonism Relat Disord. 11(7):459-63, 2005.

122.) Papapetropoulos, S., Villar, J.M., Gonzalez, J., Mash, D.C. Disparities in death certificates of Parkinson's disease patients: a report from a population of brain donors. Mov Disord. Mar 16; [Epub ahead of print] 2006.

124.) Passarella, D., Barilli, A., Efange, SMN., Elisabetsky, E., Leal, M.B., Lesma, G., Linck, V.M., Mash, D.C., Martinelli, M., Peretto, H., Silvani, A., Danieli, B. Nature-inspired indolyl-2-azabicyclo [2.2.2] act-7-ene derivatives as promising agents for the attention of withdrawl symptoms. Synthesis of 20-desethyl-20-hydroxymethyl-11-demethoxyibogaine. Nat Prod Res. Jul;20(8):758-65, 2006.

125.) Papapetropoulos, S., Gonzalez, J., Mash, D.C. The effect of ischemic cerebrovascular disease on the survival duration and clinical characteristics of Parkinson's disease. A post-mortem study. Eur J Neurol. Jan;13(1):96-7, 2006.

126.) Papapetropoulos, S., Lieberman, A., Gonzalez, J., Singer, C., Laufer, D., Mash, D.C. Family history of dementia is more common in Dementia with Lewy bodies than in Parkinson's disease dementia patients. J Neuropsychiatry Clin Neurosci. 18(1):113-6, 2006.

127.) Ross, O., Toft, M., Johnson, J.L., Mash, D.C, Papapetropoulos, S., Litvan, I., Gordon, M.F., Farrer, M.J., Dickson, D.W. Lrrk2 and Lewy body disease. Ann Neurol. 59(2):388-93, 2006.

128.) Drgon, T., Lin, Z., Wang, G-J., Fowler, J., Kouzmenko, A., Pablo, J., Mash, D.C., Volkow, N., Uhl, G.R. Common human 5' dopamine transporter (SLC6A3) haplotypes yield varying expression levels *in vivo*. Cell Mol Neurobiol. 26(4-6):875-89, 2006.

12

129.) Papapetropoulos S, Villar JM, Mash DC. Is ischemic cerebrovascular disease a risk factor for dementia in patients with Parkinson's disease? Acta Neurol Scand. May;113(5):353-4, 2006.

130.) Papapetropoulos S, Gonzalez, J., Mash DC, Cortical and amygdalar Lewy body burden in Parkinson's disease patients with visual hallucinations. Parkinsonism Relat Disord. May;12(4):253-6, 2006.

131.) Papapetropoulos, S., Singer, C., Ross, O., Toft, M., Farrer, M.J., Mash, D.C. Clinical heterogeneity of Lrrk2 G2019S. Arch of Neurology. Sep;63(9):1242-6, 2006.

132.) Papapetropoulos S, Mash DC. Insular pathology in Parkinson's disease patients with orthostatic hypotension. Parkinsonism Relat Disord. 13 (5): 308-311. 2006

133.) Grudzien, A., Shaw, P., Weintraub S., Bigio, E., Mash, D.C., Mesulam, M-M. Locus coeruleus neurofibrillary degeneration in aging, mild cognitive impairment and early Alzheimer's disease. Neurobiol Aging 28(3):327-35, 2007.

134.) Papapetropoulos S,, Ferrer M.J., Stone J.T., Milkovic N.M., Ross O.A, Calvo L., McQuorquodale D., Mash D.C. Phenotypic associations of tau and ApoE in Parkinson's disease. Neurosci Lett. 414(2):141-4, 2007.

135.) Papapetropoulos S., ffrench-Mullen J.M, Mccorquodale D., Buck A., Qin Y., Pablo J., Mash D.C. Multiregional Gene Expression Profiling Identifies mitochondrial ribosomal protein S6 (MRPS6) as a candidate gene for Parkinson'Disease. Gene Expression Vol 13, pp1-100, 2007.

136.) Papapetropoulos S., Tuchman A., Laufer D., Papatsoris A.G., Papapetropoulos N., Mash D.C. Causes of death in multiple system atrophy. J Neurol Neurosurg Psychiatry 78(3):327-9, 2007

137.) Papapetropoulos S., Adi, N., Mash, D.C., Shehadi L., Bishopric N., Shehadi L. Expression of alpha-synuclein mRNA in Parkinson's disease. Mov Disord. 22(7):1057-9, 2007.

138.) Lincoln S., Ross O., Milkovic N.M., Dickson D.W., Rajput A., Robinson C.A., Papapetropoulos S., Mash D.C., Farrer M.J. Quantitative PCR-based screening of alpha-synuclein multiplication in multiple system atrophy. Parkinsonism Relat Disord. 13(6):340-2, 2007.

139.) Lesnick TG, Papapetropoulos S, Mash DC, Ffrench-Mullen J, Shehadeh L, de Andrade M, Henley JR, Rocca WA, Ahlskog JE, Maraganore DM. A genomic pathway approach to a complex disease: Axon guidance and Parkinson disease. PLoS Genet. Jun 15;3(6):e98. [Epub ahead of print] 2007.

140.) Tannu N., Mash D.C., Hemby S.E., Cytosolic proteomic alterations in the nucleus accumbens of cocaine overdose victims. Mol Psychiatry 2007 Jan;12(1):55-73.

141.)Adi N, Shehadeh L, Ramachadran A, Mash D, Bishopric N, Papapetropoulos S. Gene expression of MT1 and MT2 receptors in Parkinson's disease human post mortem brain. J Pineal Res (Under review - 2007).

142.) Mash DC, ffrench-Mullen J, Adi N, Qin Y, Buck A, Pablo J. Gene expression in human hippocampus from cocaine abusers identifies genes which regulate extracellular matrix remodeling. PLoS ONE 1 Jan 2007 2(11): p. e1187. [e-pub ahead of print] http://www.plosone.org/doi/pone.000.1187, 2007

143.) Mash DC, Adi N, Duque L, Pablo J, Kumar M, Ervin FR. Alpha synuclein protein levels are increased in serum from recently abstinent cocaine abusers. Drug Alc Dep (In Press 2007, epub ahead of print doi:10.1016/j.drugalcdep.2007.09.020)

144.) Schenk S, Hely L, Lake B, Daniela E, Gittings D, Mash DC. MDMA self-administration in rats: Acquisition, progressive ratio responding, and serotonin transporter binding. Eur J Neurosci 26: 3229–3236, 2007.

13

145.) Zhou, Z., Zhu, G., Hariri, A. R., Scott, D., Sinha, R., Virkkunen, M., <u>Mash, D.C.</u>, Lipsky, R., Hu, Z-Z., Xu, K., Buzas, B., Enoch, M-A, Yuan, Q., Pei-Hong, S., Ferrell, R.E., Manuck, S.B., Brown, S. M., Hauger, R. L., Stohler, C.S., Kar-Zubieta, J., and Goldman, D. Variation in expression of neuropeptide Y has convergent effects on human emotion and stress. Nature (revised submission under review - 2007).

146.) Pablo J., Banack S.SA., Cox P.A., Johnson T.E., Papapetropoulos S., Bradley W., Mash D.C. Neurotoxic non-protein amino acid BMAA in patients dying with ALS and Alzheimer's Disease. PNAS (in press 2008)

## 18a. Patent and Patent Applications

1.) Mash, D.C., Sanchez-Ramos, J. and Hearn, W.L. A method of treating chemical dependence in mammals and a composition thereof. Patent Feb. 19, 2002.

2.) Efange, S.M.N. and Mash, D.C., Bioactive Tricyclic Ibogaine Analogs, Patent awarded, January, 1996.

3.) Efange, S.M.N. and Mash, D.C., Spiroindanamines and Spiroindanimides, Patent awarded, September, 1999.

## 19. Other works and publications.

1.) Baker, H.D., <u>Mash, D.C.</u> and May, J.G. Interocular transport of the McCollough effect. Assoc. of Res. in Vision and Opthamology., 1976.

2.) <u>Mash, D.C.</u>, Worden, I.G. and Berkley, K.J. Projections from the lateral cervical nucleus and the dorsal column nuclei to and within the n. ventralis posterolateralis of the cat thalamus. Soc. Neurosci. Abstr. $\underline{2}$:1359, 1976.

3.) Berkley, K.J. and <u>Mash, D.C.</u> Projections of the first and second somatic sensory cortex the motor cortex, and the cerebellum to the posterior group of nuclei in the cat. Soc. Neurosci. Abstr. $\underline{3}$:1516, 1977.

4.) Berkley, K.J. and <u>Mash, D.C.</u> A comparison of the lateral cervical nucleus and the spinothalamic tract in the cat and monkey. Pain Abstr. $\underline{1}$:192,1977.

5.) <u>Mash, D.C.</u> and Berkley, K.J. Projections from the spinal cord and the gracile, cuneate, trigeminal and lateral cervical nuclei to the posterior group of nuclei in the cat. Soc. Neurosci. Abstr. $\underline{3}$:1557, 1977.

6.) Berkley, K.J., Molinari, H.H., and <u>Mash, D.C.</u> The effects of various cations upon the incorporation of proline into the macromolecules of large cells within the dorsal column nuclei of the cat. Soc. Neurosci. Abstr. $\underline{4}$:1202, 1978.

7.) <u>Mash, D.C.</u>, Soliman, K.F.A. and Walker, C.A. Circadian variations in beta endorphin content in specific areas of the rat brain. Fed. Proc. $\underline{39}$:605, 1980.

8.) <u>Mash, D.C.</u>, Soliman, K.F.A. and Walker, C.A. The effect of altering 5-hydroxytryptamine levels on beta endorphin content in rat brain. Fed. Proc. $\underline{40}$: 287, 1981.

9.) Kalinoski, D.L., <u>Mash, D.C.</u>, Toscano, P.T. and Potter, L.T. Circadian variations in the binding of quinuclidinyl benzilate to muscarine receptors in the rat brain. Fed. Proc. $\underline{41}$:1634, 1982.

10.) <u>Mash, D.C.</u> and Potter, L.T. Autoradiographic localization of M1 and M2 receptors in the rat brain. Soc. Neurosci. Abstr. $\underline{8}$:338, 1982.

11.) <u>Mash, D.C.</u> and Potter, L.T. Changes in M1 and M2 muscarine receptors in Alzheimer's disease and aging, and with lesions of cholinergic neurons. Soc. Neurosci. Abstr. $\underline{9}$:582, 1983.

12.) Mash, D.C., Sevush, S. Flynn, D.D., Norenberg, M.D., and Potter, L.T. Loss of M2 muscarine receptors in Alzheimer's disease. Neurology 34 (suppl.) 120-122, 1984.

13.) Ferrari-Dileo, G., Mash, D.C. and Potter, L.T. Autoradiographic studies of muscarine receptors in human cerebral arteries. Soc. Neurosci. Abstr. 10:608, 1984.

14.) Flynn, D.D. and Mash, D.C. Nicotine receptors in human frontal and infratemporal cortex: Comparison between Alzheimer' disease and the normal. Soc. Neurosci. Abstr. 11: 1118, 1985.

15.) Mufson, E. J., Martin, T.L. Mash, D.C. Wainer, B.H., and Mesulam, M-M. Cholinergic projections from the parabigeminal nucleus (Ch8) to the superior colliculus of the mouse. Soc. Neurosci. Abstr. 11:1238, 1985.

16.) Green, R.C., Moran, M.A., Martin, T.L. Mash, D.C., Mufson, E.J. and Mesulam, M-M. Distribution of acetylcholinesterase fiber staining in the human hippocampus and parahippocampal gyrus. Soc. Neurosci. Abstr. 12: 729, 1986.

17.) Mash, D.C. and Mesulam, M-M. Muscarine receptor distributions within architectonic subregions of the primate neocortex. Soc. Neurosci. Abstr. 12:809, 1986.

18.) Hefti, F., Hartikka, J., Salvatierra, A. Weiner, W.J., and Mash, D.C. Localization of nerve growth factor receptors in cholinergic neurons of the human basal forebrain. Soc. Neurosci. Abstr. 12:281, 1986.

19.) Mash, D.C., White, W.F., Mufson, E.J., and Mesulam, M-M. Muscarinic and nicotinic receptors in the hippocampal formation of the monkey. Neurology 37: 194, 1987.

20.) Mash, D.C. and Weiner, W.J. Mosaic of cholinergic pre- and postsynaptic markers in the primate striatum. Neurology 37: 266, 1987.

21.) Mash, D.C. Architectonics of muscarinic receptor subtypes in the primate cerebral cortex. J. Amer. Ger. Soc. 35:896, 1987.

22.) Flynn, D.C., Suarez, A., Cordoves, A., and Mash, D.C. Differential regulation of muscarinic receptor subtypes in the cerebral cortex by chronic tetrahydroaminoacridine administration. Soc. Neurosci. Abstr. 13: 726, 1987.

23.) Mufson, E.J. and Mash, D.C. Pathology in brainstem cholinergic neurons in Alzheimer's disease. Soc. Neurosci. Abstr. 13: 1461, 1987.

24.) Rosenblatt, D., Mash, D.C. and White, W.F. Characterization of cholinergic receptors in astrocyte cultures of the cerebral cortex. Soc. Neurosci. Abstr. 13:1377, 1987.

25.) Mesulam, M-M. and Mash, D.C. Organization of cortical cholinergic innervation in the primate brain. Neuroscience (suppl.) 22: S105, 1987.

26.) Efange, S.M., Mash, D.C., Hefti, F., Kung, K., Heal, A.V., Guo, Y., Billings, J., Pan, S. and Dutta, A. A potential radiotracer for mapping central noradrenergic innervation. Soc. Nuclear Med., 15:189, 1988.

27.) Montero, C., Mash, D.C., Junard, M., and Hefti, F., Further analysis of NGF effects in rats with partial fimbrial transections. Soc. Neurosci. Abstr. 14: 825, 1988.

28.) Pablo, J., Efange, S. M., Flynn, D.D., Weiner, W.J., and Mash, D.C., Characterization and localization of transferrin receptors in the rat brain. Soc. Neurosci. Abstr. 14: 171, 1988.

15

29.) Globus, M.Y.T., Mash, D.C., Dietrich, W.D., Busto, R., Valdes, J., and Ginsberg, M.D. Dopamine D1 but not D2 receptors are sensitive to ischemia in the rat striatum. Soc. Neurosci. Abstr. 14: 501, 1988.

30.) Mash, D.C., Pablo, J., Weiner, W.J., Flynn, D.D., and Efange, S.M. Distribution and status of transferrin receptors in Parkinson's disease. Ann. Neurology (suppl.) 39: 424, 1988.

31.) Mash, D.C., Flynn, D.D., Pablo, J., Dewanjee, M., Weiner, W., and Mufson, E.J., Distribution and status of transferrin receptors in Parkinson's disease. Ann. Neurology 24: 172, 1989.

32.) Mash, D.C., Ruttenber, A.J., Wetli, C.V., Weiner, W.J., Itzhak, Y. and Pablo, J. Binding characteristics of cocaine and tropacocaine to muscarinic and sigma receptors in the human brain. Soc. Neurosci. Abstr. 15:803, 1989.

33.) Terry, L.M., Keran, E., Hearn, L., Sanchez-Ramos, J., Basile,M., Pablo, J. and Mash, D.C. Chronic cocaine-induced alterations in dopaminergic pre- and postsynaptic markers. Soc. Neurosci. Abstr. 15:803, 1989.

34.) Flynn, D.D. and Mash, D.C. Loss of guanine nucleotide-sensitive agonist binding to M1 muscarinic receptors in Alzheimer's disease. Soc. Neurosci. Abstr. 15: 1111, 1989.

35.) Strang, P.C., Mash, D.C., and Flynn, D.D. Anti-peptide antibodies to m1 muscarinic receptors specifically label cortical neurons. Soc. Neurosci. Abstr. 15: 811, 1989.

36.) Pablo, J., Basile, M., Efange, S.M.N., Sanchez-Ramos, J., Weiner, W.J., and Mash, D.C. Quantitative in vitro autoradiography of transferrin receptors in the striatum of MPTP-treated mice. Soc. Neurosci. Abstr. 15: 346, 1989.

37.) Mash, D.C., Itzhak, Y., Basile, M. and Weiner, W.J., Visualization of sigma receptor distributions in the brain of the rhesus monkey. Neurology (suppl.1) 40: 240, 1990.

38.) Mash, D.C., Flynn, D.D., Wetli, C.V., and Hearn, L., Cocaethylene binding to neurotransmitter receptors and uptake sites in the human brain. Soc. Neurosci. Abstr. 16:14, 1990.

39.) Rose, S. Hearn, W. L. Hime, G., Wetli, C.V., Ruttenber, A.J., and Mash, D.C. Cocaine and cocaethylene concentration in human post mortem cerebral cortex. Soc. Neurosci. Abstr. 16:14, 1990.

40.) Vaishnav, A.A., Mash, D.C., and Flynn, D.D. Cocaine interactions with primary and secondary recognition sites on muscarinic receptors. Soc. Neurosci. Abstr. 16: 536, 1990.

41.) Flynn, D.D., Vaishnav, A.A., Itzhak, Y., Sanchez-Ramos, L., and Mash, D.C. Characterization of sigma binding sites in human placenta: Effect of perinatal cocaine exposure. Soc. Neurosci. Abstr. 16:305, 1990.

42.) Basile, M., Mash, D.C., and Itzhak, Y. Partial overlap in the distribution of monoamine oxidase type A (MAO-A) and sigma receptors in rat and mouse brain. Soc. Neurosci. Abstr. 16:1140, 1990.

43.) Ciarleglio, A.E. and Mash, D.C. Autoradiographic localization of putative sigma receptors in the primate and human brain. Soc. Neurosci. Abstr. 16:1140, 1990.

44.) Mash, D.C., Basile, M.J., Flynn, D.D. Mapping the defect in M1 muscarinic receptor - G protein coupling in Alzheimer's disease: An autoradiographic study. Soc. Neurosci. Abstr., 17:1074, 1991.

16

45.)     Flynn, D.D., Maxwell, G., Vaishnav, A.A., Basile, M., <u>Mash, D.C.</u> Distinct kinetic properties of N-[$^3$H]-methylscopolamine binding afford differential labeling and localization of M1, M2, and M3 muscarinic receptor subtypes in the primate brain. Soc. Neurosci. Abstr. <u>17</u>:1200, 1991.

46.)     Efange, S.M.N., <u>Mash, D.C.</u> Basile, M.J., Pablo, J., and Michelson, R.H. In vitro localization of a radiolabelled vesamicol analog in the human brain. Soc. Neurosci. Abstr. <u>17</u>:1297, 1991.

47.)     Wang, S.Z., Zhu, S., <u>Mash, D.C.</u> and El-Fakahany, E.E. Measurements of brain muscarinic receptor mRNA levels in Alzheimer's disease by DNA-excess hybridization. Soc. Neurosci. Abstr. <u>17</u>: 1530, 1991.

48.)     Itzhak, Y., Stein, I., and <u>Mash, D.C.</u> Evidence for the involvement of the N-methyl-D-aspartate (NMDA) receptor in the effects of cocaine. Soc. Neurosci. Abstr. <u>17</u>:190, 1991.

49.)     Itzhak, Y., Stein, I., and <u>Mash, D.C.</u> Regulation of mu-opiod receptors following exposure to cocaine. Comm. Prob. Drug Depend., NIDA Research Monograph Series, <u>119</u>; 344, 1992.

50.)     <u>Mash, D.C.</u> Tanis, D.C., Schrank, K.S., Augenstein, J.S., Rose, S., Hearn, W.L., and Stitt, F.W. Toxicology screens for cocaethylene in emergency department and trauma admissions associated with cocaine intoxication. NIDA Research Monograph Series, <u>119</u>: 489, 1992.

51.)     Baowan, L., Mordecai, Y.T., Globus, Ginsberg, M.D., Hearn, W.L., Mash, D.C. Differential effects of cocaine and cocaethylene on extracellular dopamine and serotonin in the rat striatum. NIDA Research Monograph Series, <u>119</u>: 240, 1992.

52.)     Shapshak, P., <u>Mash, D.C.</u>, Hearn, W.L., Yoshioka, M., Nelson, S. and Tate, L. Detection of HIV in CNS tissue and cells and effects of cocaine and metabolites in vitro. NIDA Research Monograph Series, <u>119</u>: 337, 1992.

53.)     McCoy, C., Weatherby, N., Shapshak, P., Chitwood, D.D., <u>Mash, D.C.</u>, Shah, S.M., and Arguello, J.C. Combining field laboratory and intervention strategies for HIV prevention, College on Problems of Drug Dependence, 54th Annual Scientific Meeting, Keystone, Colorado, June 20 - 26, 1992.

54.)     Shapshak, P., McCoy, C, <u>Mash, D.C.</u>, Goodkin, K., Baum, M., Yoshioka, M., Sun, N., Nelson, S., Berger, J., Bradley, W., Weatherby, N., Chitwood, D., Rivers, J., Page, B., Pardo, V., Pert, C., and Tourtellotte, W.W. The brain as an HIV-1 reservoir: factors affecting HIV-1 infectivity, NIDA Research Monograph Series, <u>132</u>:73, 1993.

55.)     McCoy, C.B., Weatherby, N., Shapshak, P., Chitwood, D.D., <u>Mash, D.C.</u>, Shah, S.M., Arguello, J.E., Rivers, J., and Khoury, E.L. Combining field, laboratory, and intervention strategies for HIV prevention, NIDA Research Monograph Series, <u>132</u>:284, 1993.

56.).    Flynn, D.D., Ferrari-Dileo, G., Carsi, J., and <u>Mash, D.C.</u> Further characterization of the defect in M1 muscarinic receptor-G protein coupling in Alzheimer's disease. Life Sci. <u>52</u>: 557, 1993.

57.)     <u>Mash, D.C.</u> and Flynn, D.D. Distinct kinetic binding properties of N-[$^3$H]-methylscopolamine afford differential labeling and localizations of M1, M2 and M3 muscarinic receptor subtypes. Life Sci. <u>52</u>: 583, 1993.

58.)     Uhl, G.R., Kitayama, S., Cerruti, C., Kuhar, M.J., Shimada, S., <u>Mash, D.C.</u> and Javoy-Agid, F. Dopamine transporter: Correlates with Parkinsonian pathogenesis. Symposia on Etiology, Pathogenesis, and Prevention of Parkinson's Disease and Hyperkinetic Movement Disorders. Movement Disorders, 1993.

59.)     Uhl, G.R., Kitayama, S., Cerruti, C., Kuhar, M.J., Shimada, S., <u>Mash, D.C.</u>, and Javoy-Agid, F. Dopamine transporter expression correlates with Parkinson's disease dopaminergic damage. Amer. Neurol. Assoc., 1993.

309

60.) Staley, J., Flynn, D.D., Stitt, F., Wetli, C.V. and Mash, D.C. [$^3$H]WIN 35,428 binding to the dopamine transporter in cocaine overdose deaths. Soc. Neurosc. Abstr. 19:1843, 1993.

61.) Mallios, V.J., Spotts, J.L., Lydic, R., Mash, D.C. and Baghdoyan, H.A. Quantitative autoradiography of M1, M2 and M3 muscarinic receptor (mAChR) subtypes in respiratory-related nuclei of cat brain stem. Soc. Neurosc. Abstr. 19:749, 1993.

62.) Mash, D.C., Staley, J., Basile, M., Doepel, F.M., Ervin, F.R., and Palmour, R.P. Elevated densities of striatal dopamine transporters in alcohol preferring Vervet monkeys. Soc. Neurosc. Abstr. 19:610, 1993.

63.) Palmour, R.M., Grbavic, D., Ervin, F.R., Staley, J., and Mash, D.C. Increased signal transduction in lymphocytes cultured from alcohol preferring Vervet monkeys. Soc. Neurosc. Abstr. 19:610, 1993.

64.) Chakko, S., Sepulveda, S., Kessler, K.M., Mash, D.C., Prineas, R.J., Myerburg, R.J. Comparison of ECG abnormalities in acute and chronic cocaine abuse. Am. Heart Assoc., 1993.

65.) Boja, J.W., Kopaitic, T., Carroll, F.I., Seltzman, H.H., Wyrick, C.D., Lever, J., Staley, J., Mash, D.C., Kuhar, M.J. Selective labeling of the striatal and cerebral cortical dopamine transporter in rat and human brain by the cocaine analog [$^{125}$I]RTI-121. Soc. Neurosc. Abstr. 19:1498, 1993.

66.) Heckers, S., Mash, D.C., Geula, C., Mesulam, M-M. Basal forebrain and striatal cholinergic neurons in schizophrenia. Soc. Neurosc. Abstr. 19:838, 1993.

67.) Mash, D.C., Staley, J., Basile, M., Doepel, F.M., Wagner, J., Ervin, F.R. and Palmour, R.P. Altered densities of dopamine synaptic markers in alcohol-preferring vervet monkeys. Soc. Neurosc. Abstr. 20:1615, 1994.

68.) Palmour, R.M., Mash, D.C., Ervin, F.R. and Young, S.N. Involvement of the dopamine axis in a vervet monkey model of alcohol abuse. Soc. Neurosc. Abstr. 20:1615, 1994.

69.) Rossi, M,. deToledo-Morrell,L., Morrell.F., Mash, D.C. Age-associated uncoupling of G-protein dependent high affinity M1 muscarinic receptors in F344 rats. Soc. Neurosc. Abstr. 20:393, 1994.

70.) Efange, S. M. N., Staley, J., Ouyang, Q., and Mash, D.C., Labeling of distinct vesamicol recognition sites in the cortex and striatum of primate brain with the novel radioligand [$^{125}$I]MIBT. Soc. Neurosc. Abstr. 20:534, 1994.

71.) Staley, J., Basile, M., Ouyang, Q., and Mash, D.C. Characterization of the D3 receptor in human brain: Regulation by cocaine abuse. Soc. Neurosc. Abstr. 20: 221, 1994.

72.) Mash, D.C., Singer, J., Pablo, J., Bruce, J. and Weiner, W.J. Differential regulation of iron storage and transport markers in Parkinson's disease. Neurol. 44(suppl. 2): 575, 1994.

73.) Uhl, G.R., Surratt, C., Vaughn, R., Kuhar, M.J., Mash, D. and Javoy-Agid, F. Dopamine transporter and synaptic vesicular monoamine transporter expression and Parkinson's disease dopaminergic damage. Neurol. 44 (suppl.2 ) 615, 1994.

74.) Stewart, R., Shapshak, P., Davis, T., Masaru, Y.,. Sun, N.C., Nagano, I., Fiala, M., Mash, D.C., Perez, M., and Arguella, J.C. Isolation of macrophage/monocytes from human blood and macrophage/microglia from human brain using antibody-coated magnetic beads. Cell Vision 1: 89, 1994.

75.) Guela, C., Mash, D.C., and Mesulam, M-M., Loss of cortical cholinergic fibers in Alzheimer's disease: Lack of a relationship with tangle amyloid deposits but a modest relationship with tangle density. Neurobiology of Aging: 15(suppl 1) S120, 1994.

310

76.) Staley, J.K., Wetli, C.V., Ruttenber, A.J., Hearn, W.L., and <u>Mash, D.C.</u> Altered dopaminergic synaptic markers in cocaine psychosis and sudden death. Nida Research Monograph Series, 153:491, 1994

77.) Hearn, W.L., Sambol, N.C., Pablo, J., Hime, G.W., Doepel, F.M., Sanchez-Ramos, J., and <u>Mash, D.C.</u>, Some preliminary observations on the pharmacokinetics of ibogaine in primates and man. Amer. Acad. Forensic Science, Meeting Abstr., 1995.

78.) <u>Mash, D.C.</u>, Staley, J.K., Baumann, M. H., Rothman, R.B., and Hearn, W.L. Noribogaine: A major metabolite of ibogaine that targets serotonin transporters and elevates serotonin. NIDA Monograph Series 162: 358, 1995.

79.) Rezvani, A. H., <u>Mash, D.C.</u>, Hearn, W.L., Lee, Y.W., and Overstreet, D. H. Reduction of alcohol intake in alcohol preferring fawn-hooded and P rats by noribogaine, the primary metabolite of ibogaine. NIDA Monograph Series 162: 281, 1995.

80.) Staley, J.K., Wetli, C.V., Ruttenber, A.J., Hearn, W. L., Kung, H., and <u>Mash, D.C.</u> Dopamine transporter and receptor autoradiography in cocaine psychosis and sudden death. Biological Psych., 37 (9), 656, 1995.

81.) Staley, J.K., Rothman, R.B., Partilla, J.S., Rice, K.C., Matecka, D., Ouyang, Q., Wetli, C.V., and <u>Mash, D.C.</u> Cocaine upregulates kappa opioid receptors in human striatum. NIDA Monograph Series,121: 234, 1995.

82.) Segal, D.M., Staley, J.K., Basile, M., Wetli, C.V., Stitt, F., Hearn, W.L., and <u>Mash, D.C.</u> Neuroadaptive regulation of the D3 dopamine receptor by cocaine. NIDA Monograph Series, 1995.

83.) Larson-Prior, L.J., Smith, J.E., <u>Mash, D.C.</u>, and Lakoski, J.M., Electrophysiologic characterization of an ibogaine metabolite in the cerebellar cortex. Soc. Neurosc. Abstr. 21:716, 1995.

84.) Lakoski, J.M., Smith, J.E., and <u>Mash, D.C.</u>, Electrophysiologic characterization of an ibogaine metabolite in dorsal raphe nucleus and hippocampus. Soc. Neurosc. Abstr.21:716, 1995.

85.) Segal, D.M., Wells, J.W., Staley, J.K., and <u>Mash, D.C.</u>, Cooperativity of binding to the human dopamine transporter: A basis for a multimeric complex. Soc. Neurosc. Abstr. 21:782, 1995.

86.) <u>Mash, D.C.</u>, Staley, J.K., Efange, S.M.N., and Lakoski, J.M., Ligand binding profiles of ibogaine and its o-demethylated metabolite noribogaine: Implications for developing multi-target anti-addiction agents. Soc. Neurosc. Abstr. 21:717, 1995.

87.) Garland, E.M., Staley, J.K., <u>Mash, D.C.</u>, Basile, M., and Efange, S.M.N. Decreased binding of the vesamicol analog [$^{125}$I]-(+)- MIBT to the temporal cortex in Alzheimer's Disease. Soc. Neurosc. Abstr. 21:1974, 1995.

88.) Staley, J.K., Segal, D.M., Heilman, C.J., Levey, A.I. and Mash, D.C. Quantitation of dopamine transporter proteins in cocaine fatalities using immunological approaches. Soc. Neurosci. Abstr. <u>21</u>:721, 1995.

89.) Talbot, J.D., Staley, J.K., Kung, M-P., Kung, H.F., Weiner, W.J., and Mash, D.C. Ligand binding profile of [$^{125}$I]iodovinyltetrabenazine to the vesicular monoamine transporter in the human brain: Lack of regulation by cocaine. Soc. Neurosci. Abstr. <u>21</u>:721, 1995.

90.) Globus, M.Y.-T., Singer, J., Rabe, J. <u>Mash, D.C.</u>, Busto R., Valdes, I., and Ginsberg, M.D. Striatal dopamine receptor gene expression following transient global ischemia. Soc. Neurosc. Abstr. <u>21</u>: 993, 1995.

19

91.)   Miller, G.W., Heilman, C.J., Perez, J.T., Staley, J.K., <u>Mash, D.C.</u>, Rye, D.B., and Levey, A.I. Decreased striatal expression of dopamine transporter (DAT) in Parkinson's disease: Production of a monoclonal antibody to DAT. NIEHS Workshop on the Role of Environment in Parkinson's Disease, 1995.

92.)   <u>Mash, D.C.</u>, Douyan, R., Hearn, W.L., Sambol, N.C., Sanchez-Ramos, J. A preliminary report on the safety and pharmacokinetics of ibogaine. Biol. Psych. <u>37</u>: 652, 1995.

93.)   Staley, J.K., Wetli, C.V., Ruttenber, A. J., Hearn, W.L., Kung, H.F., <u>Mash, D.C.</u>, Dopamine transporter and receptor autoradiography in cocaine psychosis and sudden death. Biol. Psych. <u>37</u>: 656, 1995.

94.)   Miller, G., Heilman, C.J., Perez, J., Staley, J.K., <u>Mash, D.C.</u>, Rye. D., Levey, A.I. Altered striatal dopamine transporter immunoreactivity in Parkinson's disease. Soc. Neurosci. Abstr. <u>21</u>:125, 1995.

95.)   Pablo, J.P., Staley, J.K., Holohean, A.M., Hackman, J.C., Davidoff, R.A., and <u>Mash, D.C.</u> Neuronal activities of ibogaine and noribogaine at the NMDA receptor complex: Ligand binding and electrophysiological studies. Soc. Neurosci. Abstr. <u>21</u>: 1264, 1995.

96.)   Guillozet, A., Smiley, J.F., <u>Mash, D. C.</u> and Mesulam, M-M. The amyloid burden of the cerebral cortex in non-demented old age. Soc. Neurosc. Abstr.<u>21</u>: 1478, 1995.

97.)   Miller, G.W., Nash, N.R., Perez, J.T., Staley, J.K., <u>Mash, D.C.</u>, Rye, D.B. and Levey A.I. Vesicular monoamine transporter (VMAT2) immunoreactivity is reduced in Parkinson's diseased striatum. Soc. Neurosci. Abstr. <u>22</u>: 225, 1996.

98.)   Garland, E.M., Staley, J.K., Mittleman, R.E., Mufson, E.J., Weiner, W.J., and <u>Mash, D.C.</u> Cocaine delirium and sudden death: Imbalanced dopaminergic and cholinergic signaling may mediate the pathogenic consequences. Soc. Neurosc. Abstr. <u>22</u>:1930, 1996.

99.)   Rossi, M.A., deToledo-Morrell, L., <u>Mash, D.C.</u>, and Morrell, F. A relationship between age-associated spatial memor y impairment and a deficit in G-Protein coupling of the M1 muscarinic cholinergic receptor system in the F344 rat. Soc. Neurosc. Abstr. <u>22</u>:1165, 1996.

100.)   Staley, J.K., <u>Mash, D.C.</u>, Basile, M., Weiner, W., Levey, A.I., and Kordower, J.H. Functional fetal nigral grafts in a patient with Parkinson's Disease: Effects on dopamine synaptic markers. Soc. Neurosc. Abstr. <u>22</u>:318, 1996.

101.)   Basile, M., Staley, J.K., <u>Mash, D.C.</u>, and Mufson, E.J. Galanin receptors in human basal forebrain and Neocortex: Distribution and pharmacological characterization. Soc. Neurosc. Abstr. <u>22</u>:2123, 1996.

102.)   <u>Mash, D.C.</u>, and Schenk, S. Preclinical screening of an ibogaine metabolite (noribogaine) on cocaine-induced hyperlocomotion and cocaine self-administration. Soc. Neurosc. Abstr. <u>22</u>:1929, 1996.

103.)   Pablo, J.P., Raymon, L.P., and Mash, D.C. Pharmacokinetics of ibogaine and its o-demethylated metabolite noribogaine in rats and monkeys. Soc. Forensic Toxicologists, Oct. 1996.

104.)   Pablo, J.P., Raymon, L. P., <u>Mash, D. C.</u>, Hearn,W.L., and Baumann, M.H. Pharmacokinetics of ibogaine and its o-demethylated metabolite noribogaine in rats and monkeys. J. Anal. Tox. <u>21</u>:88, 1996.

105.)   Guillozet, A., Smiley, J.F., Selkoe, D., <u>Mash, D. C.</u> and Mesulam, M-M. Butyrylcholinesterase (BChE) in the life cycle of Alzheimer's Disease (AD) plaques. Soc. Neurosc. Abstr. <u>22</u>:1174, 1996.

106.)   Sanchez-Ramos, J., Raymon, L., Kovera, C. and <u>Mash, D.C.</u> Subclinical Parkinsonism associated with acute cocaine abstinence. Mov. Disorders <u>11</u>:600, 1996.

20

107.) Sanchez-Ramos, J.R., Raymon, L., Kovera, C., and Mash, D.C. The effect of ibogaine on tremor and balance in cocaine dependent patient volunteers. NIDA Monographs Series, 174:215, 1997.

108.) Mash, D.C., Staley, J.K., Garland, E., Ruttenber, A.J., and Mittleman, R.E., Cocaine delirium and cholinergic deficits: Dysregulation of striatal dopamine/Ach signaling. NIDA Monographs Series, 174:235, 1997.

109.) Weatherby, N.L., Shapshak, P., Chiappelli, F., Shah, S.M., Hearn, L., Mash, D.C., Page, J.B., McCoy, C.B., Stitt, F., McCoy, H.V., Rivers, J.E., Metsch, L.R., and Bonney, C.A., HIV, the immune system, and self-reported symptoms of HIV among african-american women. NIDA Monographs Series, 174:111, 1997.

110.) Staley, J.K., Baumann, M.H., Kung, M.-P., Kung, H.F., and Mash, D.C. Assessing dopaminergic neuronal integrity in human cocaine abusers. NIDA Monographs Series, 174:235, 1997.

111.) Mash, D.C., Staley, J.K., Garland, E., Ruttenber, A.J., and Mittleman, R.E. Cocaine delirium and cholinergic deficits: Dysregulation of striatal dopamine/Ach signaling. NIDA Monographs Series, 174:235, 1997.

112.) Baumann, M.H., Jackson, J. Carter, A., Mash, D.C. and Rothman, R.B. Neuroendocrine and behavioral actions of ibogaine and its metabolite, 12-hydroxyibogamine in rats. NIDA Monographs Series, 174:213, 1997.

113.) Efange S.M.N., Mash D.C., Khare A.B. and Basile M.J. In vivo blockade of striatal dopamine D2 receptors enhances the binding of vesicular acetylcholine transporter in vitro. Soc. Neurosci. Abstr 23: 695, 1997.

114.) Ciliax BJ, Levey AI, Staley JK, and Mash D.C. Immunoautoradiography of the dopamine transporter in cocaine fatalities Soc. Neurosci. Abstr. 23:1101, 1997.

115.) Staley J.K., Price H., Levey A.I., and Mash D.C. Striatal dopamine transporter immunoreactivity in cocaine fatalities: Correlation with WIN 35,428 binding density Soc. Neurosci. Abstr. 23:1101, 1997.

116.) Chen L, Segal DM, Moraes CI, and Mash D.C. Transcriptional regulation of dopamine transporter gene expression in the substantia nigra of human cocaine fatalities Soc. Neurosci. Abstr. 23:1102, 1997.

117.) Mash, D.C., Ouyang Q., Pablo, J., Eshleman, A.J. and Janowsky, A. Functional studies of the dopamine transporter in post mortem human brain Soc. Neurosci. Abstr. 23:1102, 1997.

118.) Mufson, E.J., Jaffar, S., Ciliax, B.J., Joyc,e J., Mash, D.C. and Levey, A.I. Dopamine transporter (DAT) immunoreactivity within the human substantia nigra decreases with age. Soc. Neurosci. Abstr. 23:1456 , 1997.

119.) Pablo, J.P. and Mash, D.C. Noribogaine stimulates naloxone-sensitive [35S]GTPγS binding Soc. Neurosci. Abstr. 23:1771, 1997.

120.) Wang, Y-H, Yasuda, R.P., Mash, D.C. and Wolfe, B.B. Both NMDA and AMPA receptor subunits are altered in Alzheimer's disease Soc. Neurosci. Abstr. 23:1895, 1997

121.) Deecher D.C., Mash D.C., Staley J.K., Anderson K., and Mufson E.J. Characterization and localization of galanin receptors in human entorrhinal cortex. Soc. Neurosci. Abstr. 23: 2032, 1997.

122.) Mash, D.C., Weiner, W.J., Staley, J.K., Freeman, T.B., Kordower, J.H. Striatal Dopamine Transporter and D3 receptor densities following fetal nigral transplantation in a patient with Parkinson's disease. Symposia on Etiology, Pathogenesis, and Treatment of Parkinson's disease and on hyperkinetic movement disorders, 1997.

123.) Elkashef, A.M., Mash, D.C., Eisenhofer, G., Izenwasser, S., Vocci, F.J., and Bridge, T.P. Effect of chronic cocaine use on COMT and MAO activities in the human brain. American College of Neuropsychopharm., 1998.

21

124.) Hurley, M., Ouyang, Q., Basile, M., Mash, D.C. and Jenner, P. Pallidal D1 Dopamine receptor expression is unchanged in Parkinson's disease. Soc. Neurosci. Abstr. 24:1467, 1998.

125) Mash, D.C., Hurley, M., Staley, J. and Jenner, P. Dopamine D1 receptor changes in Parkinson's disease. Soc. Neurosci. Abstr. 24:762, 1998.

126.) Ciliax, B., Drash, G., Staley, J., Mobley, C., Mash, D.C. and Levey, A. Immunolocalization of the dopamine transporter in human brain. Soc. Neurosci. Abstr. 24:277, 1998.

127.) Kovera, C.A., Kovera, M.B., Singleton, E.G., Ervin, F.R., Williams, I.C., Mash, D.C., Decreased drug craving during inpatient detoxification with ibogaine. College on the Problems of Drug Dependence. In press - NIDA Monograph Series, 1999.

128.) Pablo, J., Tyndale, R., Obach, S., Hearn, W.L., and Mash, D.C., Pharmacokinetic disposition of ibogaine after oral administration to human subjects. College on the Problems of Drug Dependence. NIDA Monograph Series, 1999.

129.) Mash, D.C., Allen-Ferdinand, K., Mayor, M., Kovera, K.A., Ayafor, J.F., Williams, I.C., Ervin, Fr. Ibogaine: clinical observations of safety after single oral dose administration. College on the Problems of Drug Dependence. In press - NIDA Monograph Series, 1999.

130.) Izenwasser, S., Ciliax, B.J., Levey A.L., Mash, D.C. Chronic heroin abuse alters the dopamine synapse in human brain. College on the Problems of Drug Dependence. In press – NIDA Monograph Series, 1999

131.) Mash, D.C., Schenk, S., and Efange, S.M.N. Preclinical screening of 3-Ethyl-5-Phenyl-1,2,3,4,5,6-hexahydroazepino [4,5,-*b* -benzothiophenes: Differential effects on cocaine-induced hyperlocomotion and cocaine self-administration. Submitted to College on the Problems of Drug Dependence, 1999.

132.) Baumann, M.H., Pablo, J., Phillips, J.M., Rothman, R.B., and Mash, D.C. Gender differences in the metabolism of ibogaine to noribogaine in rats. National Institute on Drug Abuse, Monograph series, Problems on Drug Dependence, pp 287, 1999.

133.) Elkashef, A.M., Mash, D.C., Eisenhofer, G., Izenwasser, S., Pablo, J., Vocci, F.J., and Bridge, T.P. The effect of chronic cocaine use on MAO and COMT activities in the human brain: A postmortem study. National Institute on Drug Abuse, Monograph series, Problems on Drug Dependence, pp 153, 1999.

134.) Ouyang, Q., Pablo, J., Izenwasser, S., Elkashef, A.M., Vocci, F.J., and Mash, D.C. MAO-B activity is markedly decreased post mortem in human, chronic cocaine users. Soc. Neurosci. Abstr. 25, 437.20, 1999.

135.) Izenwasser, S., Staley, J., Weiner, W.J., and Mash, D.C. Marked, progressive loss of kappa opioid receptors in Parkinson's disease. Soc. Neurosci. Abstr., 25, 819.3, 1999.

136.) Basile, M.J., Izenwasser, S., Staley, J.K., and Mash, D.C. Serotonin transporter regulation in human cocaine abusers. Soc. Neurosci. Abstr. 25, 228.3, 1999.

137.) Gonzalez, J. Izenwasser, S. Hurley, M.J., Gorokhovskaya, D., Gerdes, R., Basile, M., Jenner, P., Edwards, R.J. and Mash, D.C. Time course of the induction of CYP-2E1 in the nigrostriatal pathway. Soc. Neurosci. Abstr. 25, 640.20,1999.

138.) Mash, D.C., Ouyang, Q., Pablo, J., and Izenwasser, S. Chronic cocaine abuse alters dopamine uptake in human cocaine overdose victims. Soc. Neurosci. Abstr. 25, 522.1, 1999.

139.)    Gerdes, R., Garg, R., Gorokhovskaya, D., Hurley, M.J., Carroll, F.I., Mash, D.C., and Izenwasser, S. Decreased tyrosine hydroxylase after continuous cocaine, GBR 12909 and RTI-117. Soc. Neurosci. Abstr. 25, 327.4, 1999.

140.)    Pablo, J.P., Ouyang, Q., Kovera, C.K., and Mash D.C. Noribogaine: An active metabolite of ibogaine blocks opiate withdrawal in humans. Soc. Neurosci. Abstr. 25, 627.11,1999.

141.)    Kovera, C.A., Kovera, M.B., Pablo, J., Ervin, F.R., Williams, I.C., and Mash, D.C. Anti-addiction benefits of ibogaine: Mood elevation and drug craving reduction. Soc. Neurosci. Abstr. 25, 627.10,1999.

142.)    Haracz, J.L., Palmour, R.L., Ervin, F.R., and Mash, D.C. Elevated D3 dopamine-receptor densities in alcohol preferring vervet monkeys: Potential trait marker for vulnerability to alcohol abuse. Soc. Neurosci. Abstr. 25, 438.13, 1999.

143.)    Mash, D.C., Kovera, C.A., Pablo, J.P., Kamlet, J.D., Williams, M.D, Ervin, M.D. Ibogaine blocks opiate withdrawal and craving. ASAM, in press, 2000.

144.)    Tyndale, R.F., Rao, Y., Miksys, S., Sellers, E.M., Mash, D.C. Regional and Cellular Expression of Human CNS CYP2D6: higher levels in alcoholics. 13th International Symposium on Microsome and Drug Oxidation, July 10-14, 2000, Stresa, Italy.

145.)    Ciliax, B.J., Heilman, C.J., Drash, G.W., Mou, K., Staley J.K., and Mash, D.C. The immunocytochemical distribution of the serotonin transporter in human brain. Soc. Neurosci. Abstr. 26:146.4, 2000.

146.)    Pablo, J.P., Mash, D.C. Pseudoirreversible binding of [³H]Noribogaine binding to μυ opioid receptors may explain the efficacy of ibogaine for the blockade of opiate withdrawal In humans. Soc. Neurosci. Abstr. 26:598.7, 2000.

147.)    Cochran, E.J., Basile, M., Izenwasser, S., Mash, D.C., Mufson, E.J. Galanin receptor expression in early Alzheimer's disease. Soc. Neurosci. Abstr. 26:576.9, 2000.

148.)    Hemby, S.E., Mash, D.C. Gene expression profiling of cocaine abuse in human post-mortem tissue: ventral tegmental area. Soc. Neurosci. 26:681.1, 2000.

149.)    Mash, D.C., Kovera, D.A., Ervin, F.D., Kamlet, J.D. Medication development of the psychoactive rainforest alkaloid ibogaine for drug dependence: an alternative approach for addiction treatment. American Society for Addiction Medicine Abstr., In press 2000.

150.)    Basile, M.J., Heilman, C.J., Drash, G.W., Mou, K., Staley, J.K., Miller, G-W., Mash, D.C., Ciliax, B.C. The immunocytochemical distribution of the norepinephrine transporter in human brain. Soc. Neurosci. Abstr. 26:535.7, 2000.

151.)    Mash, D.C., Ouyang, Q., Pablo, J., Izenwasser, S., Jo, E., Basile, M.J., Druid, H. Cocaine abusers have an overexpression of alpha-synuclein in dopamine neurons: Neuroplasticity or pathway to Parkinson's Disease. Soc. Neurosci., 241.7, 2001.

152.)    Tyndale, R.F., Schoedel, K.A., Mash, D.C., Miksys, S. Nicotine, Cocaine, PCP and Amphetamine metabolizing enzyme CYP2B6 In Human Brain: Higher levels in smokers and alcoholics. Soc. Neurosci. 241.2, 2001.

153.)    Guillozet, A.L., Weintraub, S., Mash, D.C., Mesulam, M-M. Plaques, Tangles and Memory in Aging and MCI. Soc. Neurosci., 547.18, 2001.

23

154.) Hasenkamp, WM, Mash, DC, Hemby, SE. Expression profile of ventral tegmental area in human cocaine overdose tissue. Soc. Neurosci., 977.16, 2001.

155.) Cienki, J., Mash, D.C., Hearn, W. Ibogaine fatalities. Clinical Toxicology, 39(5):547, 2001.

156.) Mash, D.C., Ouyang, Q., Pablo, J., Izenwasser, S., Jo, E., Basile, M.J., Druid, H. Cocaine users have an overexpression of alpha-synuclein in dopamine neurons: Pathway to Parkinson's disease? College on Problems of Drugs Dependence, S113:442, 2002.

157.) Hasenkamp, W.M., Tang, W., Mash, D.C., Hemby, S.E. Region specific alterations in ionotropic glutamate receptor subunits of cocaine overdose victims. Soc. Neurosci., 897.14, 2002.

158.) Mash, D.C., Ouyang, Q., Pablo, J., Basile, M. Norepinephrine transporter regulation in cocaine abuse: lateral asymmetry in protein levels in the anterior insular cortex. Soc. Neurosci., 119.11, 2002.

159.) Ouyang, Q., Ritchie T., Noble, E.P., Pablo, J., Staley, J.K., Mash, D.C. DAT genotype and dopamine transporter binding in the striatum from cocaine abusers. Soc. Neurosci., 898.16, 2002.

160.) Pablo, J., Izenwasser, S., Efange, S., Ouyang, Q., Shen, S., Hearn, W.L., Mash, D.C. Combined Serotonergic potentiation and MAO-A inhibition by paramethoxyamphetamine (PMA) and paramethoxymethamphetamine (PMMA): implications for ecstasy fatalities. Soc. Neurosci., 809.4, 2002.

161.) Zhu, G., Lipsky, R.H., Xu, K., Akhtar, L.A., Ali, S.S., Mash, D.C., Goldman, D. Detection of COMT differential allele expression by RT-coupled 5'nuclease assay. Soc. Neurosci, 504.11, 2002.

162.) Noga, B.R., John, D.M.G., Pinzon, A, Riesgo, M., Basile, B., Mash, D.C. Changes in 5HT7 receptor distribution in cat spinal cord following chronic transaction. Soc. Neurosci., 853.1, 2002.

163.) Pablo, J., Hearn, W.L., Marinetti, L., Cienki, J., Mash, D.C. Developing a Rapid Method of Detection for GHB. In press – NIDA Monographs, 2003.

164.) Mash, D.C., Ouyang, Q., Ritchie, T., Noble, E.P., Pablo, J., Staley, J.K. DAT Genotype and dopamine transporter binding in the striatum from cocaine abusers. NIDA Monographs, 809.4, 2003.

165.) Zhu, G., Lipsky, R.H., Xu, K., Ali, S.S., Mash, D.C., Goldman, D. Detection of COMT differential allele expression by RT – coupled 5' nuclease assay. NIDA Monographs, 504.11, 2003.

166.) Mash, D.C., Ouyang, Q., Pablo, J., Basile, M. Norepinephrine transporter regulation in cocaine abuse, lateral asymmetry in protein levels in the anterior insular cortex. NIDA Monographs, 119.11, 2003.

167.) Lad, S.P., Counts, S.E.., Nadeem, M., Mash, D.C., Mufson, E.J. TRKA but not P75NTR is upregulated in the hippocampus in late stage Alzheimer's disease. Soc. Neurosci., 92.7, 2004.

168.) Backes, E.N., Tang, W., Mash, D.C., Hemby, S.E. Discrete cell molecular profiling of midbrain dopamine neurons of cocaine overdose victims. Soc. Neurosci., 578.2, 2004.

167.) Mash, D.C., Qin, Y., Gwadry, F., ffrench-Mullen, J. Changes in gene expression in the human amygdala linked to cocaine abuse and delirium. Soc. Neurosci., 692.5, 2004.

169.) Papapetropoulos, S., Gonzalez, J., Lieberman, A., Mash, D.C. Dementia in Parkinson disease. Prevalence and clinical correlates in a nationwide population of brain donors. Mov Disord 19 (supp9); [P539], 2004.

24

170.) Papapetropoulos, S., Gonzalez, J., Lieberman, A., Mash, D.C. Alzheimer disease (AD) pathology in patients clinically and pathologically diagnosed with Parkinson disease (PD). Are the symptoms different?. Mov Disord 19 (supp9); [P619], 2004.

171.) Papapetropoulos, S., Gonzalez, J., Lieberman, A., Mash, D.C.. A comparison of demented patients with pathologically confirmed Parkinson disease (PD) and Alzheimer disease (AD) pathology and non-demented patients also with confirmed Parkinson disease and Alzheimer disease. Mov Disord 19 (supp9); [P693], 2004.

172.) Pablo, J.P., Druid, H., Hearn, L.W., Mash, D.C. Segmental hair analysis for cocaine and opiates: Determining pattern of use for association with cause of death in victims of suspected drug overdose. College on Problems of Drugs Dependence, 2005.

173.) Duque, L., Foord, C., Page, B., Mash, D.C. Structured elicitation narrative reveals a variety of Ibogaine experiences. College on Problems of Drugs Dependence, 2005.

174.) Mash, D.C, Duque, L., Kamlet, J.D., Ervin, F.D., Allen-Ferdinand, K. Offshore investigations of the non-addictive plant alkaloid Ibogaine: 1996-2004. College on Problems of Drugs Dependence, 2005.

175.) McCorquodale, D., Qin, Y., Gawdry, F., ffrench-Mullen, J., Pablo, J., Mash, D.C. Gene expression profiling of the human amygdala in cocaine abuse and excited cocaine delirium. College on Problems of Drugs Dependence, 2005.

176.) Mash, D.C., Qin, Y., Ouyang, Q., Pablo, J., Papapetropoulos, S., Basile, M.J. Cocaine abuse triggers abnormal expression of alpha-synuclein expression in DA cell bodies and terminals. [P06.053] American Academy of Neurology, 57th Annual Meeting, April 9 – 16, Miami Beach, FL. 2005.

177.) Mash, D.C., Pablo, J., Duque, L., Ervin, F.R., Hearn, W.L., Kamlet, J.D. Noribogaine: A metabolite of the naturally occurring substance ibogaine mediates the beneficial effects of the drug on opiate withdrawal and dependence. International Narcotic Research Conference, Anapolis, MD, 2005.

178.) Baumann, M.H., Pablo, J., Zolkowska, D., Rothman, R.B., Mash, D.C. Relationship between plasma levels of MDMA and depletion of brain serotonin. Soc. Neuro., 111.17, 2005.

179.) Ffrench-Mullen, J.M., McCorquodale, D., Qin, Y., Mash, D.C. Assymetry of gene expression in the human insula with cocaine abuse. Soc. Neurosci., 1032.11, 2005.

180.) Qin, Y., ffrench-Mullen, J., Mash, D.C. Cocaine abuse elevates RECK expression in human brain. Soc. Neurosci., 1032.10, 2005.

181.) Papapetropoulos, S., Gonzalez, J., Jean-Gilles, L., Basile, M., Mash, D.C. Extranigral Lewy body density in Parkinson's disease patients with visual hallucinations. Soc. Neurosci., 1105.13, 2005.

182.) Kivell, B., Day, D., Miller, J., Lake, B., Flannagan, G., Mash, D.C., Schenk, S. MDMA (Ecstasy) treated rats have reduced serotonin transporter (SERT) function without a reduction in mRNA and protein. Soc. Neurosci., 111.6, 2005.

183.) Miksys, S.L., Boutros, A., Mash, D.C., Palmour, R., Tyndale, R.F. Nicotine and smoking elevate brain CYP2D6; A role in neuroprotection against Parkinson's disease? Soc. Res. Nicotine and Tobacco, 2005.

184.) Qin, Y. ffrench-Mullen, J., Buck, A., Mash, D.C. Cocaine Exposure Regulates MMP-9 and Its Inhibitor RECK in Human Hippocampus Soc. Neurosci. 2006.

25

185.) S. Miksys, Mann, A., Lee, A.M., Palmour, R, Mash, D.C., and Tyndale, R.F. , Brain CYP2D6 is induced in monkeys by vivo nicotine and is higher in human smokers: A role in interindividual variation? Control number: 07-A-427-ASCPT, 2006.

186.) S. Papapetropoulos, ffrench-Mullen, J.M, Qin, Y., Mccorquodale, D., Buck, A., Pablo, J., and Mash, D.C., Multiregion, high-throughput gene expression profiling identifies mitochondrial ribosomal protein S6 (MRPS6) as a candidate gene for Parkinson's disease. Society of Neuroscience Abstr: 173.13/GG9 10/15/06.

187.) Y. Qin, ffrench-Mullen, J., Buck, A., and Mash, D.C., Cocaine exposure regulates MMP-9 and its inhibitor RECK in human hippocampus. Society of Neuroscience Abstr: 294.18, 2006

188.) S.E. Hemby, N.Tannu, D.C. Mash, L.L. Howell. Proteome and phospho-proteome of cocaine abuse in human and non-human primates. Soc for Neuroscience Abstr: 294.23, 2006.

189.) Adi N., Pablo J., Duque L., Ervin F.R., Mash D.C. Alpha synuclein protein levels are increased in cocaine abusers. College on Problems of Drugs Dependence, 2007

190.) Mash D.C., ffrench-Mullen J., Buck A., Gene expression in human hippocampus from cocaine abusers identifies genes that regulate extracellular matrix remodelling. College on Problems of Drugs Dependence, 2007.

191.) Adi N., Pablo J., Duque L., Ervin F.R., Mash D.C. Cocaine elevates serum alpha synuclein protein in addicts. Soc. For Neurosci. Abstr., 2007.

192.) Pablo J., Banack S.SA., Cox P.A., Johnson T.E., Papapetropoulos S., Bradley W., Mash D.C. Neurotoxic non-protein amino acid BMAA in patients dying with ALS and Alzheimer's Disease. Soc. For Neurosci. Abstr., 2007.

193.) Goldman D, Hariri AR, Zhou Z, Zhu G, Scott D, Sinha R, Virkkunen M, Mash DC, Lipsky R, Hu X, Hodgkinson C, Xu K, Buzas B, Enoch M, Yuan Q, Shen P, Ferrell R, Manuck SB Hauger RL, Stohler CS, Zubieta J. A functional neuropeptide Y locus convergently modulates emotion and pain/stress. ACPN Abstr. December 9-13, 2007, Boca Raton, Florida.

**Professional Activities**

**21. Funded Research**

| | |
|---|---|
| 1986 - 1987 | National Parkinson Foundation, Inc. Miami, FL., Total Award: $23,750 |
| 1986 - 1987 | NIH, Biomedical Research Support Grant, Principal Investigator, Total Award: $22,890 |
| 1987 - 1992 | NIH-NINCDS R29 NS 25785, Principal Investigator, Total Direct Costs: $355,167 |
| 1987 - 1988 | National Parkinson Foundation, Inc. Miami, FL. Total Award: $38,870 |
| 1988 - 1989 | American Parkinson Disease Foundation, NY, NY, Total Award:$20,000 |
| 1988 - 1989 | American Foundation for Aging Research, New York, NY Total Award: $25,000 |
| 1989 - 1990 | National Parkinson Foundation, Inc. Miami, FL. Total Award: $38,000 |
| 1989 - 1990 | NIH-S15 AI 3075, Small Instrumentation Grant, Total Award: $21,290 |
| 1990 - 1991 | National Parkinson Foundation, Inc., Miami, FL. Total award: $39,000 |
| 1990 - 1993 | NIH-NIDA RO1 DA 06227, Principal Investigator, Total Direct Costs: $418,163 |
| 1990 - 1995 | NIH-NINDS, RO1 NS 19065, Co-Investigator, Total Direct Costs: $489,345 |
| 1990 - 1995 | Allied Signal Research Award, Co-Investigator, Total Award for Period: $500,000 |
| 1991 - 1992 | National Parkinson Foundation, Inc., Miami, FL. Total award: $20,000 |
| 1991 - 1992 | Alcoholic Beverage Medical Research Foundation, Baltimore, MD., $25,000 |
| 1992 - 1993 | American Foundation for Aging Research, New York, NY Total Award: $25,000 |
| 1992 - 1995 | NIH-NIA , AG05128-09S1, Core Leader, Total Direct Costs: $262,721 |

1992 - 1993   Alcoholic Beverage Medical Research Foundation, Baltimore, MD., $22,000
1993 - 1998   NIH-NIDA, DA07909, Co-Investigator, Total Direct Costs: $1,075,849
1992 - 1994   NIH-NIAAA, Principal Investigator, Total Direct Costs: $100,000
1993 - 1997   NIH-NIDA, RO1 DA06227 Principal Investigator, Total Direct Costs: $707,753
1993 - 1994   NIH-SBRR, Principal Investigator, Total Direct Costs, $108,000
1993 - 1998   NIH-P01 HD-331199, Core Leader, Total Direct Costs, $423,000
1994 - 1995   National Parkinson Foundation, Inc., Miami, FL., Total Award, $17,990
1994 - 1995   NIH-NIDA, Professional Service Contract, Total Award, $24,990.
1994 - 1998   NIH-NIDA, RO1 DA09084, Principal Investigator, Total Direct Costs, $887,360
1995 - 1996   NIH-NIDA, R43 DA 9292, SBIR Program; Consortium; Total Award, $66,375
1995 - 2000   NIH-NIA, AG05128-10, Core Leader, Total Costs: $430,000
1995 - 1998   NIH-NIA, AG13,621 (Co-Investigator, Consortium-Univ. Minnesota), Total Costs: $202,984
1997 - 1998   PhaseOut America, Principal Investigator, Total Direct, $25,000.
1996 - 2000   NIH-NIA, AG10,668 (Co-Investigator, Consortium-Rush Univ.) Total Direct Costs: $178, 556
1997 - 2001   DOD, US Army (Co-Investigator, Consortium-Lovelace Respiratory Res. Institute), $169,935.
1998 - 2003   NIH-NIDA, RO1 DA06227 Principal Investigator, Total Direct Costs: $1,040,396.
2001 - 2004   NIH- NIDA, R21 DA14912-01, Principal Investigator, Total Direct Costs:  $200,000
2002 - 2004   NIH-NIDA, (Co-Investigator), Consortium Emory University, Total Direct Costs: $320,000
2002 - 2009   GENELOGIC, Inc. Sponsored Res. Agreement, (Principal Investigator), Total Costs $665,036
2003 - 2008   NIH-NIDA, RO1 DA06227 Principal Investigator, Total Costs: $1,227,150.
2005 - 2007   National Parkinson Foundation, Inc., Miami, FL., Total Award, $455,800.
2006 - 2008   Institute for Ethnomedicine, Research Award, Total Costs, $100,000
2007-2008   NSF, Oceans & Human Health: Cyanobacterial Toxin BMAA in the Food Web of South Florida
                    Coastal Waters (SGER)
2006 - 2011   NIH-NIDA Genetic and Epigenetic Regulation of Addiction Genes (Co-Investigator, Consortium
                    Ohio State University) Total direct costs  $511,312.

## 22. Editorial Responsibilities:

*Ad Hoc Reviewer*:
Brain Research; Neurology; Journal of Neurochemistry; Neurobiology of Aging; Journal of Immunopharmacology; Journal of Neuroscience; Pharmacology, Biochemistry and Behavior; Life Sciences (Pharmacology Letters); European Journal of Pharmacology; Annals of Neurology, Neurology, Journal of Comparative Neurology, Journal of Neuroscience, Life Sciences (Pharmacology Letters); Molecular Psychiatry, Synapse; Psychopharmacology, American College of Neuropsychopharmacology.

## 23. Professional and Honorary Organizations:

Society for Neuroscience, Member
Sigma Xi, Member
International Brain Research Organization, Member
American Association for the Advancement of Science, Member
American Society for Pharmacology and Experimental Therapeutics, Member
American Academy of Neurology, Member
Research Society on Alcoholism, Member (Legislative Action Subcommittee)
College on the Problems of Drug Dependence, Member
International Society for Biomedical Research on Alcoholism, Member
New York Academy of Sciences, Member
Scientific Advisory Board, Life Extension Foundation, Member

## 24. Honors and Awards:

NIH Predoctoral Traineeship, 1980-1984

NIH Postdoctoral Traineeship, 1984-1986
UpJohn Award, First Place Graduate Student Category, l984
Roche Laboratories Award in Clinical Sciences, l984
James E. Beale II Award in Neuroscience, 1984
Boehringer Ingelheim Research Award, 1984
Jeanne C. Levey Professor of Neurology, Endowed Chair, 1996
Professional Leadership Award, National Parkinson's Foundation, 2002.
Alzheimer's Association Medical Honoree, Annual Award, 2002.

## 25. Postdoctoral Training:

1984-1986    Research Fellow in Neurology (Neuroanatomy) Harvard Medical School, Boston, MA
(Under the direction of M-Marsel Mesulam, M.D.)

## 26. Other Professional Activities:

*Invited lectures*

Hillhaven Foundation, A National Conference on Alzheimer's Disease, "Research Update: Therapeutic strategies for cholinergic dysfunction in Alzheimer's disease", Boston, MA, November, 1985.

Massachusetts Institute of Technology, Department of Psychology, "Loss of M2 muscarinic receptors in Alzheimer's disease", Boston, MA., December, 1985.

Boston University School of Medicine, Department of Pharmacology, "Characterization and localization of M1 and M2 receptor subtypes", Boston, MA., March, 1986.

John Douglas French Foundation for Alzheimer's Disease. "M1 and M2 receptor subtype alterations in Alzheimer's Disease", Los Angeles, CA, May, 1986.

Monell Sensory Sciences, "M1 and M2 receptor subtype alterations in Alzheimer's disease" Philadelphia, PA , April, 1987.

American Geriatrics Society, "Age-altered architectonics of cholinergic receptor subtypes", New Orleans, Louisiana, May, 1987.

Management of the Elderly Patient: Psychopharmacological, Psychosocial, and Behavioral Issues, Dept.   Psychiatry, UM School of Medicine, "New Horizons in the Neurosciences", Miami, FL., February, 1987.

Behavioral Neurology Grand Rounds at Beth Israel Hospital, "Cholinergic receptor subtypes in aging  and Alzheimer's disease", Boston, MA., April, 1987.

Gerontology Institute of New Jersey, "Update on the Neurobiology Aging." Miami, FL., May, l988.

First National Parkinson Foundation Meeting on Parkinson's Research, "Cholinergic receptor mosaics in the striatum", Key Biscayne, FL, January, 1988.

Florida State University, Psychobiology Colloquium Series, "Cholinergic receptor subtype architecture in the primate and human brain", Tallahassee, FL., September, 1989.

Alzheimer's Disease Research Centers Directors' Meeting, "Cholinergic receptor subtype alterations in Alzheimer's disease: Implications for the failure of cholinergic therapies", Miami, FL., April, 1990.

Florida Alliance for the Mentally Ill, State Convention, "The Decade of the Brain: Challenges and Choices", Orlando, FL., September, 1990.

Second National Parkinson Foundation Meeting on Parkinson's Research, "Brain iron regulation by transferrin receptors", Miami Beach, FL, October, 1990.

Society for Neuroscience, National Press Conference, "Detection of a novel cocaine and alcohol metabolite called cocaethylene: Implications for the epidemic of cocaine-related sudden deaths," St. Louis, MO, October, 1990.

Addiction Research Center, National Institute on Drug Abuse, "Epidemic of cocaine-related sudden deaths: Detection of a novel cocaine and alcohol metabolite", Baltimore, MD., December, 1990.

Friday Faculty Forum, "Epidemic of cocaine-related sudden deaths in Dade County: Potential lethal mix of cocaine and alcohol", Miami, FL., April, 1991.

American College of Neuropsychopharmacology, "Limbic and medullary mechanisms in cocaine-related sudden death, San Juan, Puerto Rico, December, 1991.

Marion Merrell Dow, Inc, Alzheimer's disease workgroup "Defect in muscarinic receptor G-protein coupling in Alzheimer's disease". Jacksonville, FL., November, 1991.

Medications Development Division, National Institute on Drug Abuse,, "Detection of a novel cocaine and alcohol metabolite: Implications for the epidemic of cocaine-related sudden death". Rockville, MD., December, 1991.

American Academy of Forensic Sciences, "Cocaethylene chemistry". Boston, MA, February, 1992.

International Workshop on Iron in Neurodegenerative Disease, "Iron storage and transport proteins in Parkinson's Disease. Wurzburg, Germany, March, 1993.

Miles Pharmaceutical, Inc., "Cholinergic Receptor Subtypes in Aging and Alzheimer's Disease: Altered Distribution and Functions", New Haven, CT., May, 1993.

National Alliance for the Mentally Ill, Keynote Address - "New Horizons for Brain Research: Future Hopes of a Cure for Schizophrenia and Depression", Miami, Florida., July, 1993.

American College of Neuropsychopharmacology, 32nd Annual Meeting, "M1 Muscarinic Receptor-G Protein Coupling Disturbances in Alzheimer's Disease", Honolulu, Hawaii, December, 1993.

American Academy of Forensic Sciences, "Neurobiology of Drug Abuse", San Antonio, Texas, February, 1994.

Esalen Institute, "Ibogaine (Endabuse[TM]): Preclinical to Phase 1 Safety Trials, Big Sur, CA., January, 1994

The National Alliance for the Mentally Ill of Palm Beach County, "The Decade of the Brain: Research Update", Palm Beach, Florida, April, 1994.

National Institute on Drug Abuse, Ibogaine Clinical Protocol Development Meeting, "Preclinical Studies of Ibogaine in the Monkey: Neuroanatomical, Biochemical and Behavioral Observations", Rockville, MD, May, 1994.

29

"Toward the Development of Pharmacotherapy for Substance Abuse: From Cocaine Antagonists to Rain Forest Alkaloids" Miles Pharmaceutical, Inc., New Haven, CT., July, 1994.

"Ibogaine: Update on Preclinical Studies of Ibogaine, Pacific Symposium on Psychedelic Drugs, Esalen Institute, Big Sur, CA., January, 1995

"Development of Novel Pharmacotherapy Strategies for Substance Abuse: From Cocaine Antagonists to Rain Forest Alkaloids" Department of Medicinal Chemistry, University of Minnesota Medical Center, January, 1995.

CNS Mechanisms of Cocaine-Related Sudden Death, Department of Neuroscience and Anatomy, Pennsylvania State University, College of Medicine, January, 1995.

Beyond the Dark Side of Drug Dependence: New Insights from the Neurosciences, Keynote address to the Southern Society of Clinical Medicine, New Orleans, February, 1995.

Ibogaine Review Meeting, National Institute on Drug Abuse, Update on the Safety and Effectiveness of Ibogaine, Rockville, MD, March, 1995.

"Development of Novel Treatment Strategies for Drug Abuse: From Cocaine Antagonists to Rain Forest Alkaloids" Department of Clinical Pharmacology, Univ. Texas Medical Center at Houston, May, 1995.

Cellular and Molecular Mechanisms of Drugs of Abuse: Cocaine, Ibogaine and Substituted Amphetamines, Satellite Meeting of the International Society for Neurochemistry, Niigata, Japan, June, 1995.

Update on Clinical Investigations of the Anti-Addiction Drug Ibogaine, Symposium on Maturational Issues in Behavioral Disorders, University of Limbure, Mastricht, The Netherlands, Sept., 1995.

Psychopathological Manifestation of Cocaine Abuse. In - Drug Abuse in the Decade of the Brain, Sponsored by the Univ. Texas Health Science Center and Houston's Drug-Free Business Initiative. (Gabriel Nahas, M.D., Ph.D. and Leo Hollister, M.D., Chairmen and Organizers). September 22 - 23, 1995.

"Development of Novel Treatment Strategies for Drug Abuse: From Cocaine Antagonists to Rain Forest Alkaloids" Pfizer, Inc., Groton, CT., October, 1995.

"Medication Development of Ibogaine as a Pharmacotherapy for Drug Dependence", Department of Psychiatry, Johns Hopkins University School of Medicine, March, 1996.

"CNS Mechanisms in Cocaine-Related Sudden Death", Dept. Neurology, University of Pittsburgh, April, 1996.

"Ibogaine: Historic Overview, Medical Development and Future Directions, Botanical Preservation Corp., Palenque, Mexico, January, 1997.

"Psychostimulant Abuse", American Academy of Forensic Sciences, New York City, NY, February, 1997.

"Medication Development of the Psychoactive Rainforest Alkaloid Ibogaine for Drug Dependence", University of Minnesota School of Medicine, Seminars in Cross-Cultural Contributions to the Prevention and Treatment of Disease, March, 1997.

Regulation of Dopaminergic Synaptic Markers in Human Cocaine Fatalities, Texas A&M University, Faculty of Neuroscience, April, 1997.

Satellite Meeting, International Society for Neurochemistry/American Society for Neurochemistry, "Safety and Pharmacokinetics of Ibogaine", Hamilton, Bermuda, July, 1997.

Eleventh Annual Symposia on Etiology, Pathogenesis and Prevention of Parkinson's Disease and Hyperkinetic Movement Disorders: "Striatal Dopamine Transporter and D3 Receptor Densities Following Fetal Nigral Transplantation in a Patient with Parkinson's Disease", San Diego, California, September, 1997.

Lehman College, Dept. Biological Sciences, CUNY, Linking Research in Natural Products, Plant Biochemistry, and Biotechnology, "Medication Development of the Psychoactive Rainforest Alkaloid Ibogaine for Drug Dependence", New York City, NY, May, 1998.

"D3 Dopamine and Kappa Opioid Receptor Alterations in Human Brain of Cocaine Overdose Victims." New York Academy of Sciences Meeting: Advancing from the Ventral Striatum to the Extended Amygdala: Implications for Neuropsychiatry and Drug Abuse. Charlotte, Virginia, October 1998.

"Medication Development of the Psychoactive Rainforest Alkaloid Ibogaine for Drug Dependence", University of Toronto Center for Addiction and Mental Health, Department of Psychiatry, Addiction Research Foundation and Department of Pharmacology Seminar Series, Toronto, Ontario, December 1998.

"Banking Brains: Examples of what we can learn from human postmortem studies", RW Johnson Pharmaceutical Research Institute, San Diego, California, April 1999.

"Adaptive and toxic changes in human brain after chronic abuse of psychostimulant drugs of abuse", ASPET Colloquium: Neurotoxicity of Amphetamines and Related Stimulants. Washington D.C., April 1999.

"Ibogaine: complex pharmacokinetics, concerns for safety, and preliminary efficacy measures" Satellite Meeting of the International Society for Neurochemistry and European Society for Neurochemistry. Copenhagen, Denmark, August 1999.

"Ibogaine research in cocaine addicts, an update of studies in the U.S., St. Kitts, and Israel" MAPS Conference: Clinical Research with MDMA and MDE: A Review of the Latest Research. Dead Sea Conference, Israel, August 21, 1999.

"Using your brain: A neuroscientist's view for aging well into your 90's". President's Council Meeting, University of Miami, February 25, 2000.

"Aging and the Alzheimer's disease: Prospects from the Neurosciences", Alzheimer's Community Care Association of Palm Beach and Martin Counties, March 23, 2000.

"Ibogaine: An alternative approach for treating addiction", University of Minnesota, Dept. of Pharmacology and Neurosciences, May 4, 2000.

"A cure for drug addiction". Miami-Dade Rotary Club, Miami, FL, April 10, 2000.

"The Brain and Aging", Medical School 101 sponsored by Northern Trust Bank, University of Miami, School of Medicine. November 28, 2000.

"Ibogaine Treatment for Heroin Dependence", Florida Society of Addiction Medicine, Orlando, FL February 27, 2001

"Parkinson's Disease and Brain Endowment", Parkinson's Disease Support Group of Boca Raton, Boca Community Hospital, Boca Raton, FL, February 24, 2001.

"Ibogaine Treatment and Research Update: Four Year Report on using Ibogaine as an Intervention for Cocaine and Opiate Abusers" , National Institute on Drug Abuse, Office of the Director, May 14, 2001.

"Mapping Dopamine Transporter Regulation in Cocaine Abusers", New York University, School of Medicine, May 29, 2001.

"Dopamine transporter densities in alcohol preferring Vervet monkeys", 24th Research Society on Alcoholism Symposium, Montreal, Quebec, Canada, June 24, 2001.

"Brain Aging", Medical School 101, University of Miami, School of Medicine, Miami, FL, October 30, 2001.

"New Hope for Parkinson's Disease Patients: Research for a Cure", Parkinson Association of South Dakota, Sioux Valley Hospital USD Medical Center, Sioux Falls, South Dakota, October 27, 2001.

"Banking on Brain: Promises and pitfalls of gene array methodologies in postmortem studies of cocaine dependence", Microarray Research – Evolving Standards, Society for Neuroscience, Satellite Symposium, San Diego, California, November 9, 2001.

"Successful Brain Aging in the 21[st] Century – How to stay sharp", Institute for Retired Professionals, University of Miami, School of Medicine, December 5, 2001.

"The Aging Brain", Terracina Grand, Naples, Florida, January 30, 2002.

"Advances in Parkinson's Research", North Brevard Parkinson's and Caregiver Support Group, Parrish Medical Center, Titusville, Florida, February 18, 2002.

"Medication development of Ibogaine", UT Southwestern Medical Center, Dallas, TX, Annual Addiction Update: Nova 2002, February 22-23, 2002.

"Banking on Brains from Cocaine Abusers", Brain Banking Workshop, National Institute of Neurological Disorders and Stroke, National Institute of Health, March 11-12, 2002.

"Ibogaine: Moving beyond Agonist/Antagonist/Maintenance Medications toward an Addiction Interrupter Model", 4th National Harm Reduction Conference, December 2, 2002, Seattle, Washington.

"The Aging Brain", AARP American Association of Retired Professionals, Miami, FL, May 8, 2003.

"Clinical Aspects of Ibogaine", California Society of Addiction Medicine, State of the Art Conference, San Francisco, CA, October 9, 2003.

"Banking on Brain from Cocaine Abusers: Adaptive neurochemistry, Gene Expression Profiling and More", National Institute on Alcohol Abuse and Alcoholism, Rockville, October 22, 2003.

"BMAA and ALS: Possible future research categories", Epidemiology and Neurodegenerative Diseases", BMAA Conference, National Tropical Botanical Garden, Deer Field Valley, Utah, November 29, 2004.

"Ibogaine: Update on an Unusual Addiction Treatment", American Academy of Addiction Psychiatry, San Francisco, CA and Atlanta, GA, 2005.

"Noribogaine: A Metabolite of the Naturally Occurring Substance Ibogaine Mediates the Beneficial Effects of the Drug on Opiate Withdrawal and Dependence." International Narcotics Research Conference, Invited Speaker, Symposium on Prescription and Non-prescription Drug Abuse, Annapolis, Maryland, July 12, 2005.

"Ibogaine Therapy." 18th European College of Neuropsychopharmacology Congress, Invited Speaker, Symposium on Addictions – New Approaches to Treatment, Amsterdam, the Netherlands, October 23, 2005.

Neurochemistry of Excited Cocaine Delirium, Invited Speaker, Florida Association of Medical Examiners, Annual Conference, Jupiter, Florida, August 16, 2006.

Cocaine Abuse Leads to an Overexpression of Alpha Synuclein: Pathway to Parkinon Disease ? Invited Lecturer, University of Mississippi, Department of Pharmacology, September 21, 2006.

Brain Biobanking for Parkinson Disease Research. Invited Lecturer, Genetic Epidemiology of Parkinson's Disease 2nd Annual Meeting, Santorini Greece September 10-12 2006.

IPICD Annual International Conference, "Psychostimulant Abuse and Excited Delirium", Las Vegas, NV, November 13 - 14, 2006.

National Institute of Justice, Annual Conference. Invited Lecturer, Exicted Delirium, Causes and Management, Arlington, VA July 23 -25, 2007.

IPICD Annual International Conference: Sudden Death, Excited Delirium, and In-Custody Death. " Stimulants and the Brain: New and Recent Research Findings" Las Vegas, NV, November 28-30, 2007.

Sigma Xi, University of Miami Chapter. A Forum on Oceans and Human Health. The Neurotoxicity of the Blue Green Algal Toxin, BMAA. Dept of Medicine Grand Rounds, University of Miami Miller School of Medicine, Jan 23 2008.

27. **Teaching Awards Received: None**

28. **Current and Past Teaching Responsibilities:**

Undergraduate Psychology Laboratory Course in Visual Psychophysics, Florida State University
Lecturer: University of Miami School of Medicine 2nd year Medical Pharmacology & Combined PhD/MD
Course Organizer: UM Nursing 301, Pharmacology (Fall Semester, 1989 & 1990), Nursing 501, Advanced Clinical Pharmacology for Nurses (Fall, Spring & Summer Semesters, 1990 - 1994).

29. **Thesis and Dissertation Advising**

| | | |
|---|---|---|
| Marvin Rossi, B.S. | Rush Medical Center, Chicago, IL. Department of Neurological Sciences | Doctoral Committee Member/ Reader |
| John Pablo, M.S. | University of Miami School of Medicine Program in Neuroscience | Doctoral Advisor |
| | Recipient, American Academy of Clinical Toxicology Kenneth F. Lampe Memorial Research Award TIAA-SOFT Research Award | |
| Yousuf Ali | Doctoral Candidate. Department of Cellular and Molecular Pharmacology. | |
| Ines Chopra | Doctoral Candidate Department of Cellular and Molecular Pharmacology. | |

**Medical Honor's Program**

| | |
|---|---|
| Cyrus Zabetian, M.D. | Resident in Neurology, Univ. Washington at Seattle Recipient, Outstanding Medical Student Award in |

33

| Postdoctoral Trainees | Present Position |
|---|---|
| Leslie Terry, Ph.D. | Assistant Dean and Professor, Florida Atlantic University |
| Julie Staley, Ph.D. | Assistant Professor, Yale University School of Medicine |
| David Segal, Ph.D. | Research Associate, Dept. of Psychiatry, UM School of Medicine |
| Lionel Raymon, Pharm. D., Ph.D. | Staff Assoc, DUI Laboratories, Dept. Path., UM School of Medicine |
| Li Chen, Ph.D. | Research Associate, NINDS, NIH Bethesda, MD |
| John Pablo, Ph.D. | Research Associate, Dept. of Neurology, UM School of Medicine |
| Weiping Shen, M.D., Ph.D. | Research Associate, NINDS, NIH Bethesda, MD |
| Emily Garland, Ph.D. | Research Assoc. Professor, Vanderbilt University, Nashville, TN |
| Yujin Qin, Ph.D. | Research Associate, Univ. Miami, Miller School of Medicine |

## 30. Departmental, Administrative and Committee Responsibilities:

| | |
|---|---|
| 1986 - present | Director, UM School of Medicine Brain Endowment Bank |
| 1990 - Present | Associate Director, Comprehensive Drug Research Center, UM School of Medicine |
| 1990 - 1994 | Medical School Representative, Research Council of the University of Miami |
| 1990 - 1991 | Member, Medical Library Committee |
| 1991 - 1992 | Vice Chairperson, Medical Library Committee |
| 1992 - 1993 | Chairperson, Medical Library Committee |
| 1992 - Present | Member, Graduate Faculty Committee |
| 1993 - 1996 | Scientific Advisory Committee |
| 1995 - 1996 | General Clinical Research Center, Advisory Committee Member |
| 1996 - 1999 | Member, Faculty Senate |
| 1998 - 2002 | Chair, University of Miami Intercollegiate Athletics Drug Testing Committee |
| 2001 | Search Committee, Chairman of Anesthesia, UM Medical School |
| 2003 - 2005 | Search Committee, Parkinson Scholar, Department of Neurology |

## 31. Community Service and Activities:

| | |
|---|---|
| 1986 - Present | State of Florida Alzheimer's Disease Initiative - Brain Bank Subcommittee Member |
| 1987 - 1988 | Henderson/New Vistas Mental Health Assoc., Human Rights Subcommittee Member |
| 1989 - Present | Alzheimer's Disease Association, Member of the Miami Chapter's Scientific Advisory Committee |
| 1989- Present | Human Subjects Review Board Member, Miami Jewish Home and Hospital for the Aged at Douglas Gardens |
| 1988 - 1990 | Commissioner, City of North Bay Village, Florida |
| 1990 - 1992 | Commissioner, City of North Bay Village, Florida |
| 1990 - 1991 | WMRZ Healthline (Hosted Sunday Radio Shows to Promote Community Awareness of of the UM School of Medicine/JMH Programs of Excellence in Health Care & Research |
| 1988 - 1992 | Commissioner, City of North Bay Village, Florida |
| 1992 - 1994 | Commissioner, City of North Bay Village, Florida |
| 1994 - 1996 | Commissioner, City of North Bay Village, Florida |
| 1992 - Present | Member, Dade County Democratic Executive Committee |
| 1995 - 1997 | Member, Health Council of South Florida (Appointed by Metro-Dade County Commission on November 6, 1995) |
| 1997 - Present | Member, Health Council of South Florida (Appointed by Metro-Dade County Commission as of March 1, 1997) |
| 1996 - 1998 | Commissioner, City of North Bay Village, Florida |
| 1998 - 2000 | Secretary, Health Council of South Florida |

326

| | |
|---|---|
| 2001 | Nominating Committee Member, Miami-Dade Health Policy Authority. |
| 2000 - 2002 | Chairman, Health Council of South Florida |
| 2002 - 2003 | Nominating Committee, Health Council of South Florida |
| 2203 - 2004 | Miami-Dade County Healthcare Task Force, Member |

Legal Cases from
2003-2008

| CASE NAME | LAWYER | |
|---|---|---|
| Betty and Robert Heston vs City of Salina | Michael Brave | 651-248-2809 |
| Commonwealth v. Jerry Marshall | Sam Angel, Federal Defender | 215-928-0520 |
| D & Robert Sapp v Rexall Sundown Inc. Walmart | Mary Kestenbaum, Esq | 813-229-1000 |
| Estate of Adam Hendelson v Johnson and Johnson | Michelle Vargas, Esq. | 305-460-1000 |
| Estate of Benjamin Chin | Andy Carboy, Esq | 212-732-9000 |
| Estate of Bobby Rumph | Lorenzo Williams, Esq | 772-464-2352 |
| Estate of Carlos Dominguez | Richard A. Goetz, P.A | 561-862-4112 |
| Estate of Frederic Giles | Peter Spillis Esq | 305-662-4800 |
| Estate of Gerald J. Dobek | Candice N. Carr, Esq | 954-523-0955 |
| Estate of James Edward " Spencer " Hyde | Marco D Sarnoff | 305-441-5966 |
| Estate of Marilyn Spaugh | Hung V. Nguyen, Esq | 305-441-8900 |
| Estate of Stephen Donaldsen | Marco Salazar, Esq | 305-662-2272 |
| Estate of Susan Hodgemire | E. Caly Parker, P.A. | 407-425-4910 |
| Estate of Ursula Strader | Ronald Rodman, Esq | 305-448-8585 |
| John Ryan v. Qualitest Pharmaceuticals, Inc | Haakon Donnelly, Esq | 214-954-9540 |
| Judith Campbell, Malpractice | Michael Skinner, Esq | 972-264-1614 |
| Singley v. Beard | Janet Trivelpiece | (717) 782-3843 |
| State of Fl v. Donald Roper | Steven J. Hammer, P.A. | 954-766-8856 |
| State of Florida v. Dolan Darling | Rose Valdez,Esq | 813-740-3544 |
| State of Florida v. Eric Ellis | Pablo Casasnovas, Esq | 305-545-1884 |
| State of Florida v. John Chamberlain | Amanda Meadows, Esq | 954-713-1284 |
| State of Florida v. John Harris | Terry Lenamon, Esq | 305-579-9090 |
| State of Florida v. Michael Griffin | Terri Backhus, Lead Attorney | 954-713-1284 |
| State of Florida v. Roberto Ochoa | Patrick Naly, Esq | 305-545-1899 |
| State of Florida v. Whitfield | Peter Cannon, Esq | 813-740-3544 |
| State of Florida v. William Reaves | William Hennis, Esq | 954-713-1284 |
| State of Florida vs Joel Diaz | Roseanne Eckert, Assistant CCRC | (954) 713-1284 |
| State of LA V. Ronald Letulier | Eric Gislesohn, Esq | 504–585-7000 |
| State of MA vs. John Lionel Neal, Jr | Beth E. Bookwalter | (617) 526-6862 |
| State of OK v. James Allen Coddington | Jack Fisher, Esq | 405-235-9466 |
| USA vs. Carlos Ayala-Lopez | Bill Matthewman | (561)-416-0170 |
| Jackson Vs Danberg | Megan McCracken | 305 460-1000 |
| Estate of Jorge Godinez v. Stephen Caldwell MD | Dave Ference | 801 466-4266 |
| State of DE vs Jermaine Marlow Wright | James Moreno | (215) 928-0520 |
| Mann vs Taser | Jessie C. Fontenot, Jr. | (404) 888-7423 |
| Burchill vs Johnson and Johnson | Anne M. Kordas, RN, JD | 216-696-4582 |
| State of Fl vs Andre Tabaie | Scott Kolter | 305-461-3627 |
| Mirapex litigation | Craig Thompson | (410) 244-7605 |
| State of PA vs Mark Edwards | Carol Wright | (412) 644-6565 |
| Hodgemire Vs Janssen Pharamaceutica | Scott J. Liotta | (407) 788-2949 |
| Williams vs Taser | Kathleen Anderson | (260) 425-4657 |