EXHIBIT H

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

ELVIRA TERAN;             )
STEPHANIE LIZAOLA,      )
AS GUARDIAN AD LITEM FOR:  )
ANGELA ALYSSA TERAN, A MINOR CHILD  )    Case No. C 06-06947 JW
JENNIFER LISETTE TERAN, A MINOR CHILD)
AND BRIANA ISABEL TERAN, A MINOR  )    Hon. James Ware
CHILD, ET AL.,            )
                             )
      Plaintiffs,         )
                             )
      vs.                )
                             )
COUNTY OF MONTEREY;       )
COUNTY OF MONTEREY SHERIFF'S  )
DEPARTMENT;            )
MICHAEL KANALAKIS; BRANDON SMITH;  )
WARREN SANO; MIKE DARLINGTON;  )
BENJAMIN PAYTON; BRIAN HOSKINS  )
EMILY HOWLETT;         )
TASER INTERNATIONAL, INC. An    )
Arizona Corporation        )
                             )
      Defendants.        )

## Expert Report: Michael Graham, M.D.

Pursuant to Fed. R. Civ. P. 26(a)(2), I, Michael Graham, M.D., hereby submit my report that contains a complete statement of all opinions to be expressed and the bases and reasons therefore; the data and other information I considered in forming the opinions; the exhibits or list of references I used as a summary of or support for the opinions; my qualifications, including a list of all publications authored within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which I have testified as an expert at trial or by deposition within the preceding four years.

_____
Michael Graham, M.D.

_5-27-08_
Date

05/27/2008 11:50 FAX 3149777843    SLU/FORENSIC/PATHOLOGY/NON    002/002



1402 South Grand Blvd, C305
St. Louis, MO 63104
Phone 314-977-7841
Fax 314-977-7843
www.slu.edu

**SAINT LOUIS
UNIVERSITY**

Medical Center
Division of Forensic Pathology
Department of Pathology

May 27, 2008

Elvira Teran, et al v. County of Monterey, et al

### EXPERT REPORT

I reviewed records pertaining to Jaime Teran Coronel (DOB 8/13/78).

**Purpose of Review:**
The purpose of this review is to evaluate Mr. Coronel's cause of death, including factors that may or may not have contributed to death.

**Qualifications:**
I am a forensic pathologist certified by the American Board of Pathology in anatomic, clinical and forensic pathology (AP/CP, FP). I have been a medical examiner since 1982 and currently the Chief Medical Examiner for the City of St. Louis, MO. I am also a Professor of Pathology at St. Louis University. A copy of my curriculum vitae and a list of prior testimony accompany this report.

**Compensation:**
My professional activities are compensated at $400/hour plus expenses.

**Materials reviewed:**
I have reviewed records that include the Coroner's report, Internal Affairs investigation, Salinas Valley Memorial Hospital medical records, death certificate, police reports, news articles, first amended complaint, defendants' answers to interrogatories, defendants' witness lists and initial disclosures, TASER International disclosures, plaintiff's disclosures and depositions of law enforcement officers.

**Conclusions:**
Based on the available information it is my opinion to a reasonable degree of medical certainty that Mr. Coronel's death is characteristic of the syndrome of sudden death associated with agitated delirium, physical exertion and forcible restraint.

Methamphetamine-induced agitated delirium ultimately caused Mr. Coronel's death. Cocaine may also have played a role in the development of the excited delirium. It is my opinion to a reasonable degree of medical certainty that Mr. Coronel's death was not caused or contributed to by any electrical discharges he received from the TASER[1] device.

**Case History:**

Mr. Coronel has a history of illicit substance abuse, including cocaine, and assaultive behavior towards law enforcement. His common law wife saw him at approximately 10 pm on 1/23/06 and reported that he seemed fine. She saw him again at 11:30 pm at which time she reported he was acting strangely, was paranoid and that he was "higher than usual". He was seen in a neighbor's yard on 1/24/06 at 12:07 am. Mr. Coronel was running around in the yard and did not respond to the home owner when asked a question. The home owner called the police. Mr. Coronel climbed a fence and ran across the street where he climbed onto the roof of a house. The police arrived circa 12:18 am and found Mr. Coronel on the roof. He was rolling around and mumbled that he was having difficulty breathing. He was noted to have heavy breathing. He was lying face down with his arms spread out and mumbling incoherently. He swung his arms and legs at the police. The fire department and ambulance arrived circa 12:33 am. Mr. Coronel reportedly was incoherently yelling and screaming, including that the police had shot him that he was dying and that he needed help. He continued to thrash and resisted the police's attempts to restrain him. He held his hands under his upper torso. He sustained M26 TASER discharges in the drive stun mode to the upper right shoulder (1) and the upper right back (1). The officer indicated the discharges had no apparent effect on Mr. Coronel. One of the deputies was able to move Mr. Coronel's right arm for cuffing following the second discharge (they deputies already had manual control of the left arm). His hands were secured by cuffs and he continued to kick. His legs were then secured using leg irons. He reportedly intermittently strained against the cuffs and leg irons. He appeared to calm considerably while Fire Department personnel were bringing a Stokes basket to the roof. Mr. Coronel was noted to have weak carotid and radial pulses. He appeared to be breathing. He was lowered to the ground in a Stokes basket and was seen to be unresponsive, asytolic and apneic. Cardiopulmonary resuscitation was carried out. He was admitted to the hospital where he died on 1/30/06. A postmortem examination was performed.

The postmortem examination demonstrated that Mr. Coronel was 66 inches long and weighed 171 pounds. He had a variety of scabbed abrasions. The heart weighed 390 grams. Diffuse alveolar damage and resolving renal tubular necrosis were described.

1. "TASER" is a registered trademark of TASER International, Inc.

Toxicologic analysis of antemortem blood (hospital admission sample) demonstrated 1.02 mg/L of methamphetamine and 0.28 mg/L d-amphetamine. The laboratory also detected benzoyecgonine (4.72 mg/L) and ecgononine methyl ester. Cocaine (unmetabolized) was not demonstrated in the blood. Death was attributed to anoxic encephalopathy due to cardiopulmonary arrest due to acute methamphetamine and cocaine intoxication. TASER application and struggle with the police were certified as significant contributory factors to death.

Analysis of data downloaded from the M26 ECD indicated 4 data points pertinent to Mr.Coronel's incident. The total maximum ECD discharge time was 17 seconds.

**Case Analysis:**

The use of methamphetamine and cocaine is each associated with the development of the syndrome of agitated delirium. Sudden death is a recognized complication of agitated delirium. Sudden death in the setting of agitated delirium often occurs in association with forcible restraint and typically occurs shortly after exertion ceases or restraint is accomplished. The role, if any, of physical exertion and forcible restraint in these deaths has not been defined. These deaths are sudden and are not predictable. In addition, sudden death during an episode of agitated delirium, typically in association with physical exertion and forcible restraint, is a well-recognized entity unrelated to the use of electrical restraint devices.

Although a variety of restraint devices have been used in some cases of sudden death associated with marked agitation, no proven contribution of these devices to death has been established. Individuals most at risk of dying suddenly while in custody during an episode of agitated delirium are also the same persons most likely to require the use of restraint techniques/devices. I see no practical or conceptual reason to implicate the TASER device discharges in causing or contributing to Mr. Coronel's death.

The efficacy of the current TASER device models is based on the delivery of a high voltage, low amperage electrical pulse to the body that, in the stun drive mode, is delivered over a relatively localized area and functions as a pain compliance technique.

I am not aware of any epidemiological studies that have established over-representation of the use of TASER devices or other electrical restraint devices in cases of agitated delirium-related fatalities.

On balance, the available information indicates Mr. Coronel's death has the typical features of sudden death due to drug-induced agitated delirium associated with

Re: Jaime Coronel
May 27, 2008
Page 4

physical exertion and forcible restraint. In this case, agitated delirium was induced by the use of methamphetamine and, possibly, cocaine.

Thank you for referring this matter to me. Please do not hesitate to contact me if I can be of further assistance.

Sincerely,

Michael Graham, M.D.
Professor of Pathology

**CURRICULUM VITAE**

**NAME**:  Michael Alan Graham

**OFFICE ADDRESS:**

Division of Forensic and Environmental Pathology
St. Louis University School of Medicine
3556 Caroline St., Room C305
St. Louis, Missouri 63104
(314) 977-7841

Office of the Medical Examiner
City of St. Louis
1300 Clark St.
St. Louis, Missouri 63103
(314) 622-4971

**E-Mail:**  grahamma@slu.edu

PERSONAL HISTORY:

Date of Birth---9/26/51
Place of Birth--East Liverpool, Ohio
Citizenship-----United States of America
Marital Status--Married
Children--------Christopher (12-11-87)
                Patrick (4-8-90)

**EDUCATION**:

| | |
|---|---|
| 1965-1969 | Ursuline High School, Youngstown, Ohio |
| 1969-1973 | B.A.(biology), St. Louis University, St. Louis, Missouri |
| 1973-1977 | M.D., St. Louis University School of Medicine, St. Louis, Missouri |

**PROFESSIONAL TRAINING:**

| | |
|---|---|
| 1977-1981 | Resident, Anatomic and Clinical Pathology, St. Luke's Episcopal Hospital, Houston, Texas |
| 1981-1982 | Fellow, Forensic Pathology, St. Louis University School of Medicine, St. Louis, Missouri |

**MEDICAL LICENSURE:**

1. Missouri

**SPECIALTY CERTIFICATION:**

1. Diplomate, American Board of Pathology
   A. Anatomic and Clinical Pathology, 1981
   B. Forensic Pathology, 1982

334

## ACADEMIC APPOINTMENTS:

1979-1981      Lecturer in Pathology, School of Pharmacy, University of Houston, Houston, Texas

7/1/82-6/30/89      Assistant Professor of Pathology, St. Louis University School of Medicine, St. Louis, Missouri

7/1/89-6/30/96      Associate Professor of Pathology, St. Louis University School of Medicine, St. Louis, Missouri
1. Pathology Residency Committee (1986-1989)
2. Director, Division of Forensic and Environmental Pathology (1989-1996)
3. Director, Medicolegal Death Investigator Training Course (1989-1996)

7/1/96-current      Professor of Pathology, St. Louis University School of Medicine, St. Louis, Missouri
1. Co-director, Division of Forensic and Environmental Pathology (1996-current)
2. Co-director, Medicolegal Death Investigator Training Course (1996-current)

## PROFESSIONAL ACTIVITIES:

1982-1985      Assistant Medical Examiner, St. Louis, MO

1985-1989      Deputy Chief Medical Examiner, St. Louis, MO

1985-current      Deputy Medical Examiner, St. Louis County, MO

1985-current      Diagnostic Cardiac Pathology, St. Louis University School of Medicine, St. Louis, MO

1988-current      Medical Staff, St. Louis University Hospital, St. Louis, MO

1986-current      Deputy Chief Medical Examiner, St. Charles County, MO

1989-current      Chief Medical Examiner, St. Louis, MO
Mass Casualties/Fatalities Response Planning Committee (2001)

1992-current      Deputy Chief Medical Examiner, Jefferson County, MO

1999-2000      Forensic Pathology Consultant, Office of Special Counsel (John C.Danforth), Investigation concerning the 1993 confrontation at the Mt. Carmel (Branch Davidian) Complex, Waco, TX

## INVITED LECTURES (Partial Listing):

Medicolegal Death Investigator Training Course, St. Louis University School of Medicine, St. Louis, MO
1982-current   Asphyxial Deaths
1985-current   Deaths Due to Bombs and Explosions
1985-current   Deaths Due to Firearms
1988-current   Introduction to Forensic Pathology
1997-current    Deaths Occurring in Custody

Forensic Administration Conference, St. Louis University School of Medicine (1986)
Decision-Making Methods That Will Aid in Determining Standard Operating Procedure for Case Acquisition and Handling

Washington University Dental School
1984-88   Basic Forensic Pathology

St. Luke's Episcopal Hospital (Houston, Texas)
1984      Selected Topics in Forensic Pathology (5 day lecture series)

335

St. Louis Metropolitan Major Case Squad
1986-87    Asphyxia and Firearm Deaths
5/22/90     Asphyxia and Firearm Deaths

St. Louis Police Academy Homicide Investigation Training Course
1985-87    Asphyxia and Firearm Deaths

American Academy of Forensic Sciences Annual Meeting (1988)
Annual Lectureship in Forensic Toxicology,
"Safe Handling of Contagious Specimens"

Symposium on Care of the Multiple Trauma Patient sponsored by The University Hospital and The American Association of Critical Care Nurses, St. Louis, MO
"Mechanisms of Firearm Injuries"  (5/24/89)
"Investigative Aspects of Forensic Pathology"  (5/11/90)
"Interpretation of Firearm Injuries"  (5/3/91)

Annual Court Conference, Missouri Association for Court Administration (5/25/89)
"The Risk of AIDS Among Courtroom Personnel"

Statewide Conference on Sudden Infant Death Syndrome, Columbia, MO (10/6/89)
"SIDS - Evaluation of the Death Scene as a Necessary Component of the Diagnosis"

Pre-hospital Trauma Symposium sponsored by St. Louis University Medical Center, St. Louis, MO
"Postmortem Perspectives"  (3/2/90)
"Postmortem Forensic Examination"  (9/28/90)

Southwestern Illinois Law Enforcement Commission Homicide & Criminal Sexual Assault Seminar (4/19/90)
"Modes of Violent Death"

Symposium on Pediatric Trauma ("A step beyond resuscitation for the severely injured child") sponsored by Cardinal Glennon, Children's and St. Louis Children's Hospitals  (11/2/90)
"Forensic Aspects of Pediatric Trauma"

Fifth Annual Mid-America Transplant Association "Gateway to Life" Symposium, St. Louis, MO (4/26/91)
"Role of the Medical Examiner in Organ & Tissue Donation"

National Convention of the National Association of Legal Investigators, St. Louis, MO (6/18/92)
"The Role of the Forensic Pathologist in Medical/Legal Investigations"

Eighth Medicolegal Investigation of Death Seminar, West Virginia University School of Medicine, Morgantown, WV (4/3/93)
"Deaths Due to Asphyxia"
"Deaths Due to Bombings and Explosions"

Forensic Pathology Symposium, Peoria, IL  (5/15/93)
"Deaths Due to Firearms"
"Deaths Due to Bombings and Explosions"

Missouri Department of Health Seminar ("SIDS-Taking Care of the Caregiver"), St. Louis, MO (6/30/93)
"Diagnosis of SIDS-Parameters and Significance"

Citizen's for Missouri's Children Seminar (Kids Count in Missouri), St. Louis, MO (11/3/93)
"What Kids Count Outcome Measures Tell Us About Child Safety"

336

Washington University Medical Center, Department of Neurosurgery Grand Rounds, St. Louis, MO (1/12/94)
"Interpretation of Firearm Injuries"

Washington University Medical Center, Trauma Symposium ("Crisis in the Streets"), St. Louis, MO (2/25/94)
"Recognition & Interpretation of Injuries & Evidence"

Cardinal Glennon Children's Hospital, Grand Rounds, St. Louis (4/6/94)
"Identifying Death Due to SIDS-Where are we and Where are we Going?"

International Society for Clinical Laboratory Technology (8/11/94)
"Forensic Medicine and the Laboratory"

Minnesota Coroners' and Medical Examiners' Association Annual Forensic Science Seminar (October 6-7, 1994)
"Medicolegal case management"
"Injury and Death Due to Firearms"
"Asphyxial Deaths"
"Bombs and Expolsions"
"Role of the Medical Examiner in Organ and Tissue Transplantation"
"Deaths in Police Custody"

Medicolegal Investigation of Death and Injury in Child Abuse and SIDS Seminar, Federal Bureau of Investigation and the College of American Pathologist, Salt Lake City, UT (August 14, 1995)
"Sudden Infant Death Syndrome-Investigation and Diagnosis"

American Society of Clinical Pathology --College of American Pathologists fall meeting, New Orleans, LA (September 21, 1995)
"Forensic Aspects of Pulmonary Pathology"

1996 Spring Training Session, Missouri Coroners & Medical Examiners Association, Jefferson City, MO (March 14, 1996)
"Asphyxial Deaths"
"Deaths in Police Custody"

American Society of Clinical Pathology - College of American Pathologists spring meeting, Boston, MA (4/24/96)
"Medicolegal Evaluation of Deaths in Custody"

American Association of Pathologists' Assistants Annual Conference, St. Louis, MO (9/20/96)
"Medicolegal Case Management - What to Do, When to Do it & What it Means"

American Society of Clinical Pathology -- College of American Pathologists fall meeting, San Diego, CA (October 3, 1996)
"Forensic Aspects of Pulmonary Pathology"

Missouri State Public Defenders Trial Skills Workshop, Lake of the Ozarks, MO (12/96)
"Introduction to Forensic Pathology"
"Injuries due to Firearms"

American Society of Clinical Pathology -- College of American Pathologists spring meeting, Chicago, IL (April 5, 1997)
"Covert Hazards in the Work place" in "The Role of the Pathologist
in the Evaluation of Work-Related Illness, Injury and Death"

POST Blast Investigation Training, Fort Leonard Wood, MO (6/5/98)
"Forensic Pathology--Explosions"

Northwestern University Traffic Institute 21st National Vehicular Homicide/DUI Conference, Chicago, IL (7/7/98)
"Forensic Pathology and the Vehicular Homicide Case"

Department of Surgery Grand Rounds, St. Louis University, St. Louis, MO (9/3/98)
"Firearm Injuries"

Child Death Investigation Seminar; Idaho Dept. of Health and Welfare, St. Luke's Regional Medical Center CARES program, Idaho Dept. of Law Enforcement POST Academy; Boise, Idaho (9/8-9/98)
    "Child Fatality Review in Missouri"
    "Introduction to Death Investigation Principles"
    "Evaluation of Suspected Rebreathing Incidents"
    "Head and Neck Injury and Shaking"
    Presentation of cases (multiple topics)

American Academy of Forensic Sciences workshop: Postmortem Pediatric Forensic Toxicology-Issues in Childhood Poisoning, Orlando, FL (2/19/99)
    "Preparing for and recognizing potential toxicologically-related pediatric deaths: A forensic pathology perspective"
    "Case roundup: A survey of interesting and unique cases"

American Academy of Forensic Sciences Annual Meeting, Orlando, FL (2/22/99)
    "Asphyxial deaths"

Greater St. Louis Area Major Case Squad 34th Annual Retraining Session, St. Louis, MO (3/8/99)
    "Evaluation of Deaths Related to Custody"
    "Medicolegal Evaluation of Death and Injury due to Explosion"

POST Blast Investigation Training, Fort Leonard Wood, MO (4/20/99)
    "Explosion Investigation–Role of the Forensic Pathologist"

Emergency medicine grand rounds, Barnes-Jewish Hospital, St. Louis, MO (8/10/99)
    "Firearms and ballistics"

Barnes-Jewish Hospital Trauma Symposium, St. Louis, MO (2/4/00)
    "Interpretation of Patterns of Injury"

Missouri Dental Association, Missouri Emergency Response Identification Team, Jefferson City, MO (2/5/00)
    "Introduction to Forensic Pathology"
    "Firearm Injuries"
    "Investigation of Deaths Due to Explosions"
    "Asphyxial Deaths"

American Academy of Forensic Sciences Annual Meeting, Reno, NV (2/24/00)
    "Asphyxial Deaths"
    "Gunshot Wounds"

American Society of Clinical Pathology–College of American Pathologists Spring Meeting, Boston, MA (4/8/00)
    "Forensic aspects of pulmonary pathology"

Student National Medical Association, Region II conference, St. Louis, MO (11/4/00)
    "Introduction to forensic pathology"

American Academy of Forensic Sciences Annual Meeting, Seattle, WA (2/22/01)
    "Bombing Injuries"

Sudden Infant Death Syndrome Alliance, Chicago, IL (4/21/00)
    "SIDS–Diagnostic Issues"
American Association of Legal Nurse Consultants, St. Louis Chapter, St. Louis, MO (10/26/01)
    "Introduction to Forensic Pathology"

Public Agency Training Council, San Antonio, TX (11/26/01)
    "Pathology Investigative Aspects of Cause, Mechanism and Manner of Death"

338

Department of Surgery Grand Rounds, St. Louis University Health Sciences Center, St. Louis, MO (5/1/02)
"Bombs and Explosions"

Missouri Society for Histotechnology Annual Spring Symposium, Lake of the Ozarks, MO (5/18/02)
"Case Studies in Forensic Pathology"

30th Annual Florida Medcial Examiners Educational Conference, University of Florida, Gainesville, FL (8/24/02)
"Medicolegal Evaluation of Bombs and Explosions"

Mealey's National Asbestos Litigation Conference 2000, Philadelphia, PA (9/19/02)
"Low Dose Exposure Cases: The Medicine"

American Academy of Forensic Sciences Annual Meeting, Chicago, IL (2/20/03)
"Asphyxial Deaths"

Improving Patient Care Through Forensic Science, Department of Veterans Affairs, San Diego, CA (4/24/03)
"Asphyxial Deaths"

Wisconsin Coroners and Medical Examiners Association Annual Conference, Portage, WI (6/13/03)
"Explosion-related Deaths"
"Deaths in Custody"

Department of Internal Medicine Grand Rounds, St. Louis University, St. Louis, MO (11/21/03)
"Non-Arteriosclerotic Sudden Unexpected Cardiac Death in Young Persons"

American Academy of Forensic Sciences Annual Meeting, Dallas, TX (2/19/04)
"Explosion-related Deaths"

Cardiovascular Pathology Specialty Conference, USCAP meeting, Vancouver, BC, Canada (3/9/04)
"Non-Arteriosclerotic Sudden Unexpected Cardiac Death in Young Persons"

University of Michigan, Department of Pathology, Ann Arbor, MI--Visiting Professor (10/15/04)
Review of cases
"Basic Interpretation of Firearm Injuries"

Michigan Association of Medical Examiners annual meeting, Mt. Pleasant, MI (10/16/04)
"Interpretation of Firearm Injuries"
"Evaluation of Death and Injury due to Bombs and Explosions"

Mealey's Silica Litigation Conference, New Orleans, LA (10/25/04)
"The Pathology of Silica-related Diseases"

Missouri State Public Defender Winter Workshops, Lake of the Ozarks, MO (12/2/04)
"Determining Cause of Death"

American Academy of Forensic Sciences Annual Meeting, New Orleans, LA (2/24/05)
"Asphyxial Deaths"

Missouri Society for Histotechnology, Lake Ozark, MO (5/20/05)
"Case Studies in Forensic Pathology—Sudden Death Related to Pregnancy"

Pulmonary Pathology Society 2205 Biennial Pathology Symposium, Lake Annecy, France (6/16/05)
"Forensic Issues in Pulmonary Pathology"

Mealey's Asbestos-Related Diseases Teleconference (10/25/05)
"Malignant Mesothelioma—101)"

339

Defense Research Institute Asbestos Medicine Seminar, Miami Beach, FL (11/4/05)
        "Causation—Thresholds of Exposure, Fiber Burden Studies and Criteria for Attribution of
        Asbestos-related Diseases"

Mealey's Asbestos Medicine Seminar, Philadelphia, PA (2/13/06)
        "Asbestos-related Lung Disease"
        "Asbestos-related Pleural Disease—Malignant Mesothelioma"

American Academy of Forensic Sciences Annual Meeting, Seattle, WA (2/23/06)
        "Deaths in Custody"

Arch Air Medical Services "Trends in Emergency Care", St. Louis, MO (3/16/06)
        "Forensics—Death Investigation"

Washington University Division of Geriatrics and Nutritional Science and Center for Aging, St. Louis, MO (3/17/06)
        "The Law: What should be reported to the Medical Examiner? A look at health disparities
        from the Medical Examiner's perspective"

Mealey's Asbestos Medicine Conference, Chicago, IL (4/10/06)
        "Low Dose and Secondary Exposure Cases: The Medicine and its Application in the Litigation"

Defense Research Institute Silica Medicine Seminar, Dallas, TX (6/16/06)
        "Pathological Differential Diagnosis Between Asbestosis and Silicosis and Lung Cancer"

Defense Research Institute Asbestos Medicine Seminar, Las Vegas, NV (10/27/06)
        "The Medical Aspects of Substantial Contributing Factor and Mesothelioma—Medical Factors to
        Consider"

Mealey's International Asbestos Conference, London, UK (11/1/06)
        "Medicolegal Aspects of Asbestos-related Lung Disease—Lung Cancer"

Sudden Death, Excited Delirium and In-Custody Death Conference, Institute for the Prevention of In-Custody Deaths, Las Vegas, NV (11/16/06)
        "Medicolegal Evaluation of In-Custody Deaths"

Missouri State Public Defender Conference, St. Louis, MO (12/11/06)
        "Cause and Time of Death"

Mealey's Asbestos Conference: the New Face of Asbestos Litigation, Washington, D.C. (2/8/07)
        "Malignant Mesothelioma—Overview, 2007"

American Academy of Forensic Sciences, Dallas, TX (2/07)
        "Investigation of Deaths due to Asphyxia"

Louisiana Collaborative—Balancing Forensics and Donation, White Castle, LA (4/19/07)
        "Medicolegal Investigation of Deaths in Custody"
        "Role of the Medical Examiner in Organ and Tissue Transplantation"

Mealey's Asbestos Super Conference, Scottsdale, AZ (9/27/07)
        "Diagnosis of Malignant Mesothelioma—2007"

American Academy of Forensic Sciences, Washington DC (2/08)
        "Medico-legal Investigation of Deaths in Custody"

Asbestos: Current Issues and Effective Litigation Tactics, Clayton, MO (4/10/08)
        "The role of the pathologist in asbestos litigation"

340

## SOCIETIES & ACTIVITIES:

American Academy of Forensic Sciences
Program Co-chairman, 1984 national meeting, Anaheim, California
Plenary Program Co-chairman, 1987 national meeting, San Diego, California
Pathology/Biology Section Secretary (1991-92)
Pathology/Biology Section Chairman (1992-1993)
Pathology/Biology Section Program Committee (1997-1998)

National Association of Medical Examiners
Education and Publications Committee (1986-1996)
Tissue Banking Committee (1986-1993)
Committee on Pediatric Toxicology Registry (1986-1992)
Committee on Medical Device Malfunction (1987)
Board of Directors (1988-2005)
Executive Committee (1989-2005)
Secretary-Treasurer (1989-2002)
Vice-president (2003)
President (2004)
Chairman, Board of Directors (2005)

National Association of Medical Examiners Foundation
Member, Initial Board of Trustees (2006)
Member, Board of Trustees (2006-current)
Treasurer, Board of Trustees (2006-current)

College of American Pathologists
Forensic Pathology Committee (1989-1999)
Forensic Pathology Committee (2007-current)

United States and Canadian Academy of Pathology

Society for Cardiovascular Pathology

Sudden Infant Death Syndrome Resources
Medical Advisory Board (1988-1995)

American Board of Pathology
Forensic Test Committee (1992-1997)

Mid-America Transplant Association
Board of Directors (1991-current)

American Journal of Forensic Medicine and Pathology
Editorial Board (1992-current)

State of Missouri East Regional Trauma Committee
Member (1992-disbanded circa 1994)

Missouri State Child Fatality Review Board
Spokesperson, Pathologists' Network (1992-1996)

American Red Cross, Tissue Services
National Medical Examiner/Coroner Advisory Committee (1999-current)
Spokesperson (2003-2004)

Pulmonary Pathology Society

U.S. Department of Health and Human Services
Organ Donation Breakthrough Collaborative Leadership Coordinating Council (2004-2006)

U.S. National Institute of Justice
General forensic technical working group (2005-2007)
NIJ/NAME EMDD Literature Review Project reviewer (2007)

National Center for Child Death Review Steering Committee (2005-2006)

TASER International, Inc.
Scientific and medical advisory board (11/2007-current)

## AWARDS:

President's Award, Sudden Infant Death Syndrome Resources (1986)

Health Professional of the Year (1992), Combined Health Appeal of Greater St. Louis

Gift of Life Award, Mid-America Transplant Services and the National Kidney Foundation (1995)

Outstanding Service Award, National Association of Medical Examiners (1999)

Roland Quest Annual Award, Dept. of Pathology, St. Louis University (4/26/00)

## PUBLICATIONS:

1. Graham, M., Butler, D. and Milam, J., "Thoracic Aortic Thrombi and Hypercoagulability," Cardiovascular Diseases, Dec. 1981, pp. 475-479.

2. Graham, M., Poklis, A., Mackell, M. and Gantner, G, "A Case of Suicide Involving the Concommitant Intravenous Injection of Barbital and the Oral Ingestion of Arsenic," Journal of the Forensic Sciences, JFSCA, Vol. 28, No. 1, Jan. 1983, pp. 251-254.

3. Bagherian, V., Graham, M., Gerson, L.P. and Armstrong, D.L., "Double Pituitary Glands with Partial Duplication of Facial and Forebrain Structures with Hydrocephalus," Computerized Radiol., Vol. 8, No. 4, 1984, pp. 203-210.

4. Cohle, S.D., Graham, M.A., "Sudden Death in Hemodialysis Patients," Journal of Forensic Sciences, JFSCA, Vol. 30, No. 1, Jan. 1985, pp. 158-66.

5. Mackell, M., Gantner, G., Poklis, A. and Graham, M., "An Unsuspected Arsenic Poisoning Murder Disclosed By Forensic Autopsy" American Journal of Forensic Medicine and Pathology, 6(4):358-361, Dec, 1985.

6. Cohle, S.D., Graham, M.A. and Pounder, D.J., "Nonatherosclerotic Sudden Coronary Death," Pathology Annual, Vol. 21, Part 2: pp. 217-249, 1986.

7. Poklis, A., Mackell, M. and Graham, M., "Disposition of Cocaine in Fatal Poisoning in Man," J Analytical Toxicology, Vol. 9, Sept/Oct, 1985.

8. Graham, M., Hileman, F., Kirk, D., Wendling, J. and Wilson, J., "Background Human Exposure to 2,3,7,8-TCDD," Chemosphere, Vol. 14, No. 6/7, pp. 925-928, 1985.

9. Graham, M., Hileman, F. D., Orth, R. G., Wendling, J. M. and Wilson, J. D.,"Chlorocarbons in Adipose Tissue From a Missouri Population," Chemosphere, Vol.15, Nos. 9-12, pp 1595-1600, 1986.

10. Newman, A.J., Graham, M.A., Carlton, C.G., Jr., Lieman, S.: "Incidental carcinoma of the prostate at the time of transurethral resection: Importance of evaluating every chip." J. Urol 1982; 128:948-50.

342

11. Hope, W., William, J., Gantner, G. and Graham, M., "Unacceptable Causes of Death," Metro Medicine, pp. 432-435, September, 1986.

12. Sotelo-Avila, C., Graham, M., Hanby, D. and Rudolph, A., "Nevus Cell Aggregates in the Placenta--A Histochemical and Electron Microscopic Study," Am J Clin Path 1988; 89:395-400.

13. Cohle, S., Graham, M., Dowling, G. and Pounder, D., "Sudden Death and LeftVentricular Outflow Disease," Pathology Annual 1988 (Part 2): 97-124.

14. Cohle, S., Trestrail, J., Graham, M., Oxley, D., Walp, B. and Jachimczyk, J.,"Fatal Pepper Aspiration," Am J Dis Child 1988:633-636

15. Cohle, S., Graham, M., Sperry, K. and Dowling, G., "Unexpected Death Due to Infective Endocarditis," Journal of the Forensic Sciences, JFSCA, Vol 34, No. 6,Nov. 1989, pp 1374-1386.

16. Poklis, A., Graham, M., Maginn, D., Branch, C. and Gantner, G., "Phencyclidine and Violent Deaths in St. Louis, Missouri: A Survey of Medical Examiners' Cases from 1977 through 1986," Am J Drug Alcohol Abuse, 16(3&4), pp 265-274 (1990).

17. Kemp, J., Kowalski, R., Burch, P., Graham, M. and Thach, B., "Unintentional Suffocation by Rebreathing: A Death Scene and Physiological Investigation of a Possible Cause of Sudden Infant Death," J Pediatr 1993; 122:881-6

18. Miller, L., Wesp, A., Jennison, S., Graham, M., Martin, T., McBride, L. Pennington, D. and Peigh, P., "Vascular Rejection in Heart Transplant Recipients," J Heart Lung Transplant, 1993; 12:S147-52.

19. Zimmerman, S., Adkins, D, Graham, M., Petruska, P., Bowers, C., Vrahnos, D.and Spitzer, G., "Case Report: Irreversible, Severe Congestive Cardiomyopathy Occurring  in Association with Interferon Alpha Therapy," Cancer Biotherapy 1994; 9:291-299.

20. Tracy, T.F., Silen, M.L. and Graham, M.A., "Delayed Rupture of the Abdominal Aorta in a Child Following a Suspected Handlebar Injury," J Trauma, 1996; 40:119-120.

21. Filkins, J.A., Cohle, S., Levy, B.K. and Graham, M.A.,"Unexpected Deaths Due to Colloid Cysts of the Third Ventricle," J Foren Sci, JFSCA, 1996; 41:521-523.

22. Donoghue, E.R., Graham, M.A., Jentzen, J.M., Lifschultz, B.D., Luke, J.L., and  Mirchandani, H.G., "Position paper: Criteria for the Diagnosis of Heat-Related Deaths," National Association of Medical Examiners, Am J Forensic Med & Pathol 1997; 18(1):11-14

23. Winters, G.L., McManus, B.M., for the Rapamycin Cardiac Rejection Treatment Trial Pathologists, " Consistencies and Controversies in the Application of the International Society of Heart and Lung Transplantation Working Formulation for Heart Transplant Biopsy Specimens," J Heart and Lung Transplantation, 1996; 15:728-735.

24. Long, C., Crifasi, J., Maginn, D., Graham, M., and Teas, S., "Comparison ofAnalytical Methods in the Determination of Two Venlafaxine Fatalities," J Analytic Tox, 21:166-169, 1997.

25. Graham, M and Hutchins, G, "Forensic Pathology–Pulmonary Pathology," Clin Laboratory Med, 1998; 18:241-262.

26. Randall BB, Fierro MF and Froede RC for the Members of the Forensic Pathology Committee, College of American Pathologists, "Practice Guideline for Forensic Pathology," Arch Pathol Lab Med, 1998; 122:1056-1064

27. Kemp J, Unger B, Wilkins D, Psara R, Ledbetter T, Graham M, Case M and Thach B, "Unsafe Sleep Practices and an Analysis of Bedsharing Among Infants Dying Suddenly and Unexpectedly: Results of a Four-Year, Population-based, Death-scene  Investigation Study of Sudden Infant Death Syndrome and Related Deaths," Pediatrics, 2000; 106(3). URL:http://www.pediatrics.org/cgi/content/full/106/3/e41

28. Case ME, Graham MA, Corey Handy T, Jentzen JM and Monteleone J: The National Association of Medical Examiners

343

Ad Hoc Committee on Shaken Baby Syndrome, "Position Paper on Fatal Abusive Head Injuries in Infants and Young Children," Am J Forensic Med and Pathol, 2001; 22(2):112-122

29. Unger B, Kemp JS, Wilkins D, Psara R, Ledbetter T, Graham M, Case M and Thach BT, "Racial disparity and modifiable risk factors among infants dying suddenly and unexpectedly," Pediatrics, 2003; 111(2):E127-31.

30. Pinckard JK and Graham MA, "Heart valve tissue donation does not preclude the diagnosis of clinically significant pediatric cardiac abnormalities," Am J Forensic Med Pathol, 2003: 24:248-253.

31. Pinckard JK and Graham MA, "Pediatric Heart Valve Tissue Donation," ASCP Check Sample (FP04-1), 2004; 46(1):1-9.

32. Pinckard, JK and Graham MA, "Fat Embolism," ASCP Check Sample (FP04-3), 2004; 46(3):25-37

33. Bhalodolia r, Cortese C, Graham M and Hauptman P, "Fulminant Acute Cellular Rejection with Negative Findings on Endomyocardial Biopsy", J Heart and Lung Transplantation 2006;25:989-92

34. Pinckard JK, Wetli CV and Graham MA, "National Association of Medical Examiners Position Paper on the Medical Examiner Release of Organs and Tissues for Transplantation," Am J Forensic Med Pathol 2007; 28: 202-207

## BOOKS AND CHAPTERS:

1. Graham, M. and Gantner, G., "Certification of Death," in Forensic Pathology, A Handbook For Pathologists, second edition. Northfield, IL: College of American Pathologists; 1990:pp 35-43.

2. Graham, M. and Gantner, G., "Interacting With the Media," in Forensic Pathology, A Handbook for Pathologists, second edition. Northfield, IL: College of American Pathologists; 1990:pp 271-274.

3. Graham, M. and Gantner, G., "Heat and Cold," in Forensic Pathology, A Handbook for Pathologists, second edition. Northfield, IL: College of American Pathologists; 1990:pp 165-169.

4. Gantner, G. and Graham, M., "Death Associated With Fire and Burns," in Forensic Pathology, A Handbook for Pathologists, Northfield, IL: College of American Pathologists; 1990:pp 159-163.

5. Gantner, G. and Graham, M., "Evaluating the Quality of the Medicolegal Autopsy Protocol," in Forensic Pathology, A Handbook for Pathologists, second edition. Northfield, IL: College of American Pathologists; 1990:pp 11-17.

6. Graham, M., "Pathology: Its Role in Personal Injury Litigation," in Medical Evidence, IICLE, Springfield, IL Chapter 8 (pp 1-22), 1990.

7. Graham, M., "Role of the Medical Examiner in Child Abuse," in Child Maltreatment, eds Brodeur, A. and Monteleone, J., G.W. Medical Publishing, Inc. St. Louis, MO, 1994

8. Graham, M., "Pathology: Its Role in Personal Injury Litigation" in Medical Evidence, IICLE, Springfield, IL (1997)

9. Graham, M., "Key Differences between the Role of the Coroner in the United States and the United Kingdom" in the Oxford Textbook of Critical Care, Webb A et al (eds), Oxford University Press, Oxford, UK; 1999:pg1044

10. Graham, M., and Hanzlick, R., Forensic Pathology in Criminal Cases, Lexis Law Publishing, Carlsbad, CA, 1997

11. Graham, M., "Role of the Medical Examiner in Child Abuse," in Child Maltreatment, second edition, eds Brodeur, A and Monteleone, J, G.W. Medical Publishing, Inc., St. Louis, MO, 1998

12. Graham, M., "The Medical Examiner, part 2," in Child Maltreatment, A Comprehensive Photographic Reference Identifying Potential Child Abuse, second edition, Monteleone, J, G.W. Medical Publishing, Inc., St. Louis, MO, 1998

13. Graham, M and Monteleone, J, "Identifying, Interpreting and Reporting Injuries," in Quick Reference--Child Abuse, Monteleone, J, G.W. Medical Publishing, Inc., St. Louis, MO, 1998

344

14. Graham, M, "Working with the Media and Methods of Disseminating Information," in CAP Handbook for Postmortem Examination of Unidentified Remains, Fierro, M (ed), College of American Pathologists, Northfield, IL, 1998.

15. Graham, M, "The Medicolegal Autopsy: Description of the Process," in Medicolegal Death Investigation: Treatises in the Forensic Sciences,2nd edition, Caplan YH and Frank RS (eds), The Forensic Sciences Foundation, Colorado Springs, CO, 1999

16. Graham M and Hanzlick R, Forensic Pathology in Criminal Cases--1999 Companion,Lexis Law Publishing, Charlottesville, VA, 1999

17. Dix J and Graham M, Time of Death, Decomposition and Identification--An Atlas, CRC Press, Boca Raton, FL, 2000

18. Dix J, Graham M and Hanzick R, Asphyxia and Drowning--An Atlas, CRC Press, Boca Raton, FL, 2000

19. Dix J, Graham M and Hanzlick R, Investigation of Road Traffic Fatalities--An Atlas, CRC Press, Boca Raton, FL, 2000

20. Hanzlick R and Graham M, Forensic Pathology in Criminal Cases, 2nd ed., Lexis Publishing, New York, New York, 2000

21. Froede RC and Graham MA, The Medicolegal Autopsy: Format and Quality Assurance. In: Froede RC, ed. Handbook of Forensic Pathology, 2nd ed, College Of American Pathologists, Northfield, IL, 2003

22. Henry TE and Graham MA, Deaths Associated with Fires and Burns. In: Froede RC, ed. Handbook of Forensic Pathology, 2nd ed, College of American Pathologists, Northfield, IL, 2003

23. Graham MA, Henry TE and Weedn VW, Work-Related Deaths. In: Froede RC, ed. Handbook of Forensic Pathology, 2nd ed, College of American Pathologists, Northfield, IL, 2003

24. Graham MA and Randall BB, Interaction with the Media. In: Froede RC, ed. Handbook of Forensic Pathology, 2nd ed, College of American Pathologists, Northfield, IL, 2003

25. Graham M and Corey T, Role of the Medical Examiner in Fatal Cases. In: Giardino AP and Alexander R, eds. Child Maltreatment—A Clinical Guide and Reference, 3rd ed., GW Medical Publishing, St. Louis, 2005

26. Bennett T, Giardino AP and Graham M, The Medical Examiner, in Alexander R and Giardino AP,eds. Child Maltreatment—A Comprehensive Photographic Reference Identifying Potential Child Abuse, 3rd ed., GW Publishing, St. Louis, 2005

27. Graham M and Hanzlick R, Forensic Pathology in Criminal Cases, 3rd ed., LexisNexis, New York, 2006

28. Graham M, Corey TS, Hanzlick R and Green MA, Forensic Pathology in the United States and United Kingdom. In: Alexander R, ed. Child Fatality Review, G.W. Medical Publishing, St. Louis, 2007

**PAPERS PRESENTED:**

1. Newman, A., Graham, M. and Carlton, E., "ABO Antigens in CIS and Dysplasia of the Urinary Bladder," American Urologic Assn., San Francisco, California (1980)

2. Newman, A., Graham, M., et al, "Incidental Carcinoma of the Prostate at the Time of Transurethral Resection: Importance of Evaluating Every Chip," American Urologic Assn., Boston, Mass. (1981)

3. Newman, A., Graham, M., et al, "ABO Antigens in Upper Urinary Tract Transitional Cell Tumors," American Urologic Assn., Boston, Mass. (1981)

4. Graham, M., Hayes, D., Gantner, G., "Medical Center Suicides," American Academy of Forensic Sciences, Anaheim,

345

California (1984)

5. Graham, M., McGivney, J., "Fatal Mediastinitis Following Dental Extraction," American Academy of Forensic Sciences, Anaheim, California (1984)

6. Cohle, S.D., Graham, M.A, "Sudden Death in Hemodialysis Patients," American Academy of Forensic Sciences, Anaheim, CA (1984)

7. Cohle, S.D., Graham, M.A., "Nonatherosclerotic Sudden Coronary Death, International Academy of Forensic Sciences, Oxford, England (September, 1984)

8. Graham, M., Hileman, F., Kirk, D., Wendling, J. and Wilson, J., "Background Human Exposure to 2,3,7,8-TCDD," Fourth International Symposium on Chlorinated Dioxins and Related Compounds, Ottawa, Canada (October, 1984)

9. Graham, M., Wong, S. and Poklis, A., "Death Due to Inhalation of Maleic Anhydride," American Academy of Forensic Sciences, Las Vegas, Nevada (1985)

10. Gantner, G., Graham, M. and Gantner, T., "Provision of Lay Autopsy Reports to Families," American Academy of Forensic Sciences, Las Vegas, Nevada (1985)

11. Graham, M., Hileman, F., Wendling, J. & Wilson, J. "Chlorocarbons in Adipose Tissue Samples," Fifth International Symposium on Chlorinated Dioxins & Related Compounds, Bayreuth, Federal Republic of Germany (Sept. 1985)

12. Graham, M., Tsai, C., Miller, L., Williams, G., Tsai, L., and Martin, T., "Active Lymphocytic Myocarditis in Sudden Unexplained Death," International Academy of Pathology, Annual Meeting, New Orleans, Louisiana (March, 1986)

13. Graham, M., Hileman, F., Wendling, J., and Wilson, J., "Chlorocarbons in Adipose Tissue and Liver Tissue Samples," Sixth International Symposium on Chlorinated Dioxins and Related Compounds, Fukuoka, Japan (September, 1986)

14. Graham, M., and McCallister, HA, "The Spectrum of Myocardial Lesions Due to Catecholamines," National Association of Medical Examiners, Annual Meeting, Tucson, AZ (Nov., 1986)

15. Graham, M., "Evaluation of Human Exposure to Dioxins and Other Environmental Trace Contaminants," American Academy of Forensic Sciences (Plenary Session), San Diego, CA (Feb., 1987)

16. Burch, P., Graham, M., Poklis, A., "Sudden Death Associated with Phencyclidine," American Academy of Forensic Sciences, San Diego, CA (Feb., 1987)

17. Graham, M., Burch, P., Cohle, S., Bux, R., Poklis, A. and Lynch, R., "Recreational and Iatrogenic Fatal Water Intoxication," American Academy of Forensic Sciences, Philadelphia, PA (Feb., 1988)

18. Burch, P. and Graham, M., "SIDS or Infanticide?--Differentiating SIDS From Overlying and Other Forms of Infant Death When Autopsy Findings are Non-diagnostic," American Academy of Forensic Sciences, Philadelphia, PA (Feb.,1988)

19. Poklis, A., Maginn, D., Graham, M. and Gantner, G., "Drug Abuse Trends in St. Louis, MO; 1977-86," American Academy of Forensic Sciences, Philadelphia, PA (Feb., 1988)

20. Graham, M., "The Forensic Examination of the Cardiac Transplant Recipient," National Association of Medical Examiners, Boston, MA (Nov., 1988)

21. Cohle, S., Graham, M., Sperry, K. and Dowling, G., "Unexpected Death Due to Infective Endocarditis," American Academy of Forensic Sciences, Las Vegas, NV (Feb., 1989)

22. Pegors, C., Vogler, C., Graham, M. and Beeson, R., "Skeletal Muscle in Victims of SIDS: A Morphometric Assessment," American Society of Clinical Pathology, San Francisco, CA (1990) (Poster)

23. Kemp, J., Kowalski, R., Graham, M. and Thatch, T., "Positional Ventilatory Impairment in a Serial Study of 23 SIDS Cases", The American Pediatric Society and The Society for Pediatric Research, Boston, MA (May, 1992)

346

24. Jennison, S., Wesp, A., Graham, M., McBride, L., and Miller, L., "Through Cyclosporin Levels in the Early Postoperative Period Do Not Influence the Rate of Subsequent Acute Cardiac Rejection," Third International Congress on Cyclosporine, Seville, Spain (March, 1994)

25. Graham, M., "Rebreathing - It's Role in SIDS," National Association of Medical Examiners Interim Meeting, Seattle, (February, 1995)

26. Case, ME, Graham, MA and Wood JE, "Spinal Cord Injury in Child Abuse", National Association of Medical Examiners, Traverse City, Michigan (September, 1996)

27. Graham, MA and Case, ME, "Hyperthermia in St. Louis – Evolution of a Community Response", National Association of Medical Examiners, Traverse City, Michigan (September, 1996)

28. Case ME, Graham MA and Wood JE, "Spinal cord injury in Child Abuse by Shaking," The Second National Conference on Shaken Baby Syndrome, Salt Lake City, Utah (September, 1998)

29. Unger B, Graham M, et al, "Racial Disparity in Sudden Infant Death Syndrome (SIDS) and Accidental Suffocation: Incidence and death scene findings in a 4-year population based study," Sudden Infant Death Syndrome Alliance, Chicago, IL (4/21/01) (Poster)

30. Clark S, Graham M and Smialek J, "National Train the Trainer Academy for Medicolegal Death Investigator Training," National Association of Medical Examiners Annual Meeting, Richmond, VA (October, 2001)

31. Jumbelic M and Graham, M, "Interobserver Variation in Estimating Coronary Atherosclerosis," National Association of Medical Examiners Annual Meeting, Richmond, VA (October, 2001)

32. Jumbelic M, Kontanis E and Graham M, "Results of Interobserver Variation in Estimating Coronary Atherosclerosis," National Association of Medical Examiners Annual Meeting, Shreveport, LA (September, 2002)

33. Pinckard JK and Graham M, "Heart Valve Tissue Donation Does Not Preclude the Diagnosis of Clinically Significant Pediatric Cardiac Abnormalities," National Association of Medical Examiners Annual Meeting, Shreveport, LA (September, 2002)

34. Graham M, Pinckard JK and Kelly K, "Protocol for Optimizing the Examination of Hearts Procured/Processed for Valve Tissue Transplantation," National Association of Medical Examiners Annual Meeting, Shreveport, LA (September, 2002)

35. Pinckard JK and Graham M, "Deaths of Entertainment-Style Wrestlers: A Case Report and Review of the Literature", National Association of Medical Examiners Annual Meeting, San Jose, CA (September, 2003)

36. Graham M and Hanzlick R, "The Year in Review", National Association of Medical Examiners Annual Meeting, Nashville, TN (September, 2004)

3/1/08

347

# DR. MICHAEL GRAHAM'S TESTIMONY LIST

| Date | D/T | Case Name | Court | Case No. |
|------|-----|-----------|-------|----------|
| 1/4/01 1/12/01 | D | Barber, Cooper, Gettys, Stone, Hargis, Thompson, Dandy v. AC&S, et al. | Mad. Co., IL | 99-L-907 99-L-388 99-L-111 00-L-25 99-L-799 00-L-20 99-L-775 |
| 2/13/01 | D | Cornelius Crittenden Sellers, et al. v. Dresser Industries, Inc., et al. | TX | |
| 4/16/01 | D | Anderson v. Woranow | Sup. Ct. D. of Columbia | 99-7622 |
| 4/19/01 | D | Green v. Mo. Dept. of Transportation | Shannnon Co., MO | CV799-94CC |
| 5/1/01 | D | Inman, Snodgrass, Lawr, Martin, Collins, Foster, Wahl, Rothe, Dougherty v. AC&S, Inc., et al. | Mad. Co., IL | 00-L-119 00-L-23 00-L-112 99-L-1105 99-L-792 99-L-254 99-L-346 00-L-216 00-L-214 |
| 5/24/01 | D | Snodgrass, Lawr, Dougherty v. Bendix, et al. | Mad. Co., IL | 00-L-23 00-L-112 00-L-214 |
| 8/21/01 | D | Hurd v. Columbia/Barlow | Polk Co., FL | G99-369-08 |
| 8/23/01 | D | Hunt v. St. Louis Comm. College | St. Louis City, MO | 982-00775 |
| 8/30/01 | D | Cole v. AC&S, et al., | MD | |
| 10/22/01 | D | Davis v. CSX Corporation | U.S. Dist. Ct. So. Dist. GA | CV 291-089 |
| 10/02/01 | T | In re: New York City Asbestos | NY | |
| 11/16/01 | T | McGrath v. Barnes Hospital | St. Louis City, MO | 992-00130 |

| Date | D/T | Case Name | Court | Case No. |
|------|-----|-----------|-------|----------|
| 1/17/02 | D | Barnes, Burger, Cosney, Davis, Meyer, Weaver, Montgomery v. AC&S, et al. | Madison Co., IL | 00-L-715<br>00-L-979<br>00-L-63<br>00-L-62<br>00-L-980<br>00-L-702<br>00-L-954 |
| 1/28/02 | D | Munsey v. Sunbridge Health | U.S. Dist. Ct. So. Dist., IL | 00-230-MJR |
| 1/29/02 | D | West Virginia Consolidated Circuit Court of Kanawha County, WV | Kanawha Co., W.V. | 01-C-9002 |
| 2/28/02 | D | Sherrell, Radocy v. Salvation Army | St. Louis City,MO | 982-08495 |
| 4/9/02 | D | Grotz, Kobler, Woodard, Laemmel, Mill, Hawkins, Ames, & Spurgeon v. AC&S Inc., et al., | Madison Co., IL | 00-L-716<br>00-L-977<br>00-L-58<br>00-L-978<br>00-L-54<br>00-L-694<br>00-L-718<br>00-L-56 |
| 5/13/02 | D | Alexander v. AC&S | Dist. Ct. Orange Co., TX | 010265-C |
| 5/20/02 | D | Graminski v. Allied Signal, et al., | Mad. Co., IL | 01-L-1661 |
| 5/22/02 | D | Perez v. Avondale Industries | Dist. Court Parish of Orleans, LA | 2001-4774 |
| 6/25/02 | D | Medpro, et al. | | |
| 7/12/02 | D | Rami v. AP Green Ind., et al., | Madison Co., IL | 02-L-6 |
| 7/25/02 | D | Kasprick v. AC&S | Dist. Ct. Dallas Co., TX | DV01-04720-M |
| 8/8/02 | D | Rodriquez v. Crane Company | Sup. Ct. S.F., CA | 401889 |
| 8/20/02 | D | Hawkins, Spurgeon, Spickerman, Vincendt, Eichen, Branham v. John Crane, Inc., et al. | Madison Co., IL | 00-L-694<br>00-L-718<br>00-L-717<br>00-L-703<br>00-L-683<br>00-L-974 |
| 8/29/02 | D | Trout v. Isaac Stewart | Madison Co., IL | 99-L-1062 |
| 10/14/02 | D | Madden v. Able Supply Co. | Dist. Ct. Galveston Co., TX | 00-CV-0988 |

349

| Date | D/T | Case Name | Court | Case No. |
|------|-----|-----------|-------|----------|
| 10/15/02 | D | Doris Morgan, Spec. Adm. of Est. of Kenneth Morgan, deceased | | |
| 10/22/02 | D | Richardson, Kirk | | |
| 11/22/02 | D | Robinson, Dannie | | |
| 12/2/02 | D | Carrasco v. Memorial Heath | Chatham Co., GA | I99-2485G |
| 12/13/02 | T | Donald Cipov & Susan Cipov v. AC & S, Inc., et al | Tarrant Co., TX | 141-189827-01 . |
| 1/8/03 | D | Johnson, et al. v. AC&S, Inc., et al. | Baltimore City, MD | 24X01001863 24X02000667 |
| 1/8/03 | D | Marcellino, Sibley, v. Porter Hayden Co., et al. | Baltimore City, MD | 24X01001862 24X01001864 |
| 1/9/03 | D | Patrick, A., et al. v. Board of Supervisors of LSU, et al. | Parish of Orleans, LA | 93-10037 |
| 1/13/03 | D | Miller, et al. v. Nancy Lynne Taylor, et al. | Knox Co. Cir. Ct., TN | 1-50-01 |
| 1/31/03 | D | Ankney v. Sapp, Fred Overton Custom Homes | Boone Co., MO | 1399CC0804 52 |
| 2/23/03 | D | Dillon v. Kwan, et al. | Hillsborough Co., FL | 257314 |
| 2/26/03 | D | Crater, Jackie v. Wyeth | | |
| 2/26/03 | D | Bernard v. AC&S | Sup. Ct. L.A., CA | BC264506 |
| 3/13/03 | D | Anderson v. Amoco Corp. | Dist. Ct. Montgomery Co. TX | 00-10-06613 |
| 3/13/03 | D | McWhorter v. Bondex International | 13Th Dist. Ct. Wichita Co., TX | 154, 273-A |
| 3/13/03 | D | Babineaux, Milton | | |
| 3/24/03 | D | Busbea, et al. v. Kellogg, Brown & Root, et al. | Lubbock Co., TX | 2000-513-902 |
| 3/14/03 | D | Marshall, et al. v. AC and S, Inc., et al. | CA | |
| 4/4/03 | D | Kimberly v. Avondale Ind., et al. | Parish of Orleans, LA | 99-07224 |
| 4/9/03 | D | In re All Asbestos Litigation | Madison Co., IL | |
| 4/10/03 | D | Campbell v. Wash U. Med. | St. Louis City, MO | 012-9369 |
| 4/11/03 | D | G. Rucker and J. Rucker Hoene, Co-Spec. Adm. For Estate | | |
| 4/16/03 | D | Wayland, Donahue & Williams | | |

| Date | D/T | Case Name | Court | Case No. |
|---|---|---|---|---|
| 4/17/03 | D | Beatrice LeGrande, et al vs. Avondale Industries, Inc. et al | Div. N | 2001-18454 |
| 4/28/03 | D | Baumgarten, Holder v. A. W. Chesterton | Sup. Ct. S.F., CA | 414842 414546 |
| 5/6/03 | D | Denkenberger – Ben-May 19, 2003 All Issue Cases | | |
| 5/8/03 | D | Gray v. Southern Illinois Asphalt Co., et al. | Madison Co., IL | 2-L-488 |
| 6/10/03 | D | Lear v. CSX Transportation | Cir. Ct., 4th Jud. Co., FL | 01-08235-CA |
| 6/10/03 | D | Hickox v. CSX Transportation | Cir. Ct., 4th Jud. FL | 02-04835-CA |
| 6/10/03 | D | Tison v. CSX Transportation | Cir Ct., FL | 02-04836-CA |
| 6/10/03 | D | Stemkowski, Stanley – Pathology of Bevan Group 7 | Cuyahoga Co., OH | CV-396997 |
| 6/11/03 | D | Clark, Hopkins, Jones, Lavallee, Potter v. Asbestos Defendants | Sup. Ct. S.F., CA | 412036 408556 407782 415580 415030 |
| 7/9/03 | D | Primeau v. Bigham Insulation | Cir. Ct. Miami, Dade Co., FL | 02-21162-CA42 |
| 7/9/03 | D | Hickey Group 1A, Comstock, Lloyd | Cuyahoga Cou, OH | 372678 |
| 7/15/03 | D | Harper v. Quizenberry (In re: Kelelrman) | Wash. Co., IL | 01-L-14 |
| 7/24/03 | T | Jones, Potter v. Asbestos Defendants | Sup. Ct. S.F., CA | 415030 415030 |
| 7/28/03 | D | Sabin, Velasquez v. A. W. Chesterton | Sup. Ct. S.F., CA | 400185 416023 |
| 7/29/03 | D | Kerr v. Doerhoff | Boone Co., MO | 98-CC-079561 |
| 8/7/03 | D | Bannister v. Combustion Engineering | Kanawha Co., W.V. | 03-C-9600 |
| 8/18/03 | D | Winters v. Avondale Industries | St. Louis City, MO | 2001-9229 |
| 8/19/03 | D | Oliver v. Able Supply Co. | Dist. Ct. Travis Co., TX | 99-06377 |
| 8/20/03 | D | Canatella v. A. W. Chesterton Co., et al. | Baltimore, MD | 24X02000017 |
| 8/26/03 | D | Sanchez v. Borg Warner | Sup. Ct. L.A., CA | BC290003 |

351

| Date | D/T | Case Name | Court | Case No. |
|------|-----|-----------|-------|----------|
| 8/28/03 10/30/03 | D | Smarty v. Costigan | St. Louis Co., MO | 01CC-003561 |
| 9/9/03 | D | Flock, Ind., and as Next Friend, Natural Father, and Heir | So. Dist. of Texas, Houston Div. | C.A.#H00-3794 |
| 9/10/03 | D | Miller, Ind., and as Spec. Adm. Of Estate of Charles | Sangamon Co., IL | 2000 L 0375 |
| 9/11/03 | D | Bertucci v. Northrop Grunman Systems Corp. | Dist. Ct. Parish of Orleans, LA | 02-17551 |
| 9/12/03 | D | Short, Robert – New Kelley Group 13 Pathology, Asbestos Litigation | Cuyahoga Co. OH | CV-444533 |
| 10/22/03 | D | Varnadore v. CSX Transporation | Duval Co., FL | 02-07566-CA |
| 10/23/03 | D | Davis, Robinson, v. Garlock, Inc., A. W. Chesterton Co., et. al | Dist. Ct. Harris Co., TX | 2002-28497 |
| 10/27/03 | D | Perez, et al. v. Able Supply Co., et al. | Nueces Co., TX | 01-04046-E |
| 10/28/03 | D | Melvin v. Pittsburgh Corning | Dist. Ct. Jefferson Co. , TX | B-150,374 (AV) |
| 10/28/03 | D | Bailey, James | | |
| 10/28/03 | D | Dalton, Richard | | |
| 11/19/03 | T | Morgan, Spec. Adm. Est. of K. Morgan, deceased | | |
| 11/19/03 | D | Jones, et al. v. Grandpas, et al | | |
| 12/5/03 | D | Wood vs. CXS Transportation | Duval Co., FL | 02-04833-CA |
| 12/5/03 | D | Williamson v. CXS Transportation | DuVal Co., FL | 02-04834-CA |
| 12/19/03 | D | Nolan v. A. W. Chesterton Co. and Greene, Tweed and Co., Inc. | Vermilion Co. IL | 01-L-117 |
| 1/5/04 | D | Longnecker v. Betchel Corp., et al. | Madison Co., IL | 01-L-13 |
| 1/13/04 | D | Roth v. J. J. Brouk & Co. | | 75-112289 & 76-1 |
| 1/19/04 | D | Barker v. Bondex International | Dallas Co., TX | 03-11538-C |
| 1/28/04 | D | Russell v. General Motors, et al. | Cobb Co State Ct., GA | 04-A 3682 |
| 1/30/04 | D | Smith, et al. v. Able Supply, et al. | Dist. Ct. Bexar Co., TX | 2001-C108509 |
| 2/5/04 | D | Smith, et al. v. AC and S, Inc., et al. | MD | |
| 2/25/04 | D | Weber vs. Asbestos Defendants | Sup. Ct. S.F., CA | 425210 |
| 3/1/04 | D | LaChapelle v. American Standard | Sup. Ct. L.A., CA | BC303899 |

352

| Date | D/T | Case Name | Court | Case No. |
|------|-----|-----------|-------|----------|
| 3/2/04 | D | McGovney v. Gold Coast Aviation Industrial Commission | | 00WC02814 |
| 3/4/04 | D | Jones v. Meyers Auto Parts | Dist. Ct. Parish of Orleans, LA | 03-3367 |
| 4/6/04 | D | Douglas v. Alcoa | Dist. Ct. Orange Co., TX | A0100091-C |
| 4/8/04 | D | Tynes v. Alcoa, Inc. | Dist. Ct. Tarrant Co., TX | 190848 |
| 4/28/04 | D | Nancy Fisher, Individually and as Personal Representative of the Heirs and Estate of Frederick Fisher, deceased, et al vs AcandS, Inc., et al | Orange Co., TX | A010256-C |
| 5/3/04 | D | Escamillo, et al. v. American Standard, Inc., et al. | Sup. Ct. L.A., CA | BC303900 |
| 5/10/04 | D | Brown, Robert v. NF & S Ry. | Madison Co., IL | 01-L-1574 |
| 5/11/04 | D | Ogan, Gerald – Cuyahoga County Kittel Group 2 | Cuyahoga Co., OH | CV-467718 |
| 5/12/04 | D | Haynes v. Asbestos Defendants | Sup. Ct. S.F., CA | 426250 |
| 5/24/04 | D | Nolen v. A.W. Chesterton | Dist. Ct. Tarrant Co., TX | 153-200843-03 |
| 5/21/04 | D | Crean v. Asbestos Defendants | Ventura, S.C. | 037443 |
| 6/7/04 | D | Thompson v. A. W. Chesterton Co., et al. | Baltimore City, MD | 24X03001064 |
| 6/8/04 | D | Romano, Dan – Goldberg Group 18 | Cuyahoga Co., OH | CV-499481 |
| 6/8/04 | D | Raymer v. Opies Transport, Inc. | Mo. Div. WC | 02-087744 |
| 6/10/04 | D | Ohm v. AMF | U.S. Dist. Ct., Dallas Co., TX | DV01-00301-M |
| 6/10/04 | D | Willie James Kravskopf, et al. vs. AWI, et al | Dallas Co., TX | DV00-02321 |
| 7/1/04 | D | Rascher v. Bondex, Int.'l, Inc. and RPM, Inc. | St. Louis City Ct, MO | 022-10850 |
| 7/16/04 | T | Manuel Gusoff v. Sears, Roebuck & Co. | Philadelphia Co., PA | 06780.00027 |
| 7/20/04 | D | Richard A.Sharp, et al. v. A. P. Green Industries, Inc., et al. | 24th JDC | 557-023 "C" |
| 8/13/04 | D | Davidson v. A. W. Chesterton | Sup. Ct. S.F., CA | 429088 |
| 8/25/04 | D | Kubetz v. Able Distribution, et al. | Manitowoc Co., WI | 03-CV-412 |

353

| Date | D/T | Case Name | Court | Case No. |
|------|-----|-----------|-------|----------|
| 8/27/04 | D | Treggett, v. Alea Laval, Inc., et al. | Sup. Ct. L.A., CA | BC307058 |
| 8/30/04 | D | Thomas v. Atlas Turner, Inc., et al. | Sup. Ct. L.A., CA | BC262037 |
| 9/1/04 | D | McShane, et al. v. Bondex International, et al. | Sup. Ct. L.A., CA | BC312605 |
| 9/20/04 | T | Jane Williams, Individually and as Surviving Spouse of Raymond Williams, deceased v. AC & S, Inc., et al | Tarrant Co. TX | 141-181029-99 |
| 9/24/04 | D | Nuriddin v. Asbestos Defendants | Sup. Ct. S.F., CA | 420810 |
| 9/27/04 | D | Cregut, v. A. W. Chesterton, et al | Sup. Ct. S.F., CA | 428078 |
| 10/7/04 | D | Leezy v. Asbestos Defendants | Sup. Ct. L.A., CA | 248586 |
| 10/11/04 | D | Chappell v. A. W. Chesterton | Sup. Ct. S.F., CA | 429634 |
| 10/12/04 | D | John Crane Inc. Asbestos Litigation Thomas Hastings, M.D. | Cir. Ct. Baltimore City, MD | 24-X02002172 |
| 10/20/04 | D | Sears v. Rural Metro Ambulance | St. Clair Co., AL | CV-03-250-A |
| 10/26/04 | D | In re: Susan Thompson | Sup. Ct. S.F., CA | 323241 |
| 11/1/04 | D | McClatchy, Balfour, v. Able Supply Co., et al. | Smith Co., TX | 02-467-C |
| 11/2/04 | D | Perman v. Atlas Turner, Inc. | Sup. Ct. L.A., CA | 428104 |
| 11/16/04 | D | Koester vs. American Honda Motor Co., et al. | Sup. Ct. L.A., CA | 300247 |
| 11/30/04 | D | Fine, Ricciardelli, v. Alcoa | Dist. Ct. Dallas Co., TX | 0302977-C |
| 12/15/04 | D | Williams, Tommie., v. Carter Pumps, et al. | Sup. Ct. L.A., CA | 309034 |
| 12/20/04 | T | Hutson v. Phillips 66 Co., et al. | Harris Co. TX | 2003-23881 |
| 1/5/05 | D | Barnett, Penley & Pappas (In re: Asbestos Pers. Inj. Lit.) | Kanana Co., W.V. | 04-C-916 03-C-622 02-C-2836 |
| 1/7/05 | D | Aslanian, et al. v. 3M Company | Sup. Ct. L.A., CA | 308960 |
| 1/11/05 | D | Cannon v. Barnes Jewish | St. Louis City Ct., MO | 022-00459 |
| 1/17/05 | D | Zavacky v. A-Best Products, Co., Inc., et al. | Cuyahoga Co., OH | CV-482142 |
| 1/17/05 | D | Walraven v. Ford Motor Co. and General Motors Corp. | Middlesex Sup. Ct., MA | CV 043940 |
| 1/21/05 | D | Jones, et al. v. A. H. Voss Company, et al. | Sup. Ct., L.A., CA | BC279406 |
| 1/28/05 | D | Estate of Joseph Hulen vs. Am Commercial Barge Line | US Dist. Ct Southern Dist. of IL | 04-367GPM |

354

| Date | D/T | Case Name | Court | Case No. |
|------|-----|-----------|-------|----------|
| 2/2/05 | D | Thomas Knox, Jr., Personal Rep. Of the Estate of Thomas Knox, and on behalf of H. Carol Knox, the decedent's surviving spouse vs. Richard Thacker, M.D., Med. Group of N. Florida, P.A., Tallahassee Med. Ctr, Inc., d/b/a Tallahassee Com. Hosp, Mark Fahey, M.D. and Tallahassee Orthopedic Clinic, III, P.L. | 2nd Jud Ct. Leon Co. FL | 2002-CA-2854 |
| 2/16/05 | D | Robert Leech, deceased vs. A.W. Chesterton, et al | Cuyahoga Co, OH | 495702 |
| 2/17/05 | D | Billie Speicher vs. American Asbestos Co., et al | Sup. Ct. S.F., CA | 432443 |
| 2/28/05 | T | Thomas Knox, Jr., Personal Rep. Of the Estate of Thomas Knox, and on behalf of H. Carol Knox, the decedent's surviving spouse vs. Richard Thacker, M.D., Med. Group of N. Florida, P.A., Tallahassee Med. Ctr, Inc., d/b/a Tallahassee Com. Hosp, Mark Fahey, M.D. and Tallahassee Orthopedic Clinic, III, P.L. | 2nd Jud Ct. Leon Co. FL | 2002-CA-2854 |
| 2/28/05 | D | Clinton, Bobby J./Gloria vs. Am. Asbestos Co. | Sup. Ct. S.F., CA | 433284 |
| 3/3/05 | D | JoAnn Vent et al vs. A. C & S Inc. et al | Cir Ct. Baltimore City, MD | 24-X-000078 |
| 3/3/05 | D | Charles Hargrave vs. Caterpillar, Inc., et al | Madison Co, IL | 04-L-734 |
| 3/16/05 | D | Donald Yates, et al. vs. A.W. Chesterton, et al | Ashley Co, AK | CIV-2000-203-3 |
| 3/17/05 | D | Horch, Robert/Nancy V. vs. American ASB | Sup. Ct. S.F., CA | 434341 |
| 3/28/05 | D | Linn, David v. Flintkote, et al. | Sup. Ct., LA Co., CA | 309920 |
| 4/4/05 | D | Vaughn, Larry et al vs. 3M Company | Sup. Ct., LA Co., CA | 322230 |
| 4/13/05 | D | Lorraine Eaton, Heirs of the Est. of Noah Eaton, Deceased | St. Louis City | 032-00364 |
| 4/14/05 | D | Fontes, Elaine, et al, vs AC & S, Inc., et al | Sup. Ct., L.A., CA | 266468 |
| 4/21/05 | D | Nuriddin, J. Shaheed vs. Asbestos Defendants | Sup. Ct. S.F., CA | 420810 |
| 4/21/05 | D | Massimino, Cosmos/Mary vs. Atlas Turner | Sup. Ct., SF, CA | 412937 |
| 5/3/05 | D | Gary Willis v Norfolk Southern Railway Co, et al | Madison Co, IL | 04-L-117 |
| 5/16/05 | D | Paul Rose vs. Caterpillar, Inc. | Cir Ct Marshall Co, WV | 03-C-26K |
| 5/25/05 | D | Anton Kubetz, et al vs. Able Distributing Co, et al | WI | 03-CV-412 |

| Date | D/T | Case Name | Court | Case No. |
|---|---|---|---|---|
| 6/7/05 | D | Larry Smith/Linden vs. American Asbestos Co. | Sup. Ct. S.F., CA | 434096 |
| 6/9/05 | D | John Hoogerwerf vs. Pneumo Abex Corp. et al | McLean Co, IL | 04L92 |
| 6/9/05 | D | James Bednar vs. Dana Corp., et al | Philadelphia Co, PA | 2988 |
| 7/13/05 | D | Curtis Lightsey vs. John Crane Inc., et al | US Dist Ct, Atlanta, GA | 1:02-CV-3391-ODE |
| 7/28/05 | D | State vs. William J. Sitton | Lincoln Co., MO | 04L6-CR01535 |
| 7/28/05 | T | Carol Ann Engro, Co-Executrix of the Estate of Leonard Engro vs. Sears, Roebuck & Co, et al | Philadelphia Co, PA | Sept term 2004-1110 |
| 7/29/05 | D | David Linn vs. Flintkote, et al | Sup. Ct., L.A., CA | 309920 |
| 8/1/05 | D | James Griffin and Helen Griffin vs Buffalo Pumps, Inc., et al | Sup. Ct., L.A., CA | BC307929 |
| 8/2/05 | D | David Sherman vs. Interface Materials, Inc. | St. Louis City,MO | 00-172593 |
| 8/15/05 | D | Lisa A. York, etc., vs. Norfolk Southern Railway, et al | St. Louis City,MO | 04207829 |
| 8/19/05 | D | Verna Glassing | | |
| 8/31/05 | T | People vs. James Wiley | Monroe Co., IL | 04-CF-125 |
| 9/6/05 | D | David Blair Maynard & his wife Linda Carol Maynard, vs. A.W. Chesterton Co. et al | Cir. Ct. Kanawha Co., WV | 04-C-3392 |
| 9/6/05 | D | William Warren Carter & his wife Loretta K. Carter vs. A.W. Chesterton, et al | Cir. Ct. Kanawha Co., WV | 04-C-2376 |
| 9/28/05 | T | Carraway vs. Christian Hospital NE-NW, et al. | US Dist. Ct, Eastern Dist. Of MO | 4:03CV1077 FRB |
| 9/29/05 | T | Curtis Lightsey vs. John Crane Inc., et al | US Dist Ct, Atlanta, GA | 1:02-CV-3391-ODE |
| 10/10/05 | D | Elaine Roschewski, Indiv. & as Successor-in-Interest to Wayne Roschewski, Dec.; and Elaine Roschewski, Sherry Ann Moorhous & Melanie Jo Miller, as Legal Heirs of Wayne Roschewski, Deceased vs. Asbestos Defendants (BHC) | Sup. Ct., S.F., CA | 400223 |
| 10/25/05 | D | Judie Bourn, Individually and as Successor-in-Interest to William Bourn, Deceased; and Spring Bourn and Judith Bourn, as Legal Heirs of William Bourn, Deceased vs. Asbestos Defendants (B*P) | Sup. Ct., S.F., CA | 416491 |

356

| Date | D/T | Case Name | Court | Case No. |
|---|---|---|---|---|
| 12/5/05 | D | Emil Cerny vs. Abest Products, et al. | Ct. of Common Pleas, Cuyahoga Co., OH | 03-503990-CV |
| 12/13/05 | D | Shirley Jacoby, Indiv. & as Special Admin. of the Estate of Homer Jacoby, deceased vs. Sprinkman & Sons Corp. of IL, et al. | Cir. Ct. Macon Co., IL | 04L191 |
| 12/14/05 | D | William Cantwell, et al. vs. Electric Furnace Company, et al. | Cir. Ct. Kenosha, Co. WI | 04-CV-1440 |
| 12/16/05 | D | Charlton Clemmer vs. Asbestos Defendants | Sup. Ct., S.F., CA | 434434 |
| 1/9/06 | D | Studer, James, et al. vs. American Standard | Sup. Ct., L.A., CA | 331706 |
| 1/20/06 | D | Debra Michiko Underwood, as Successor Trustee of the Elverton Hiromi Kamada Trust dated October 4, 2004, and assignee of the personal injury claims of Elverton Hiromi Kamada, deceased, and Helen Kazue Kamada vs. Kaiser Gypsum Company, Inc., a Washington corporation, etc., et al. | 1st. Cir. Ct. State of Hawaii | 04-1-0492-03(EEH) |
| 1/23/06 | D | Mary B. Reyes, Indiv. & as Special Admin. of the Estate of Robert A. Reyes, deceased vs. Pneumo Abex Corp., et al | Cir. Ct. McLean Co., IL | 04-L-171 |
| 2/6/06 | T | Morrison vs. American Asbestos Co., et al. | Sup. Ct., S.F., CA | 432013 |
| 2/10/06 | T | Evelyn Irvin OBO Richard Irvin vs. Merck & Co., Inc. | U.S. Dist Ct., East. Dist. Of Louisiana | 2:05CV4046 |
| 2/10/06 | D | Brady, Larry vs. A.W. Chesterton, Inc., et al. | Sup. Ct., L.A., CA | BC444858 |
| 2/27/06 | D | Vince, Nathalie vs. Allied Signal et al. | Cuyahoga Co. Ct. of Common Pleas, OH | 537314 |
| 3/8/06 | D | Haden, Karen (WD: Zella Garrett) vs. Atlas Turner | Sup. Ct., S.F., CA | 430933 |
| 3/9/06 | T | Debra Michiko Underwood, as Successor Trustee of the Elverton Hiromi Kamada Trust dated October 4, 2004, and assignee of the personal injury claims of Elverton Hiromi Kamada, deceased, and Helen Kazue Kamada vs. Kaiser Gypsum Company, Inc., a Washington corporation, etc., et al. | 1st. Cir. Ct. State of Hawaii | 04-1-0492-03(EEH) |
| 3/10/06 | D | Gary W. Randolph vs. CSX Transportation, Inc. | Sup. Ct. Fulton Co., GA | 2004CV90774 |
| 3/15/06 | D | Betty Cunningham (WD: Richard), et al. vs. AGCO Corporation, et al. | Sup. Ct., L.A., CA | BC307 929 |

357

| Date | D/T | Case Name | Court | Case No. |
|------|-----|-----------|-------|----------|
| 3/23/06 | D | Rahmes, Robert vs. Allied Signal et al. | Cuyahoga Co. Ct. of Common Pleas, OH | 543596 |
| 3/23/06 | D | Cornett, Lawrence vs. Allied Signal et al. | Cuyahoga Co. Ct. of Common Pleas, OH | 95-296215 (consolidated with 536168) |
| 3/28/06 | D | Lewis Wright, et al. vs. Honeywell International, Inc., et al. | Cir. Ct. of Holmes Co, MS | 2002-576 |
| 4/4/06 | T | People vs. Joe C. Tucker | Cir. Ct., Jeff. Co., IL | 02-CF-212 |
| 4/7/06 | D | Samuel E. Stacey vs. A.W. Chesterton Co., et al. | Cir. Ct., Richmond, VA | LT-00835 |
| 4/7/06 | D | Raymond Belardes vs. Advocate Mines | Sup. Ct., S.F., CA | 445995 |
| 4/12/06 | D | Carmen N. Stigliano vs. Anchor Packing Co., et al. | Sup. Ct., New Castle Co., DE | 05C-06-263 |
| 4/13/06 | D | Thomas Halsema, et. Al. vs. Allied Packing, et. al. | ACSC | RG05236661 |
| 4/14/06 | D | Patsy Bodkin vs. Georgia Pacific | St. Ct of Fulton Co., GA | 2005-EV-000009D |
| 4/17/06 | D | Henry Hall vs. Bondex, et al. | Sup. Ct., L.A., CA | 340466 |
| 4/19/06 | D | Saeed Behshid vs. Bondex, et al. | Sup. Ct., L.A., CA | BC343104 |
| 4/24/06 | D | John McCormick vs. A-best, et al | Cuyahoga Co., Ct. of Common Pleas, OH | 535422 |
| 4/25/06 | D | Michael Robertson vs. Alfa Laval, Inc., et al | Sup. Ct., L.A., CA | BC332170 |
| 5/1/06 | D | Larry Gregory and Stacey Gregory vs. A.W. Chesterton, et al | Cir. Ct., Cook Co, IL | 05L003782 |
| 5/8/06 | D | Karen K. Reese, Indiv. & as Special Administrator of the Estate of Ralph R. Reese, Jr., Deceased | Cir. Ct. of McLean Co., IL | 04 L 51 |
| 5/15/06 | D | Mary Behnke, Executrix of the Estate of James Behnke vs. Foseco, Inc., et al | Cir. Ct. of Marshall Co., W. VA | 05-C-155M |
| 5/22/06 | D | Timothy McDowell vs. Michael J. Jones, M.D. | Common Wealth of KY | 02-C101266 |
| 5/23/06 | D | Donald Fulton vs. AC and S, Inc. | Sup. Ct., S.F., CA | 440464 |
| 6/8/06 | D | Gloria Derendinger et al vs. A. W. Chesterton, Inc., et al. | 22nd Jud. Ct., City of St. Louis, MO | 05200469 |

| Date | D/T | Case Name | Court | Case No. |
|------|-----|-----------|-------|----------|
| 6/13/06 | T | Devona Coulson vs. Zurich American Ins. Co. | Wayco, TX | DWC #05076609 |
| 6/20/06 | D | David Bakkie vs. Asbestos Defentants (B*P) | Sup. Ct., S.F., CA | 05-445300 |
| 7/7/06 | D | Joseph DiCenzo vs. George V. Hamilton, et al | Cuyahoga Co., OH | 404588 |
| 7/11/06 | D | William E. Merck vs. Ingersoll-Rand, et al | Cir. Ct. Madison Co., IL | 05L0636 |
| 7/13/06 | D | William E. Pitts vs. Genuine Parts Co., et al | Cir. Ct., Co., Spotsylvania, VA | 177CL01 - 282 |
| 7/19/06 | D | Ruben Flores vs. Bondex International, et al | Sup. Ct., L.A., CA | BC 333511 |
| 7/20/06 | D | Sharon Maxwell vs. Advocate Mines, Ltd. et al | Sup. Ct., L.A., CA | BC 346840 |
| 7/20/06 | D | Joseph Norris et al. vs. Ampco Pittsburgh, et al | Sup. Ct., L.A., CA | BC 340413 |
| 7/24/06 | D | Doris Silvestro and Joyce L. Gold vs. Bondex, et al. Tamara Kapraun, Indiv. & as Personal Rep. of the Heirs and Estate of Joseph Krotzer et al. vs. Crane Co., et al | Sup. Ct., L.A. Co., CA | BC 253974 BC 332560 |
| 7/26/06 | D | Bobbie Cummings vs. Alfa Laval et al. | Sup. Ct., L.A., CA | BC 329245 |
| 7/28/06 | D | Richard Davis vs. Union Carbide | Sup. Ct., New Castle, Co, DE | 05C-09-033 ASB |
| 7/28/06 | D | Russell Sanders vs. Union Carbide | Sup. Ct., New Castle, Co, DE | 05C-07-176 ASB |
| 7/28/06 | D | Robert Peregrine vs. Union Carbide | Sup. Ct., New Castle, Co, DE | 05C-09-096 ASB |
| 8/1/06 | D | James Lamar Duncan, et al. vs. American Standard, Inc., et al | 11th Judicial Dist. Ct., Harris Co.TX | 2004-07671 |
| 8/4/06 | D | Karen K. Reese, Indiv. and as Special Admin. of the Estate of Ralph Reese, Jr., Deceased | 11th Jud. Cir. Ct. McLean Co, IL | 04-L-51 |
| 8/8/06 | D | Ann Burns (WD William F. Burns) vs. Asbestos Defendants | Sup. Ct., S.F., CA | 426568 |
| 8/8/06 | D | Silvia DePrey (WD: Jack Severance) vs. Atlas | Sup. Ct., S.F., CA | 425578 |
| 8/8/06 | D | Mary Pecoraro (WD: Andrew) vs. Atlas | Sup. Ct., S.F., CA | 419047 |
| 8/14/06 | D | Glenn Keeran et al. vs. Ametek, et al. | Sup. Ct., L.A., CA | BC3460805 |
| 8/17/06 | T | Bobbie Cummings vs. Alfa Laval, et al. | Sup. Ct., L.A., CA | BC 329245 |
| 8/18/06 | D | Melody A. Dean, et al. vs. Bondex International, et al. (deceased Michael Mikul) | Sup. Ct., L.A., CA | BC332247 |

359

| Date | D/T | Case Name | Court | Case No. |
|------|-----|-----------|-------|----------|
| 8/23/06 | D | Michelle L. Kuczka vs. Olin Corp. et al. (deceased Paul Kuczka ) | Cir. Ct., Madison Co, IL | 05-L-274 |
| 8/30/06 | D | Louis A. Ferrara, deceased vs. A.W. Chesterton Co., et al. | 11th Jud. Dist., Harris, Co, TX | 2004-07963A |
| 9/12/06 | D | Allen Shreiner vs. American Biltrite, et. al. | New Castle, Co, DE | 05C-11-127 ASB |
| 9/15/06 | D | Willie Allran vs. Pneumo Abex LLC, et al. | Cir. Ct., Madison Co, IL | 03-L-800 |
| 9/15/06 | D | Deloris Barton vs. Pneumo Abex LLC, et al. | Cir. Ct., Madison Co, IL | 05-L-1228 |
| 9/15/06 | D | William DeWitt vs. Pneumo Abex LLC, et al. | Cir. Ct., Madison Co, IL | 06-L-114 |
| 9/15/06 | D | James Fowler vs. Pneumo Abex LLC, et al. | Cir. Ct., Madison Co, IL | 06-L-118 |
| 9/15/06 | D | John Long vs. Pneumo Abex LLC, et al. | Cir. Ct., Madison Co, IL | 06-L-33 |
| 9/15/06 | D | Lorraine Millman vs. Pneumo Abex LLC, et al. | Cir. Ct., Madison Co, IL | 05-L-737 |
| 9/15/06 | D | Eugene Wilson vs. Pneumo Abex LLC, et al. | Cir. Ct., Madison Co, IL | 05-L-1277 |
| 9/26/06 | D | Robert Stevens vs. Bondex International, et al. | New Castle, Co, DE | 05-272 ASB |
| 9/26/06 | D | Ronald Brobst vs. American Standard, et al. | Philadelphia Co, PA | 0506-1199 |
| 9/27/06 | D | Raymond McConnell vs. Bondex, et al. | Philadelphia Co, PA | 0508-2614 |
| 9/27/06 | D | Richard Fortini et al. vs. 3M Corp., et al. | Sup. Ct., L.A., CA | BC334407 |
| 9/27/06 | D | Patricia Thibault (WD: Ronald) vs. Atlas, et al. | Sup. Ct., S.F., CA | 422317 |
| 9/29/06 | D | Raymond Jenkins vs. AC and S, et. al. | Cir. Ct. Baltimore, City, MD | 24X05000481 |
| 10/3/06 | D | Gordon Lewis, et al. vs. Alfa Laval, Inc., et al. | 192nd Jud. Dist., Dallas Co., TX | 04-05698 |
| 10/5/06 | D | Vickie Hoogerwerf, Indiv. & as Special Admin. Of the Estate of John Hoogerwerf, Deceased | 11th Jud. Cir. Ct., McLean, Co., IL | 04-L-92 |
| 10/6/06 | T | Allen Shreiner vs. American Biltrite, Inc., et al. | New Castle Co., DE | 05C-11-127 ASB |

360

| Date | D/T | Case Name | Court | Case No. |
|------|-----|-----------|-------|----------|
| 10/9/06 | D | Edward Boyer vs. A.W. Chesterton Co., et al. | Middlesex Co., MA | 05-4306 |
| 10/9/06 | D | Kory Kretzinger, et al. vs. Garlock Sealing Technologies, et al. (RE: Edward Kretzinger) | 11th Jud. Dist. Ct., Harris Co., TX | 2005-67859 |
| 10/20/06 | D | Anderson (WD: Kenneth) vs. Caterpillar, et al. | King Co. Sup. Ct., King Co, WA | 05-2-04551-5 SEA |
| 11/7/06 | D | White, Christine (WD: Leroy White) vs. AGCO Corp., et al | Sup. Ct., S.F., CA | 430305 |
| 11/8/06 | D | AXA Equitable Life Ins. Co. vs. Lionel Sands, Carol Ashworth, Ann Mortensen, Eloise Heaps, and Guy Heaps (RE: Gail Sands) | U.S. Dist. Ct., Panama City Div., FL | 5:06cv59/RS |
| 11/9/06 | D | Ruth Bridges (on behalf of Lawrence Clayton Bridges, dec.) et al. vs. Elementis Chemicals, Inc., et al. | Sup. Ct., L.A., CA | BC329014 |
| 12/5/06 | D | James Ticer vs. Amcord, Inc., et al | Sup. Ct., L.A., CA | BC353981 |
| 12/8/06 | D | John Thompson vs. Pneumo Abex LLC, et al. | Cir. Court, Madison Co, IL | 06-L-366 |
| 12/8/06 | D | Arthur Scholbe vs. Pneumo Abex LLC, et al. | Cir. Court, Madison Co, IL | 06-L-284 |
| 12/14/06 | D | Richard Merrill vs. Alfa Laval, Inc., et al. (continued 1/3/07) | Sup. Ct., L.A. Co., CA | BC352170 |
| 12/21/06 | D | Chester Link vs. Ahlstrom Pumps, LLC, et al | Cuyahoga Co., Ct. of Common Pleas, OH | 565305 |
| 01/08/07 | D | Allen Ochs vs. Garlock, et al. | Cook Co., IL | 04-L-4790 |
| 1/11/07 | D | Henrietta Espinoza, Indiv. and as Personal Representative of the Heirs and Estate of Francisco Rodriguez | At Law Number One, Calhoun Co., TX | 02-CV-126 |
| 1/12/07 | D | Yvonne Bishop, Indiv. and as Administratrix of the Estate of James Bishop vs. American Standard, Inc., et al | Sup Ct., Providence Co., RI | 05-1051 |
| 1/17/07 | D | Barbara Cooper, Indiv. and as Personal Representative of the Heirs and Estate of Warren Cooper vs. A.W. Chesterton, et al. | 11th Dist Ct., Harris Co., TX | 2004-5065A |
| 1/23/07 | D | Phillip Shaw vs. A-Best Products, et al | Cuyahoga Co., Ct. of Common Pleas, OH | 576377 |

| Date | D/T | Case Name | Court | Case No. |
|------|-----|-----------|-------|----------|
| 1/23/07 | D | Walter Cox vs. Albany International Corp | Cuyahoga Co., Ct. of Common Pleas, OH | 560894 |
| 1/30/07 | D | Rincon, Philip/Joanne vs. A.W. Chesterton, et al. | Sup. Ct., S.F., CA | 454736 |
| 2/5/07 | T | Gloria Breske, Indiv. and as Special Administrator of the Estate of John Breske, Deceased vs. Georgia Pacific, John Crane, Inc and Union Carbide Corp. | Cir. Ct., Cook Co, IL | 05-L-03923 |
| 2/6/07 | D | Richard Walmach vs. Aqua-Chem, et al. | Sup. Ct., L.A. Co., CA | BC336186 |
| 2/14/07 | D | Gondolfo, Clarice (WD: John) vs. Atlas Turner | Sup. Ct., S.F., CA | 412969 |
| 2/27/07 | D | Margaret Walton, Personal Rep. of the Estate of Robert Walton, Deceased vs. Norfolk Southern Railway Company | Macon Co., IL | 05-L-94 |
| 3/6/07 | D | Myrna D. Kurle, Inv. and as Surviving Spouse and Next of Kin of Jacob R. Kurle, Deceased vs. Georgia Pacific Corp | Dist. Ct., Oklahoma Co., OK | CJ-2005-7448 |
| 3/9/07 | D | Ginez, Andres vs. A.W. Chesterton, et. al | Sup. Ct., S.F., CA | 455659 |
| 3/9/07 | D | Lathrop, David and Rebecca vs. A.W. Chesterton, et al. | Sup. Ct., S.F., CA | 452488 |
| 3/12/07 | D | Buddie Booher vs. Pneumo Abex LLC, et al. | Cir. Ct. Madison Co., IL | 06-L-375 |
| 3/12/07 | D | Ernest Monroe vs. Pneumo Abex LLC, et al | Cir. Ct. Madison Co., IL | 06-L-635 |
| 3/12/07 | D | Thomas Galvin vs. Pneumo Abex LLC, et al | Cir. Ct. Madison Co., IL | 06-L-656 |
| 3/22/07 | D | David and Shirley Blackinton vs. Bondex International, Inc., et al | Sup. Ct., L.A. Co., CA | BC356534 |
| 3/23/07 | D | Virginia Barrett (John) vs. Allied Manufacturing Co., et al. | Cir. Ct. Jackson Co., MO at K.C. | 516-CV36184 |
| 3/26/07 | D | Edgar Hill et al. vs. Advocate Mines Ltd., et al. | Sup. Ct., S.F., CA | 456055 |
| 3/27/07 | D | Joanne Ehrig (WD: Alvin) vs. All American Home Center, Inc., et al. | Sup. Ct., L.A. Co., CA | BC346790 |
| 3/28/07 | D | Gail Bruce, Inv. and as Personal Rep. of the Heirs and Est. of Grady Bruce, Sr. vs. AGCO Corp. et al. | 11th Dist. Ct., Harris Co., TX | 2006-04181 |
| 3/28/07 | D | Robert Eugene Davish et al. vs. Minnesota Mining & Manufacturing Co. (3M) et al. | Cuyahoga Co., OH | 565111 |
| 3/30/07 | D | Charles White and Barbara Lorton vs. Asbestos MDL Case Buffalo Pumps, Inc. et al | Dist. Ct Harris Co., TX | 2006-41943 |

362

| Date | D/T | Case Name | Court | Case No. |
|------|-----|-----------|-------|----------|
| 4/9/07 | D | Ralph Gregory Beckler, et ux vs. A.W. Chesterton, et al. | 11th Dist. Ct., Harris Co., TX | 2004-11076 |
| 4/11/07 | D | Patricia Pascale (WD: Michael Pascale) vs. Bondex Int., Inc. et al. | Sup. Ct., L.A. Co., CA | BC345910 |
| 4/24/07 | D | Michael Troncalli, et al. vs. Georgia Pacific Corp., et al. | 11th Dist. Ct., Harris Co., TX | 2005-04469 |
| 5/3/07 | D | James Rodamer vs. A.W. Chesterton, et al. | Sup. Ct., S.F., CA | 456569 |
| 5/7/07 | T | Walter Cox vs. Albany International Corp | Cuyahoga Co., Ct. of Common Pleas, OH | 560894 |
| 5/21/07 | T | Felker, Don and Sharon vs. A.W. Chesterton Co., et al | Sup. Ct., S.F., CA | GCG-06-456317 |
| 6/6/07 | D | Bigelow vs. Dr. Garfinkel, et al. | Cir Ct., Montgomery Co, MD | 271993 |
| 6/7/07 | D | Vanderhyde, David and Pilar vs. A.W. Chesterton, et al. | Sup. Ct., S.F., CA | 274037 |
| 6/11/07 | D | Phyllis Rose Buffkin v. A.W. Chesterson, et al | Cuyahoga Co., Ct. of Common Pleas, OH | 04-527472 |
| 6/13/07 | D | Phyllis Rose Buffkin v. A.W. Chesterson, et al | Cuyahoga Co., Ct. of Common Pleas, OH | 04-527472 |
| 6/14/07 | D | Dwight Parker vs. 3M Company | U.S. Dist. Ct., Eastern Dist. of MO, Eastern Div. | 4:05-CV-1358-TCM |
| 7/9/07 | D | Ruben O. Pena, Indiv. and as Personal Representative of the Heirs and Estate of Nolberto B. Pena, Sr., Deceased vs. A.W. Chesterton, et. al. | 11th Dist. Ct., Harris, Co., TX | 2006-51403 |
| 7/11/07 | T | Dwight Parker vs. 3M Company | U.S. Dist. Ct., Eastern Dist. of MO, Eastern Div. | 4:05-CV-1358-TCM |
| 7/17/07 | D | Donna Saller (WD William Saller) vs. Bondex International, Inc., et al | Sup. Ct., L.A. Co., CA | BC342363 |
| 7/18/07 | D | Shannon Harris and Sterling Lee Harris vs. Amchem Products, Inc., et al. | Sup. Ct., New York Co., NY | 104741/06 |
| 7/19/07 | D | Robert Shake, et al vs. Quigley Co. Inc., et al | 11th Dist. Ct., Harris, Co., TX | 2004-21092 |

| Date | D/T | Case Name | Court | Case No. |
|------|-----|-----------|-------|----------|
| 8/6/07 | D | Sandra Barber, Spec. Admin. of Estate of Lloyd Misenheimer, Dec, vs. Sprinkmann Sons Corp. of Illinois et al. defendants | 11th Jud. Cir. Ct., McClain Co, IL | 05L133 |
| 8/8/07 | D | Ronald Wilshusen vs. A.W. Chesterton, Inc. et al. | Cir. Ct., Madison, Co., IL | 06L1125 |
| 8/8/07 | D | John Hardester, Ind. and as Spec. Admin. of the Estate of William Hardester, Deceased vs. A.W. Chesterton, Inc., et al | 3rd Jud. Cir. Ct., Madison, Co., IL | 06-L-402 |
| 8/9/07 | D | Harold and Marilyn Dunham vs. Asbestos Defendants | Sup. Ct., S.F., CA | 449792 |
| 8/21/07 | D | Charles P. Rich (Deceased) vs. A-C Product Liability, et al. | U.S. Dist. Ct. Northern Dist. of Ohio, West. Div. | 1:98CV14094 |
| 8/21/07 | D | Dorothy Ann Jackson, Personal Rep. of Estate of James E. Jackson (Deceased) vs. A-C Product Liability, et al. | U.S. Dist. Ct. Northern Dist. of Ohio, West. Div. | 1:99CV10802 |
| 8/23/07 | D | Steven Pelley vs. Crane Co., et al | Sup. Ct., L.A. Co., CA | BC358812 |
| 8/28/07 | D | John R. Davis vs. American Standard, Inc. et al | Sup. Ct., L.A. Co., CA | BC367464 |
| 8/28/07 | D | Stanley Racik and Geraldine vs. Alfa Laval, Inc., et al | Sup. Ct., L.A. Co., CA | BC366520 |
| 8/30/07 | D | Christian Holinka vs. AC & S, et al. | Sup. Ct. State of NY, Co. of NY in Re: NY City asbestos litigation | 114120-06 |
| 9/5/07 | D | Raymond Meier vs. Georgia-Pacific et al. | 3rd Jud. Cir. Ct., Madison, Co., IL | 06-L-1089 |
| 9/7/07 | D | Murphy, Daniel and Vicki vs. A.W. Chesterton Co., et al | Sup. Ct., S.F., CA | 274060 |
| 9/12/07 | D | William Lee Faber vs. A&I Co., Inc. The Kroger Company | Cir. Ct. of Kanawha Co., WV | 06-C-2656 |
| 9/20/07 | D | West, Douglas and Helen vs. Aqua-Chem, et. al. | Sup. Ct., S.F., CA | 450293 |
| 9/24/07 | T | State of Tennessee vs. Dr. Christ Koulis | Cir. Ct., Williamson Co.,TN | I-CR111479 |
| 9/28/07 | D | Marion Wagner vs. Bondex International, et al. | Cir. Ct., Jackson Co., MO | 0616CV-12410 |

| Date | D/T | Case Name | Court | Case No. |
|------|-----|-----------|-------|----------|
| 10/1/07 | D | Asbestos Litigation, Chad Doell and other Delaware cases | Sup. Ct., New Castle Co., DE | 77C-2-ASB |
| 10/2/07 | D | Anthony Nicolella vs. Banner Supply Co., et al. | 11th Jud. Cir. Ct., Miami-Dade, Co. FL | 07-03229 |
| 10/3/07 | D | Susan Wandel, et al. vs. American Airlines, et al. | Cir. Ct., St. Louis, MO | 052-00275A |
| 10/8/07 | D | Martin Lujan vs. Bechtal Construction, et al. | Sup. Ct., S.F., CA | 274075 |
| 10/8/07 | D | Frank Meyers vs. Bondex International, Inc., et al. | Sup. Ct., L.A. Co., CA | 368025 |
| 10/10/07 | D | David Emery vs. A.W. Chesterton Co., et al. | Sup. Ct., S.F., CA | 274142 |
| 10/24/07 | D | Michael J. Pound, et al. vs. Advocate Mines Ltd. et. al | Sup. Ct., L.A. Co., CA | BC326866 |
| 10/24/07 | D | Eugene McClarty vs. Lone Star Industries, Inc., et al | Sup. Ct., Alameda Co., CA | RG05210545 |
| 10/25/07 | D | Napolean Haney Spec. Admin. of the Estate of Lynette Renee Clayton-Haney (deceased), et al. vs. Riverside Medical Center, et al. | Cir. Ct., Kankakee Co., IL | 05-L-2 |
| 11/7/07 | D | Lakisha Neil-Lomax vs. Las Vegas Metropolitan Police Dept., TASER International, Inc., et al. | U.S. Dist. Ct. of Nevada | CV-S-05-01464-PMP-RJJ |
| 11/8/07 | D | Crowe, Alan vs. A-1 Insulation, Inc., et al. | Sup. Ct., S.F., CA | 274129 |
| 11/13/07 | D | Estate of Charles Wille vs. A-C Product Liability Trust, et al. | U.S. Dist. Ct. North. Dist., OH | 1:98CV12997 |
| 11/14/07 | D | Carl W. Stude III (WD Carl Stude, Jr.) et al. vs. Daimler Chrysler Corp. et al. | Sup. Ct., L.A. Co., CA | BC3423478 |
| 11/15/07 | D | Earl Haupt vs. Allis-Chalmers Corp., et al. | Sup. Ct., L.A. Co., CA | BC356535 |
| 11/19/07 | D | Ashley Lewis | St. Louis County, MO | |
| 11/27/07 | D | Estate of Kiana Appleby vs. Westchase Community Assoc., Inc., Greenacre Properties, Inc. et al. | Cir. Ct. 13th Jud. Cir., Hillsboro County, FL | 05-009769 Division C |
| 11/28/07 | D | Berg, Stephanie (WD/SUC: Donald Berg) vs. Allis, et al. | Sup. Ct., S.F., CA | 444220 |
| 11/29/07 | D | Wergin vs. Mercy | Dist. Ct., Polk Co., IA | 103476 |

365

| Date | D/T | Case Name | Court | Case No. |
|---|---|---|---|---|
| 12/3/07 | D | William Leapline vs. Union Carbide Corp., et al. | 3rd Jud. Cir. Ct., Madison Co., IL | 06-L-1096 |
| 12/4/07 | T | Steven Pelley vs. Crane Co., et al. | Sup. Ct., L.A. Co., CA | BC358812 |
| 12/6/07 | D | Betty Lou Heston and Robert H. Heston vs. City of Salinas, et al. | US Dist Ct. Northern Dist. of CA | C 05-03658 JW |
| 12/12/07 | D | George Linkus et. al vs. ACandS, Inc., et al. | Cir. Ct. Baltimore City, MD | 24X05000315 |
| 12/13/07 | D | Lloyd Durbin vs. CBS Corp., et al | Washington Sup. Ct. | 06-2-11349-2 |
| 12/20/07 | D | Alfred C. Hall, et al. vs. Alfa Laval, Inc., et al. | Sup. Ct., L.A. Co., CA | BC373038 |
| 1/7/08 | D | Russell Roberts, Jr. vs. A.W. Chesterton, et al. | Sup. Ct., S.F., CA | SFSC 27 |
| 1/11/08 | T | Ronald Werts vs. Goodyear Tire & Rubber Co. | Cuyahoga Co., Ct. of Common Pleas, OH | CV-04-41869 |
| 1/14/08 | D | Olga Brendel (WD: Joseph) vs. Aurora Pump Company, et al. | Sup. Ct., L.A. Co., CA | BC355757 |
| 1/17/08 | D | James M. Harvey vs. Georgia-Pacific Corp. et al | 3rd Jud. Cir. Ct., Madison Co., IL | 07-L-381 |
| 1/18/08 | D | Schiffman (Ferro) vs. Epstein et al. | U.S. Dist. Ct., Southern Dist., New York | 04CIV2661 |
| 1/21/08 | D | Leroy Knight vs. Azrock Industries, Inc., et al. | Sup. Ct. of CA, Co. of San Mateo | CIV 459139 |
| 1/24/08 | D | Florene Tarver, Ind. and as Personal Rep. for the Heirs and Estate of Tommy Ray Tarver vs. Georgia-Pacific Corp., et al. | Dist. Ct. of Oklahoma Co., OK | CJ-2005-2860 |
| 1/25/08 | D | West Virginia Trial Group, January 2008 | Cir. Ct. of Kanawha Co., WV | 07-C-255, 781, 795,802, 850,851, 852, |
| 1/28/08 | D | Alan C. Fuller, Ind. and as Spec. Admin. of the Estate of Allan T. Fuller, deceased Patrick O'Neal vs. A.W. Chesterton, Inc., et al. | 3rd Jud. Cir. Ct., Madison Co., IL | 07-L-178 07-L-522 |
| 1/30/08 | D | Paula Rene Horne, Ind. and as Personal Rep. of Marion Wagner, Dec'd et al. vs. Bondex International, Inc., et al. | Cir. Ct. of Jackson County, MO at Independence | 0616-CV12410 Div: 28 |

366

| Date | D/T | Case Name | Court | Case No. |
|------|-----|-----------|-------|----------|
| 2/4/08 | T | Charles P. Rich, Deceased vs. A-C Product Liability Trust, et al. | USDC for Northern Dist., Ohio, Eastern Div. | 1:98CV14094 |
| 2/6/08 | D | Jimmie Whitmire et al. vs. Alfa Laval, Inc., et al | Sup. Ct., L.A. Co., CA | BC374 718 |
| 2/6/08 | D | Chief Brewer and Gale vs. Alfa Laval, Inc., et al. | Sup. Ct., L.A. Co., CA | BC374 988 |
| 2/27/08 | D | James & Diane Baker vs. Bondex Intl., et al. | Sup. Ct., L.A. Co., CA | BC 376 530 |
| 2/27/08 | D | James L. Haynes vs. Alfa Laval, Inc., et al | Sup. Ct., L.A. Co., CA | BC 376 420 |
| 3/7/08 | D | Teresa Gelenian-Wood vs. Kerr Corp. | Middlesex Co., NJ | L-1774-06 |
| 3/11/08 | D | Margaret Murphy and Gary Murphy vs. Honeywell International, Inc. | 11th Jud. Cir. Ct., McLean Co., IL | 07 L 111 |
| 3/20/08 | D | Ronald Taylor vs. A.W. Chesterton, et al. | Sup. Ct., Alameda Co., CA | RG-07 337852 |
| 3/24/08 | T | Michael J. Pound, et al. vs. Advocate Mines Limited, et al. | Sup. Ct., L.A. Co., CA | BC 326 866 |
| 3/26/08 | D | Taser International, Inc. vs Chief Medical Examiner of Summit Co, Ohio a/k/a Lisa Kohler, M.D. | Ct. of Common Pleas, Summit Co. OH | CV 2006 11 7421 |
| 4/2/08 | D | Ruth Ann Lohr, Ind. and as Personal Rep. of the Heirs and Estate of Larry Lohr vs. A.W. Chesterton, et al. | Dist. Ct., Harris Co., TX | 2005-02728 |
| 4/23/08 | T | Taser International, Inc. vs Chief Medical Examiner of Summit Co, Ohio a/k/a Lisa Kohler, M.D | Ct. of Common Pleas, Summit Co. OH | CV 2006 11 7421 |
| 4/25/08 | T | James & Diane Baker vs. Bondex Intl., et al. | Sup. Ct., L.A. Co., CA | BC 376 530 |
| 5/5/08 | D | Amanollah Shahabi vs. A.W. Chesterton Co., et al. | Sup. Ct., L.A. Co., CA | BC 379085 |
| 5/7/08 | D | John Schylaske vs. Genuine Parts Company | Cir. Ct., Baltimore City, MD | 24-X-06-000783 |
| 5/7/08 | D | Jefferson Riley vs. Genuine Parts Company | Cir. Ct., Baltimore City, MD | 24-X-06-000753 |
| 5/8/08 | D | Orlin Woodhouse, et al., vs. Alfa Laval, Inc. et al. | Sup. Ct., L.A. Co., CA | BC 367317 |

367

| Date | D/T | Case Name | Court | Case No. |
|------|-----|-----------|-------|----------|
| 5/8/08 | D | Robert Reed vs. Crane Co., et al. | Sup. Ct., L.A. Co., CA | BC 360536 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

368