EXHIBIT I

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

ELVIRA TERAN;                                    )
STEPHANIE LIZAOLA,                               )
AS GUARDIAN AD LITEM FOR:                        )
ANGELA ALYSSA TERAN, A MINOR CHILD               )      Case No. C 06-06947 JW
JENNIFER LISETTE TERAN, A MINOR CHILD)
AND BRIANA ISABEL TERAN, A MINOR                 )      Hon. James Ware
CHILD, ET AL.,                                   )
                                                 )
          Plaintiffs,                            )
                                                 )
     vs.                                         )
                                                 )
COUNTY OF MONTEREY;                              )
COUNTY OF MONTEREY SHERIFF'S                     )
DEPARTMENT;                                      )
MICHAEL KANALAKIS; BRANDON SMITH;                )
WARREN SANO; MIKE DARLINGTON:                    )
BENJAMIN PAYTON; BRIAN HOSKINS                   )
EMILY HOWLETT;                                   )
TASER INTERNATIONAL, INC. An                     )
Arizona Corporation                              )
                                                 )
          Defendants.                            )

### Expert Report: Michael Evans, Ph.D.

Pursuant to Fed. R. Civ. P. 26(a)(2), I, Michael Evans, Ph.D., hereby submit my report that contains a complete statement of all opinions to be expressed and the bases and reasons therefore; the data and other information I considered in forming the opinions; the exhibits or list of references I used as a summary of or support for the opinions; my qualifications, including a list of all publications authored within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which I have testified as an expert at trial or by deposition within the preceding four years.

Michael Evans, Ph.D.

5/14/08

Date

369

# TOXICOLOGY REPORT

## ON

## Jamie Teran Coronel

## 05/14/08

*PREPARED*
By

**Michael A. Evans, Ph.D.**
**AIT LABORATORIES**
**2265 Executive Drive**
**Indianapolis, IN 46241**
**317-243-3894**

370

## A. Background and Training

I am a toxicologist employed by AIT Laboratories in Indianapolis, Indiana. I have been employed in this position since March 1990. I received my Bachelor's of Science Degree with majors in Biology and Chemistry from St. Joseph College, Rensselaer, Indiana in 1967. I received my Doctorate Degree in Toxicology from Indiana University in 1974. I was certified as a Diplomat by the American Board of Toxicology in 1981 and the same Board has recertified me in 1986 and 1991. I have served as a toxicologist on legal matters for over 20 years. I was a member of the faculty at the University of Illinois College of Medicine from 1976 until 1987. I served as tenured Professor of Toxicology, Director of the Graduate Program in Toxicology, and Director of the State Department of Toxicology at Indiana University School of Medicine from 1987 until 1989. I have over 100 scientific publications and have served as a consultant to the following International, Federal, and State agencies: World Health Organization, The World Bank, US Food and Drug Administration, US Occupational Safety and Health Agency, US Environmental Protection Agency, US National Institute of Health, US Department of Transportation, US Drug Enforcement Agency (DEA), Indiana Controlled Substances Licensing Board and the Indiana Governor's Task Force to Reduce Drunk Driving. My work in legal settings has involved the preparations of affidavits, written reports, and testimonies as an expert toxicologist in criminal and civil court cases, employee arbitration's hearings, workman's compensation hearings, and post-conviction relief hearings.

Since 1980 I have worked on over 300 cases on which I have conducted extensive toxicological reports and assisted prosecutors and attorneys in preparing for court cases and hearings. These cases and hearings have been in federal court, military proceedings as well as state courts. I have served as an expert toxicologist in over 30 states including Indiana, Illinois, Ohio, Kentucky, Michigan, Pennsylvania, South Dakota, Virginia, Vermont, California, Colorado, Montana, Texas, Arkansas and Florida.

In my over 20 years in academic medicine I have conducted extensive research and provided extensive education in the science of toxicology at the following: Vanderbilt University, University of Illinois Health Science Center, Illinois Institute of Technology, US Occupational Safety and Health Agency National Training Center, Sichuan Institute of Traditional Chinese Medicine (People's Republic of China) and Indiana University. In addition, I have provided lectures and courses in toxicology as an invited speaker in the following countries India, Italy, Israel, China, South America (Peru) and Scotland.

371

The following information is offered in particular interest to this report:

1. Developed, directed and taught the Graduate Program in Toxicology at the University of Illinois Health Science Center (Chicago). The Program included lectures on Therapeutic Drugs and Drugs of Abuse to include Stimulants and Therapeutic Drugs.

2. Developed, directed and taught the Graduate Program in Toxicology at the Illinois Institute of Technology (Chicago). The Program included lectures on Therapeutic Drugs and Drugs of Abuse to include Stimulants and Therapeutic Drugs.

3. Directed and taught the Graduate Program in Toxicology for Indiana University. The Program included lectures on Therapeutic Drugs and Drugs of Abuse to include Stimulants and Therapeutic Drugs.

4. Conducted and published clinical studies on the effects of Therapeutic Drugs and Drugs of Abuse on mental and motor performance

5. Have lectured to Medical Students, Graduate Students, Law Enforcement Officers and Physicians on the topics of Therapeutic Drugs and Drugs of Abuse to include Stimulants and Therapeutic Drugs.

   - Vanderbilt University School of Medicine
   - University of Illinois School of Medicine – Chicago
   - University of Illinois School of Medicine – Rockford
   - University of California – Berkley
   - Indiana University School of Medicine
   - Cook County Graduate School of Medicine
   - University of Illinois School of Public Health
   - Indiana Law Enforcement Academy

6. Served as Director of the Indiana State Department of Toxicology (Indiana State Toxicologist)

7. Developed and participated in the Indiana Drugs and Driving Program. The Program was established by Indiana Law Enforcement in efforts to address the issues of impaired driving due to drug use and was the first Federally Funded Drugs & Driving Program in the eastern United States

8. Served on the Federal Advisory Panel in the establishment of the Federal Guidelines for SAMHSA (Formerly NIDA, US Department of Health and Human Services) National Laboratory Certification Program (NLCP).

9. Served as an Advisor & Inspector for the US Navy Drug Testing Program

10. Founded and currently direct, as President, AIT Laboratories, Inc., which serves as the laboratory of choice for Law Enforcement & Criminal Justice Agencies (Prosecutors, Coroners & Forensic Pathologists) in more than 35 states.

11. Invited speaker and participant on a Pan-American Symposium on Stimulant Drug Abuse sponsored by the US State Department and the National Institute on Drug Abuse

12. Invited Speaker and Lecturer to Graduate Students, Medical Students, Physicians (Post-Graduate Education Programs), Federal Laboratory Inspection Programs, State and Local Law Enforcement Officers and Federal OSHA Inspectors (OSHA Training Institute) on the Toxicology of Therapeutic Drugs and Drugs of Abuse to include Stimulants and Therapeutic Drugs.

My hourly rate for consultation is $300 per hour plus expenses.

Attached to this document and designated as "Exhibit I" is my curriculum vita with publications reflecting my education, training, and experience in the science of toxicology.

Attached to this document and designated as "Exhibit II" is a listing of cases I have testified as an expert at trial or by deposition within the past 4 years.

373

## B. Case Documents

The following documents have been provided for my review in the preparation of this Report.

### PLEADINGS

- First Amended Complaint for Damages for Wrongful Death and Survival Action, Jury Trial Demanded, filed October 22, 2007;

### DEPOSITIONS

- Deposition of Deputy Benjamin Payton, February 21, 2008;
- Deposition of Deputy Brandon Smith, February 26, 2008;
- Deposition of Deputy Bryan Hoskins, February 25, 2008;
- Deposition of Deputy Michael Darlington, October 1, 2007;
- Deposition of Sergeant Denis Greathead, October 2, 2007;

### DEFENDANT RESPONSES

- Defendant Benjamin Payton's Responses to Plaintiff Elvira Teran's Interrogatories - Set One, March 13, 2008;
- Defendant Brain Hoskins' Responses to Plaintiff Elvira Teran's Interrogatories - Set One, March 13, 2008;
- Defendant Brandon Smith's Reponses to Plaintiff Elvira Teran's Interrogatories, March 13, 2008;
- Defendant County of Monterey Sheriff's Offices' Responses to Plaintiff Elvira Teran's Request for Production of Documents - Set One, March 13, 2008;
- Defendant Michael Kanalakis' Responses to Plaintiff Elvira Teran's Interrogatories - Set One, March 13, 2008;
- Defendant Mike Darlington's Responses to Plaintiff Elvira Teran's Interrogatories - Set One, March 13, 2008

- Defendant TASER'S Fourth Supplemental Disclosures Pursuant to Federal Rules of Civil Procedure, Rule 26 (a)(1) and Rule 26 (e)(1), filed March 19, 2008;
- Defendant TASER'S Initial Disclosures Pursuant to Federal Rules of Civil Procedure, Rule 26 (a)(1), filed February 16, 2007;
- Defendant TASER'S Second Supplemental Disclosures Pursuant to Federal Rules of Civil Procedure, Rule 26 (a)(1), filed June 19, 2007;
- Defendant TASER'S Supplemental Disclosures Pursuant to Federal Rules of Civil Procedure, Rule 26 (a)(1), filed April 2, 2007;
- Defendant Warren Sano's Responses to Plaintiff Elvira Teran's Interrogatories - Set One, March 13, 2008;
- Monterey County Defendants; Witness List and Initial Disclosures - Part Four, February 12, 2007;
- Monterey County Defendants; Witness List and Initial Disclosures - Part One, February 12, 2007;
- Monterey County Defendants; Witness List and Initial Disclosures - Part Three, February 12, 2007;
- Monterey County Defendants; Witness List and Initial Disclosures - Part Two, February 12, 2007;

## PLAINTIFF RESPONSES

- Family Photos;
- Plaintiff's Initial Disclosures - Email Correspondence, Part 18;
- Plaintiff's Initial Disclosures - Email Correspondence, Part 19;
- Plaintiff's Initial Disclosures - Email Correspondence, Part 20;
- Plaintiff's Initial Disclosures - Email Correspondence, Part 21;
- Plaintiff's Initial Disclosures - Newspaper Articles, Part 23;
- Plaintiffs' Statement of Initial Disclosures, February 13, 2007;

## INVESTIGATIVE REPORTS

- Coroner's Report
- Death Certificate
- Email Correspondence
- Internal Affairs Investigation - Case IA #06-08
- Mehl's Colonial Chapel - Statement of Account
- News Articles, and
- Pajaro Valley Public Cemetery - Statement of Account
- Police Records
- Salinas Valley Memorial Hospital - Statement of Account
- Salinas Valley Memorial Hospital Medical Records of Jaime Coronel
- Salinas Valley Memorial Hospital Medical Records of Jaime Coronel.
- Westmed Ambulance Inc. - Statement of Account

376

## C. Significant Facts

That based upon my training, experience and knowledge of toxicology as it relates to the effects and disposition of Drugs, the following facts are significant and worth noting:

### Jaime Coronel

- DOB:              08/13/78
- Date of Incident:  01/23/06 & 01/24/06
- Date of Death:     01/30/06
- Age:              27 years (at time of death)
- Weight:            171 pounds
- Height:            66 inches (5 ft., 6 in)

### Monterey County Sheriff – Coroner Report

- Immediate Cause of Death: Anoxic Encephalopathy

  Due To:    Cardiorespiratory Arrest

  Due To:    Acute Methamphetamine and Cocaine Intoxication

- Report of Toxicological Examination (Positive Findings)

  Specimen: Hospital Blood Sample

  | | | |
  |---|---|---|
  | D-Amphetamine: | 0.28 mg/L | (280 ng/ml) |
  | Methamphetamine: | 1.02 mg/L | (1,020 ng/ml) |
  | Cocaine: | Negative | |
  | Benzoylecgonine: | 4.72 mg/L | (4,720 ng/ml) |
  | Ecgonine Methyl Ester: | Present in Blood | |

### Summary of Events and Case Information

### History of Stimulant abuse

As documented by his arrest & citation records and by the case documents Mr. Coronel had a history of illegal substance use and abuse.

377

## Summary of Events

### 01/23/06

- 10:00 PM: Ms. Lizaola did not observe anything unusual about Mr. Coronel's behavior

- 11:30 PM: Ms. Lizaola observed Mr. Coronel "Freaking Out" and under the influence of a drug. Ms. Lizaola described Mr. Coronel's behavior as "paranoid" and when she asked him what was wrong, Mr. Coronel did not respond and quickly left the area. According to Ms. Lizaola, Mr. Coronel appeared to be "freaking out".

### 01/24/06

- Midnight: Mr. Justin Coffer heard his two dogs barking in the back yard shortly after midnight. When Mr. Coffer looked into his back yard, he saw Mr. Coronel in the yard and asked him what he doing in the back yard. Mr. Coronel did not respond, and began to run around the back yard. Mr. Coffer described Mr. Coronel's behavior as "very erratic", and after his dogs almost cornered Mr. Coronel in the back yard, Mr. Coronel climbed over the fence and ran across the street. Mr. Coffer called the police to report the person in his backyard at approximately 12:07 a.m.

- At 12:07 a.m., 1/24/06: Monterey County Sheriff's Deputies Sano and Smith were Dispatched. Prior to arrival at the Del Monte Avenue address, dispatch advised the responding deputies that the suspect had left the back yard, climbed on top of the roof of a beige colored house across the street.

- After Mr. Coffer saw Mr. Coronel run across the street, he saw Mr. Coronel climb a fence, then get onto the carport, and then onto the roof of a neighboring residence.

- 12:18 a.m., 1/24/06: Deputy Smith Arrived on Scene. Mr. Coffer told Deputy Smith that the person who was previously in his back yard was now "laying on the roof" of a neighboring residence.

- Shining his flashlight onto the roof of the neighboring residence, Deputy Smith saw Mr. Coronel breathing heavily, and also heard Mr. Coronel mumble to himself that he could not breathe.

378

- Deputy Smith and Deputy Sano climbed a ladder to the roof of the residence where Mr. Coronel was located. The deputies saw Mr. Coronel lying face down on the roof, with his arms spread out to his sides. Deputy Smith reported hearing Mr. Coronel mumble incoherently to himself.

- After climbing the ladder and getting onto the roof, Deputy Sano approached and touched Mr. Coronel's waist to check for responsiveness. After touching Mr. Coronel's waist area, Mr. Coronel suddenly began to swing his arms yelling, "Fuck you". Deputies Smith and Sano maintained a distance of about 6-10 feet away from Mr. Coronel. Deputy Sano removed his TASER® M26 (M26) electronic control device (ECD), while Deputy Smith removed his PR-24 side-handle baton in case Mr. Coronel should suddenly attack them.

- Mr. Coronel continued swinging his arms at the Deputy Smith and Deputy Sano, and would also kick at them while lying on the roof. Mr. Coronel was incoherently yelling and screaming that the deputies had shot him, that he was dying, and the he needed help. Deputy Sano continued to speak in a calm voice to Mr. Coronel in an attempt to get him to calm down from his excited state.

- As Deputy Sano attempted to calm him through speaking, Mr. Coronel continued to thrash and roll around on the roof. Deputy Smith saw that Mr. Coronel's hands, knuckles, and forearms were scraped and bleeding. According to Deputy Smith, Mr. Coronel would grab onto the roof's ventilation fixtures as if someone were trying to pull him off the roof , even though no one had grabbed Mr. Coronel.

- The deputies' (Deputies Smith, Darling, Payton, and Hoskins) observed Mr. Coronel and concluded that he appeared to be under the influence of a narcotic, and was a risk of falling off the roof, landing on the ground below.

- After Mr. Coronel rolled onto his stomach, Deputy Smith climbed on top of Mr. Coronel and used his body weight to restrict Mr. Coronel's leg movements. Deputies Sano, Payton, and Darlington attempted to grab Mr. Coronel's arms but Mr. Coronel "balled his hands into fists and held them tightly underneath his body".

- After Mr. Coronel failed to comply with the deputies' commands to give them his arms, Deputy Hoskins deployed his TASER M26 ECD in "drive stun" mode to Mr. Coronel's upper right shoulder area. The TASER ECD drive stun had no apparent effect on Mr. Coronel, as he continued to resist the deputies' efforts to control and handcuff him.

- While Mr. Coronel continued to resist the deputies, Deputy Hoskins deployed a second TASER M26 ECD drive stun mode to Mr. Coronel. The TASER ECD drive stun was to Mr. Coronel's upper right quadrant of the back and appeared to have some effect, as Mr. Coronel produced his arms. However both Deputy Hoskins and Deputy Payton reported that the TASER ECD drive stun application appeared to have no effect on Mr. Coronel. Deputy Smith was then able to handcuff Mr. Coronel.

- After being handcuffed, Mr. Coronel began kicking his legs toward Deputy Smith and Sergeant Greathead assisted in the restraint of Mr. Coronel's legs.

- Leg irons were then applied to Mr. Coronel's ankles. During the application of the leg irons, Deputy Sano and Deputy Hoskins told Mr. Coronel to relax, as Mr. Coronel would often tense up and fight against the restraints. After securing Mr. Coronel, a Stokes Basket was brought to the rooftop by two NCFD Firefighters for the safe removal of Mr. Coronel form the rooftop.

- After the leg irons were applied to Mr. Coronel, deputies noticed that he had "relaxed considerably". Deputy Smith checked Mr. Coronel's radial pulses and found them to be weak. This was confirmed by a firefighter. Deputy Hoskins reported that he saw Mr. Coronel's chest rise and fall. After safely securing Mr. Coronel into the Stokes Basket, he was lowered to the ground and awaiting West Med Ambulance personnel.

- After Mr. Coronel was on the ground, West Med Ambulance personnel found that Mr. Coronel was unresponsive and not breathing. As soon as Mr. Coronel was removed from the Stokes Basket, West Med and NCFD Firefighters began cardiopulmonary resuscitation (CPR) on him. Mr. Coronel's breathing was apneic, pupils were dilated, and capillary refill was absent. Mr. Coronel "was asystole, with no motor or verbal responses".

- While being transported to Salinas Valley Memorial Hospital (SVMH), Mr. Coronel "regained sinus rhythm pulses and blood pressure".

- When Mr. Coronel arrived at the SVMH emergency room, he was "comatose, with anoxic brain injury and acute renal failure". The assessment by Raymond R. Carillo, M.D. of Mr. Coronel was: "acute renal failure on the basis of rhabdomyolysis. Also, volume depletion could be playing some role in his status.

- On January 30, 2006, eight days after being admitted to the hospital, Mr. Coronel died at 5:42 p.m. after being taken off life support. John Massaro, M.D. of SVMH listed the principal diagnosis of Mr. Coronel as "Anoxic Brain Damage", and secondary diagnoses as: "Rhabdomyolysis; Acute Renal Failure, unspecified; Convulsions; Pneumonitis due to Inhalation of Food or Vomitus; Acidosis; Amphetamine/Sympathomimetic Abuse unspecified use; and, Cocaine abuse unspecified use"

## D. Review of Rhabdomyolysis

Rhabdomyolysis results from skeletal muscle injury with release of muscle cell contents into the plasma. These cell contents include enzymes such as creatinine kinase, glutamic oxalacetic transaminase, lactate dehydrogenase, and aldolase; the heme pigment myoglobin; electrolytes such as potassium and phosphates; and purines. It may or may not result in myoglobinuria, depending on the amount of myoglobin released into the plasma, the GFR and the urine concentration.

Rhabdomyolysis was first reported in 1881, in the German literature but the major clinical sequelae were described in 1941 by Bywaters, during the blitz of London, in patients with crush injuries. Rhabdomyolysis may occur after trauma, ischemia (including acute myocardial ischemia), excessive exertion (marathon runners), bacterial and viral sepsis, electrical burns, other injuries related to heat or cold, prolonged muscle compression as often seen in the unconscious state after alcohol or drug intoxication, seizures, hypokalemia and shock. It has also been reported in associated with metabolic disorders (phosphoglycerate kinase deficiency, and carnitine palmityl transferase deficiency) and exposure to various drugs and toxins (meperidine HCl).

In a study of 87 episodes of rhabdomyolysis in 1982, Gabow found that only 50% of patients initially complained of muscle pain. In Gabow's series, 97% of patients reported at least 1 risk factor for rhabdomyolysis. Fifty-nine percent reported multiple risk factors. Common risk factors for Rhabdomyolysis include the following:

- Alcohol abuse (67%)
- Recent soft tissue compression (39%),
- Seizure activity (24%).
- Trauma (17%)
- Drug abuse (15%)
- Metabolic derangements (8%)
- Hypothermia (4%)
- Flu-like illness (3%), sepsis (2%), and gangrene (1%).

Ward's 1988 review of 157 patients found the following predisposing factors:

- Trauma (38%)
- Ischemia (14%)
- Polymyositis (8%)
- Drug overdose (7%)
- Exertion (6%)
- Seizures (5%)
- Burns (5%)
- Sepsis (3%)
- Hereditary disorders (3%)
- Viral illness (1%)

Rhabdomyolysis may also occur after traumatic events, including the following:

- Significant blunt trauma
- High voltage electrical injury
- Extensive burns
- Near drowning

Toxic-mediated rhabdomyolysis may also result from substance abuse, prescription and nonprescription medications to include Neuroleptics, Cyclic antidepressants and Selective serotonin reuptake inhibitors (the serotonin syndrome)

Rhabdomyolysis may also occur after excessive muscular activity, such as the following:

- Sporadic strenuous exercise (e.g., marathons)
- Status epilepticus
- Status asthmaticus
- Severe dystonia
- Acute psychosis

A study by Ordog and coworkers (Ordog, GJ, Wasserberger J, Schlater T, et al. Electronic gun (Taser) injuries. Ann Emerg Med 1987;16:73–8) described a prospective series of 218 patients who had been brought to the emergency department of a Los Angeles hospital after being shot with the original Taser in the early 1980s. Most of these patients too had exhibited bizarre behavior at the time of their arrest and most had taken drugs or alcohol on the day of their arrest; 15% had pre-existing medical problems. Thirty eight per cent had associated injuries related to their violent behavior. Mild rhabdomyolysis had occurred in 1% of patients. In the study the author drew the following conclusions:

- Many subjects need medical treatment for minor trauma as they usually fall when "tasered".

- Most are seen in the emergency department for barb removal.

- The pre-existing injuries and toxic conditions leading to the patient being "tasered" were the major problems requiring medical treatment.

## E. Review of Methamphetamine

Methamphetamine is structurally similar to amphetamine but quite different from cocaine. While all of these psychostimulants have similar behavioral and physiological effects, there are differences in the ways in which they affect nerve terminals. Methamphetamine enhances monoaminergic neurotransmission by causing a release of monoamines from storage sites within the axon terminal. While cocaine is rapidly metabolized by plasma and tissue esterases, methamphetamine is much more slowly metabolized, resulting in a longer duration of action and a half life of about 10-11 hours compared to about 50 minutes for cocaine. The half life for Methamphetamine ranges from 6 to 15 hours

Clinical studies on Methamphetamine have documented the following in terms of Oral Dose & Blood Concentration:

- 8.75 mg/70 kg: Peak plasma concentration of 20 ng/ml at 3.6 hours
- 12.5 mg dose: Peak Blood concentration of 20 ng/ml at 2.5 hours
- 30 mg dose: Peak serum concentration of 94 ng/ml at 3 to 5 hours

Smoking of a drug as compared to oral administration generally gives a rapid onset of action producing a rapid onset of subjective and cardiovascular effects.

A 1993 study (Cook et al: Drug Metabolism and Disposition. Vol 21, pg 717-723, 1993) examined the comparative effects from smoking Methamphetamine (21.8 mg) compared with intravenous administration (15.45 mg) of the drug in experienced Methamphetamine users. The bioavailability of smoked Methamphetamine was found to be approximately 90% compared with an approximate bioavailability of 67% for oral ingestion. The study documented the following in terms of the mean Blood concentrations of Methamphetamine:

|  | **Smoking** | **Intravenous** |
|---|---|---|
| Immediately after Administration:: | 12 ng/ml | 100 ng/ml |
| At 1 hour: | 50 ng/ml | 85 ng/ml |
| At 5 hours: | 50 ng/ml | 40 ng/ml |
| At 10 hours: | 50 ng/ml | 30 ng/ml |

Methamphetamine is metabolized in the body to form Amphetamine. The Cook study demonstrated the following with respect to the concentrations of Amphetamine at the early time points following smoking or intravenous administration of Methamphetamine:

|  | **Smoking** | **Intravenous** |
| --- | --- | --- |
| • Immediately after Administration: | 0 ng/ml | 0 ng/ml |
| • At 1 hour: | 1 ng/ml | <1 ng/ml |
| • At 5 hours: | 3 ng/ml | 3 ng/ml |
| • At 10 hours: | 4 ng/ml | 4 ng/ml |

The Cook study examined a number of acute cardiovascular effects from Methamphetamine following either smoking or intravenous administration of the drug. Their study demonstrated that heart rate, stroke volume, cardiac output, peripheral resistance and systolic time intervals were significantly increased following Methamphetamine. It was also noted that the doses of Methamphetamine used in the study were considerably below the maximum that the subjects had previously experienced.

Methamphetamine users often display multiple behavior changes. These individuals are frequently violent, bizarre acting, excessively anxious, confused and unable to sleep. Psychotic features are very common as an effect of this drug as well. These individuals can show paranoia, visual and auditory hallucinations, mood disturbances, delusions, homicidal thoughts, suicidal thoughts, and out of control rages. These behavioral changes can persist for years after drug use is discontinued. An acute methamphetamine psychosis has been described in the medical literature. This is characterized by extreme paranoia, well-formed delusions, hypersensitivity to environmental stimuli, stereotyped "tweaking" behavior, panic, extreme fearfulness, and a high potential for violence.

The incidence and severity of methamphetamine-induced side effects and toxic reactions are dose-related. As the dose is increased the profile of side effects progresses from mild excitement to nervousness, irritability, anxiety, tremors, aggressiveness, paranoia and, often, auditory hallucinations. The resultant psychotic reaction is indistinguishable from schizophrenia except on some subtle dimensions. Studies done in the 1970s found that after exposure to the drug more than 80 percent of subjects without pre-existing psychosis developed psychotic symptoms. It appears, therefore, that having a latent psychosis is not necessary in order to develop these symptoms.

386

Apart from the nervous system, methamphetamine affects multiple other organs systems including the heart, lungs, kidneys and liver. Methamphetamine-induced cardiotoxicity is sometimes manifested as arrhythmic sudden death. In such cases, subendocardial hemorrhages may be present. Recent increases in the number of reported methamphetamine-related sudden deaths with the shift to smoking and intravenous abuse suggest that rapid delivery of a bolus drug dose is more likely to precipitate a severe reaction that can lead to death.

A less common consequence of methamphetamine cardiotoxicity is myocardial infarction, which has been reported primarily after "snorting" or intravenous injection of methamphetamine, or after oral use of amphetamine analogues, such as fenfluramine and pseudoephedrine. Although the underlying mechanism for methamphetamine-related myocardial infarction is not yet know, coronary spasm appears to be a significant contributing factor.

The cardiotoxicity of methamphetamine, like that of cocaine, is related to catechol excess. However, the cardiotoxic effects of methamphetamine are more profound because, unlike cocaine which remains extracellular, methamphetamine is transported into the presynaptic terminal where it interferes with further storage of catecholamines and inhibits monoamine oxidase, resulting, in turn, in further elevation of catecholamines, which are cardiotoxic.

Methamphetamine increases catecholamine activity in the branch of the peripheral nervous system responsible for modulating heart rate and blood pressure. Excessive catecholamine activity is thought to be the primary mechanism underlying the cardiotoxic effects of methamphetamine. High catecholamine levels are known to be cardiotoxic, causing narrowing and spasm of the blood vessels, rapid heart rate (tachycardia), high blood pressure (hypertension), and possible death of the heart muscle. The most widely reported adverse cardiovascular effects of methamphetamine use are chest pain, tachycardia and other cardiac arrhythmias, shortness of breath and high blood pressure. The less frequently observed, but more severe, acute cardiovascular complications of methamphetamine use are acute myocardial infarction, acute aortic dissection, and sudden cardiac death.

387

The necessary and sufficient dose to produce serious cardiovascular complications or death - that is, the "toxic" dose - is unclear, as the response to a specific dose varies due to individual differences in responsiveness and variations in degree of tolerance. The literature indicates that cardiovascular complications associated with methamphetamine use can occur with all of the major routes of administration: that is, intranasal, oral, smoking, and injecting. While there is no evidence to suggest that any one route of methamphetamine administration should be more strongly associated with cardiotoxicity than another, the risk of complications may be higher with patterns of use that are associated with frequent use and taking higher doses, such as injecting and smoking crystalline methamphetamine. Previous research also suggests that the risk of cardiovascular problems among methamphetamine users is increased when the drug is combined with alcohol, cocaine or opiates. Of particular concern is the concomitant use of methamphetamine and other psychostimulant drugs, such as cocaine and amphetamine-like drugs, due to their potential synergistic effect on catecholamine activity. Because of their polydrug use methamphetamine users have an increased risk of adverse cardiovascular effects when methamphetamine is used with other drugs, particularly other psychostimulant drugs.

In summary, the medical complications of methamphetamine use are multiple and involve almost every major organ system. They are largely related to blood vessel constriction caused by the methamphetamine. This drug can effect the cardiovascular system and potential complications include rapid heart rate, irregular heart rate, increased blood pressure, heart attacks (due to constriction of the blood vessels to the heart), inflammation of the heart muscle, inflammation of the lining of the heart, and damage to blood vessels anywhere in the body. This is especially true in patients with underlying cardiac/pulmonary disease and in those who co-ingest other drugs/stimulants.

The central nervous system complications may include neuron loss and damage, seizures, chronic psychosis, movement disorders, strokes, and spontaneous brain bleeds. The lungs can be affected as well because methamphetamine use can cause pulmonary edema (excess fluid on the lungs), constriction of the blood vessels in the lungs affecting oxygen exchange, and chronic lung disease. Several other major organ systems can be affected including the kidneys, liver, muscles, and gastrointestinal system. Agitated delirium with sudden cardiac death has also been linked to methamphetamine abuse.

388

## F. Review of Cocaine

Cocaine is the most commonly used illicit drug among subjects seeking care in hospital emergency departments or drug-treatment centers. In addition, it is the most frequent cause of drug-related deaths reported by medical examiners.

Agitated delirium, also known as excited delirium, is a common presentation in patients dying from cocaine toxicity. Of cocaine-associated deaths that the Medical Examiner's Department of Metropolitan Dade County, Florida, investigated between 1979 and 1990, excited delirium was the terminal event in approximately 1 of every 6 fatalities. Patients with excited delirium had an immediate onset of bizarre and violent behavior, which included aggression, combativeness, hyperactivity, hyperthermia, extreme paranoia, unexpected strength, and/or incoherent shouting. All of these were followed by cardiorespiratory arrest.

Although heart weight, ventricular hypertrophy, and past MI are not risk factors, repeated binges of cocaine use are associated with fatal excited delirium. However, the frequency of use that increases risk has not been determined. Individuals with excited delirium may be more sensitive to the life-threatening effects of catecholamine surges than other cocaine users. Excited delirium appears to be generated by increased intrasynaptic dopamine concentrations resulting from a defect in the regulation of the dopamine transporter. Cocaine recognition sites on the striatal dopamine transporter are increased in cocaine users without excited delirium compared with drug-free controls. Persons dying from excited delirium have no such increase; therefore, they may have problems in clearing dopamine from the synapses, a condition that can easily result in agitation and delirium.

Hyperthermia, which also may be caused by down regulation of dopamine receptors, increases the incidence of fatal excited delirium. Death from excited delirium is more common in the summer months than at other times (55% vs. 33% for other accidental cocaine toxicity deaths); therefore, high ambient temperature and humidity may play roles in the development of hyperthermia. An independent risk factor for fatal excited delirium is a body mass index (weight in kilograms/height in square meters) in the upper 3 quartiles, with the risk appearing to increase after a threshold is exceeded rather than in a dose-response fashion.

Temperature dysregulation is also a problem in Excited Delirium, as demonstrated by Calloway and Clark, who reported that patients presented with rectal temperatures as high as 45.6°C. Hyperthermia is a marker for severe toxicity, and it is associated with a number of complications, including renal failure, disseminated intravascular coagulation, acidosis, hepatic injury, and rhabdomyolysis.

389

Because dopamine plays a role in the regulation of core body temperature, increased dopaminergic neurotransmission may contribute to psychostimulant-induced hyperthermia in people, including those with excited delirium.

D2 receptors are involved with processes that decrease core temperature. The number of D2 receptors in the temperature regulatory centers of the hypothalamus is substantially reduced in persons with excited delirium. These decreases in D2 receptors lead to unopposed increases in temperature mediated through D1 receptors, which are not affected in individuals who die from excited delirium.

Excitement, delirium, and hyperthermia frequently precede the onset of cocaine-associated rhabdomyolysis (CAR). If excited delirium and CAR have a similar cause, the spectrum of severity ranges from rhabdomyolysis with no excited delirium or hyperthermia to various combinations of these 3 conditions.

Chronic cocaine use can lead to the above problems as well as to acceleration of atherosclerosis. Direct toxic effects on the myocardium have been suggested, including scattered foci of myocyte necrosis (and in some but not all studies, contraction band necrosis), myocarditis, and foci of myocyte fibrosis. These abnormalities may lead to cases of cardiomyopathy.

Long-term, rather than short-term, cocaine use is responsible for persistent changes in dopaminergic function that place users at risk for excited delirium and CAR. Elevations in muscle-enzyme levels are observed in asymptomatic people who use cocaine long term and in untreated persons with schizophrenia. This evidence lends support to the hypothesis that chronic alterations in dopaminergic function can affect the physiology of skeletal muscle.

In summary Cocaine represents a potential hazard to anyone with underlying fixed coronary artery disease. The increased adrenergic stimulation caused by cocaine results in increases in heart rate, blood pressure, and myocardial oxygen demand. The pathophysiologic features of cocaine-related coronary occlusion remain uncertain, but current evidence suggests a transient focal coronary event, i.e., thrombosis or spasm.

390

## Biochemical Effects of Cocaine

The primary effect of cocaine is blockade of norepinephrine reuptake; its secondary effect is marked release of norepinephrine. Cocaine also causes moderate release and reuptake blockade of serotonin and dopamine. Its marked local anesthetic effects are caused by blocking the sodium channels, which inhibits the conduction of nerve impulses, decreasing the resting membrane potential and the amplitude of the action potential while simultaneously prolonging the duration of the action potential.

Cocaine also blocks potassium channels. In some cellular membranes, it may block sodium-calcium exchange. The drug is fat soluble and freely crosses the blood-brain barrier. Cocaine appears to stimulate the CNS, with particular activity in the limbic system. There, it potentiates dopaminergic transmission in the ventral basal nuclei, producing the pleasurable behavioral effects that result in its widespread use.

Most acute cocaine-related nontraumatic deaths are the result of tachydysrhythmias. Other causes of sudden death associated with cocaine use include stroke, subarachnoid hemorrhage, hyperthermia, and the consequences of agitated delirium. MI can result from acute vasospasm, dysrhythmias, or chronic accelerated atherogenic disease.

The pathogenesis of cocaine-related myocardial ischemia and infarction is probably multifactorial and includes one or more of the following elements: an increased myocardial oxygen demand in the face of a limited or fixed supply, marked vasoconstriction of the coronary arteries, and enhanced platelet aggregation and thrombus formation. Cocaine induces an increase in the three major determinants of the myocardial oxygen demand: the heart rate, the systemic arterial pressure, and left ventricular contractility. At the same time, the ingestion of even small amounts of the drug causes vasoconstriction of the epicardial coronary arteries — so-called inappropriate vasoconstriction, in that the myocardial oxygen supply decreases even as the demand increases. Although cocaine induces vasoconstriction in both normal and diseased segments of the coronary arteries, its effects are more pronounced in the diseased segments. As a result, cocaine users with atherosclerotic coronary artery disease are probably at greater risk for an ischemic event after cocaine use than are cocaine users without coronary artery disease.

Cocaine-induced vasoconstriction of the coronary arteries is primarily a result of the stimulation of coronary arterial -adrenergic receptors, since it may be reversed with phentolamine (an -adrenergic antagonist) and is exacerbated by propranolol (a -adrenergic antagonist). Cocaine also causes increased endothelial production of endothelin (a potent vasoconstrictor) and decreased production of nitric oxide (a potent vasodilator) — effects that may promote vasoconstriction.

Cocaine may affect the generation and conduction of cardiac impulses by several mechanisms. First, as a sympathomimetic agent, it may increase ventricular irritability and lower the threshold for fibrillation. Second, it inhibits the generation and conduction of the action potential (i.e., it prolongs the durations of the QRS and QT intervals) as a result of its sodium-channel–blocking effects. In so doing, cocaine acts in a manner similar to that of a class I antiarrhythmic agent. Third, cocaine increases the intracellular calcium concentration, which may result in after-depolarizations and triggered ventricular arrhythmias. Fourth, it reduces vagal activity — a change that is manifested as a reduction in the variability of the heart rate — which potentiates cocaine's sympathomimetic effects. The cardiovascular effects of cocaine result primarily from direct actions on the heart and secondarily from effects on the CNS. Cocaine causes central and peripheral adrenergic stimulation by inhibiting the reuptake of norepinephrine and dopamine at preganglionic sympathetic nerve endings. By preventing catecholamine reuptake at presynaptic terminals, cocaine causes a catecholamine to accumulate at the postsynaptic membranes.

Cocaine also has quinidine-like direct cardiotoxic effects, causing intraventricular conduction delays, as reflected in widening of the QRS and prolongation of the QT segment. In large doses, blockade of the fast sodium channels prolongs the slope of phase 0 of the cardiac action potential, which may result in a negative inotropic response, bradycardia, and, often as a precursor to death, hypotension from decreased contractility and dysrhythmias. With high blood levels of cocaine, such as those observed in a body packer or stuffer when a cocaine packet ruptures or in a binge user with unlimited cocaine supply, the membrane-stabilizing effects of cocaine may cause cardiac arrest from asystole.

Cocaine increases the production of the potent vasoconstrictor endothelin, and simultaneously decreases the production of nitrous oxide, a powerful vasodilator. As a result of alpha-adrenergic stimulation, cocaine may exert a direct vasoconstrictive effect by increasing the influx of calcium across endothelial cell membranes. These factors may produce coronary artery spasm. Although this may occur even in patients who do not have significant coronary artery disease, spasm is most pronounced in portions of the coronary artery that are already narrowed, a phenomenon that is particularly prominent in cocaine users. Therefore, in patients who do have high-grade obstruction, including patients whose stenoses were previously asymptomatic, coronary artery spasm of even modest degree can have devastating consequence.

### G. Opinions

It is my opinion based upon reasonable scientific probability and based upon my training and experience and based upon the facts listed in the preceding paragraphs that the actions of Mr. Coronel on 1/23/06 and 1/24/06 and his death on 1/30/06 were:

- Consistent with and directly related to his ingestion of both Methamphetamine and Cocaine and the effects of these drugs on his cardiovascular and central nervous systems

- Inconsistent with, contrary to and unrelated to the effects of the TASER Device on Mr. Coronel

I offer the following as the basis for my opinion:

1. Mr. Coronel did ingest a lethal dose of both Methamphetamine and Cocaine prior to the events of 1/23/06 and 1/24/06.

   - Based on a Methamphetamine Blood concentration of 1020 ng/ml at the time of admission to the hospital and with the assumption that Mr. Coronel ingested Methamphetamine either by injection or smoking, I estimate that Mr. Coronel ingested a minimal dose of greater than 0.875 grams (875 mg) Methamphetamine. In comparison, when Methamphetamine was used for therapeutic purposes, it is prescribed in doses of 5 to 15 mg. Thus Mr. Coronel took an estimated dose of Methamphetamine that was 60 to 175 times greater than the upper therapeutic dose of the drug.

   - Mr. Coronel had a Methamphetamine Blood concentration of 1020 ng/ml at the time of hospitalization. In a series of 13 deaths attributed to Methamphetamine overdosage the mean Methamphetamine Blood concentration was found to be 960 ng/ml and ranged from 90 ng/ml to 8,000 ng/ml

394

Methamphetamine is an amphetamine drug and produces the following at toxic and lethal doses and blood concentrations:

- Catecholamine and 5-HT surge that causes tachycardia, hypertension, and hyperthermia.
- Hyperthermia
- Cardiac dysrhythmias and cardiovascular collapse
- Dysrhythmias
- Ventricular fibrillation and asystole.
- Cardiotoxicity with narrowing and spasm of the blood vessels,

As noted above the cardiotoxicity of Methamphetamine and Methamphetamine-like (pharmacological) drugs to include cocaine, is related to catechol excess. However, the cardiotoxic effects of methamphetamine is more profound because, unlike cocaine which remains extracellular, methamphetamine drugs are transported into the presynaptic terminal where it interferes with further storage of catecholamines and inhibits monoamine oxidase, resulting, in turn, in further elevation of catecholamines, which are cardiotoxic.

395

- Prior to the events on 1/23/06 and 1/24/06 and his hospitalization Mr. Coronel did ingest a recognized lethal amount of Cocaine.

The Hospital Blood demonstrated the following concentrations of Cocaine & Cocaine metabolites:

| | |
|---|---|
| Cocaine: | None Detected |
| Benzoylecgonine: | 4,720 ng/ml |
| Ecgonine Methyl Ester: | Detected |

Combining the Benzoylecgonine & Ecgonine Methyl Ester (both direct & separate metabolites of Cocaine) demonstrates that Mr. Coronel had a total Cocaine Blood concentration above 4,720 ng/ml. In a series of 19 fatal cases of Cocaine the blood concentrations ranged from 900 to 21,000 ng/ml with a mean of 5,300 ng/ml

2. Prior to his death Mr. Coronel exhibited signs and symptoms of acute Methamphetamine and Cocaine toxicity and Excited Delirium.

Immediately prior to his death Mr. Coronel exhibited the following:

Confusion
Irrational Behavior
Combative Behavior
Hyperactivity
Agitation
Hyperthermia
Rhabdomyolysis
Anger

These signs and symptoms are consistent with the known and documented toxic effects of Methamphetamine and Cocaine

3. The opinion that Mr. Coronel's death was consistent with and directly related to his ingestion of lethal amounts of Methamphetamine and Cocaine prior to his death is consistent with the findings in the case by the following:

- The medical opinion and autopsy report of Forensic Pathologist John R. Hain, M.D.
- The medical opinion of Raymond Carillo, M.D. at the time of admittance to Salinas Valley Memorial Hospital (SVMH)
- The medical opinion of John Massaro, M.D. at SVMH

4. The opinion that Mr. Coronel's death is inconsistent with, contrary to and unrelated to the effects of the TASER Device are supported by and consistent with the significant time lag and the actions of Mr. Coronel that occurred after the last application of the TASER Device and prior to the observation by Deputy Smith that Mr. Coronel's radial pulses was weak.

After the last application of the TASER Device Mr. Coronel was handcuffed, Following being handcuffed Mr. Coronel began kicking his legs toward Deputy Smith and Sergeant Greathead

Leg irons were then applied to Mr. Coronel's ankles. During the application of the leg irons, Deputy Sano and Deputy Hoskins told Mr. Coronel to relax, as Mr. Coronel would often tense up and fight against the restraints. After securing Mr. Coronel, a Stokes Basket was brought to the rooftop by two NCFD Firefighters for the safe removal of Mr. Coronel form the rooftop.

Only after the leg irons were applied to Mr. Coronel did the deputies noticed that Mr. Coronel had "relaxed considerably".

Thus, between the times that the TASER Device was last deployed and the time that Mr. Coronel demonstrated any signs of unresponsiveness Mr. Coronel exhibited actions that were reflective and consistent with strong and healthy cardiovascular activity.

These findings as to Mr. Coronel' physical and mental status following the final application of the TASER Device are inconsistent with and contrary to the opinion that the death of Mr. Coronel was related to or caused by application of the TASER Device.

Michael A. Evans, Ph.D.

# EXHIBIT I

# CIRRICULUM VITAE

## of

# MICHAEL A. EVANS

# CURRICULUM VITAE
{PRIVATE }
## Michael A. Evans, Ph.D.

## EDUCATION

| | |
|---|---|
| 1967 | B.S., Biology - Chemistry<br>St. Joseph College, Rensselaer, Indiana |
| 1974 | Ph.D., Toxicology<br>Indiana University School of Medicine |
| 1974-1976 | NIH Postdoctoral Fellow<br>NIEHS Center for Environmental Toxicology<br>Vanderbilt University School of Medicine |

## CURRENT POSITION

| | |
|---|---|
| 1990- | President and CEO<br>AIT Laboratories<br>2265 Executive Drive, Suite A<br>Indianapolis, Indiana 46241<br>(317) 243-3894<br>(317) 243-2789 (FAX) |

## ASSOCIATED APPOINTMENTS AND LECTURESHIPS

| | |
|---|---|
| 2005- | Member, Board of Trustees<br>Indiana Tech<br>Fort Wayne, IN |
| 2005- | Chairman, Academic Committee<br>Board of Trustees, Indiana Tech<br>Fort Wayne, IN |
| 2006- | Board of Advisors<br>Providence Cristo Rey High School<br>Indianapolis, IN 46222 |

## CERTIFICATION

Diplomat, American Board of Toxicology, 1982-1987
  Recertified, 1987-1992
  Recertified, 1992-1997

Inspector
Forensic Urine Drug Testing Program
College of American Pathologists

Inspector
National Laboratory Certification Program
Substance Abuse and Mental Health Services Administration
Department of Health and Human Services

## PROFESSIONAL SOCIETIES

Sigma Xi
American Association for the Advancement of Science
New York Academy of Science
The International Association of Forensic Toxicologists
Teratology Society
Society of Toxicology
American Chemical Society
Society of Forensic Toxicologists
International Society for the Study of Xenobiotics
International Association for Chemical Testing
American Association for Clinical Chemistry
American Society of Crime Laboratory Directors

400

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1970-1974 | NIH Predoctoral Fellow<br>Indiana University School of Medicine<br>Indianapolis, Indiana |
| 1974-1976 | NIH Postdoctoral Fellow<br>Vanderbilt University Medical Center,<br>Nashville, Tennessee |
| 1976-1982 | Assistant Professor<br>University of Illinois College of Medicine,<br>Chicago, Illinois |
| 1978 | Lecturer in Toxicology<br>University of California at Berkeley<br>Berkeley, California |
| 1978-1987 | Adjunct Professor and Director of Toxicology<br>Illinois Institute of Technology,<br>Chicago, Illinois |
| 1980-1985 | Course Director of Toxicology<br>OSHA Training Institute<br>Des Plaines, Illinois |
| 1978-1987 | Faculty<br>Specialty Review in Neonatology/Perinatology<br>Cook County Graduate School of Medicine,<br>Chicago, Illinois |
| 1981-1987 | Faculty<br>Environmental Medicine<br>Cook County Graduate School of Medicine,<br>Chicago, Illinois |
| 1982-1987 | Associate Professor<br>University of Illinois College of Medicine,<br>Chicago, Illinois |

401

## PROFESSIONAL EXPERIENCE  (CONTINUED)

1984-1987    Director and Co-Founder
             American Institute for Drug Detection,
             Rosemont, Illinois

1985-1987    Adjunct Professor
             Program for Collaborative Research in the Pharmaceutical Sciences
             University of Illinois, College of Pharmacy,
             Chicago, Illinois

1985-1987    Visiting Professor
             Sichuan Institute of Chinese Materia
             Chungqing, China

1987-1989    Instructor
             Indiana Law Enforcement Academy
             Plainfield, Indiana

1987-1989    Professor of Toxicology,
             Indiana University School of Medicine

1987-1989    Director, Indiana State Department of Toxicology
             Indiana University School of Medicine

1987-1989    Director, Graduate Program in Toxicology,
             Indiana University School of Medicine

05/26/08

402

## ACADEMIC ACTIVITIES (SELECTED)

### University of Illinois College of Medicine at Chicago

Teaching: Lecturer to Medical, Dental and Graduate Students
Toxicology and Pharmacology

Course Director: Pharmacology 330 - Principles of Toxicology
Pharmacology 428 - Developmental Pharmacology and Toxicology
Pharmacology 415 - Cellular Toxicology

Director: Toxicology Research Laboratory, 1982-1987

### Indiana University School of Medicine

Teaching: Lecturer to Medical and Graduate Students
Toxicology and Pharmacology

Course Director: Principles of Toxicology
Analytical Toxicology
Molecular Toxicology

Director: Graduate Program in Toxicology

Director: Indiana State Department of Toxicology

### Indiana Law Enforcement Academy

Course Director: Breath Alcohol Program

Lecturer: Pharmacology and Toxicology of Alcohol and Drugs

Forensic Toxicology

05/26/08

403

## RESEARCH/ACADEMIC EXPERIENCE (SELECTED)

### Principal and/or Co-Investigator

NIH and NIAAA Training Grants
NIH and NIDA Research Grants
University and Foundation Grants
Industry Grants and Contracts

### Research Advisor and/or Co-Advisor

Six Ph.D. Students
Ten M.S. Students

### Director, Graduate Program in Toxicology,

Illinois Institute of Technology
Indiana University School of Medicine

### Graduate Faculty (Full Membership)

University of Illinois
Indiana University School of Medicine

### Graduate Course Director

Principles of Toxicology
Developmental Pharmacology and Toxicology
Cellular and Molecular Toxicology

### Lecturer in Pharmacology/Toxicology

Schools of Medicine, Dentistry, Pharmacy, Public Health, and Graduate
Schools of Medicine

### University Committees (Selected)

Admissions, Schools of Medicine
Education and Curriculum
Faculty Affairs
Clinical Research Center Development
Animal Care Committee

05/26/08

404

## ACADEMIC PERSONNEL (SELECTED)

### Visiting Scholars

Dr. Jiang Jia-Xia, Kunming Medical College,
Kunming, China, 1984-1985

Dr. Ge Zhen-Hua, Fujian Institute of Chinese Traditional Medicine
Fugian, China, 1983-1985

Dr. Feng Yi-Pu, Chinese Academy of Medical Sciences,
Beijing, China, 1985-1986

Dr. Wang, De-Cheng, Kunming Medical College,
Kunming, China, 1985-1986

Dr. Zhong Hanyn, Institute of Zoology, Academia Sinica,
Kunming, China, 1986-1987

Dr. Xiao Jin, Sichuan Institute Chinese Materia Medica
Chungqing China, 1985-1989

Dr. Aiping Fan, Beijing Medical University,
Beijing, China, 1988-1989

Dr. Shun Li, Beijing Medical University,
Beijing, China, 1989-1989

### Research Associate/Postdoctoral Fellows

C. Whalley, Ph.D., 1978-1979
C. Papazafiratou, M.D., 1980-1982
R. Braun, Ph.D., 1982-1984
S.M. Wong, Ph.D., 1985-1986
S.Y. Young Kim, Ph.D. 1986-1987
G. Chari, Ph.D., 1986-1987

### Faculty/Research Scientist

P. McGuire, Ph.D., 1987-1989
C. Bick, Ph.D., 1988-1989
D. Doedens, Ph.D., 1987-1989

05/26/08

405

## PROFESSIONAL ACTIVITIES (SELECTED)

### Symposiums (First Author Only; Selected)

Perinatal Addiction Research Conference
Nashville, Tennessee, September, 1974.

Relevant Issues in Stimulant Research Symposium
Durham, North Carolina, November, 1975.

Developmental Pharmacology Symposium
Chicago, Illinois, September, 1978.

Inter-American Seminar on Medical and Sociological Aspects of Coca and
Cocaine, Lima, Peru, July, 1979.

American Association of Clinical Chemist
Chicago, Illinois, February, 1980.

Great Lake Center Symposium for Occupational Safety and Health
Itasca, Illinois, February 1981.

International Congress on Drugs and Alcohol
Jerusalem, Israel, September, 1981.

Review in Neonatology/Perinatology
Cook County Graduate School of Medicine
Chicago, Illinois, 1981, 1982, 1983, 1984, 1985.

Environmental Medicine
Cook County Graduate School of Medicine
Chicago, Illinois, 1981, 1982, 1983, 1984, 1985.

Great Lakes Conference on Perinatal Research
Itasca, Illinois, 1983.

Asian Congress of Pharmacology,
New Delhi, India, 1985.

Current Research of Fetal Alcohol Effects,
University of Iowa
Iowa City, Iowa, 1985.

406

International Symposium on Traditional Medicines and Modern Pharmacology Beijing, China, 1986.

Pesticides and Groundwater: A Health Concern for the Midwest
St. Paul, Minnesota, 1986.

Human Resource Conference
Indiana Chamber of Commerce
Indianapolis, Indiana, 1987.

An Academic Afternoon for Indiana Legislators
Bloomington, Indiana, 1988.

Basics of Death Investigation
National Association of Medical Examiners
Indianapolis, Indiana, 1988.

American Association for Clinical Chemistry
Roundtable Symposium
Atlanta, Georgia, 1989.

Drinking Water Quality Conference
Indianapolis, Indiana, 1989.

Environmental Challenges of 1989;
Eighteenth Annual Environmental Symposium
Indianapolis, Indiana, 1989.

Pesticides in Food
Indiana League of Woman Voters
Indianapolis, Indiana, 1989.

Indiana Hazardous Materials Conference
Indianapolis, Indiana, 1991.

05/26/08

407

## INVITED LECTURES (SELECTED)

Department of Physiology-Anatomy,
University of California, Berkeley
Berkeley, California, 1978.

Department of Pharmacology,
Northwestern University School of Medicine,
 Chicago, Illinois, 1980.

Department of Pediatrics,
University of Chicago.
Chicago, Illinois, 1982.

Department of Pharmacology,
The Chicago Medical School,
North Chicago, Illinois, 1982.

Travenol Laboratories,
Deerfield, Illinois, 1983.

Kunming Medical College,
People's Republic of China, 1985, 1986.

Chinese Academy of Medical Sciences,
People's Republic of China, 1985.

Beijing Medical University,
People's Republic of China, 1985.

Academy of Military Medicine,
People's Republic of China, 1985.

Sichuan Institute of Chinese Materia Medica,
People's Republic of China, 1985, 1986.

Greater Houston Business Roundtable
Houston Texas, 1986.

School of Medicine
Southern Illinois University
Springfield, Illinois, 1986.

408

## INVITED LECTURES; (SELECTED) - CONTINUED:

American Dental Association,
Chicago, Illinois, 1986.

Sterling - Winthrop Research Institute
Rensselaer, New York, 1987.

School of Pharmacy and Pharmaceutical Sciences
Purdue University, 1989.

Indiana University School of Medicine at Evansville
Evansville, Indiana, 1989.

International Association for Chemical Testing
Indianapolis, Indiana, 1989.

Departments of Pharmacology and Occupational Medicine
Hebrew University School of Medicine
Jerusalem, Israel, 1989.

409

## STATE OF INDIANA COMMITTEES AND PROGRAMS (SELECTED)

The Governor's Task Force to Reduce Drunk Driving,
State of Indiana, 1987-1989.

Advisory Council,
Indiana Law Enforcement Training Board, 1987-1989.

Air Toxics Policy Review Group
Indianapolis Center for Advanced Research, Inc. 1988.

Ground Water Standards Review Group
Indianapolis Center for Advanced Research, Inc. 1989.

## NATIONAL COMMITTEES AND PROGRAMS (SELECTED)

American Academy of Forensic Sciences
Education Committee 1978-1979

Society of Toxicology
President, Midwest Regional Chapter (1980-1982)
Awards Committee (1981-1982)
Counselor, Midwest Regional Chapter (1982-1984)
Nominating Committee (1983-1984)
Public School Curriculum Subcommittee (1987-1989)
Committee on Public Communication (1988-1989)
Vice President, Ohio Valley Chapter (1989-1990)
President-Elect, Ohio Valley Chapter (1990-1991)

Society of Forensic Toxicology
Educational Research Award Committee (1988-)

International Association for Chemical Testing
Program Chairman (1989)
Executive Council (1988-1990)
Education Committee,
American Academy of Forensic Science, 1978-1979.

Organizer and Co-Chairman,
Developmental Pharmacology Symposium,
University of Illinois, 1978.

05/26/08

410

## NATIONAL COMMITTEES AND PROGRAMS (SELECTED) - CONTINUED:

National Highway Traffic Safety Administration,
Drug Research Methodology, 1978.

Curriculum on Toxicology,
Occupational Safety and Health Administration Training Institute,
Des Plaines, IL, 1979-1985.

National Foundation: March of Dimes Grant Program

Organizer and Symposium Chairman,
Reproduction Toxicology
Society of Toxicology (Midwest Chapter)
Chicago, 1981.

Organizer and Session Chairman
International Congress on Drugs and Alcohol,
Jerusalem, Israel, 1981.

Symposium Co-Chairman, Solvent Toxicity
Society of Toxicology (Midwest Chapter)
Chicago, 1983.

Symposium Co-Chairman,
Satellite Symposium on Pediatric Pharmacology,
Asian Congress of Pharmacology, New Delhi, India, 1985.

Science Review Panel for Health Research,
U.S. Environmental Protection Agency, 1984-1989.

Initial Review Group, Orphan Products Development,
U.S. Food and Drug Administration, 1985-1990

Sub-Committee on Alcohol and Drugs,
National Safety Council, 1988-1991

Advisory Committee,
National Laboratory Certification Program,
National Institute of Drug Abuse, 1987.

05/26/08

411

Executive Council,
International Association for Chemical Testing, 1988-1989.

Council on Dental Therapeutics,
American Dental Association, 1988-1992

Educational Research Award Committee,
Society of Forensic Toxicology, 1988-1992

Organizer and Program Chairman,
International Association for Chemical Testing, 1989.

## HONORS

Fellow, American Academy of Forensic Sciences, 1978.

Co-Founder and President, Midwest Regional Chapter,
Society of Toxicology, 1980-1982.

American Men and Women of Science, 1986.

Who's Who in the Midwest, 1986.

Who's Who of Emerging Leaders in America, 1987.

Sub-Committee on Alcohol and Drugs, National Safety Council, 1988-1991

Executive Council, International Association for Chemical Testing, 1988-1990.

Distinguished Hoosier, Governor, State of Indiana

Honorary Professor, Institute of Cellular Toxicology, Kunming Medical College, China

Growth 100 Awardee, The Johnson Center for Entrepreneurship & Innovation, State of Indiana

Board of Trustees, Indiana Tech

SBA Small Business Company of the Year for the State of Indiana

SBA Small Business Person of the Year for the State of Indiana

05/26/08

## CONSULTATION (SELECTED)

### *Scientific Journals: Reviewer*

Developmental Pharmacology and Therapeutics
Journal of Analytical Toxicology

Pediatric Pharmacology
Pharmacology Biochemistry and Behavior
Journal of Pharmacology and Experimental Therapeutics
Teratology
Neurobehavioral Toxicology and Teratology Journal
Journal of Pediatrics
Journal of Biochemical Toxicology
NIH Study Section (Several)

### *Governmental Agencies*

National Highway Traffic Safety Administration,
U.S. Department of Transportation

Occupational and Safety Health Administration,
U.S. Department of Labor

U.S. Environmental Protection Agency

Naval Research Laboratory
U.S. Department of Defense

U.S. Food and Drug Administration

National Institutes of Health
U.S. Health and Human Services

Office of the Attorney General
State of Indiana

05/26/08

413

## CONSULTATION  (SELECTED) (CONTINUED)

### *Corporate*

Exxon Corporation, International, New Jersey

Occupational Medicine,
Cook County Hospital, Chicago, Illinois

Environmental Medicine
Cook County Graduate School of Medicine, Chicago, Illinois

American Institute for Drug Detection,
Evanston, Illinois

Monsanto Company,
St. Louis, Missouri

Council on Dental Therapeutics
American Dental Association,
Chicago, Illinois

Kendall Company,
Barrington, Illinois

Travenol Laboratories,
Round Lake, Illinois

Amoco Corporation
Chicago, Illinois

Sterling Winthrop Corporation
Rensselaer, New York

Syva Company
Mountain View, California

## PUBLICATIONS

A complete listing of over 100 scientific publications is available upon request.

05/26/08

414

# EXHIBIT II

# LISTING OF CASES

# MICHAEL A. EVANS

# Michael A. Evans, Ph.D.

## Court Testimony and Deposition

### January 2003 through December 2007

| Date | Name | City | State | Zip | PROJECT | Activity |
|---|---|---|---|---|---|---|
| 01/08/2003 | Patrick Arata | Fort Wayne | IN | 46802 | Craig T. Parkhill | Court Testimony |
| 01/18/2003 | Mark Flannery | Peoria | IL | 61820-1220 | Scott Brown | Deposition |
| 02/04/2003 | Jackson Co Prosc-MI | Jackson | MI | 49201 | State v Dendel | Court Testimony |
| 02/07/2003 | Dennis Wegner | Indianapolis | IN | 46204-2118 | State v Herman | Court Testimony |
| 02/12/2003 | Robert Beaderstadt | Woodstock | IL | 60098 | State v Depner | Court Testimony |
| 02/14/2003 | Holly Brady | Fort Wayne | IN | 46802 | Prairie Farms Case | Court Testimony |
| 02/17/2003 | Dekalb Co Prosc-IN/dec01 | Auburn | IN | 46706 | State v Haase | Deposition |
| 03/04/2003 | Gary Smith | Connersville | IN | 47331 | Tony Isaacs | Court Testimony |
| 03/08/2003 | Andrew Hyde / Rubin & Levin | Loudonville | OH | 44842 | Adam Howell | Deposition |
| 03/10/2003 | Kevin King | Columbus | IN | 47202-0250 | Harris v Plckhardt | Court Testimony |
| 03/13/2003 | Huntington Co. Prosecutor's Office | Huntington | IN | 46750 | State v Handwork | Court Testimony |
| 03/15/2003 | Patrick Arata | Fort Wayne | IN | 46802 | Craig T. Parkhill | Court Testimony |
| 03/15/2003 | Arnold Matusz Attorney at Law | Southfield | MI | 48075-2463 | Touchette v KFC | Deposition |
| 03/19/2003 | Michael Dungan | Jackson | MI | 49203 | State v Salyers | Court Testimony |
| 04/03/2003 | Brian Halligan | Ashland | OH | 44805 | State v Uselton | Court Testimony |
| 04/03/2003 | Brian Halligan | Ashland | OH | 44805 | State v Uselton | Court Testimony |
| 04/03/2003 | Brian Halligan | Ashland | OH | 44805 | State v Uselton | Court Testimony |
| 04/09/2003 | Gregory Smith | Washington | IN | 47501 | State v Shideler | Deposition |
| 04/17/2003 | Madison Co Pros-IND/MAE | Anderson | IN | 46016 | Court Testimony | Court Testimony |
| 05/23/2003 | Timothy Pape | Fort Wayne | IN | 46802-3173 | Wood v Whittaker | Deposition |
| 06/11/2003 | Terrell Miller Attorney at Law | Bowling Green | KY | 42102 | Backner vs. Valspar Corp | Deposition |
| 06/18/2003 | Joseph Jastkowiak | Merrillville | IN | 46410 | Lintz / National Steel Case | Deposition |
| 07/10/2003 | Kelley Baldwin | Shelbyville | IN | 46176 | Lilak Dissolution | Court Testimony |
| 07/15/2003 | Jess Paul | Indianapolis | IN | 46204 | State v Emily Brown | Court Testimony |
| 07/18/2003 | Christopher Clark | Indianapolis | IN | 46240 | Nickolas Hinsley vs. Friendly | Deposition |
| 07/18/2003 | Christopher Clark | Indianapolis | IN | 46240 | Nickolas Hinsley vs. Friendly | Deposition |
| 07/31/2003 | Debra Nahrstadt | Warrenville | IL | 60555 | Kozlowski | Court Testimony |
| 07/31/2003 | Debra Nahrstadt | Warrenville | IL | 60555 | Kozlowski | Court Testimony |
| 08/08/2003 | Johnson Co Prosec-IN | Franklin | IN | 46131 | State v Cox | Court Testimony |
| 08/22/2003 | Robert Beaderstadt | Woodstock | IL | 60098 | State v Winkler/Neilson | Court Testimony |
| 09/19/2003 | Julie Carrell | Indianapolis | IN | 46204 | Leaf v Marion County Sheriffs | Deposition |

# Michael A. Evans, Ph.D.

## Court Testimony and Deposition

### January 2003 through December 2007

| Date | Name | City | State | Zip | PROJECT | Activity |
|---|---|---|---|---|---|---|
| 09/22/2003 | Wabash Co Prosecutor-IN | Wabash | IN | 46992 | State v Leffel | Court Testimony |
| 09/24/2003 | Don Forrest | New Albany | IN | 47115-0785 | Miranda Schmidt Case | Deposition |
| 10/03/2003 | Kimberly Dowling, Attorney at Law | Muncie | IN | 47304 | Sonja Cleave & Max Cleave | Court Testimony |
| 10/09/2003 | Kevin Ault | Rushville | IN | 46173-0428 | State v Thompson | Court Testimony |
| 11/01/2003 | James Voyles | Indianapolis | IN | 46204 | State v Arthur Brown | Court Testimony |
| 11/22/2003 | Lawrence Co./IN Prosecut | Bedford | IN | 47421 | Grand Jury | Court Testimony |
| 11/22/2003 | Thomas Lantz | Seymour | IN | 47274 | Layman v Petro Bankruptcy | Court Testimony |
| 11/22/2003 | Lapeer Co. Sheriff/MI | Lapeer | MI | 48446 | State v Craig Brown | Court Testimony |
| 12/07/2003 | Nishay Sanan | Chicago | IL | 60603 | Court Testimony | Court Testimony |
| 12/11/2003 | Richard Van Evera | Rockford | IL | 61104 | Hornsby v Beyer | Deposition |
| 12/29/2003 | Jeffrey Oberlies | Indianapolis | IN | 46204 | United Farm vs. Nickerson | Deposition |
| 01/24/2004 | Dennis E. Simonton | Marshall | IL | 62441 | State v Utterback | Court Testimony |
| 01/31/2004 | Charlie Scruggs | Kokomo | IN | 46901 | State v Popelka | Deposition |
| 02/12/2004 | Lapeer Co. Sheriff/MI | Lapeer | MI | 48446 | State v Craig Brown | Court Testimony |
| 02/15/2004 | Lake Co./IL Prosecut | Waukegan | IL | 60085-4363 | Nicole Levin | Court Testimony |
| 02/15/2004 | Tippecanoe Co. Prosc/IN | Lafayette | IN | 47901 | State v Sandifur | Deposition |
| 02/21/2004 | Jason Pattison | North Vernon | IN | 47265 | State vs. G. Michael Bear, Jr. | Deposition |
| 03/12/2004 | Greg Alvarez | Houston | TX | 77079 | Sharon Nugent | Court Testimony |
| 03/31/2004 | Tamie Jo Morog | Lebanon | IN | 46052-0668 | Powell vs Knox County REMC | Court Testimony |
| 04/15/2004 | Michael Stephenson | Shelbyville | IN | 46176 | Harris v Pickhardt | Court Testimony |
| 05/03/2004 | Harold Hagberg | Schererville | IN | 46375 | Gaston Deposition | Deposition |
| 05/04/2004 | Johnson Co Prosec-IN | Franklin | IN | 46131 | State v Jenkins | Court Testimony |
| 05/13/2004 | Michael Sutherlin | Indianapolis | IN | 46244-1095 | George Black | Court Testimony |
| 05/21/2004 | Jason Groves | Rapid City | SD | 57709 | Anderson | Deposition |
| 05/26/2004 | Julie F. Wall | Chicago | IL | 60606 | Schmitti v Stonebridge | Deposition |
| 05/27/2004 | Black Hawk Co. Prosc | Waterloo | IA | 50703 | State v Keith Orvis | Court Testimony |
| 07/15/2004 | Jess Paul | Indianapolis | IN | 46204 | State vs. Chris Wood | Court Testimony |
| 07/22/2004 | Ky County Fee Service | Frankfort | KY | 40601 | State v Simpson, Greenup Cty | Court Testimony |
| 08/12/2004 | Patrick Arata | Fort Wayne | IN | 46802 | State v Horvath | Court Testimony |
| 08/12/2004 | Whitley Co Prosecutor-IN | Columbia City | IN | 46725 | State v Horvath | Court Testimony |
| 08/12/2004 | Patrick Arata | Fort Wayne | IN | 46802 | State v Horvath | Deposition |

# Michael A. Evans, Ph.D.

## Court Testimony and Deposition

January 2003 through December 2007

| Date | Name | City | State | Zip | PROJECT | Activity |
|---|---|---|---|---|---|---|
| 08/12/2004 | Whitley Co Prosecutor-IN | Columbia City | IN | 46725 | State v Horvath | Deposition |
| 08/21/2004 | Darke Co./OH Juvenile Court | Greenville | OH | 45331 | Baker, Zachary | Court Testimony |
| 08/21/2004 | Erik Weber | Auburn | IN | 46706-1839 | State v Miller | Deposition |
| 08/25/2004 | Joe Lewis | Marion | IN | 46952 | State v Cain | Court Testimony |
| 09/03/2004 | Patrick Arata | Fort Wayne | IN | 46802 | Noble County Hearing | Court Testimony |
| 09/10/2004 | Edward Kane | Las Vegas | NV | 89155-2212 | State vs. Michael Kane | Court Testimony |
| 09/14/2004 | Patrick Arata | Fort Wayne | IN | 46802 | State v.Horvath | Court Testimony |
| 09/14/2004 | Patrick Arata | Fort Wayne | IN | 46802 | State v.Horvath | Deposition |
| 09/23/2004 | Randall Redding | Henderson | KY | 42419-0043 | Dehaven | Court Testimony |
| 09/28/2004 | Thad Kelley | Bloomington | IN | 47402-3250 | Schickel v Stilger | Deposition |
| 09/29/2004 | Todd Raskin | Cleveland | OH | 44139 | Selby v Community Health | Deposition |
| 10/01/2004 | Erik Weber | Auburn | IN | 46706-1839 | State v Miller | Court Testimony |
| 10/01/2004 | Whitley Co Prosecutor-IN | Columbia City | IN | 46725 | State v Voirol | Court Testimony |
| 10/08/2004 | Patrick Arata | Fort Wayne | IN | 46802 | State vs Shepard | Court Testimony |
| 10/15/2004 | Thad Kelley | Bloomington | IN | 47402-3250 | Schickel v Stilger | Court Testimony |
| 10/21/2004 | Jerry Engle | Jackson | MI | 49202 | State v Dennis Kurts | Court Testimony |
| 10/22/2004 | Matt Harnett | Rutland | VT | 05701 | State v Gary Wood | Deposition |
| 10/22/2004 | Steven Bush | Valparaiso | IN | 46383 | State v Shidler | Deposition |
| 11/11/2004 | Patricia Ogden | Indianapolis | IN | 46204-3535 | Ciciura v Knauf Fiber Glass | Court Testimony |
| 11/13/2004 | William Pistorius-MAE | Chicago | IL | 60603-1098 | Melgoza v Meccon Industries | Deposition |
| 12/13/2004 | Jeffrey Oberlies | Indianapolis | IN | 46204 | Nickolodeon v United Farm Ins | Court Testimony |
| 12/22/2004 | Patrick Arata | Fort Wayne | IN | 46802 | State v. Hutker | Court Testimony |
| 01/10/2005 | Hendricks County Prosecutor/hcp01 | Danville | IN | 46122 | State v Cory Allen | Court Testimony |
| 01/14/2005 | Hendricks County Prosecutor/hcp01 | Danville | IN | 46122 | State v Seaman | Court Testimony |
| 01/22/2005 | Lake Co./IL Prosecut | Waukegan | IL | 60085-4363 | Nicole Levin | Court Testimony |
| 01/22/2005 | Lake Co./IL Prosecut | Waukegan | IL | 60085-4363 | Nicole Levin | Court Testimony |
| 01/26/2005 | Decatur Co./IN Fam & Child | Greensburg | IN | 47240 | Macy Roszell | Court Testimony |
| 01/26/2005 | Tippecanoe Co. Prosc/IN | Lafayette | IN | 47901 | State v Duncan | Court Testimony |
| 01/29/2005 | Eric Buikema | Royal Oak | MI | 48067 | Castillo v Autumn Roofing | Court Testimony |
| 02/05/2005 | Michael Webber | Chicago | IL | 60602 | Alex v De Los Santos | Deposition |
| 02/12/2005 | Jeffrey Branstetter | Jeffersonville | IN | 47130 | State v White | Deposition |

# Michael A. Evans, Ph.D.

## Court Testimony and Deposition

### January 2003 through December 2007

| Date | Name | City | State | Zip | PROJECT | Activity |
|---|---|---|---|---|---|---|
| 02/14/2005 | Dennis Wegner | Indianapolis | IN | 46204-2118 | State v Cera | Court Testimony |
| 02/25/2005 | Madison Co Pros-IND/MAE | Anderson | IN | 46016 | Court Testimony | Court Testimony |
| 03/10/2005 | Lawrence Co./IN Prosecut | Bedford | IN | 47421 | State v Shay White | Court Testimony |
| 03/10/2005 | Lawrence Co./IN Prosecut | Bedford | IN | 47421 | State v Shay White | Court Testimony |
| 03/19/2005 | Carl Fisher | Chicago | IL | 60601 | Alfaro v Mundelein | Deposition |
| 04/18/2005 | Matt Harnett | Rutland | VT | 05701 | State v Gary Wood | Deposition |
| 04/21/2005 | Steven Bush | Valparaiso | IN | 46383 | State v Shidler | Court Testimony |
| 04/21/2005 | Steven Bush | Valparaiso | IN | 46383 | State v Shidler | Deposition |
| 04/27/2005 | Winnebago Cty/IL Prosecutor | Rockford | IL | 61101 | J. Padron | Court Testimony |
| 05/06/2005 | Madison Co Pros-IND/MAE | Anderson | IN | 46016 | State v Beal | Court Testimony |
| 05/24/2005 | Todd Reskin | Cleveland | OH | 44139 | Selby v Community Health | Court Testimony |
| 05/26/2005 | Shelby Co. Prosc/IN | Shelbyville | IN | 46176 | State v Dalton | Court Testimony |
| 05/26/2005 | Whitley Co Prosecutor-IN | Columbia City | IN | 46725 | State vs. Snider | Court Testimony |
| 06/17/2005 | Eric Blomfelt | Denver | CO | 80202 | Vansteenwyk v Baumgartner | Court Testimony |
| 06/22/2005 | Scott Matthews | Indianapolis | IN | 46282-0002 | Fleetwood Enterprise, Inc | Deposition |
| 07/19/2005 | Donald Young | Chicago | IL | 60602 | USA v Collins | Court Testimony |
| 07/28/2005 | David Anderson | Bloomfield Hills | MI | 48302 | Spencer v Nanasy | Deposition |
| 07/28/2005 | Whitley Co Prosecutor-IN | Columbia City | IN | 46725 | State vs. Ringle | Court Testimony |
| 08/08/2005 | Melissa Collins | Denver | CO | 80202-2617 | Zikis v Pfizer | Deposition |
| 08/17/2005 | Robert Miller | Bloomington | IN | 47404 | State v Doehrman | Court Testimony |
| 08/19/2005 | Scott Beal | Chicago | IL | 60602 | Sudler v Baltic | Deposition |
| 09/05/2005 | Tommy Beaudreau | Washington | DC | 20004 | Houston Police Department | Deposition |
| 09/24/2005 | Victor O'Block | Waukegan | IL | 60085-4383 | State v Schneider | Court Testimony |
| 10/17/2005 | Dane County District Attorney | Madison | WI | 53703-3297 | State v Ellestad | Court Testimony |
| 10/17/2005 | Dane County District Attorney | Madison | WI | 53703-3297 | State v Ellestad | Court Testimony |
| 10/17/2005 | Dane County District Attorney | Madison | WI | 53703-3297 | State v Ellestad | Court Testimony |
| 10/20/2005 | Nich Deets | Indianapolis | IN | 46290 | Viles vs. T.C. | Deposition |
| 10/21/2005 | Madison Co Pros-IND/MAE | Anderson | IN | 46016 | State v Bobby Lee Day | Court Testimony |
| 11/03/2005 | Jess Paul | Indianapolis | IN | 46204 | State vs. Knauss | Court Testimony |
| 11/04/2005 | Jack Roebel | Fort Wayne | IN | 46802-1715 | State v Gill | Court Testimony |
| 11/23/2005 | Scott Beal | Chicago | IL | 60602 | Sudler v Baltic | Deposition |

# Michael A. Evans, Ph.D.

## Court Testimony and Deposition

### January 2003 through December 2007

| Date | Name | City | State | Zip | PROJECT | Activity |
|---|---|---|---|---|---|---|
| 12/16/2005 | Winnebago Cty/IL Prosecutor | Rockford | IL | 61101 | T. Trosper | Court Testimony |
| 12/30/2005 | Dean Young | Hartford City | IN | 47348 | State v Gregory | Court Testimony |
| 12/31/2005 | Julie Miller | Troy | MI | 48084 | Themm v Pacer | Deposition |
| 01/11/2006 | Stephen Caplin | Indianapolis | IN | 46204 | Matthew Kovach | Deposition |
| 01/13/2006 | Patrick Arata | Fort Wayne | IN | 46802 | State v Nivens | Court Testimony |
| 01/20/2006 | Salvatore Palombo | Center Line | MI | 48015 | State v DeLeon | Court Testimony |
| 02/10/2006 | Bryan Williams | Anderson | IN | 46016 | Keaton | Court Testimony |
| 02/10/2006 | John Trimble | Indianapolis | IN | 46202 | Montgomery | Deposition |
| 02/10/2006 | Dean Young | Hartford City | IN | 47348 | State v Gregory | Court Testimony |
| 02/26/2006 | Mark Sanders | Milwaukee | WI | 53233 | Kurtz | Court Testimony |
| 02/26/2006 | Mark Sanders | Milwaukee | WI | 53233 | Kurtz | Court Testimony |
| 03/01/2006 | J D Lux | Shelbyville | IN | 46176 | Whitfield Case | Court Testimony |
| 03/17/2006 | Legal Partners | Houston | TX | 77024 | Deposition | Deposition |
| 03/17/2006 | Bay Co/MI Prosecutor | Bay City | MI | 48708 | State v Yost | Court Testimony |
| 03/21/2006 | David Gartenstein | Brattleboro | VT | 05302 | Schreiner | Court Testimony |
| 03/30/2006 | Patrick Arata | Fort Wayne | IN | 46602 | State v Wilson | Court Testimony |
| 04/05/2006 | Jeffrey Kaelin | Pontiac | MI | 48341 | Craig Brown | Court Testimony |
| 04/30/2006 | Michael Stephenson | Shelbyville | IN | 46176 | Sandlin | Deposition |
| 04/30/2006 | Hamilton Co Prosecutor's Office-IN | Noblesville | IN | 46060 | State v Shuck | Court Testimony |
| 05/02/2006 | Michael Grovenor | Grand Rapids | MI | 49525 | Grovenor | Court Testimony |
| 05/02/2006 | Michael Grovenor | Grand Rapids | MI | 49525 | Grovenor | Deposition |
| 05/02/2006 | Richard Cary | Centralia | IL | 62801 | Gundlach | Deposition |
| 05/04/2006 | Joseph Davis | Muncie | IN | 47305 | State v Avery | Deposition |
| 05/15/2006 | Patrick Arata | Fort Wayne | IN | 46802 | State v Marks | Court Testimony |
| 05/15/2006 | Patrick Arata | Fort Wayne | IN | 46802 | State v Marks | Court Testimony |
| 05/28/2006 | Wayne Ogne | Troy | MI | 48083 | Conn v Asplundh Tree | Court Testimony |
| 05/28/2006 | Wayne Ogne | Troy | MI | 48083 | Conn v Asplundh Tree | Court Testimony |
| 06/01/2006 | James Thiros | Merrillville | IN | 46410 | Kosanic v VanProyen | Deposition |
| 06/06/2006 | John Trimble | Indianapolis | IN | 46202 | Montgomery | Deposition |
| 06/21/2006 | Robert Albair | Clayton | MO | 63105 | 090402-534 | Deposition |
| 06/22/2006 | Todd Raskin | Cleveland | OH | 44139 | Clean Oliver | Deposition |

American Institute of Toxicology, Inc.

420

# Michael A. Evans, Ph.D.

## Court Testimony and Deposition

### January 2003 through December 2007

| Date | Name | City | State | Zip | PROJECT | Activity |
|------|------|------|-------|-----|---------|----------|
| 07/10/2006 | Anna Fulkerson | Albion | IN | 46701 | Parker | Court Testimony |
| 07/13/2006 | Phillip Turner | Chicago | IL | 60603 | Rios | Court Testimony |
| 08/10/2006 | Michael Jensen | Waukegan | IL | 60085 | Dulaney | Deposition |
| 08/13/2006 | Jack Crawford | Indianapolis | IN | 46202 | Filice | Deposition |
| 08/15/2006 | Brown County Prosecutor | Nashville | IN | 47448 | Michael Smith | Court Testimony |
| 08/16/2006 | Jay Chy/IN Prosecutor | Portland | IN | 47371 | Buckingham | Court Testimony |
| 09/06/2006 | Michael McCuskey | Urbana | IL | 61802 | US v Lance Oliver | Court Testimony |
| 09/17/2006 | Andrea Gambino | Chicago | IL | 60604 | Andrade | Court Testimony |
| 09/17/2006 | Kosciusko County Pros/IND | Warsaw | IN | 46580 | State v Weaver | Court Testimony |
| 09/25/2006 | Robert Keen | Fort Wayne | IN | 46802-3173 | Escobedo | Deposition |
| 10/21/2006 | Robert Scremin | Chicago | IL | 60647 | Adefumi | Court Testimony |
| 11/24/2006 | Arlington Foley | Merrillville | IN | 46410 | State v Engle | Court Testimony |
| 11/24/2006 | Arlington Foley | Merrillville | IN | 46410 | State v Engle | Deposition |
| 12/15/2006 | Troy Wise | Woodstock | IL | 60098 | Erickson | Court Testimony |
| 12/19/2006 | James Austen | Logansport | IN | 46947 | Halsey v Kelly | Deposition |
| 12/19/2006 | Kitty Groh | Lansing | MI | 48906-4868 | Mercer | Court Testimony |
| 12/19/2006 | Kitty Groh | Lansing | MI | 48906-4868 | Mercer | Court Testimony |
| 01/09/2007 | Christina Kopenec | Chicago | IL | 60603 | Ford Motor | Deposition |
| 01/19/2007 | Donna Foley | Chicago | IL | 60643-1631 | US v Grayson | Court Testimony |
| 01/24/2007 | Jess Paul | Indianapolis | IN | 46204 | State v Day | Court Testimony |
| 01/30/2007 | Shelby Co. Prosc/IN | Shelbyville | IN | 46176 | State v Quick | Court Testimony |
| 02/05/2007 | Rebecca Maas | Indianapolis | IN | 46250 | Shelton | Deposition |
| 02/13/2007 | Anthony Monaco | Chicago | IL | 60611 | DaimlerChrysler | Deposition |
| 02/17/2007 | Kevin Miller | Peoria | IL | 61602 | Webb v Fischer | Deposition |
| 03/13/2007 | Michael Cotten | Chicago | IL | 60601 | Lebron | Court Testimony |
| 03/26/2007 | Donna Foley | Chicago | IL | 60643-1631 | US v Grayson | Court Testimony |
| 03/30/2007 | Jess Paul | Indianapolis | IN | 46204 | Jeff Case | Court Testimony |
| 03/30/2007 | Don Blair | Monticello | IN | 47960 | Villos | Deposition |
| 04/02/2007 | Jeanine Stevens | Chicago | IL | 60603 | Rodriguez v Quad City | Deposition |
| 04/05/2007 | Dane County District Attorney | Madison | WI | 53703-3297 | State v Steed | Court Testimony |
| 04/23/2007 | Kevin Hinkle | Danville | IN | 46122 | Holly Robinson | Deposition |

American Institute of Toxicology, Inc.

421

# Michael A. Evans, Ph.D.

## Court Testimony and Deposition

### January 2003 through December 2007

| Date | Name | City | State | Zip | PROJECT | Activity |
|---|---|---|---|---|---|---|
| 04/25/2007 | Marion Co Pros-IN | Indianapolis | IN | 46204 | Sheila, Felice | Court Testimony |
| 05/04/2007 | Kevin Miller | Peoria | IL | 61602 | Day vs Franklin Hospital | Deposition |
| 06/03/2007 | Black Hawk Co. Prosc | Waterloo | IA | 50703 | State v Cooper | Court Testimony |
| 06/12/2007 | Franklin Cty Prosec/IN | Brookville | IN | 47012 | State v Wilson | Court Testimony |
| 06/26/2007 | Thomas Mazanec | Cleveland | OH | 43215 | Esner v Paluch | Deposition |
| 06/26/2007 | Kane County State's Attorney | St. Charles | IL | 60175 | Homatas | Court Testimony |
| 06/28/2007 | Peter Hoste | Chicago | IL | 60610 | Fields v Gibson | Deposition |
| 06/28/2007 | Boone Cty/IN Prosc | Lebanon | IN | 46052 | State v Froman, IV | Court Testimony |
| 07/10/2007 | Tricia Hoffman-Simanek | Cedar Rapids | IA | 52401 | Curtis v Kulick | Deposition |
| 07/19/2007 | Craig Reinhardt | Lexington | KY | 40503 | Howard v Taber | Deposition |
| 07/27/2007 | Tara Devine | Waukegan | IL | 60085 | Hanna v Schneider | Deposition |
| 07/27/2007 | Rita Malmbourg | Cleveland | OH | 44115-1475 | Kunnemann | Deposition |
| 07/31/2007 | Peter Brandt | Bloomington | IL | 61702-3457 | Cousins v Li | Deposition |
| 08/14/2007 | Robert Smith | Carmel | IN | 46032 | Skees v Robison | Deposition |
| 08/21/2007 | Korissa Newell | St Louis | MO | 63101 | Ruzich v CRST, et al | Deposition |
| 08/27/2007 | Richard Dean | Cleveland | OH | 44115-1475 | Wolverton v Janssen | Deposition |
| 08/29/2007 | John Maley | Indianapolis | IN | 46204-3535 | Lomax v. TASER | Deposition |
| 09/05/2007 | Peter Brandt | Bloomington | IL | 61702-3457 | Cousins v Li | Deposition |
| 09/25/2007 | Charles Moore | Owensboro | KY | 42302 | M. Howard | Court Testimony |
| 10/02/2007 | Tara Devine | Waukegan | IL | 60085 | Hanna v Schneider | Deposition |
| 10/05/2007 | Dekalb Co Prosc-IN/dec01 | Auburn | IN | 46706 | Court Testimony | Court Testimony |
| 10/26/2007 | Kevin Chase | Orlando | FL | 32802-2753 | Carroll v Milton | Court Testimony |
| 12/07/2007 | Monique Alvarez | Los Angeles | CA | 90017 | Heston v TASER | Deposition |
| 12/17/2007 | Johnson Co Prosec-IN | Franklin | IN | 46131 | State v Boukal | Court Testimony |

American Institute of Toxicology, Inc.

422