**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Elvira Teran, et al., | No. C 06-06947 JW |
|         Plaintiffs, | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
|   v. | |
| County of Monterey, et al., | |
|         Defendants. | |

This case was scheduled for a preliminary pretrial conference on April 13, 2009. The parties submitted separate Pretrial Conference Statements. Due to the Court's unavailability, the Preliminary Pretrial Conference is CONTINUED to **May 4, 2009 at 11 a.m.** On or before **April 24, 2009**, the parties may file a new Pretrial Conference Statement if the status of the case changes, if not the Court will rely on the Joint Statement filed on April 3, 2009.

Dated: April 9, 2009

                                                  JAMES WARE
                                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Michael A Brave brave@laaw.com
Michael David Liberty mdlaw@pacbell.net
Mildred Katherine O'Linn mko@mmker.com
Traci A. Kirkbride kirkbrideta@co.monterey.ca.us

**Dated: April 9, 2009**                              **Richard W. Wieking, Clerk**

                                                      **By: /s/ JW Chambers**
                                                           **Elizabeth Garcia**
                                                           **Courtroom Deputy**