1  Mildred K. O'Linn, Esq. (California State Bar No. 159055)
   MANNING & MARDER
2  KASS, ELLROD, RAMIREZ LLP
   15th Floor at 801 Tower
3  801 South Figueroa Street
   Los Angeles, CA 90017
4  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
5  mko@mmker.com

6  Attorney for Defendant,
   TASER INTERNATIONAL, INC.
7
   Michael Brave, Esq. (Wisconsin State Bar No. 1012226)
8  National Litigation Counsel
   TASER International, Inc.
9  17800 North 85th Street, 3rd Floor
   Scottsdale, AZ 85255-6311
10 Telephone: (651) 248-2809
   Facsimile: (480) 275-3291
11 brave@laaw.com

12 (Pro Hac Vice) Attorney for Defendant,
   TASER INTERNATIONAL, INC.
13
   Pamela B. Petersen, Esq. (Arizona State Bar No. 11512)
14 Law Offices of Pamela B. Petersen
   22404N. 87th Ave.
15 Peoria, AZ 85383-2032
   Telephone: (623) 572-4252
16 Facsimile: (623) 572-4253
   pampetersen@cox.net
17
   (Pro Hac Vice) Attorney for Defendant,
18 TASER INTERNATIONAL, INC.

19              UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA

21

22 ELVIRA TERAN, an individual;              )  **Case No.: C 06-06947 JW**
   STEPHANIE LIZAOLA, As Guardian Ad         )
23 Litem For: ANGELA ALYSSA TERAN, a         )  [James Ware, United States
   minor child, JENNIFER LISETTE TERAN,      )  District Judge, Ctrm. 8, 4th Fl.]
24 a minor child; and BRIANA ISABEL          )
   TERAN, a minor child, JAIME TERAN         )  **JOINT STIPULATION TO**
25 CORONEL, DECEDENT, by and through         )  **CONTINUE PRELIMINARY**
   his successor in interest, STEPHANIE      )  **PRETRIAL CONFERENCE;**
26 LIZAOLA                                   )  **PROPOSED ORDER**
                                             )
27              Plaintiffs,                  )  **Preliminary**
                                             )  **PTC:         5-4-09**
28 vs.                                       )  **Time:        11:00 a.m.**
                                             )  **Ctrm.:       8**

IT IS SO ORDERED AS MODIFIED
/s/ James Ware
Judge James Ware

G:\docsdata\MKO\Teran\Pleadings\Stipulation.009. PTCDate.wpd

1

| | |
|---|---|
| 1 | COUNTY OF MONTEREY; MONTEREY )|
|   | COUNTY SHERIFF'S DEPARTMENT; )|
| 2 | TASER INTERNATIONAL, INC., An )|
|   | Arizona Corporation, AND DOES 1 )|
| 3 | THROUGH 50, INCLUSIVE, )|
|   |                            )|
| 4 |            Defendants.     )|
|   | _____  )|

TO THE HONORABLE COURT:

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that:

1)    This case was scheduled for a preliminary pretrial conference on April 13, 2009. On April 10, 2009, the Court continued the preliminary pretrial conference to May 4, 2009, at 11:00 a.m.;

2)    Counsel for TASER INTERNATIONAL, INC. ("TASER") is scheduled to begin trial on May 4, 2009, and cannot attend the May 4 presently scheduled preliminary pretrial conference. In addition, defense counsel has other pending trials listed below and will not be available until either late May or July, 2009;

3)    Good cause exists for continuing the May 4 scheduled preliminary pretrial conference due to the unavailability of TASER's counsel. Accordingly, the parties stipulate to a continuance of the May 4, 2009, preliminary pretrial conference, to a date late in May, 2009, or a date convenient to the Court, based on the calendar conflicts of counsel as set out below:

4)    **Defense Counsel Mildred O'Linn - Calendar Conflicts:**

Defense counsel Mildred K. O'Linn is unavailable on the following dates due to her trial schedule:

05/04/09 - 20 days - Pfeiffer

06/02/09 - 10 days - Hall

06/24/09 - 20 days - Dorman

08/04/09 - 10 days - Roper

09/11/09 - 20 days - Rosa

1    10/14/09 - 10 days - Rodriguez

2    10/19/09 - 10 days - Fluker

3    11/17/09 - 10 days - Guerrero

4    12/01/09 - 7-10 days - Banderas

5    12/15/09 - 10 days - Zaragoza

6    03/22/10 - 15 days - Butler

7    04/05/10 - 10 days - Salinas

   5) **Defense counsel Traci A. Kirkbride's unavailability**:

Defense counsel Traci A. Kirkbride is unavailable on the following dates: April 27-May 1, May 8, May 14-22, June 12, June 22-26 and July 22- August 17th.

   6) **Plaintiffs' counsel's unavailability**:

Plaintiffs' counsel is unavailable on the following dates:  May 5, 6, 8, 12, 19-21 June 9 & 16 and June 22-July 24.

Dated: April 15, 2009             MANNING & MARDER
                                  KASS, ELLROD, RAMIREZ LLP


                                  By:    /s/ Mildred K. O'Linn
                                        Mildred K. O'Linn
                                  Attorneys for Defendant,
                                  TASER INTERNATIONAL, INC.


Dated: April 15, 2009             DEPUTY COUNTY COUNSEL
                                  COUNTY OF MONTEREY



                                  By:    /s/ Traci A. Kirkbride
                                        Traci A. Kirkbride
                                  Attorneys for Defendants,
                                  COUNTY OF MONTEREY,
                                  MONTEREY COUNTY SHERIFF'S
                                  OFFICE, MICHAEL KANALAKIS,
                                  BRANDON SMITH, WARREN SANO,
                                  MIKE DARLINGTON, BENJAMIN PAYTON,
                                  BRIAN HOSKINS, EMILY HOWLETT
                                  and DENNIS GREATHEAD

| | | |
|---|---|---|
|1| Dated: April 15, 2009 | LAW OFFICE OF MICHAEL D. LIBERTY |
|2| | |
|3| | By: /s/ Michael D. Liberty |
|4| | Michael D. Liberty |
| | | Attorneys for Plaintiffs, |
|5| | ELVIRA TERAN, STEPHANIE LIZAOLA, ANGELA ALYSSA TERAN, JENNIFER LISETTE TERAN and BRIANA ISABEL TERAN |

**ORDER**

Pursuant to Stipulation, it is ordered as follows:

The preliminary pretrial conference of May 4, 2009, is continued to **June 1, 2009 at 11 a.m.** The parties shall file a Preliminary Pretrial Statement on or before **May 22, 2009.**

Dated: April 28, 2009

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE