IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Elvira Teran, et al., | NO. C 06-06947 JW |
|         Plaintiffs, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| Taser International, Inc., | |
|         Defendant. | |

On June 1, 2009, the Court conducted a Preliminary Pretrial Conference. Counsel for the respective parties were present. In light of the discussion at the conference, the Court finds that this case is not ready for trial. Accordingly, the Court orders as follows:[1]

(1) The parties shall complete the deposition of Dr. John Hain of Monterey County Sheriff-Coroner or before **July 20, 2009**.

(2) Plaintiffs shall designate a new expert on the issue of causation, should it choose to do so, on or before **September 4, 2009**.

(3) Plaintiffs shall serve any additional expert report on or before **October 19, 2009**.

(4) The parties shall conduct the deposition of Plaintiffs' new expert on or before **December 7, 2009**.

---

[1] In an effort to advance this 2006 case at a reasonable pace, this schedule is slightly different than what was orally discussed at the conference. It is the Court's intent to have the hearing on Defendant TASER's Motion for Reconsideration no later than February 22, 2010. Thus, this modified schedule is designed to produce that result.

(5) A hearing on Defendant's anticipated Motion for Reconsideration of the Court's May 20, 2009 Order denying TASER's Motion for Summary Judgment is set for **February 22, 2010 at 9 a.m.** Defendant shall notice its motion in accordance with the Civil Local Rules of the Court.

Dated: June 4, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Michael A Brave brave@laaw.com
Michael David Liberty mdlaw@pacbell.net
Mildred Katherine O'Linn mko@mmker.com
Traci A. Kirkbride kirkbrideta@co.monterey.ca.us

**Dated:  June 4, 2009**                                    **Richard W. Wieking, Clerk**


                                                            **By:     /s/ JW Chambers                  **
                                                            **        Elizabeth Garcia**
                                                            **        Courtroom Deputy**