

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIRA TERAN, an individual; STEPHANIE LIZAOLA, as Guardian Ad Litem For: ANGELA ALYSSA TERAN, a minor child, JENNIFER LISETTE TERAN, a minor child; and BRIANA ISABEL TERAN, a minor child, JAIME TERAN CORONEL, DECEDENT, by and through his successor in interest, STEPHANIE LIZAOLA<br><br>Plaintiffs,<br><br>vs. | **Case No.: C 06-06947 JW**<br><br>[*James Ware, United States District Judge, Ctrm. 8, 4th Fl.*]<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| COUNTY OF MONTEREY; MONTEREY COUNTY SHERIFF'S DEPARTMENT; TASER INTERNATIONAL, INC., An Arizona Corporation, AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

IT IS HEREBY ORDERED that:

Pursuant to the Stipulation re Dismissal between plaintiffs ELVIRA TERAN, an individual; STEPHANIE LIZAOLA, as Guardian Ad Litem For: ANGELA ALYSSA TERAN, a minor child, JENNIFER LISETTE TERAN, a minor child; and BRIANA ISABEL TERAN, a minor child, JAIME TERAN CORONEL, DECEDENT, by and through his successor in interest, STEPHANIE LIZAOLA and defendant TASER INTERNATIONAL, INC. (collectively hereinafter as "Defendant"), all causes of action against Defendant are dismissed with prejudice.

Furthermore, plaintiffs ELVIRA TERAN, an individual; STEPHANIE LIZAOLA, as Guardian Ad Litem For: ANGELA ALYSSA TERAN, a minor child, JENNIFER LISETTE TERAN, a minor child; and BRIANA ISABEL TERAN, a minor child, JAIME TERAN CORONEL, DECEDENT, by and through his successor in interest, STEPHANIE LIZAOLA and Defendant mutually waive all costs, court fees, and attorneys' fees arising out of this litigation involving these parties.

In light of this Order, Defendant's Motion to Dismiss or for Reconsideration is DENIED as moot. (Docket Item No. 143.)

Dated: January 20, 2010

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　United States District Judge