IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Elvira Teran, et al., | NO. C 06-06947 JW |
| Plaintiffs, | **FINAL JUDGMENT** |
| v. | |
| County of Monterey, et al., | |
| Defendants. | |

Pursuant to the Court's May 20, 2009 Order Denying Defendant Taser International, Inc.'s Motion for Summary Judgment; Granting the Monterey Defendants' Motion for Summary Judgment, judgment is entered in favor of Defendants the County of Monterey, the Monterey County Sheriff's Department, Sheriff Michael Kanalakis, Brandon Smith, Warren Sano, Michael Darlington, Benjamin Payton, Brian Hoskins, Emily Howlett, and Denis Greathead, against Plaintiffs Elvira Teran, Stephanie Lizaola, as *guardian ad litem* for Angela Alyssa Teran, Jennifer Lisette Teran and Briana Isabel Teran.

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: January 20, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Michael A Brave brave@laaw.com
Michael David Liberty mdlaw@pacbell.net
Mildred Katherine O'Linn mko@mmker.com
Traci A. Kirkbride kirkbrideta@co.monterey.ca.us

**Dated: January 20, 2010**            **Richard W. Wieking, Clerk**

                                          **By: /s/ JW Chambers**
                                                  **Elizabeth Garcia**
                                                  **Courtroom Deputy**